

THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

MACK WELLS and MAURICE
SYMONETTE

                    Plaintiff,

    v.                                              Case No.: 24-13671-D

U.S. BANK NA. JOSE E. MARTINEZ,

DISTRICT JUDGE OF THE UNITED

STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA,

EDWARDO SANCHEZ

DEFENDANTS

                    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS

I MACK WELLS hereby disclose the following pursuant to this Court's Order on
Interested Persons:

1.    The name of each person, attorney, association of persons, firm, law firm,
partnership, and corporation that has or may have an interest in a party to this action or in the
outcome of this action, including subsidiaries, conglomerates, affiliates, related to a party:

**listed in Exhibit A. M e m b e r s  o f  The Appellant's Party are also listed in
Exhibit A.**

Overall US BANK, all put in documents with incorrect Verifications such as the Assignments that don't have

1

witnesses, no Notary Stamp, no Commission number, no Printed names under the Signature, the wrong Bank on Documents, no Notary, no Seal, no Preparer and they filed the Complaints before the Foreclosure Complaint date was filed in Violation of Mclean V. JP Morgan which says you can't file a Complaint before you own the Mortgage and Note which can't be fixed in ab initio (means you can't start over from the beginning and is void) and they have Mortgages that don't have the same things no stamp, no seal,  no Commission number and Allonge signed by a person with the wrong qualifications like an Assistant Secretary this is illegal according to Fl. Stat. 692.01 which says only a President, Vice President, or Executive Officer can sign an Allonge and Fl. Stat.692.101 (3) (4) says that a Secretary can't sign an Allonge or Assignment all of these Illegal Filings are fraudulent, and foreclosing on the Note without the Ownership of Note on record at all such which US Bank did in Violation of fl. Statutes. While the Clerks help hide the documents by Destroying Dockets and allowing unsigned fraudulent and blacked out Signatures onto documents onto the Record. And after these Motions for Recusal from these Money Conflicted of Interest Judges of those who have Recused themselves which Voids and Reverts back to the Original Order of Dismissal with Prejudice Fl. Rule 2.160 (H) (I) (J)  and the Judges who didn't answer the Motion to Recuse by 30 days are considered Recused and all their Motions Void and Reverted back to the Original according to Fl. Rule 2.160 (H) (I) (J) but these Constructive Conspiring Judges All of these actions makes this fraudulent Case void giving the fraudulent Banks no standing. But with the help of the Constructive Conspiring paid off Apellate Judges, Circuit Court Judges, Bankruptcy Judges, Clerks of the Courts, Police, Without going to Court get an Order, without a Break Order or a Warrant and with Conflict of Interest Commissioners and Code Enforcement Officers Evicted us and took our house illegally these Defendants all side with the Banks because they're paid off by the Banks so that no matter how crooked or Illegal they are found to be they hold themselves not guilty, Zech. 11:5. And Just take your Property because the banks are paying them off which is very horrible Conflicts of Interest. Like the 131 Federal Judges who just got found with Conflict of Interest which effected 685 Cases and were punished these judges are being Punished time and the most money they made is one hundred thousand dollars and yet these Circuit Judges like Judge Schlesinger made twenty eight Million dollars from US Bank two years in a row and Judge Valerie Manno Schurr made Eleven Million dollars while ruling in favor of US Bank Judge's Allen Fine, Monica Gordo, John

Schlesinger, Vivianne Del Rio and Samantha Cohen and De La O didn't answer our Motion to Recuse themselves within 30 days after it was filed making their Orders Void and all the other Judges Orders after theirs Void Fl. Rule 2.160 (H) (J). And Judge Veronica Diaz had a very horrible money Conflict, of Interest and she refused to Recuse herself in Violation of Fl. Code of Judicial Conduct, Canon 3E(1) and Fl. Stat. 112,312 (8) Lawyers have been taking turns stealing peoples properties which is Constructive Conspiracy and are creating fraudulent documents these Banks thereof based on one or more of the grounds mentioned in subsection or if a default is entered against defendants (in which case no evidence need be taken), the court shall enter judgment removing the alleged cloud from the title to the land and forever quieting the title in Plaintiffs and those claiming under him or her since the commencement of these actions and adjudging plaintiff to have a good fee simple title to said land or the interest thereby cleared of cloud

## FACTUAL ALLEGATIONS

on or about JUNE 30, 2005 concerning US Bank National, (hereinafter referred to as "Closing Dates") Plaintiff entered a credit transaction with by obtaining a $448,000.00 Mortgage loan secured by Plaintiffs principal residence, (Subject Property). This Note was secured by a First Trust Deed on the Property in favor of Axiom Financial SERVICES. In which we were making the all the payments on time then one day while checking on another house in a downtown Courthouse inadvertently we find out that our home at 15020 S. River Dr. is in Foreclosure even though we were making the payments so on June 6th 2007 we did a written request formal protest and dispute of that debt Mysterious threat from an unknown Bank that was Foreclosing on our Property in whom we did not sign our Mortgage or Note with we were never served and was trying to get a hearing with no response until we suddenly find out that they were getting ready to sell our property without even allowing us to respond or defend ourselves therefore 9/12/2007 we did an Emergency Motion to cancel the sale so that the Judge can see that we were making the payments and for that Bank (US BANK NA) who is unknown to us weren't able to show us that they owned the Note and we pointed out to the Judge in front of about 5o witnesses Tea Partiers and Republicans that US BANK NA never brought in the Note, Mortgage, and Assignment and

3

no letter of indebtment and no proof that we were not making the payments and we pointed out to the Judge that they only have a Lis Pendens on record with no Complaint to be seen and no Mortgage or Note Attached to a Complaint as Required by Fl. Stat. 702.015,(4) and Fl. Rule Civ. P.130 a. when Judge ZABEL realized that there was no Mortgage and no Note put in and that she did a Final Judgement with no ORIGINAL NOTE or MORTGAGE DOCS at all which is a Perjury Felony and in Violation of Florida Stat. 702.015 (4)(5)(C). So the JUDGE PANICKED and Ordered US Bank's Attorneys to bring in the Original Notes and Mortgage and Zabel Cancelled the Foreclosure Sale SCHEDULED FOR 9/12/2007 until they brought in the Original Note and Mortgage. But after the JUDGE (ZABEL) Cancelled the Foreclosure sale set for 9/12/2007 somehow those tricky Lawyers got the Clerk to do the SALE anyway against Judge ZABEL's Order so we had to rush back to the Court to get an Emergency Hearing to tell Judge ZABEL that the LAWYERS and the Clerk did a SALE anyway against her Order and the Judge was very upset and Ordered the Attorneys For US BANK NA to do a Motion to Cancel the Sale and then the Judge signed an order to Cancel the Sale from their Motion to Cancel the Sale. And then Judge ZABEL Ordered and Demanded that they bring in the Original Note and Mortgage because now Judge ZABEL Was now in position to get in trouble for doing a Final Judgement without Certified Copies of the Note and Mortgage and without the Original Note and Mortgage that is required by Florida Statute, Florida Stat. 702.015 (4), in other words these Clowns were just Illegally going to take our Property but got Caught! 131 Federal Judges have already been caught and went to jail for Conflict of Interest, they failed to Recuse themselves from 685 lawsuits from 2010 to 2018 involving firms in which themselves or relatives held shares, these Evil Judges are going down! This Judge ZABEL Ordered the Atty's to go get the Docs that they said they had, then Judge ZABEL took a Court Recess and during the break from the Courtroom US Bank Lawyers Refused to go back into the Courtroom this upset the Judge but Judge ZABEL gave them time to bring in the Note and the Mortgage but they would not so therefore we put in a Motion to Dismiss with Prejudice we went back and Forth with the Judges and the Banks Attorneys but they would not follow the Judge Sarah I. Zabel's Order to bring in the Note and Order and therefor Judge ZABEL Dismissed the Case with Prejudice, the tenth line of the 2007 Case Called Case Number 2007-12407-CA01 of the Docket. And then Judge ZABEL said that it would show on the Docket in a few days which was 04/07/2007 of that same Docket!!

NOW I'M REPORTING JUDGE SCHURR AS THE LEADER AND THE STARTER OF THE Constructive CONSPIRACY CONCERNING OUR HOME  TO THE ADMINISTRATIVE JUDGE BAILEY WHO APPOINTS JUDGES TO CASES, GOVERNOR DE SANTIS, THE JQC, THE BAR, THE US DOJ, THE FBI, THE FLORIDA STATE ATTORNEY AND MEDIA FOR OBVIOUS RACIST MISCONDUCT, BY TOTALLY IGNORING FEDERAL LAWS AND  FLORIDA STATUES-RULES AND FOR CRAZY OBVIOUS CONFLICTS OF INTEREST because something strange happened out of nowhere! Judge Valerie Manno Schurr's SIGNATURE and NAME shows up on the DISMISSAL WITH PREJUDICE from Judge ZABEL THE YEAR AFTER SHE BECOMES JUDGE RIGHT BEFORE SHE mysteriously takes over our Case to save U.S. BANK FROM US and save JUDGE ZABEL, THEIR LAWYERS FROM THE WRATH OF THEIR BOSS GMAC (US BANK) WHO HAD ALREADY PAID THEM TO SAVE U.S. BANK FROM US JUDGE VALERIE MANNO SCHURR is who we're just now finding out that THE BANKS PAID HER TO TRICK US INTO BELIEVING THAT WE WERE SAFE FROM US BANK WITH THE DISMISSAL WITH PREJUDICE AND THEN THREE MONTHS LATER JUDGE VALERIE MANNO SCHURR CHANGES IT TO DISMISSAL  WITHOUT PREJUDICE IN AN ILLEGAL EXPARTE HEARING WITHOUT US KNOWING SO THAT US BANK COULD COME BACK AND START THE SAME CASE OVER WITHOUT NOTICE TO US! WHY DID GMAC (US BANK) PAPY JUDGE VALERIE MANNO SCHURR TO TAKE OVER OUR CASE WAS BECAUSE JUDGE ZABEL DISMISSED WITH PREJUDICE US BANKS CASE 04/07/2009 AS SEEN ON THE DOCKET CASE NUMBER 2007-12407-CA01 LINE 10, Exh. 1. AND FORD MOTOR CO. V. CALLOWAY SAYS A JUDGE CAN'T CHANGE ANOTHER JUDGE'S ORDER SO, JUDGE VALERIE MANNO SCHURR FILED HER DUPLICATE DISMISSAL WITH LIKE JUDGE ZABEL'S ORDER WAS FILED 04/07/2009, AND JUDGE SCHURR'S DUPLICATE ORDER FILED 04/07/2010 AS SEEN ON THE DOCKET CASE NUMBER 2007-12407-CA01 LINE 10 AND 11,  NOT REMEMBER JUDGE VALERIE SCHURR IS A JUDGE WE NEVER MET NEVER SEEN AND NEVER DID A HEARING IN FRONT OF AND ACCORDING TO THE ADMINSTRATIVE JUDGE, JUDGE BAILEY SAID THAT SHE DID NOT ASSIGN JUDGE VALERIE SCHURR THIS  IS A JUDGE THAT SHE DID NOT ASSIGN TO OUR CASE ALL DONE SO THAT SHE COULD IN AN ILLEGAL

EXPARTE HEARING IN VIOLATION OF FLORIDA STAT. 702.07 WITH THE PLAINTIFF US BANK CHANGE HER OWN ORDER TO DISMISSAL WITHOUT PREJUDICE, TO HELP GMAC (US BANK). STEAL SO THEY CAN ALL MAKE MONEY OFF OF HELPLESS BLACKS USING BIG BAD JUDGES AND LAWYERS! The proof that JUDGE VALERIE MANNO SCHURR made Money to help them is on her Form 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST SWORN AFFIDAVIT OATH of 2008 that shows on part C. Liabilities section that she has $995,000.00 and $91,498.00 from GMAC which is the Servicer and owner RESIDENTIAL FUNDING CORPORATION in their notice of transfer said they were controlling our payments as Servicer from at least 1/1/2007 on the Mortgage Payment Coupon at the bottom of the Transfer Letter,    Exh 2. and $129,000.00 from Wells Fargo which is US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005 AHL3, then in 2009 form 6 it shows GMAC MORTGAGE of $410,000.00 and Credit line with GMAC, and $128,000 Wachovia which is Wells Fargo which is US BANK, and then she allows an Illegal Ex Parte Hearing with US Bank National Attorneys to change her Order which is really Judge Zabel's Order from DISMISSED WITH PREJUDICE in April 6th, 2010 to change the Dismissed with Prejudice 3 months later in June 27th, 2010, into DISMISSED WITHOUT PREJUDICE in this Ex Parte Hearing. Which is only supposed to be done with only the Defendants that are about to lose their home to the Foreclosure Sale and this must be done before the sale of the House according to Fl. Statue 107.07, ( during the interim GMAC also had a Florida Default Letter as the Servicer) and after that wonderful gift Judgement to US Bank National Association and helping Judge Zabel out of the mess for doing a Judgement without a Docketed Complaint, Note, Allonge, Mortgage or an Assignment from the Records which was literally Criminal, Thievery of our house. Then suddenly in her 2010 Form 6 Disclosure of Financial Interest, Exh. 3, it shows a $400,000.00 gift from GMAC and shows $1,000,000.00 from Wells Fargo which is US Bank. All of this is pay to Play RICO Conspiracy to steal Black People's Houses which they're also doing to White European Gentiles! US BANK'S only lawful Remedy was to Appeal the Dismissal with Prejudice within 30 days according to Florida Appellate Rule 4 (a)(1)(A). But now a case that was Dismissed with Prejudice was given life again by Judge Valerie Manno Schurr a Judge we had never met never seen or ever had a hearing in front of came in and Dismissed the Case with Prejudice exactly one year after Judge Zabel Dismissed it with Prejudice to avoid

Calloway Vs. Ford which says another Judge cannot change another Judges Order from the same Circuit Court they must Appeal to a higher Court but Judge VALERIE MANNO SCHURR did it anyway by having a hearing three months later in an illegal Ex Parte hearing and changing the Dismissal with Prejudice to Dismissal without Prejudice which allowed US BANK to secretly file another Foreclosure Case against the House at 15020 S. River Dr. Miami Florida 33167 and US Bank did file another Case which was a continuance of the same Case from 2007 which is called Case Number 2007-12407-CA01 that was Dismissed with Prejudice and secretly changed to Dismissed without Prejudice and without any notice to us in 2010 called Case number 2010-61928-CA01 this 2010 was also done without the Original Mortgage, Assignment and Docs. Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae and there must be the Loan number, Date and the printed name of the Signer as required by Federal Fannie Mae Rules B8-3-04 for Fannie Mae of which none of this is on the copy of the Allonge recorded on the Docket, And JUDGE VALERIE MANNO SCHURR has taken my new Case again to finish what she started by Ruling in favor of US BANK and GMAC with worst Conflicts of Interest that she's trying to hide so that she can Rule in the Bank's favor to illegally Foreclose. Because in her FORM 6 -2019 and 2020 Financial Disclosure Affidavit she has over $11,192,000.00, plus on line 5 she states that she has a $400,000.00 Mortgage with City National Bank that is Royal Bank of Canada, which is Wells Fargo, And Wells Fargo is US Bank JUDGE VALERIE MANNO SCHURR is helping to illegally Foreclose on us. The other conflict is Schurr's $400,000.00 Mortgage Holder City National Bank that is Royal Bank of Canada which is Morgan Stanly/JP Morgan, which is US BANCORP/US BANK. And All this is CITY NATIONAL BANK, who Merged with Wachovia Bank who admitted they were SLAVE MASTERS OF BLACK PEOPLE, to just take CRIPLE HELPLESS BLACK PEOPLE'S HOMES. I will investigate how this Judge accumulated $11 million dollars on a JUDGE'S SALARY, I demand to see where all that money is from. This is the Bank that served my law suit by an official Servicer acknowledged by US BANK which by Florida Statue they had only 20 days to answer but they never answered for six months while we're trying to Default them the whole time, yet JUDGE VALERIE MANNO SCHURR with her millions of dollars Conflicts of Interest helped US Bank by not ever Defaulting them no matter what the laws and rules say I really don't stand a chance in this fight because the

7

referee (JUDGE SCHURR) is being paid by my Opponents to Rule only in their (US BANK'S-GOLIATH'S favor I AM DESTROYED and CRUCIFIED by these wicked Animals who break all the Laws and kill BLACK PEOPLE and hold themselves not GUILTY by these CROOKED EVIL JUDGES like JUDGE VALERIE MANNO SCHURR and I know they are Plotting to KILL me right now, K.J.V. BIBLE=ZECHARIAH 11:5!!.

# CAUSE OF ACTION JUDGES AND OFFICIAL'S CONFLICTS OF INTEREST IN VIOLATION OF FEDERAL RULE OF CIVIL PROC RULE 60, FLORIDA RULE 2.160 (A) (D) (H) (1) (4), FL. CODE JUD. CONDUCT CANON 3E(1) FL. STAT. 112.312 (8)

ALL OF THESE JUDGES AND OFFICIALS CONSPIERED TOGETHER FROM TOP TO BOTTOM TO STEAL OUR HOME AND EACH ONE OF THEM HAD A HORRIFIC CONFLICT OF INTEREST! CHECK OUT THE JUDGES BELOW AND THE AMOUNTS OF MONEY THEY MADE FROM US BANK

AS TO U.S. BANK, THE SEC, ATTORNEYS TITLE INSURANCE FUND, COUNTY CLERK OF THE COURTS, DADE COUNTY RECORDS DEPARTMENT, DADE COUNTY POLICE COMMISSIONER VALERIE MANNO SCHURR, VERONICA DIAZ, VIVIANNE DEL RIO, JOHN SCHLESINGER, SAMANTHA RUIZ,

1. SARAH I. ZABEL 4/7/09--------------------------made almost 9 Million from US BANK Exh. 26

8

2. VALERIE MANNO SCHURR 1/21/22----------made almost 12 Million from US BANK Exh. 27

3. JOHN SCHLESINGER 12/19/2017---------------made almost 29 Million from US BANK Exh. 28

4. SAMANTHA RUIZ COHEN 5/12/2021------------made over 2 Million from US BANK Exh. 29

5. MIGUEL DE LA O 1/9/2019-------------------------made almost 1Million from US BANK Exh. 30

6. VERONICA DIAZ 6/2/2020------------------------made almost ½ Million from US BANK Exh. 31

7. VIVIANNE DEL RIO 5/4/2022---------------------made almost 2 Million from US BANK Exh. 32

8. JOSE M. RODRIGUEZ 1/29/24----------------------made almost 2 Million from US BANK Exh. 33

9. JOSE E. MARTINEZ 08/23/23----------------------made almost 3 Million From US BANK Exh. 34

10. EDUARDO SANCHEZ 06/17/23--------------------------made $250,000 From US BANK Exh. 35

11. CARLOS LOPEZ 06/17/23------------------------made almost 3 Million From US BANK Exh. 36

**APPELLATE JUDGES WITH A CONFLICT OF INTEREST FROM DEUTSCHE BANK**

1. BROWNWYN C. MILLER------------------------------------------------------------------Made $95,000 (Exh.4)

Comes now MACK WELLS acting Pro-Se here states Judge Brownwyn Miller, says that Wells Fargo on his 2012 Form 6 Full and public Disclosure of Financial Of Interest is a Bank doing Business with US Bank because he's doing business with US Bank and helping them make money so that he can make money by Foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof, Judge Brownwyn C. Miller is doing business with Wells Fargo Bank as seen on his Form 6 page 1 line 4 he got $95,000.00 from Tallahassee called Full And Public Disclosure Of Financial form 6 Exh. A, Wells Fargo is US Bank IS DEUTSCHE BANK. That is a Conflict of Interest against us and there's more, Exh. J. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit B so Brownwyn Miller you must Recuse YOUR SELF and VACATE YOUR ORDER against us, Exh.P. ORDER OF DISMISSAL WAS PUT IN JUNE 6, 2019

**APPELLATE JUDGES WITH A CONFLICT OF INTEREST FROM US BANK**

2. KEVIN MICHAEL EMAS-----------------------------------------Made $225,310 from US BANK (Exh.5)

Comes now MACK WELLS acting Pro-Se here states Judge Kevin Michael Emas, says that Wells Fargo on his 2012 Form 6 Full and public Disclosure of Financial Of Interest is a Bank doing Business with US Bancorp because he's doing business with US Bancorp and helping them make money so that he can make money by Foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof, Judge Kevin Michael Emas is doing business with Wells Fargo as seen on his Form 6 page 1 line 4 from Tallahassee called Full And Public Disclosure Of Financial form 6 Exh. A, Wells Fargo is US Bancorp Exh. B. And US Bancorp is US Bank

Exh. C That is a Conflict of Interest against us and there's more, Exh. J. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit B so Kevin Michael Emas you must Recuse YOUR SELF and VACATE YOUR ORDER against us, Exh. F.

3.  EDWIN SCALES--------------------------------------------------------Made $34,641 from US BANK (Exh.6)

Judge Edwin Scales, says that Chase Bank on his 2012 Form 6 Full and public Disclosure of Financial Of Interest is a Bank doing Business with US Bancorp because he's doing business with US Bancorp and helping them make money so that he can make money by Foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof, Judge Edwin Scales is doing business with Chase Bank as seen on his Form 6 page 1 line 4 from Tallahassee called Full And Public Disclosure Of Financial form 6 Exh. A, Chase Bank is US Bancorp Exh. B. And US Bancorp is US Bank Exh. C That is a Conflict of Interest against us and there's more, Exh. J. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit B so Edwin Scales you must Recuse YOUR SELF and VACATE YOUR ORDER against us, Exh. F. Order of Dismissal on JAN. 23, 2023.

**15020 S. R. DR. MIAMI 33167 AND 1977 NE 119ᵀᴴ RD. MIAMI FL. 33181. Exh.A.** These Judges have made Millions of dollars with U.S. Bank taking Black People and White European's

10

homes illegally for gifts of Money Exo. 23:8, Deut. 16:19. Which says Judges can't take gifts because it blinds the eyes of Judgement!! Here are these Judges examples. We filed a Federal Notice of Removal July 14th 2023 in Ft. Lauderdale under case# 23-cv-61345 Filed and labeled Maurice Symonette and Mack Wells Notice of Removal Exh.7 and 8 with the receipt saying that this Case is in the Wrong Venue in Ft. Lauderdale and will be sent to Dade County with the new Case# 23-cv-22640-JEM 28 U.S. Code SS 1446 and 1441 says only Defendants can Remove a State Court Case to Federal Court so when we filed in the wrong venue by mistake and they sent our case to Dade county where the Case Originated which was the right Division under Case# 23-cv-22640-JEM wherein Judge Martinez asked us to prove why we had Jurisdiction, filed on the Docket August 3rd, 2023. August 7th, 2023 we filed our Jurisdictional Memorandum, on 11/08/23 Defendant U.S. Bank began to respond to our Notice of Removal and Complaint and until this day we have been in Federal Removal and they have not answered but during the interim Judge Carlos Lopez tried to sell the house while we had a Notice of Removal and then he stopped the Sale of the House after we Pointed out to him the Notice of Removal and then we noticed that US BANK was continuing the Foreclosure because they snuck a Fake Forged Remand Order by us that had the a signature that's obviously not Judge Jose E. Martinez's signature see Exh. 9. As compared to his signature on our new Case# 23-cv-22640-JEM wherein Judge Martinez asked us to prove Federal Jurisdiction so therefore we demand to see the Original filings with the Original Signatures on Case#23-cv-22640 and Case#23-cv-22848, because we believe that some other filings are Forged and not Original. see Judge Martineze's signature, Exh. 10. And three other cases of Judge Martinez's signature. Martin V. Ogwyn, Exh 11 Smith Jr. v City of Miami, Exh. 12-1 and 12-2 and the United States of America V. Davis, Exh. 13. All of these Signatures are the same showing the incursive J going slightly towards the left with a half a circle J with an Apostrophe at the top at the end of Jose' the middle initial E is leaning towards the right with the end of the E at the bottom going up with a period the line on the M slants towards the right and then back towards the left with a hook at the end with the A, R, T and with a incursive Z, the J is a circular pyramid very wide

pointing towards the left, the middle initial E doesn't look at all like the Middle initial E on the other true signatures, Exh .14 and it has no period and the (mart) has the A with no R like the original, Exh. 9. with the rest of the alphabets leaning towards the right. And the alphabet T does not have a straight line slanted down like the rest of the Ts on his correct signatures, the fake T has a hook on the left the original does not have the hook, and does not have the incursive E or the long Z at the end of his name so therefore this is not Judge Martinez's signature and a fake Order. And I know that Judge Jose E. Martinez signature be on that Remand Order dated 08/23/2023 when he knew I filed a corrected Amended Notice of Removal and Complaint under the Case# 23-cv-22640-JEM dated 07/14/23 that came from the confusion of us filing the Notice of Removal in the wrong Division Ft. Lauderdale that they transferred to Dade Cunty Federal Division the same Day wherein Judge Martinez asked us to show why the Federal Courts had Jurisdiction to Remove this Case to Federal Court as seen in case# 23-cv-22640-JEM Dated 08/03/23  we showed our Jurisdiction 08/07/23 and we filed our Amended Complaint listed 08/01/23 which also had the Amended Notice of Removal written June 29th, as seen above the signatures of the Document attached to the Amended Complaint Exh 15. 1 and 2. but Fraudulently did not show on the Federal Docket Dated, 08/02/23, because of the Powerful Federal Jurisdictions in it, but said and mentioned because we did File it, 08/07/23 Docket, taken out of the Docket and used by U.S. BANK LAWYERS FRAUDULENTLY to do a FED. NOTICE OF REMOVAL Filed by U.S. BANK N.A. in Violation of 28 USC 1446 (b)(1) which only allows Defendants to File. Which U.S. BANK as the Plaintiff cannot do a Notice of Removal because they choose the County Venue and they used SYMONETTE and WELL's signature to File for U.S. BANK N.A. as seen on the 23-CV-22848-JEM FAKE CASE number one on that Docket. The Law says a person can't sign for a Corporation, Walacoerage v. Excell. but U.S. BANK LAWYERS USED our signatures to file for U.S. BANK N.A. Even though SYMONETTE nor WELL's filed or opened that 23-CV-22848-JEM Fraudulent Case 07/31/23 U.S. BANK did this by taking the Document filing dated July 31st of the NOTICE of Filing  our Notice of Removal, Exh. 16-1. They took this and started a whole new Case without our Permission16-2. And that's why we had to file our notice of compliance for the Notice of Removal and Complaint 10/12/23, and then we had to file our Notice of Removal in County Court Case# 2019-61928-CAO1, 10/13/23, 10/14/23 and 10/15/23

and the Clerks tried to keep our filings off the Docket even though we E Filed the Notice of Removal but it would not show on the **DALE DOCKET** several times, Exh. 17 pgs.1 and 2. and we gave it to the Clerk at the Clerk's Counter on Camera and gave it to Judge Carlos Lopez direct as admitted by the HEAD CLERK after we showed her the video proof then they put the Notice of Removal Filings on the DADE DOCKT Case # 2010-61928-CA01 Dated and seen on Docket Oct. 13th ,14th, and 15th, before the 0ct. 16th Sales Date but they allowed the Sale to go anyway in Violation Federal Stay Law 28 U.S. CODE SS 1446 (d) on video gods2.com 1G-18. and 19. in the County Case# 1010-61928-CAO1 and they did the Sale anyway in Violation of 28 US CODE SS 1446(d). US BANK knew were in the NOTICE OF REMOVAL Court because US BANK did a Notice of Appearance to our Notice of Removal as seen on the Federal Docket Case #23-CV-22640-JEM Dated 08/07/2023, 10/12/2023 and 11/08/2023 that's LINES 8, 9 and 10. And as seen in the County Case# 2010-61928-CAO1 and as seen on Docket Oct. 13th ,14th, and 15th, before the 0ct. 16th Sales Date. We objected to the Sale and Judge Carlos Lopez immediately stopped being the Judge and Judge Spencer Eig became the Judge and we pointed out to him that this case has already been Removed to Federal Court and its still in Federal Court and Judge Eig Went against 28 U.S. Code SS 1446 (d) and went against the 3rd DCA Appellate Court Garcia V. Deutsche Bank Nat'l Trust Co., of the which says once a Notice of Removal is Filed all State actions stops which is totally binding on Judge Spencer Eig of the 11th Judicial Circuit Court from the Federal Courts and the 3rd DCA Appellate Court NOW TO SHOW THE FORGERY AND FRAUD TO ILLEGALLY STEAL VETERANS AND CRIPPLE BLACK PEOPLE'S PROPERTY We filed a Notice of Removal July 17th in Ft. Lauderdale Case# 23-cv-61345 Exh. 19. With the receipt on the comments line with the Case# 23-cv-61345 Wells Et Al V. U.S Bank National Association Et al wherein we paid the $402 cash as required and *very important to notice* that the Case# on the receipt on Case# 23-cv-61345 has the Case# of the transferred Case# 23-cv-22640 because the case was transferred to the Miami Division but the point is the Document# is written at the very top of all the of all the Documents on a Federal Docket but this receipt on all Federal Dockets! Exh. 8 but for this strange Case that now mysteriously shows up Docket text filed 07/14/23 it says Clerks Notice to filer reference Case

administratively closed. Wrong venue selected by filing Case has been renumbered to the new Case# 23-cv-22640 no further entries will be made on this case entered 07/14/23 Exh. 7. A, B, and C. but it was the wrong Division and was transferred the same day to the Correct Division in Dade-County Federal Court with the case# 23-cv-61345. I want you to take notice that the remand for July 31st has a forged signature from the wrong case# that never existed because they immediately put it in the Miami-Dade Federal Court which was the correct division and not only was the signature on the remand forged but the signature for the clerk on the certified stamp was forged too. The whole case for Case# 23-CV-22848 is totally Fraudulent, the Case# that was actually filed and paid for by us was Case# 23-CV-61345 and that Case was immediately moved to Miami under Case #23-CV-22640 the other Case# 23-cv-22848 that was Supposedly Remanded has file date of July 31st but only case we filed was on July 14. Also the Order of Remand that was put on that case didn't make any Sense it said that US Bank filed a Notice of Removal that was found in the State Court on July 31st did not have my signature on it and it had the wrong Case#23-cv-22848 on it my Case# is 23-cv-22640 and the Case#23-cv-22848 on that one is from U.S. Bank filing a fake receipt when I filed it had the correct case# on it but the Clerk and the Lawyers changed it just like they did Valerie Manno Schurr. It has the same Fonts for Aug. 11 2008 labels For Sara Zabel's Dismissal with Prejudice. And Valerie Manno Schurr said she did not sign it and according to Fl. Stat.695.26(a) It says a printed name must be under the Signature according to Fannie Mae rule B8-3-04 and their literally using our same fonts so that the Notice of Removal is literally not the one that we filed in Federal Court ours ended in 640 theirs ended in 848 and then they Remanded it by signing the Signature. So that they Could continue the fake Foreclosure that they were doing unbeknownst to us because we were working on the Federal Case#23-cv-22640 but when we caught on was when we found out they still had a Sale for the house so we had to go get our notice of removal papers.

(5)  This State Court is precluded by federal law, based on the application of the automatic stay Federal code
     28 U.S. SS 1446 (D), from allowing the sale to proceed forward in this instance. This Court has no
     discretion in this matter when it comes to the removal statute and its effect on the jurisdiction of this
     Court.

The Third District, whose decisions are utterly binding on this Court stated, in *Garcia v. Deutsche Bank Nat'l Trust Co.*, 259 So. 3d 201, 202 (Fla. 3DCA 2018), that "State court jurisdiction ceases upon removal of a case to federal court and ***any pre-remand proceedings occurring in the state court after the case has been removed are void***"(citing *Musa v. Wells Fargo Del. Tr. Co.*, 181 So. 3d 1275, 1277 (Fla. 1st DCA 2015)) [emphasis added]. But it does not end there. Even more telling as to the effect of a on a court's jurisdiction is what the Third District stated following that which was "[i]n a detailed review of the law in this area, the First District concluded that even an ***improper removal to federal court, or a removal for improper motives, will not preserve state court jurisdiction.***" *Id.* at 1280-84; see also *Cole v. Wells Fargo Bank Nat'l Ass'n,* 201 So. 3d 749, 750 (Fla. 5th DCA 2016).

A week or so before July 11th Maurice Symonette and Micahiel Nichloson went to the Clerk of the Court and saw Alfred Davis's Docket and saw something shocking the Transcript by Transcriber Mary Ann Casale excluded the Statement that Judge Martinez said which was I'm not doing that because you guys did not prove your case, you brought no evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis. So Maurice Symonette brought Alfred Davis to the Federal Clerks office a day or so before the July 11 Sentencing hearing and saw it to we ordered the whole Transcript the Clerk printed it up and Alfred Davis was about to pay for it the Clerk saw that we noticed that we saw the horrible discrepancy and then said oh no we can't allow you to get transcript and took it from us in Violation of , 5 CFR § 1201.53 Record of Proceeding (a)(b)(c) but we have about 20 eye and ear witnesses that what Judge Jose E. Martinez said on both days of the trial was true we heard Judge Jose Martinez say those words which we also saw and heard, Affidavits,Exh.22.1-8, but on7/11/24 the Judge

15

out of nowhere said he agreed with the Jury exactly the Opposite of what he said which explains why the transcriber refused process service for lawsuit, Exh.23 who Changed Transcript to match judges change about Alfred Davis Federal Judge Rodolfo (has a $250,000 Conflict of Interest with U.S. Bank ) Exh.38, Federal Judge Kathleen Williams (has a $50,000 Conflict of Interest with U.S. Bank) Exh.39, Federal Judge Darrin P. Gayles ( has a $250,000 Conflict of Interest with U.S. Bank)Exh.40, and Judge Spencer Eig (has an $108.000 Conflict of Interest with U.S. Bank) Exh.41, Johnathan Goodman (has a $50,000 Conflict of interest with U.S. Bank) Exh.42 all have Conflicts of Interest. So not only do they not have the right to file motions they don't have the right to be on this Case. Clerk of Courts Comptroller Juan-Fernandez Barquin (has a Conflict of Interest of $635,000 with U.S. Bank) Exh.37 and Federal Judge Sheri P. Chappell has a Conflict of interest of $250,000 from with U.S. Bank) Exh.43. And Attys. Eve Alexis Cann, H. Ron Davidson, Spencer Devin Leech, Christopher Michael Sutter, and Lapointe Markenzy, ISABELLE MARIE CARPBAJALES, JOSE ANGEL CASAL, DANIEL MATZKIN are all Representing one or more of the Judges above who have Conflicts of Interest with U.S. Bank . This Racist Jonathan Bailyn PROSECUTOR was able to put in his response to the request for Bond while waiting for his Appeal was able to say that Alfred doesn't have close family Ties because no Family wrote him a Character letter or testified for his Character at the Hearing in the Docket7/17/24 Doc entry 74 last paragraph of page 1 case #24-CR-20051-JEM. What a trick to perfect their trick Case because his Atty. Held back the Character letters and she didn't let us Testify so that the Prosecutor can say no family ties to stop his Bond, here are the character letters she held back Exh.24,1-8.to stop the Americangala.com event for the VETS and take our property,

16

what a perfect team to doom Alfred Davis with the help of his Atty. And this Racist

Prosecutor Bailyn Nut called our nonprofit organization HOODLUMS=(Niggers).

Coupled with all this Fake charges done to take our Property by making us  Wow we who

feed the people and their kids every Sunday and after the event we pick up the trash

making our neighborhood very clean for almost 30 years with old people, young people,

kids Latin, Black and White we help people with Community Service, we feed people, do

voter Registration Drives and help with the Get out to Vote Strategies with Symonettes

Fraternity Alpha Phi Omega a Service Fraternity for the People I have temple sermons 4

times a day played on different on Radio Stations daily, we got a Proclamation from the

city of Miami from doing these events, Exh. 25.

The Appellant is Appealing Judge Sheri Chapelle's Order to Dismiss our Case with Prejudice, Because a writ of Replevin Case is not Supposed to be Dismissed because According to Stat. 78 U.S. Bank has to have proof that they Own the Note of which they have Consistently proven that they don't have. Not to mention that the Judge Ruling on this Case has Conflict of Interest with U.S. Bank in the Amount of $250,000 Exh.B. Finally, how can it be ignored that . Clerk of Courts JUAN FERNANDEZ-BARQUIN, Federal Judge JOSE E. MARTINEZ, and Federal Magjstrate EDUARDO SANCHEZ all have no say in Filing Motions or Documents in this Case because they have no right to file documents period according to Florida Rules of Court 2.420 (6) which says "Filer" means any person who files a document in court records, except, "filer" does not include the <u>Clerk of Court</u> or <u>designee of the Clerk</u>, a <u>Judge</u>, <u>Magistrate</u>, <u>Hearing Officer</u>, or <u>Designee of a Judge</u>, <u>Magistrate or Hearing Officer</u>. They're in total violation of this rule and all his motions and any other Documents filed are Null and Void.)

2.      Check one of the following:

_____ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.
-or-
__X__ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain) Judge Sheri Chappelle has a Conflict of Interest with U.S. Bank in the amount of $250,000 with U.S. Bank See Exh. B

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of Nov. 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing.

/S/MACK WELLS
MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

/S/MAURICE SYMONETTE
MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

## EXHIBIT A – INTERESTED PERSONS

| INTERESTED PERSONS/ | |
|---|---|
| *PRO SE*<br><br>MACK WELLS AND MAURICE<br><br>SYMONETTE – APPELLANT'S | |

| EXHIBIT A – APPELLEE'S INTERESTED PERSONS | AFFILIATED ATTORNEYS OR OTHER PROFESSIONALS |
|---|---|
| U.S. BANK N.A. | **Eve Alexis Cann**<br>**Baker Donelson**<br>**200 East Broward Blvd.**<br>**Suite 2000**<br>**Fort Lauderdale, FL 33301**<br>**954-768-1612**<br>**Email: ecann@bakerdonelson.com**<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Spencer Devin Leach**<br>**Baker, Donelson, Bearman, Caldwell and Berkowitz, PC**<br>**100 S.E. Third Avenue**<br>**Suite 1620**<br>**Fort Lauderdale, FL 33394**<br>**(954) 768-1615**<br>**Email: sleach@bakerdonelson.com**<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| FEDERAL JUDGE JOSE E. MARTINEZ | **Eve Alexis Cann**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**H. Ron Davidson**<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>305-961-9405<br>Fax: 305-536-4699<br>Email: h.ron.davidson@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |
| FEDERAL MAGISTRATE EDUARDO SANCHEZ | **Eve Alexis Cann**<br>(See above for address)<br>**ATTORNEY TO BE NOTICED**<br><br>**H. Ron Davidson**<br>(See above for address)<br>**ATTORNEY TO BE NOTICED** |

OFFICIAL COURT
REPORTER MARY
ANN CASALE

**Eve Alexis Cann**
(See above for address)
ATTORNEY TO BE NOTICED

**H. Ron Davidson**
(See above for address)
ATTORNEY TO BE NOTICED

ASSISTANT UNITED
STATES ATTORNEY
JONATHAN BAILYN

**H. Ron Davidson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eve Alexis Cann**
(See above for address)
*ATTORNEY TO BE NOTICED*

JUDGE SPENCER EIG

**Christopher Michael Sutter**
**Florida Office of the Attorney General**
**110 SE 6th Street**
**10th Floor**
**Fort Lauderdale, FL 33301**
**(954) 712-4600**
**Fax: (954) 527-3702**
**Email:**
**christopher.sutter@myfloridalegal.com**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eve Alexis Cann**
(See above for address)
*ATTORNEY TO BE NOTICED*

JUDGE VIVIANNE DEL RIO

**Christopher Michael Sutter**
**Florida Office of the Attorney General**
**110 SE 6th Street**
**10th Floor**
**Fort Lauderdale, FL 33301**
**(954) 712-4600**
**Fax: (954) 527-3702**
**Email: christopher.sutter@myfEve Alexis**
**Cann**
**(See above for address)**
*ATTORNEY TO BE*
*NOTICED*loridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CLERK OF COURTS COMPTROLLER
JUAN FERNANDEZ-BARQUIN

**Isabelle Marie Carbajales**
**Holland and Knight LLP**
**701 Brickell Ave**
**Unit 3300**
**Miami, FL 33131**
**3053748500**
**Fax: 3057897799**
**Email: isabelle.carbajales@hklaw.com**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose Angel Casal**
**Holland & Knight**
**701 Brickell Avenue**
**Suite 3300**
**Miami, FL 33131**
**305-789-7713**
**Fax: 305-789-7799**
**Email: jose.casal@hklaw.com**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eve Alexis Cann**
**(See above for address)**
*ATTORNEY TO BE NOTICED*

FEDERAL JUDGE KATHLEEN

WILLIAMS

FEDERAL JUDGE RODOLFO A. RUIZ

FEDERAL JUDGE DARRIN P.

GAYLES

FEDERAL JUDGE JOHNATHAN

GOODMAN

FEDERAL JUDGE SHERI POLSTER
CHAPPELL

LAPOINTE MARKENZY

ISABELLE MARIE CARPBAJALES

JOSE ANGEL CASAL

FLORIDA ATTY. GENERAL SERVICE

DANIEL MATZKIN



Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information

DOCKET #1  Exh.1

🛒 0 item(s) in Basket

Home    Online Services    About us    Contact us



**HARVEY RUVIN**
**CLERK** of the **COURTS**
**MIAMI-DADE COUNTY, FLORIDA**

## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS

**ALL PARTIES**
**US BANK (NA) vs WILLIAMS, LEROY**
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

START A NEW SEARCH

Case Number (LOCAL): 2007-12407-CA-01
Case Number (STATE): 13-2007-CA-012407-0000-01

Dockets Retrieved: 48

Filing Date: 04/26/2007
Judicial Section: 32

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 04/07/2011 | | LETTER OF CORRESPONDENCE | FROM MACK L WELLS |
| 11/04/2010 | | NO FURTHER JUDICIAL ACTION | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |
| 10/14/2010 | | MOTION: | TO VACATE LAST ORDER & RETAIN ORIG ORDER |
| 09/26/2010 | | MOTION TO VACATE, DISMISSAL | |
| 08/06/2010 | | TEXT | RET'D ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343 / 949 Pages 3 | COURT ORDER | BK:27343 PG:0949 VACATING, DISMISSING, CXL SALE RELEASE LIS PENDENS, ETC. |
| 06/20/2010 | | MOTION: | ATY:000?1675 R: 5058 TO DISMISS CASE,CANCEL FORECLOSURE SALE, ETC. |
| 05/18/2010 | | FINAL DISPOSITION DOCUMENT | |
| 04/07/2010 | 27244 / 4193 Pages 3 | COURT ORDER | BK:27244 PG:4193 OF DISMISSAL |
| 04/07/2009 | Judge Izabel D | TEXT with PREJUDICE | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | OBJECTION: | TO WRITTEN DISCOVERY,MTN TO STRIKE OR...ETC |
| 09/09/2008 | | NOTICE: | THAT PLTFF HAS RESPONDED TO DEFENDANT,...ETC |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944 / 542 Pages 2 | COURT ORDER | BK:25944 PG:0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE : |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE 08/31/2007 |
| 09/12/2007 | | MOTION: | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | MOTION: | ATY:888888888 R: 145184 SET ASIDE F.JUD AND RECONSIDER STAY |

Judge Izabel D

Sent
ZADIE

Exh.1 pg.2

Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information

| Date | Book/Pages | Description | Detail |
|---|---|---|---|
| 09/10/2007 | | TEXT | |
| 08/30/2007 | | NOTICE OF SALE | $50 FEE PD/RCPT 145184 |
| 08/24/2007 | | TEXT | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | CERTIFICATE OF MAILING FINAL JUDGMENT | |
| 08/13/2007 | | NOTICE OF FILING | |
| 08/13/2007 | | NOTICE OF FILING | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | TEXT | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/09/2007 | 25872 / 4163 Pages 6 | TEXT | FINAL DISPOSITION FORM |
| 07/26/2007 | | FINAL JUDGMENT | SALE DATE 09-14-2007 J$ 491500.11 BK:25872:PG:4163 DN01 DN02 DN03 DN04 |
| 07/26/2007 | | DEFAULT | |
| 07/19/2007 | | NOTICE OF DEFAULT NOT ENTERED | DN03 |
| 07/19/2007 | | NOTICE OF HEARING | DN01 DN02 E |
| 07/19/2007 | | MOTION FOR DEFAULT | MOTIONS 08/09/2007 10:00 AM |
| 07/19/2007 | | MOTION FOR SUMMARY JUDGMENT | |
| 06/12/2007 | | NON-MILITARY AFFIDAVIT | |
| 06/12/2007 | | SERVICE RETURNED | |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1562 P 05/23/2007 DN02 |
| 06/12/2007 | | TEXT | BADGE # 1562 P 05/12/2007 DN01 SUMMONS RTD NON-SERVED UNK SPOUSE OF WILL AMS |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 118 P 05/02/2007 DN03 |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/08/2007 | | SERVICE RETURNED | BADGE # 1300 P 05/01/2007 DN04 |
| 06/08/2007 | | TEXT | OPPOS.TO PLNFS MORT.FORECLOSURE COMPLT ETC. |
| 05/23/2007 | | TEXT | WRITTEN REQU.FORMAL PROTEST.&DISPUTE ETC. |
| 04/30/2007 | 25576 / 1873 Pages 1 | ANSWER | ATTORNEY:00314021 DN04 |
| 04/26/2007 | | LIS PENDENS | BK: 25576:PG:1873 |
| 04/26/2007 | | COMPLAINT | |
| 04/26/2007 | | CIVIL COVER | |
| | | SUMMONS ISSUED | DN01 DN02 DN03 DN04 |

BACK TO SEARCH RESULTS          ALL PARTIES          START A NEW SEARCH



S0142977

http://www2.miami-dadeclerk.com/civil/Search.aspx

*Ocwen Loan Servicing, LLC*
**HELPING HOMEOWNERS IS WHAT WE DO!™**
<u>OCWEN.MORTGAGEBANKSITE.COM</u>



# GMAC Mortgage

**Exh.2**

### Notice of Servicing Transfer and Welcome to Ocwen Loan Servicing, LLC

February 7, 2013



LEROY WILLIAMS
PO BOX 222...
HOLLYWOOD FL 33022-2692

Dear LEROY WILLIAMS,

The servicing of your mortgage loan, that is, the right to collect payments from you, is transferring from your current servicer, GMAC Mortgage ("GMACM") to your new servicer, Ocwen Loan Servicing, LLC ("Ocwen") effective February 16, 2013.

Rest assured this transfer of servicing does not affect any term or condition of the mortgage documents, other than those directly related to the servicing of your loan. There will be no change to your account number or payment address; only to the name of the company to which you make your payment. All mailing addresses and phone numbers you previously used to contact GMACM will remain the same but, as of February 16, 2013, they will be maintained by Ocwen. You will continue to be served in a knowledgeable and professional manner, just as you have in the past.

GMACM will stop accepting payments on February 15, 2013. Ocwen will begin to accept payments on February 16, 2013. Send all payments due on or after that date to Ocwen. A temporary coupon is provided below for your convenience. Any account notices prepared prior to February 16, 2013 will reflect GMACM; all notices prepared on or after February 16, 2013 will reflect Ocwen. In addition any payments received by GMACM after February 15, 2013 will automatically be processed by Ocwen.

If you are currently using GMACM's automatic payment service, this program will continue with no lapse in service. If you previously made your payment through GMACMortgage.com, on or after February 16, 2013 you can go to ocwen.mortgagebanksite.com and use your same login ID and password for account access. If you use a third party payment service, please request they update their records to have payments made payable to Ocwen Loan Servicing, LLC effective February 16, 2013.

Because GMACM is the subject of a bankruptcy proceeding, federal law requires either GMACM or Ocwen to send you this notice not more than 30 days after the effective date of the transfer of the servicing of your loan. In this case, all necessary information is combined in this one notice. Please review the reverse side of this letter for legal disclosures, notices and state requirements. It's our goal to make this transfer as seamless as possible.

Enclosed are your (1) final GMAC Mortgage annual privacy notice and (2) your Ocwen initial privacy notice that becomes effective with the start of your new customer relationship with Ocwen. Please see the Ocwen initial privacy notice for important opt-out elections.

We appreciate the opportunity to serve your home loan needs. If you have questions relating to the transfer of servicing please contact our Transfer Hotline at 1-888-826-3479 weekdays from 8:00 AM to 7:00 PM, Central Time. If you have questions about the general servicing of your loan please call GMACM Customer Care at 800-766-4622, 6:00 a.m. - 10:00 p.m. CT M-F and 8:00 a.m. - 2:00 p.m. Sat.

Sincerely,

Sincerely,

Charles R. Hoecker
Sr. Vice President, Customer Care
GMAC Mortgage

William C. Erbey
President and Chief Executive Officer
Ocwen Loan Servicing, LLC

Enclosure(s)

---

**Your Loan Account Details
as of 02/04/2013**

Account Number.
▓▓▓▓▓937

Property Address:
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

Transfer Date:
02/16/2013

Principal Balance:
$448,000.00

Escrow Balance:
-$148,948.27

Loan Rate:
6.125%

Next Payment Due:
1/1/2007

Payment Amount:
Please refer to your
mortgage account statement

**Ocwen Loan Servicing, LLC
Customer Care
Contact Information**

➤ Phone:
800-766-4622

Personal assistance:
6:00 a.m. - 10:00 p.m. CT M-F
and 8:00 a.m. - 2:00 p.m. Sat

24-hour automated service

Email:
ocwen@mortgagebanksite.com

Web:
ocwen.mortgagebanksite.com

Mail:
PO Box 780
Waterloo, IA 50704-0780

02-1625-730001(1/13)

---

*(handwritten/stamp)*

ТТ

Filed   BY: (2)
11-29 A.D. 2017

Case No. 10-61928-CA05

HARVEY RUVIN
Clerk Circuit Court

---

## Mortgage Payment Coupon

*Ocwen Loan Servicing, LLC*



| Account Number: | Please assist us in applying your payment. | |
|---|---|---|
| ▓▓▓3937 | Full Payments | $............ |
| **Due Date:** | ADDITIONAL Principal | $............ |
| 1/1/200... | ADDITIONAL Escrow | $............ |
| | Late Charge | $............ |
| **Mortgage Payment:** | Other fees (specify) | $............ |
| See above | Total Amount Enclosed | $............ |
| LEROY WILLIAMS | | |

OCWEN
PO BOX 9001719
LOUISVILLE, KY 40290-1719

02  0107  ▓▓▓▓  3937  0000000  00000  22222  6

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2010**

| FOR OFFICE USE ONLY: | COMMISSION ON ETHICS DATE RECEIVED |
|---|---|
| | OCT 2 3 2011 |

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W Flagler St Ste 1105
Miami, FL 33130-4763

PROCESSED

| ID Code | |
| ID No | 210380 |
| Conf Code | |
| P Req. Code | |

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2010, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31, 2010 was $4,089,000.00

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - Dade County | $2.5 mil |
| 2010 Range Rover | $55,000.00 |
| Bank Accounts Fusion, Brokerage Accts/Fidelity (Ins) | $400,000.00 |
| Vonfuari | 300,000.00 |
| CASH in Bank/City National Bank, Wachovia, Bank America | 1,000,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC / Mortgage - P.O. Box 4622 Waterloo, IA | $100,000.00 |
| Chase Financial - P.O. Box 78067, Pheonix AZ 85062 | $16,000.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |

CE Form 6 Effective January 1, 2011 Refer to Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

## PART D – INCOME

Exh 3 pg.2

You may *EITHER* (1) file a complete copy of your 2010 federal income tax return, including all attachments, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐ I elect to file a copy of my 2009 federal income tax return. If you check this box and attach a copy of your 2010 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME:**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | State Payroll | $140,610.00 |
| Judge of the 1st Judicial Circuit | 200E Gaines St. Tallahassee Fl | |
| Inter of Interest | Mortgage | |
| | BANK | $15,000.00 |
| | Fidelity Acct | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc. of businesses owned by reporting person—see instructions]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | None | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF  MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this 15TH day of
June, 2011 by Valerie MANNO Schur

_____
(Signature of Notary Public—State of Florida)

JESUS F. VICROSA
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known  X    OR  Produced Identification _____

Type of Identification Produced _____

JESUS FELIPE VILAONA
MY COMMISSION # DD 970340
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

**FILING INSTRUCTIONS** for when and where to file this form are located at the top of page 3. **INSTRUCTIONS** on who must file this form and how to fill it out begin on page 3. **OTHER FORMS** you may need to file are described on page 6.

CE Form 6 Effective January 1, 2011  Refer to Rule 34-8.002(1), F.A.C.

PAGE 2

Exh.3 pg.3

**JUDICIAL QUALIFICATIONS COMMISSION FORM 6A**
Canon 6B(2), Code of Judicial Conduct

COMMISSION ON ETHICS
DATE RECEIVED

JUN 2 3 2011

**GIFT DISCLOSURE**

All judicial officers must file with the Commission on Ethics on or before July 1 of each calendar year on the form set forth below a list of all gifts received during the previous calendar year of a value in excess of $100.00, as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

NAME: Valerie Mann Schurr    TELEPHONE: 305-349-7029

ADDRESS: 73 West Flagler Street Room 1105, Miami, FL 33130

POSITION HELD: Circuit Judge

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Source | Value |
|--------|-------|
| NONE | |
| | |
| | PROCESSED |
| | |
| | |

I certify that the foregoing list is complete, true and correct.

Valerie M

**JUDGE**

**OATH**

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this 15ᵗʰ day of JUNE, 2011
by Valerie Manne Schurr (name of person making statement).

(NOTARY SEAL)

JESUS FELIPE VILAOMAT
MY COMMISSION # DD 975140
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

(Signature of Notary Public-State of Florida)

JESUS F. VILAOMAT
(Name of Notary Public-Typed, Printed or Stamped)

Personally Known ___X___ OR Produced Identification _____
Type of Identification
Produced: _____

(ORIGINAL OF THIS FORM FILED WITH COMMISSION ON ETHICS; COPY FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

04/11

*Exh. 4*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

   Plaintiff

                                              CASE NO: 2010-61928-CA01

   v.

   MACK WELLS

   Defendants,

### MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HIM ORDER AND REVERT BY VACATING HIM ORDER AND MEMORANDUM OF LAW

_Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60. Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Brownwyn Catherine Miller 05/04/2022 review of the record and Final Judgement Order, Exh. 119 based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit 0 # ) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate him orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) FL Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whime Impartiality might reasonably be questioned Rule*



*2 160 (D) (1) grounds to disqualify is party fears Judge is Biased FL Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Brownwyn Cathimine Miller must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof: In his **Form 6 Affidavit Oath** from Tallahassee called **FULL AND PUBIC DISCLOSURE OF FINANCIAL** Says:

2. **form 6 for 2012** on line  2.. Exh. 2. He got $95,000.00 with **WELLS FARGO** which is Financed by US BANCORP. Exh. 1. which is U.S. Bank. Exh. 2.

3. **form 6 for 2019'** Exh. (0). On line  3 he got, $250,000.00. doing business with Voya which is US Bank, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4, 19. And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

And on him 2020 Form 6 Full and Public Disclosure of Financial Interest In 2020 on line 2. Exh. 3. Line 3. He got $351,000.00 with Voya Which is US Bancorp Exh.3, which is U.S. Bank, Exh. 5 and 5B

*Exh.4*
*Exh.2*
*P91*

# FORM 6   FULL AND PUBLIC DISCLOSURE OF   2012

## FINANCIAL INTERESTS

| | |
|---|---|
| Please print or type your name, mailing address, agency name, and position below : | FOR OFFICE USE ONLY: |

LAST NAME — FIRST NAME — MIDDLE NAME:
Miller, Bronwyn C.

MAILING ADDRESS:
1351 Northwest 12th Street

Suite 413

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| Miami | 33125 | Miami-Dade |

NAME OF AGENCY :
Eleventh Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
Circuit Judge, Group 21

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

*COMMISSION ON ETHICS*
*DATE RECEIVED*
*JUN 10 2013*

*47213*

*PROCESSED*

*CONFIDENTIAL*

---

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2012, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of June 15 , 20 13 was $ 940,000.00

---

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions page 4) | VALUE OF ASSET |
|---|---|
| ING 404(B) Investment Account | 130,000.00 |
| UBS Investment Account | 85,000.00 |
| Wells Fargo Investment Account/Checking/Savings Accounts/Joint | 95,000.00 |
| Residence/Request for Address Exemption Previously Tendered | 475,000.00 |
| T. Rowe Price Investment Account | 35,000.00 |

---

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| SunTrust Bank, P.O. Box 4418, Center 645, Atlanta, GA 30302 | 115,000.00 |
| CitiBank, P.O. Box 790162, St. Louis, MO 63179 | 18,000.00 |
| Sabadell Bank, 1111 Brickell Avenue, Miami, Florida 33131 | 20,000.00 |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2013. Refer to Rule 34-8.002(1), F.A.C.    (Continued on reverse side)    PAGE 1

*Exh. 4*
*Exh. 2*
*Pg. 2*

## PART D — INCOME

You may EITHER (1) file a complete copy of your 2012 federal income tax return, including all W2's, schedules, and attachments, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐  I elect to file a copy of my 2012 federal income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2012 tax return, you need not complete the remainder of Part D.)

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida/Salary | 200 East Gaines Street, Tallahassee, Florida | 136,752.64 |
| | | |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME [major customers, clients, etc., of businesses owned by reporting person—see instructions on page 6]:**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF *Miami-Dade*

Sworn to (or affirmed) and subscribed before me this ___5___ day of *June*, 20 13 by *Bronwyn C. Miller*

_____
(Signature of Notary Public-State of Florida)

Notary Public State of Florida
Gisela Hernandez
My Commission DD966131
Expires 02/25/2014

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓     OR  Produced Identification _____

Type of Identification Produced _____

**FILING INSTRUCTIONS for when and where to file this form are located at the top of page 3.
INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.
OTHER FORMS you may need to file are described on page 6.**

CE FORM 6 - Effective January 1, 2013. Refer to Rule 34-8.002(1), F.A.C.

PAGE 2

*Exh. 4*
*Exh. C*
*pg. 1*

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2020 |
|---|---|---|
| Please print or type your name, mailing address, agency name, and position below. | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

**LAST NAME — FIRST NAME — MIDDLE NAME**
MILLER     BRONWYN     CATHERINE

**MAILING ADDRESS:**
2001 SOUTHWEST 117TH AVENUE

**CITY:** MIAMI   **ZIP:** 33175   **COUNTY:** MIAMI-DADE

**NAME OF AGENCY:**
THIRD DISTRICT COURT OF APPEAL

**NAME OF OFFICE OR POSITION HELD OR SOUGHT:**
JUDGE, APPELLATE DISTRICT

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

PROCESSED

FLORIDA
COMMISSION ON ETHICS
JUN 0 9 2021
RECEIVED

CONFIDENTIAL

47213

---

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of JUNE 1          20 21   was $ 1,640,000.00

---

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes; jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000: DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| RESIDENCE | 700,000.00 |
| VOYA INVESTMENT ACCOUNT | 351,000.00 |
| NATIONWIDE INVESTMENT ACCOUNT | 181,000.00 |
| ORIENTAL INVESTMENT ACCOUNT | 125,000.00 |

---

### PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4): NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| SUNTRUST BANK, P.O. BOX 4418, CENTER 645, ATLANTA, GA 30302 | 65,000.00 |
| | |
| | |
| | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exh.4
Exh.0
Pg.2

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.)

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| STATE OF FLORIDA | 200 EAST GAINES STREET, TLHS, FL | 168,665.76 |

**SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person—see instructions on page 5):**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F – TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _Miami Dade_
Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this _4th_ day of
_June_ 20 21 by _Hon Bronwyn C Miller_

_Maria E Miheic_
(Signature of Notary Public–State of Florida)

Maria E Miheic
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓      OR   Produced Identification ___
Type of Identification Produced _____

MARIA E. MIHAIC
Commission # GG 965381
Expires May 15, 2024
Bonded Thru Budget Notary Services

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____         _____
Signature                                 Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

PAGE 2

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.202(1), F.A.C.

Exh. 4
Exh. O
pg. 3

## Part B-Assets (Continuation)

~~Exhibit 03 Exhibit 0 pg.3~~

| | |
|---|---|
| Wells Fargo/Investment/Checking/Savings | 20,000.00 |
| E-Trade Accounts | 17,000.00 |
| VHEIP Investment Accounts | 40,000.00 |
| United States Savings Bonds | 3,000.00 |
| Ally Bank Investment Accounts | 13,000.00 |
| American Express Savings Account | 3,000.00 |
| Florida Pre-Paid College Accounts | 55,000.00 |
| UBS Investment Accounts | 15,000.00 |

USCA11 Case: 24-13671    Document: 13    Date Filed: 12/05/2024    Page: 38 of 723

FLORIDA
COMMISSION ON ETHICS

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

Exhibit 65
Exhibit O pg.4

JUN 0 9 2021
RECEIVED

Exh.4
Exh.O
pg.4

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: **BRONWYN MILLER**    Work Telephone: 305-229-3200

Work Address: 2001 SW 117 AVENUE MIAMI 33175    Judicial Office Held:

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
| 01/20 | GALA TICKET/BIG BROTHERS BIG SISTERS | BILL DEAN AND STACY ROSKIN | $3000.00 |
| 03/20 | LUNCHEON TICKET/VIZCAYA | SWANEE DIMARE | $1000.00 |
| | | | $ |
| | | | $ |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|------|-------------|--------|
| | | |
| | | |
| | | |

☐ Check here if continued on separate sheet

**CONTINUE TO PAGE 2 FOR OATH**

Page 1 of 2

Form 6A Revised 4/21

## OATH

Exh.4
Exh.8
pg.5

State of Florida:

County of ~~Miami-Dade~~

~~Exhibit 65 Exhibit 9~~ pg.5

I, Bronwyn Miller the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____

MARIAE. MIHAIC
Commission # GG 253761
Expires May 15, 2024
Bonded Thru Budget Notary Services

Sworn to and subscribed before me this

_1st____ day of _June____ 20 21

**Exh.5 pg.1**

# FORM 6   FULL AND PUBLIC DISCLOSURE OF   2012
## FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below :

| | |
|---|---|
| **FOR OFFICE USE ONLY:** | |

LAST NAME — FIRST NAME — MIDDLE NAME:
Emas, Kevin Michael

MAILING ADDRESS:
2001 S.W. 117 Avenue

CITY : Miami    ZIP : 33176    COUNTY : Miami-Dade

NAME OF AGENCY :
Florida State Courts

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
Judge, Third District Court of Appeal of Florida

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

COMMISSION ON ETHICS
DATE RECEIVED

5916

JUN 0 5 2013

CONFIDENTIAL

PROCESSED

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2012, or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of December 31_____, 20 12___ was $ ____921,723____.

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ __See attached finc'l statement and schedule__

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions page 4) | VALUE OF ASSET |
|---|---|
| See attached financial statement and schedule | |
| | |
| | |
| | |
| | |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Continental National Bank, P.O. Box 352680, Miami, FL 33135 | $5116 |
| Wells Fargo Bank, P.O. Box 10335, Des Moines, IA 50306 | $225,310 |
| Wells Fargo Bank, P.O. Box 10335, Des Moines, IA 50306 | $14,794 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

## PART D -- INCOME

You may *EITHER* (1) file a complete copy of your 2012 federal income tax return, *including all W2's, schedules, and attachments*, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐    I elect to file a copy of my 2012 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2012 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 200 E. Gaines Street, Tallahassee, FL 32399 | $147,520 |
| FIU Law School | 11200 S.W. 8th Street, Miami, FL 33199 | $6000 |
| Matthew Bender & Co. | P.O. Box 8808, Dayton, OH 45401 | $3000 |
|  |  |  |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A |  |  |  |
|  |  |  |  |
|  |  |  |  |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

|  | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A |  |  |
| ADDRESS OF BUSINESS ENTITY |  |  |  |
| PRINCIPAL BUSINESS ACTIVITY |  |  |  |
| POSITION HELD WITH ENTITY |  |  |  |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS |  |  |  |
| NATURE OF MY OWNERSHIP INTEREST |  |  |  |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☑

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_Kevin Emas_ (signature)
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _MIAMI-DADE_

Sworn to (or affirmed) and subscribed before me this __29th__ day of
__May__, 20 __13__ by _Kevin Emas_

_Dolores Ramos_
(Signature of Notary Public--State of Florida)

DOLORES RAMOS
MY COMMISSION # EE 042543
EXPIRES: November 22, 2015
Bonded Thru Notary Public Underwriters

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ___✓___    OR    Produced Identification _____

Type of Identification Produced _____

**FILING INSTRUCTIONS for when and where to file this form are located at the top of page 3.
INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.
OTHER FORMS you may need to file are described on page 6.**

CE FORM 6 - Effective January 1, 2013. Refer to Rule 34-8.002(1), F.A.C.                    PAGE 2

**Exh.5 pg.2**

**FINANCIAL STATEMENT OF
KEVIN EMAS AS OF 12/31/12**

**ASSETS**

| | | **LIABILITIES** | |
|---|---|---|---|
| CASH ON HAND/CDs............. | $30,364 | NOTES PAYABLE TO BANK (HOME EQUITY)............... | $14,794 |
| US. GOVT SECURITIES (SAVINGS BONDS)................ | $5000 | NOTES PAYABLE TO BANK (AUTOS)....... | $5116 |
| LISTED SECURITIES, BONDS AND IRAs (SEE ATTACHED SCHEDULE).. | $481,862 | NOTES PAYABLE TO OTHERS........... | -0- |
| ACCOUNTS RECEIVABLE....... | -0- | ACCOUNTS AND BILLS DUE.......... | $6,200 |
| REAL ESTATE OWNED: HOME AT ███████........... | $525,000 | REAL ESTATE MORTG. (HOME).... | $225,310 |
| AUTOS............................ | $35,078 | UNPAID INCOME TAX......... | -0- |
| MISC. PERSONAL PROPERTY AND HOUSEHOLD GOODS (JEWELRY, FURNITURE, ETC.) | $45,000 | OTHER UNPAID TAX AND INTEREST....... | -0- |
| CASH VALUE-LIFE INSURANCE | $111,931 | OTHER LIENS OR DEBTS (Federal Student Loan) | $61,092 |
| **TOTAL ASSETS.................** | **$1,234,235** | **TOTAL LIABILITIES.....** | **$312,512** |
| | | **NET WORTH.........** | **$921,723** |

Exh. 5 pg.3

# 12/31/12
# Summary of Equities, Mutual Funds, IRAs

## Equities and Mutual Funds

| | |
|---|---:|
| American Fundamental | $ 12,638 |
| American Growth Fund | 22,740 |
| AT&T | 8,344 |
| Blackrock US Fund | 5076 |
| Calvert Fund | 15,353 |
| Gabelli Small Cap Fund | 6765 |
| IShares Gold | 9360 |
| IShares Silver | 8664 |
| Templeton Global Bond Fund | 15,434 |
| The Managers Bond Fund | 19,076 |
| Verizon | 6,019 |

**VALUE OF EQUITIES and MUTUAL FUNDS:**      $129,469

## Individual Retirement Accounts (IRAs) and Deferred Compensation Funds       $352,393

**TOTAL EQUITIES AND MUTUAL FUNDS**      $ 129,469
**TOTAL IRAs/DEFERRED COMP.**      $ 352,393

## GRAND TOTAL                                        $481,862

**Exh.5 pg.3**

CONFIDENTIAL

5916

COMMISSION ON ETHICS
DATE RECEIVED

JUN 0, 4 2013

## JUDICIAL QUALIFICATIONS COMMISSION FORM 6A
### Canon 6B(2), Code of Judicial Conduct

### GIFT DISCLOSURE

All judicial officers must file with the Commission on Ethics on or before July 1 of each calendar year on the form set forth below a list of all gifts received during the previous calendar year of a value in excess of $100.00, as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

NAME: KEVIN EMAS    TELEPHONE: (305) 229-3200

ADDRESS: 2001 S.W. 117 AVENUE, MIAMI, FL 33175

POSITION HELD: JUDGE, THIRD DISTRICT COURT OF APPEAL

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Source | Value |
|---|---|
| STAN AND FERNE EMAS | $1000 |
| | PROCESSED |
| | |
| | |

I certify that the foregoing list is complete, true and correct.

_Kevin Emas_
JUDGE

### OATH

**STATE OF FLORIDA**
**COUNTY OF** MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this 29th day of May, 2013, by Kevin Emas (name of person making statement).

(NOTARY SEAL)

_Dolores Ramos_
(Signature of Notary Public, State of Florida)

DOLORES RAMOS
MY COMMISSION # EE 042543
EXPIRES: November 22, 2014
Bonded Thru Notary Public Underwriters

(Name of Notary Public Typed, Printed or Stamped)

Personally Known ✓ OR Produced Identification _____
Type of Identification
Produced _____

(ORIGINAL OF THIS FORM FILED WITH COMMISSION ON ETHICS; COPY FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

04/11

**Exh.5 pg.4**



LINDA ANN WELLS
 CHIEF JUDGE
FRANK A. SHEPHERD
RICHARD J. SUAREZ
ANGEL A. CORTIÑAS
LESLIE B. ROTHENBERG
BARBARA LAGOA
VANCE E. SALTER
KEVIN EMAS
IVAN F. FERNANDEZ
THOMAS LOGUE
 JUDGES

MARY CAY BLANKS
 CLERK

VERONICA ANTONOFF
 MARSHAL

DEBBIE MCCURDY
CHIEF DEPUTY CLERK

JAMES GLENN, III
DEPUTY MARSHAL

## DISTRICT COURT OF APPEAL

THIRD DISTRICT

2001 S.W. 117 AVENUE

MIAMI, FLORIDA 33175-1716

TELEPHONE (305) 229-3200

June 3, 2013

COMMISSION ON ETHICS
DATE RECEIVED

JUN 0 5 2013

Florida Commission on Ethics
P.O. Drawer 15709
Tallahassee, Fl. 32317-5709

Re: Filing of Form 6 and JQC Form 6A

Dear Madam or Sir:

In accordance with State law, enclosed please find the following documents:

1. Original Form 6, Full and Public Disclosure of Financial Interests for the year 2012.

2. Original JQC Form 6A, Gift Disclosure.

Please do not hesitate to contact me if you need any further information.

Very truly yours,

Judge Kevin Emas
w/encl.

**Exh.6 pg.1**

# FORM 6     FULL AND PUBLIC DISCLOSURE     2014
## OF FINANCIAL INTERESTS

**CONFIDENTIAL**

FOR OFFICE USE ONLY:
**STATE OF FLORIDA**
**COMMISSION ON ETHICS**

JUN 0 8 2015

**RECEIVED**

*PROCESSED*

```
**********AUTO**3-DIGIT 331  T2  P3 8
Hon Edwin A. Scales III
Appellate Judge
3rd District Court Of Appeal
Elected Constitutional Officer
2001 SW 117th Ave
Miami FL 33175-1799
```

ID Code

ID No.    11851

Conf. Code     C

Scales III, Edwin A.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2014. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as December 31, 2014 was $ *2,024,448*

---

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ *20,000*

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| *Please see attached.* | |
| | |
| | |
| | |

---

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| *None.* | |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

Exh. 6 pg. 2

## PART D -- INCOME

You may **EITHER** (1) file a complete copy of your 2014 federal income tax return, *including all W2's, schedules, and attachments*, **OR** (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☑ I elect to file a copy of my 2014 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2014 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| | | |
| | | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | NONE. | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _MIAMI-DADE_

Sworn to (or affirmed) and subscribed before me this _26th_ day of _May_, 20_15_ by _Edwin A. Scales_

_____
(Signature of Notary Public--State of Florida)

DOLORES RAMOS
MY COMMISSION # FF 169365
EXPIRES: November 22, 2018
Bonded Thru Notary Public Underwriters

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known __✓__ OR Produced Identification _____

Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____     _____
Signature                    Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐**

**Exh.6 pg.3**

## Part B—Assets with Values

### (as of December 31, 2014)

Aggregate Value of Household Goods and Personal Effects: $20,000

Real Property:



$259,347

210 1st Avenue; Unit #411

St. Pete Beach, FL

$280,469

147,350 (value of ½ interest)

Rollover IRA:

Raymond James

(Individual holdings within IRA attached as Exhibit A)

$326,644

Raymond James Bank Deposit Program (not included within other Raymond James Accounts)

$99,850

Raymond James Appreciation Model Account

$100,144

(Individual holdings within Account attached as Exhibit B)

Raymond James Bond Model Account

$100,383

(Individual holdings within Account attached as Exhibit C)

Historic Tours of America Retirement Plan

Ingham Retirement Group

$21,657 ($20,476 vested)

(Individual holdings within plan attached as Exhibit D)

**Exh.6 pg.5**

<u>Stock Holdings/Values</u>

| | |
|---|---|
| Apple Corporation | 20,161 |
| Caesar's Entertainment, Inc. | 14,058 |
| Coca Cola Company | 17,091 |
| Comcast Corporation | 18,427 |
| Disney Corporation | 66,121 |
| Hewlett Packard | 13,776 |
| Marriott International, Inc. | 20,631 |
| McDonald's | 10,924 |
| Microsoft | 45,950 |
| PepsiCo | 77,590 |
| Southwest Airlines Company | 26,073 |
| Walmart | 11,041 |
| Yum | 16,418 |

<u>Personal Checking Account</u>

| | |
|---|---|
| Capital Bank | $103,692 |

<u>Promissory Note</u>

Owed by Ronald K. Heck          $75,007

Charging Lien By Consent

Owed by RPM Nautical Foundation, Inc. for attorney's fees in the case styled *RPM Nautical vs New Stock Island Properties, et. al* in the United States Southern District Court of Florida (Case number: 11-10086) $139,644

Personal Vehicle

2007 Toyota Camry XLE  $12,000

# RAYMOND JAMES®

 EX A p 1

**Your Portfolio**

Ed Scales IRA Account No.

## Cash & Cash Alternatives

### Raymond James Bank Deposit Program ⊕

| Description | (Symbol) | | Value | Est. Income Yield | Est. Annual Income |
|---|---|---|---|---|---|
| Raymond James Bank Deposit Program ⊕ | Selected Sweep Option | | | 0.02% | $4.37 |
| | Raymond James Bank N.A. | | $21,872.45 | | |
| Raymond James Bank Deposit Program Total | | | $21,872.45 | | $4.37 |

Your bank priority state: FL

Participating banks recently added: Wilshire Bank 12/18/2014; Cadence Bank 12/11/2014; Grandpoint Bank 12/03/2014; Franklin Synergy Bank 11/17/2014; Florida Community Bank 09/03/2014

⊕Please See the Raymond James Bank Deposit Program on the Understanding Your Statement page.

| Cash & Cash Alternatives Total | | | $21,872.45 | | $4.37 |
|---|---|---|---|---|---|

## Mutual Funds

### Open-End Funds

| Description (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Est. Income Yield | Est. Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| INVESCO BALANCED RISK ALLOCATION FUND CLASS Y N/L (ABRYX) | 1,351.403 | $15,100.74 | $17,026.37 | $11.640 | $15,730.33 | 4.17% | | $629.59 | $(1,296.04) (7.61)% |
| INVESCO REAL ESTATE FUND CLASS Y N/L (IARYX) | 706.931 | $15,100.74 | $17,532.12 | $26.450 | $18,698.32 | 1.13% | $210.67 | $3,597.58 23.82% | $1,166.20 6.65% |
| INVESCO REAL ESTATE FUND CLASS C M/F (IARCX) | 0.554 | | $13.94 | $26.360 | $14.60 | 0.21% | $0.03 | | $0.66 4.73% |
| BLACKROCK EQUITY DIVIDEND FUND INST CLASS N/L (MADVX) | 1,388.417 | $30,201.49 | $31,685.35 | $24.950 | $34,641.00 | 1.96% | $678.94 | $4,439.51 14.70% | $2,955.65 9.33% |
| CALAMOS MARKET NEUTRAL INCOME FUND CLASS C M/F (CVSCX) | 0.668 | | $8.81 | $13.160 | $8.79 | 0.23% | $0.02 | | $(0.02) (0.23)% |

Exh.6 pg.7

# RAYMOND JAMES®


*Ex. A. p. 2*

## Your Portfolio (continued)
Ed Scales IRA Account No

## Mutual Funds (continued)

### Open-End Funds (continued)

| Description    (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Est. Income Yield | Est. Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| CALAMOS MARKET NEUTRAL INCOME FUND CLASS I N/L (CMNIX) | 1,211.685 | $15,100.74 | $15,567.37 | $12.820 | $15,533.80 | 1.21% | $187.81 | $433.06 2.87% | $(33.57) (0.22)% |
| FRANKLIN U.S. GOVERNMENT SECURITIES ADVISOR CLASS N/L (FUSAX) | 4,843.018 | $31,770.20 | $31,770.20 | $6.520 | $31,576.48 | 3.62% | $1,142.95 | $(193.72) (0.61)% | $(193.72) (0.61)% |
| GATEWAY FUND CLASS Y N/L - NATIXIS ADVISOR (GTEYX) | 530.968 | $15,100.74 | $15,100.74 | $29.570 | $15,700.72 | 1.54% | $241.59 | $599.98 3.97% | $599.98 3.97% |
| IVY HIGH INCOME FUND CLASS I N/L (IVHIX) | 898.769 | $7,550.37 | $7,791.45 | $8.070 | $7,253.07 | 7.20% | $522.18 | $(297.30) (3.94)% | $(538.38) (6.91)% |
| JPMORGAN LARGE CAP GROWTH FUND SELECT CLASS N/L (SEEGX) | 530.413 | $15,100.74 | $15,423.72 | $34.600 | $18,352.29 | | | $3,251.55 21.53% | $2,942.57 18.99% |
| MFS GLOBAL ALTERNATIVE STRATEGY FUND CLASS I N/L (DVRIX) | 1,484.832 | $15,100.74 | $15,100.74 | $10.570 | $15,694.67 | 1.10% | $172.24 | $593.93 3.93% | $593.93 3.93% |
| MFS GOVERNMENT SECURITIES FUND CLASS I N/L (MGSIX) | 4,337.555 | $43,799.67 | $43,799.67 | $10.160 | $44,069.56 | 2.41% | $1,062.70 | $269.89 0.62% | $269.89 0.62% |
| FRANKLIN MUTUAL GLOBAL DISCOVERY FUND CLASS Z N/L (MDISX) | 291.689 | $9,060.44 | $9,849.10 | $33.320 | $9,719.08 | 2.47% | $240.06 | $658.64 7.27% | $(130.02) (1.32)% |
| PIONEER BOND FUND CLASS Y N/L (PICYX) | 1,580.537 | $15,342.21 | $15,410.03 | $9.710 | $15,347.01 | 3.83% | $587.96 | $4.80 0.03% | $(63.02) (0.41)% |
| TEMPLETON GLOBAL BOND FUND ADVISOR CLASS N/L (TGBAX) | 578.261 | $7,550.37 | $7,568.36 | $12.410 | $7,176.22 | 3.41% | $244.60 | $(374.15) (4.96)% | $(392.14) (5.18)% |
| TRANSAMERICA SMALL/MID CAP VALUE FUND CLASS I N/L (TSVIX) | 626.509 | $15,100.74 | $17,888.12 | $27.200 | $17,041.04 | 0.55% | $93.98 | $1,940.30 12.85% | $(847.08) (4.74)% |

Exh.6 pg.8

# RAYMOND JAMES®



*Ex A. p.3*

## Your Portfolio (continued)

Ed Scales IRA Account N 

---

## Mutual Funds (continued)

### Open-End Funds (continued)

| Description    (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Est. Income Yield | Est. Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| WELLS FARGO ADVANTAGE EMERGING MARKETS EQUITY FD ADMIN N/L  (EMGYX) | 270.381 | $6,040.30 | $6,040.30 | $20.760 | $5,613.11 | 0.55% | $30.82 | $(427.19) (7.07)% | $(427.19) (7.07)% |
| Open-End Funds Total | | $267,576.39 | | | $272,170.09 | 1.99% | $5,416.55 | | $4,593.70 |
| Mutual Funds Total | | $267,576.39 | | | $272,170.09 | 1.99% | $5,416.55 | | $4,593.70 |

## Alternative Investments

### Alternative Mutual Funds

| Description    (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Est. Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| BLACKROCK GLOBAL LONG/SHORT CREDIT FUND INST CLASS N/L (BGCIX) | 1,477.376 | $15,100.74 | $15,744.97 | $10.370 | $15,320.39 | $125.43 | $219.65 1.45% | $(424.58) (2.70)% |
| PIMCO COMMODITY REAL RETURN STRATEGY FUND CLASS C M/F (PCRCX) | 0.004 | | $0.02 | $4.240 | $0.02 | | | $0.00 0.00% |

Exh.6 pg.9

# RAYMOND JAMES®

**Your Portfolio (continued)**
Ed Scales IRA Account No

## Alternative Investments (continued)

### Alternative Mutual Funds (continued) ᐧ

| Description    (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Est. Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| ROBECO BP LONG/SHORT RESEARCH FUND INSTITUTIONAL CLASS N/L (BPIRX) | 1,130.245 | $15,100.74 | $15,386.99 | $15.290 | $17,281.45 | | $2,180.71 14.44% | $1,894.46 12.31% |
| **Alternative Mutual Funds Total** | | | $31,131.98 | | $32,601.86 | $125.43 | | $1,469.88 |

**Alternative Investments Total**      $32,601.86

ᐧ Please see Alternative Mutual Funds on the Understanding Your Statement page.

Exh.6 pg.10

Exh.7

Query    Reports    Utilities    Help    Log Out    CLOSED

**U.S. District Court**
**Southern District of Florida (Ft Lauderdale)**
**CIVIL DOCKET FOR CASE #: 0:23-cv-61345**

Wells et al v. U.S. Bank, National Association et al
Assigned to:
Cause: 28:1331 Federal Question

Date Filed: 07/14/2023
Date Terminated: 07/14/2023
Jury Demand: None
Name of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

Mack Wells                                    represented by    Mack Wells
                                                                15020 S. River Dr.
                                                                Miami, FL 33167
                                                                PRO SE

**Plaintiff**

Maurice Symonette                             represented by    Maurice Symonette
                                                                15020 S. River Dr.
                                                                Miami, FL 33167
                                                                PRO SE

**Defendant**

U.S. Bank, National Association
As Trustee for PASS 2006-HE2

**Defendant**

MERS Residential Funding

**Defendant**

Marie Manne Sturr
Judge

**Defendant**

___ Schlesinger
___

**Defendant**

Lisa O.
Judge

Defendant
Veronica Diaz
*Judge*

Defendant
Samantha Cohen
*Judge*

Defendant
Yovanne Del Rio

Defendant
Bronwyn C. Miller
*Appellate Judge*

Defendant
Kevin Michael Emas
*Appellate Judge*

Defendant
Edwin Scales
*Appellate Judge*

Defendant
Federal Except Florida Power and Light

Defendant
Dade County Clerk of the Courts

Defendant
Harvey Ruvin
*Department of Records and Docket*

Defendant
Rene Garcia
*Commissioner*

Defendant
Carlos Lopez
*Judge*

Defendant
Jennifer Bailey
*Admin Judge*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 07/14/2023 | 1 | COMPLAINT against All Defendants. Filing fees $402.00, filed by Maurice Symonette, Mack Wells. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibits Part 1, # 3 Exhibits Part 2, # 4 Exhibits Part 3)(scn) (Entered: 07/14/2023) |
| 07/14/2023 | 2 | Clerk's Notice to Filer re: Electronic Case. Case administratively closed - Wrong Venue selected by Filer. CASE HAS BEEN RENUMBERED, the new case number is 1:23cv22640. Pro Se Filer informed Clerk the case is a Fort Lauderdale division case, Miami Dade is marked on civil cover sheet. No further entries will be made on this case. (scn) (Entered: 07/14/2023) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 05/28/2024 09:49:04 | | |
| PACER Login: | joshua4080 | Client Code: |
| Description: | Docket Report | Search Criteria: | 023-cv-61445 |
| Billable Pages: | 2 | Cost: | 0.20 |



## U.S. District Court

### Florida Southern - Fort Lauderdale

Receipt Date: Jul 14, 2023 4:16PM

Maurice Symonette

Cashier ID: #EG

Rcpt No: 17100     Trans. Date: Jul 14, 2023 4:16PM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 2000 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CA | Cash | | | | $402.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $402.00 |
| Cash Change Amount: | $0.00 |

Comments: Filing Fees for new case# 23-CV-61345 Wells et al v. U.S. Bank, National Association et al.

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.





UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-22848-CIV-MARTINEZ

MACK   WELLS   and   MAURICE
SYMONETTE,

     Plaintiffs,

v.

U.S. BANK, NATIONAL ASSOCIATION,
*et al.*,

     Defendants.

_____/

## ORDER REMANDING CASE

**THIS MATTER** came before this Court on a *sua sponte* review of the record. It appears on the face of Plaintiffs Mack Wells and Maurice Symonette's *pro se* Notice of Removal, (ECF No. 1), that this Court lacks subject matter jurisdiction over this case under the *Younger* abstention doctrine, *Rooker-Feldman* doctrine, or both. *See Bochese v. Town of Ponce Inlet*, 405 F.3d 964, 974 (11th Cir. 2005) ("[A] federal court is obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking."). This Court, therefore, remands this case.

A civil action may be removed from a state court to federal court if the federal court can exercise federal question jurisdiction under 28 U.S.C. § 1331 or diversity jurisdiction under 28 U.S.C. § 1332. *See* 28 U.S.C. § 1441(a); *see also Blab T.V., Inc. v. Comcast Cable Communs., Inc.*, 182 F.3d 851, 854 (11th Cir. 1999). Diversity jurisdiction exists if (1) the parties are "citizens of different States," and (2) "the matter in controversy exceeds the sum or value of $75,000." 28 U.S.C. § 1332(a); *see also Williams v. Best Buy Co.*, 269 F.3d 1316, 1319 (11th Cir. 2001).

Granting Defendants' Motion to Dismiss 1–2, *Symonette v. Aurora Loan Servs., LLC*, No. 13-CV-23142-HUCK (S.D. Fla. July 1, 2014), ECF No. 25; Order of Dismissal 1–2, *Ward v. JP Morgan Chase Bank*, No. 13-cv-60834 (S.D. Fla. Apr. 11, 2013), ECF No. 5 (dismissing Mr. Symonette's complaint seeking an injunction of a pending foreclosure action under *Younger* abstention doctrine).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. This case is **REMANDED** to the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT

Copies provided to:
Jack Wells, *pro se*
Maurice Symonette, *pro se*

Exh.9 pg.1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-22640-CIV-MARTINEZ

MACK    WELLS    and    MAURICE
SYMONETTE,

          Plaintiffs,

v.

U.S. BANK, NATIONAL ASSOCIATION, *et al.*,

          Defendants.

_____/

## ORDER REQUIRING BRIEFING CONCERNING THIS COURT'S JURISDICTION

THIS MATTER came before this Court on a *sua sponte* review of the record. It appears on the face of Plaintiffs Mack Wells and Maurice Symonette's *pro se* Amended Complaint to Quiet Title and Fannie Mae Quite [sic] Title Constructive Fraud with No Nf.ed [sic] to Prove Intent (Axiomatic) and Violations of Federal and State Laws and Rules to Takeproperty [sic] Because me [sic] Banks Paid Officials for it and Complaint for FL. Rule 9-130 to Add Claim for Punitive Damages (the "Amended Complaint"), (ECF No. 6), that this Court lacks subject matter jurisdiction over this case under the *Younger* abstention doctrine, *Rooker-Feldman* doctrine, or both. *See Boelter v. Town of Ponce Inlet*, 405 F.3d 964, 974 (11th Cir. 2005) ("[A] federal court is obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking.") This Court, therefore, orders Plaintiff to provide this Court with a memorandum concerning its

_____

Generally, *pro se* complaints are held to a less stringent standard than formal pleadings drafted by lawyers. *See Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998). But the lower pleading standard does not permit a court to "serve as de facto counsel for a party, or . . . rewrit[e] an otherwise deficient pleading in order to sustain an action." *GJR Invs. Inc. v. Cnty. Of Escambia*, 132 F.3d 1359, 1369 (11th Cir. 1998).

subject matter jurisdiction as outlined in this Order. This Court also provides the following brief overview:

"Federal courts are courts of limited subject matter jurisdiction." *Thermoset Corp. v. Building Mats. Corp. of Am.*, 849 F.3d 1313, 1317 (11th Cir. 2017). This Court may only hear a case if it has "at least one of three types of subject matter jurisdiction: (1) jurisdiction under a specific statutory grant; (2) federal question jurisdiction pursuant to 28 U.S.C. § 1331; or (3) diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)." *Id.* If, at any time, this Court determines that it lacks subject matter jurisdiction, it "must dismiss the case." Fed. R. Civ. P. 12(h)(3). This Court's jurisdiction is further limited by the *Rooker-Feldman* doctrine, which "places limits on the subject matter jurisdiction of federal district courts and courts of appeal over certain matters related to previous state court litigation." *Goodman ex rel. Goodman v. Sipos*, 259 F.3d 1327, 1332 (11th Cir. 2001).

Under the *Younger* abstention doctrine, "[w]here vital state interests are involved, a federal court should abstain unless state law clearly bars the interposition of the constitutional claims." *31 Foster Children v. Bush*, 329 F.3d 1255, 1274 (11th Cir. 2003) (quoting *Middlesex Cnty. Ethics Comm'n v. Garden State Bar Ass'n*, 457 U.S. 423, 432 (1982)). Under *Younger*, this Court should abstain from hearing an issue where (1) the proceedings "constitute an ongoing state judicial proceeding[;]" (2) "the proceedings implicate important state interests; and" (3) there is "an adequate opportunity in the state proceedings to raise constitutional challenges." *Id.* (quoting *Middlesex Cnty.*, 457 U.S. at 432).

The *Rooker-Feldman* doctrine is derived from *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923), and *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983). The *Rooker-Feldman* doctrine precludes district courts "from exercising appellate jurisdiction over final state-

USCA11 Case: 24-13671   Document: 13   Date Filed: 12/05/2024   Page: 64 of 523
Case 1:23-cv-22604-CMD   Document 10   Entered on FLSD Docket 08/23/...

Exh.9 pg.3

court judgments." *Nicholson v. Shafe*, 558 F.3d 1266, 1268 (11th Cir. 2009). Specifically, the doctrine applies to "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005). The task of reviewing a state court final judgment is "*reserved for state appellate courts*, or as a last resort, the United States Supreme Court." *Casale v. Tillman*, 558 F.3d 1258, 1260 (11th Cir. 2009). " The doctrine extends not only to constitutional claims presented or adjudicated by a state court, but also to claims that are "inextricably intertwined" with a state court judgment." *Siegel v. LePore*, 234 F.3d 1163, 1172 (11th Cir. 2000). "A claim is "inextricably intertwined if it would "effectively nullify" the state court judgment . . . or if "succeeds only to the extent that the state court wrongly decided the issues." *Casale*, 558 F.3d at 1260.

Here, the Amended Complaint is a 123-page document that stems from a post-judgment state court case (identified in the 279-page exhibit attached to the Amended Complaint) bearing case number 2007-012407-CA-01 in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "State Court Case"). (*See, e.g.*, Am. Compl. Ex. 1, ECF No. 1-12 at 1.) The State Court Case concerns the foreclosure of real property in Miami, Florida, located at 15420 S. River Dr., Miami, FL 33167 (the "Property"). (*See id.* at 7.) From what this Court was able to discern by the incoherent and rambling allegations in the Amended Complaint, each Defendant was—as Plaintiffs allege—involved in some way in an elaborate scheme to defraud Plaintiffs or otherwise wrongfully take the Property from Plaintiffs through the State Court Case.

Therefore, after perusing the Amended Complaint and its attachment, it appears this Court does not have jurisdiction over this case under the *Younger* abstention doctrine, *Rooker-Feldman* doctrine, or both, because any form of relief this Court could grant Plaintiffs would require thi[s]

Exh.9 pg.4

Court to (1) disturb an ongoing state court proceeding—in which Plaintiffs are afforded an adequate opportunity to raise their constitutional challenges—involving the foreclosure of real property, which implicates an important state interest. *Williams v. Am. Home Mortg. Servs., Inc.,* No. 13-23240-CIV-ZLOCH, 2013 WL 1238472, at *2–3 (S.D. Fla. Nov. 20, 2013); (2) make a finding that the foreclosure action at issue was incorrectly decided, *see Casale,* 558 F.3d at 1260; or (3) both.

This Court notes that this is not the first time Mr. Wells or Mr. Symonette have attempted to seek a federal court's review of a foreclosure action in Florida state court. *See, e.g., Williams,* 2013 WL 1238472, at *1 (S.D. Fla. Nov. 20, 2013) (recommending that Mr. Symonette's complaint seeking a stay of a foreclosure action be dismissed under *Younger* abstention doctrine); Order 2, *Symonette v. Deutsche Bank Nat'l Tr. Co.,* No. 19-cv-62132-MOORE (S.D. Fla. Aug. 27, 2019) (dismissing Mr. Symonette's complaint challenging foreclosure action under *Rooker-Feldman* doctrine); Order Dismissing Case 1–2, *McNeal v. U.S. Bank Nat'l Ass'n,* No. 19-22503-CIV (S.D. Fla. July 2, 2019), ECF No. 8 (dismissing Mr. Symonette's complaint seeking review of a foreclosure action as an impermissible shotgun pleading and under *Rooker-Feldman* doctrine); Order 2–3, *Symonette v. Indy Mac Bank,* No. 18-23615-CIV-ALTONAGA (S.D. Fla. Sept. 9, 2018), ECF No. 4 (dismissing Mr. Wells and Mr. Symonette's complaint challenging a foreclosure action as a rambling shotgun pleading); Order Dismissing Case 1–2, *Martin v. Wash. Mutual Bank, F.A.,* No. 17-22478-CIV-MORENO (S.D. Fla. Aug. 14, 2017), ECF No. 8 (dismissing Mr. Symonette's complaint challenging a foreclosure action under *Rooker-Feldman* doctrine); Order Granting Defendants' Motion to Dismiss 1–2, *Symonette v. Aurora Loan Servs., LLC,* No. 13-CV-23142-HUCK (S.D. Fla. July 1, 2014), ECF No. 25; Order of Dismissal 1–2, *Ward v. JP Morgan Chase Bank,* No. 13-cv-60334 (S.D. Fla. Apr. 11, 2013), ECF No. 5 (dismissing Mr. Symonette's

4

Exh.9 pg.5

complaint seeking an injunction of a pending foreclosure action under *Younger* abstention doctrine). This Court also notes that Mr. Wells and Mr. Symonette have attempted to seek federal review over the State Court Case via a separate removal action, which is also before this Court. *See generally* Notice of Removal, *U.S. Bank Nat'l Ass'n v. Wells*, No. 23-22848-CIV-MARTINEZ (S.D. Fla. July 31, 2023), ECF No. 1. This Court will address that action by separate appropriate order. Accordingly, it is ORDERED AND ADJUDGED that:

1.    On or before Monday, August 7, 2023, at 1:00 p.m., Plaintiffs SHALL file with the Clerk of this Court a memorandum of no more than ten pages that addresses why this Court should not dismiss this case under the *Younger* abstention doctrine, *Rooker-Feldman* doctrine, or both. The memorandum must be type in 12 pt. Times New Roman font, double spaced, and have one-inch margins. The memorandum must bear Case Number: 23-22640-CIV-MARTINEZ, so that it is filed in this action.

2.    Plaintiffs' failure to comply with this Order will result in appropriate sanctions, including dismissal of this case without prejudice, without further warning.

3.    The Clerk is DIRECTED to ADMINISTRATIVELY CLOSE this case for statistical purposes only pending this Court's determination concerning its subject matter jurisdiction. This administrative closure will not affect the Parties' substantive rights; rather, it is an administrative tool routinely used by this Court according to its inherent authority to manage its docket.

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT

Copies provided to:
Mack Wells, *pro se*
Maurice Symonette, *pro se*

Exh.10 pg.1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-20075-CIV-MARTINEZ/OTAZO-REYES

AMANDA MARTIN,

Plaintiff,

v.

JOBY DAVID GOWEN,

Defendant.

## ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

Trial is scheduled to commence during the two-week period beginning Tuesday, January 12, 2021 at 9:30 a.m., before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on January 14, 2021 at 1:30 p.m. at the same location.

IT IS ORDERED AND ADJUDGED as follows:

1.     No pretrial conference shall be held in this action unless the Court determines that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

2.     Every motion filed in this case shall be accompanied by one proposed **original order granting** the motion. Unless otherwise specified by the Court, every motion shall be double-spaced in *Times New Roman* 12-point typeface.

### Pretrial Stipulations and Jury Instructions

3.     Counsel and all *pro se* litigants must meet to confer on the preparation of a joint pretrial stipulation, which must be filed by the deadline set forth below. The stipulation shall conform to Local Rule 16.1(e) and include a joint, neutral summary of the claims and defenses in the case, *not to exceed one short paragraph per litigant claim*, to be read as an introduction for *voir dire* examination. The Court will not accept unilateral pretrial stipulations and will *sua sponte*

Case 1:20-cv-20673-JEM    Document 9    Entered on FLSD Docket 04/21/2020    Page 7 of 19

Exh.10 pg.2

expeditious resolution of this cause.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of April, 2020.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-24150-CIV-MARTINEZ

SAMUEL LEE SMITH JR.,

        Plaintiff,

v.

CITY OF MIAMI and ERIC MARTI,

        Defendants.

_____

## ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

Trial is scheduled to commence during the two-week period beginning Monday, **February 24, 2025, at 9:30 a.m.**, before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on **Thursday, February 20, 2025, at 1:30 p.m.**, at the same location.

It is **ORDERED AND ADJUDGED** as follows:

### General Procedures

1.      No pretrial conference shall be held in this action unless the Court determines that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

2.      Every motion filed in this case shall be accompanied by a proposed order granting the motion. The proposed order shall be filed as an exhibit to the motion and e-mailed to martinez@flsd.uscourts.gov in Word format.

3.      The parties have a continuing duty to ensure the Clerk of the Court is provided with the up-to-date service information.

4.      If the case is settled, the parties are directed to immediately inform the Court at (305) 523-5590 and file a notice of settlement.

1-10-2025          All pretrial motions and memoranda of law must be filed. Each party is
                   limited to filing a single motion *in limine*, which may not, without leave of
                   Court, exceed the 20-page limit allowed by the Rules.

1-27-2025          Joint Pretrial Stipulation must be filed.

2-13-2025          Proposed jury instructions and/or proposed findings of fact and conclusions
                   of law must be filed.

2-19-2025          Proposed *voir dire* questions must be filed.

Failure to comply with this or any order of this Court, the Local Rules, or any other applicable rule may result in sanctions, including dismissal without prejudice or the entry of a default, without further notice.

It is the duty of all counsel and *pro se* litigants to enforce the timetable set forth here to ensure an expeditious resolution of this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of February, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record

Exh.12-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 24-CR-20451-MARTINEZ

UNITED STATES OF AMERICA

ALFRED LENORIS DAVIS,

Defendant.

_____

## ORDER SETTING CRIMINAL TRIAL DATE
## AND PRETRIAL SCHEDULE

Trial is scheduled to commence during the two-week period beginning Monday, March 25, 2024, at 9:30 a.m., before Jose E. Martinez, United States District Judge, and in his courtroom, in Courtroom 10-3 Miami, Florida. Calendar Call will be held on **Thursday, March 21, 2024**, at 1:30 p.m. at the same location. **Defendants are not required to appear for** Calendar Call.

IT IS ORDERED AND ADJUDGED as follows:

1. Every motion filed in this case shall be accompanied by one proposed **original order granting** the motion. The order shall contain the **up-to-date** service list (names and addresses) of all attorneys in the case.

2. All motions filed SHALL BE accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith prior to resolve by agreement the subject matter of the motion, as required by Local Rule 88.9A.

3. For cases to be heard before a jury, **JOINT** proposed jury instructions and verdict form must be submitted at least **ONE WEEK prior to the Calendar Call**. To accompany their requested jury instructions, the parties shall utilize as a guide the Pattern Jury Instructions for Criminal Cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein.

_____

Counsel shall note changes on page "4" of the Scheduling Order regarding submission of Motions in Limine.

desire of the Court that all Garcia hearings be conducted as close to the time of arraignment as possible.

8.      Counsel are **DIRECTED** to:

a.      **IMMEDIATELY**, upon receipt of this Order, certify with the Court's Courtroom Deputy the necessity of an interpreter for the Defendant(s); and

b.      At least twenty-four (24) hours prior to any hearing or trial, notify the Court, if an interpreter is required, including the stage of the trial at which an interpreter will be necessary.

9.      If defense counsel foresees that a sentencing hearing will take more than thirty (30) minutes, the Court's Courtroom Deputy should be advised no later than five (5) days prior to the hearing.

10.      Failure to comply with this or any Order of this Court, the Local Rules, or any other applicable rule SHALL result in sanctions or other appropriate actions. It is the duty of all counsel to enforce the timetable set forth herein in order to ensure an expeditious resolution of this cause.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 16th day of February 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record

**Exh.15 pg.1**



**Exh.15 pg.2**



Case 2010-CV-  Document 9-1  Entered on FLSD Docket 10/19/2023  Page 3 of 23

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA.

**IN THE CIRCUIT COURT OF THE**
**ELEVENTH JUDICIAL CIRCUIT, IN AND**
**FOR MIAMI-DADE COUNTY, FLORIDA**           )

US BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC AHL3

      Plaintiff,

                                )

                                )     COURT CASE NO:
                                )     2010- 61928-CA01
                                )     23-CV-22640- JFM

                                )

MACK L. WELLS AND
MAURICE SYMONETTE

      Defendant.

                    Clerk of the Circuit Court — Miami-Dade County
                    Dade County Courthouse
                    73 West Flagler Street
                    Miami, Florida 33130

To:

      In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice

of Removal of the above-styled cause to the United States District Court for the Southern District of

Florida, Miami Division, a copy of which is attached hereto.

Dated this 31st day of JULY 2023.

                                Respectfully submitted,

                                  *Mack Wells*

                                  MACK WELLS
                                  15020 S. RIVER DR.
                                  MIAMI FL. 33167

                                  MAURICE SYMONETTE
                                  15020 S. RIVER DR.
                                  MIAMI FL. 33167

Exh. 16-7



FLORIDA

FLORIDA
Court of Du
10-2010-

MOVAL
1446(a a
JUDICIAL
501]

COUN

ES AN

1442, an

OF RE

plaint

es and

28 C

USCA11 Case: 24-13671    Document: 13    Date Filed: 12/05/2024    Page: 78 of 723

Case 1:23-cv-22640-JEM  Document 9-1  Entered on FLSD Docket...

Exh. 17 pg.2

WHEREFORE, WHEREFORE, MR. MACK WELLS AND MAURICE SYMONETTE, REMOVES THIS ACTION FROM THE ELEVENTH CIRCUIT COURT OF DADE COUNTY FLORIDA BEARING CIVIL CASE NO. 2010-61928-CA01 TO THIS COURT PURSUANT TO 28 U.S.C. §§ 1441, and 1446. Defendant, MACK WELLS AND MAURICE SYMONETTE, "Prayer for Relief". 13. Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as a district or division embracing the place where the state CASE IS PROPERLY REMOVABLE TO FEDERAL COURT BECAUSE IT INVOLVES A CONTROVERSY BETWEEN CITIZENS OF DIFFERENT STATES AND AN AMOUNT IN CONTROVERSY THAT EXCEEDS $75,000, EXCLUSIVE OF INTEREST AND COSTS. SEE U.S.C. §§ 1332, 1441, AND 1446. Venue is proper in division in accordance with 28 U.S.C. §2 respectfully requests that this Honorable Court exercise Jurisdiction over this matter. Dated: July 6th, 2023. Respectfully submitted. All Defendants have consented to and join in the removal of the State Court Action. The written consent and joinder of all other defendants is attached to this Notice. Ex. 42.

Dated: Miami, Florida
June 29th 23.

MACK WELLS
15020 S. RIVER DR.
MIAMI, FL 33167

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI, FL 33167

AFFIDAVIT

**Exh. 22 pg.1**

July 23, 2024

On the day of Alfred Davis's trial when the prosecutor requested the judge to remand Alfred Davis, the judge denied and stated that the prosecutor did not prove their case, have enough evidence, nor did anyone testify to ID Alfred Davis as guilty.

Krystal Wright

Florida Driver License
W623- 501- 89- 076-0

STEPHANIE GLANDON
MY COMMISSION # HH213474
EXPIRES January 4, 2028

7/23/2024

AFFIDAVIT

**Exh. 22 pg.2**

I _André Tate_ AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

André Tate

Florida Driver License
T300 - 001- 88- 242 - 0

STEPHANIE BLANDON
MY COMMISSION # HH1213474
EXPIRES: January 4, 2026

7/23/2024

AFFIDAVIT

**Exh. 22 pg.3**

I, Curtis McNeal, AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR DAVIS.

Curtis McNeal
CURTIS MC NEAL
FLORIDA ID
M254-101-58-385-0

STEPHANIE BLANDON
MY COMMISSION # HH 219474
EXPIRES: January 4, 2025

7/23/2024

AFFIDAVIT

**Exh. 22 pg.4**

Ricky Welch AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR. DAVIS.

Ricky Welch

Florida CDL

W420-738-63-205-0

STEPHANIE BLANDON
MY COMMISSION # EE213474
EXPIRES: January 4, 2025

7/23/2024

**AFFIDAVIT**

**Exh. 22 pg.5**

I, Micheal Nicholson, I AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

MICAHIEL NICHLOSON

Florida Driver License

N242-544-89-041-0



STEPHANIE BLANDON
MY COMMISSION # HH 212474
EXPIRES: January 4, 2028

7/23/2024

**AFFIDAVIT**

**Exh. 22 pg.6**

I, JAMES BUCKMAN AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

James Buckman
JAmes BucKmAN

Florida Driver License
B255-140-57-296-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2025

7/ 23/ 2024

AFFIDAVIT

**Exh. 22 pg.7**

Willie Harvey AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

WILLIE HARVEY

Florida CDL
H610-890-58-298-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2026

7|23|2024

Exh.24 #1

Lawrence Oliver
1255 NW 60th St.

Miami, Florida, 33147
[illegible]@gmail.com

786-262-3035

5/27/24

The Honorable Judge Martinez

Dear Judge Martinez,

I am writing this reference letter of character for my uncle Alfred Davis as an individual of exceptional character and integrity.

I have known Alfred for all my life, which is 16 years both personally and professionally and I can attest to his outstanding qualities. He is a dedicated family man who always puts the needs of others before his own. His strong work ethic, reliability, and honesty make him stand out among his peers.

Alfred possesses excellent communication skills which enable him to effectively interact with people from all walks of life. He has demonstrated leadership abilities in various situations by remaining calm under pressure and making sound decisions when faced with challenges.

In addition to being hardworking and dependable, Alfred also actively participates in community service initiatives where he selflessly volunteers his time to help those in need. His commitment to giving back demonstrates not only his compassion but also his sense of responsibility towards society.

Overall, I wholeheartedly believe that Alfred would be a valuable asset wherever he goes due to these remarkable traits that define him as an outstanding citizen worthy of trust and respect.

Please feel free to contact me if you require any further information regarding my recommendation for Mr. Alfred Davis.

Sincerely,

Lawrence Oliver

Exh 24 - #2
Pg. 1

Kimberly Davis
1255 NW 86th St
Miami, Florida 33147
k.davis0322@gmail.com
305-896-7979

06/27

The Honorable Judge Martinez

Character Reference for Alfred Davis 7/11/24

Dear Judge Martinez,

I am writing to provide a character reference for my brother, Alfred Davis, in support of his case before your honorable court. I have known Alfred for all my life, and during this time, I have had the opportunity to witness firsthand his integrity, responsibility, and commitment to his family and community.

Alfred has always been a dedicated and loving brother. He is known for his compassionate nature and willingness to help others in need. His sense of responsibility is evident in how he cares for his family and fulfills his obligations.

Throughout his life, Alfred has shown resilience and a strong moral compass. He has made positive contributions to our family and community through his dedication of providing food to the less fortunate every Sunday since 1996, growing up Alfred played football in high school and always gave haircuts to the boys around the neighborhood whenever they needed one, he has always been that guy you can count on to be there for you no matter what, for example when our mother would have to work longer hours he always got me and my brother whatever we need weather it was food, money, or just to be hugged and tucked in to bed, he was there for us and he has always been good to us.

I believe Alfred deeply regrets the circumstances that have led to his appearance before your court. From my perspective, this situation is uncharacteristic of him, and I am confident that he has already taken steps to learn and grow from this experience.

Exh.24 #2
Pg. 2

I respectfully ask the court to consider Alfred's character and his overall contributions to society when making your decision. I firmly believe that he has the potential to continue positively impacting those around him.

Thank you for considering my perspective. Please feel free to contact me if you have any further questions or require additional information.

Sincerely,

Kimberly Linus

Exh.24  #3
pg.

Curtis McNeil

15020 S. River Dr

Miami FL 33167

June 27 2024

Dear The Honorable Judge Jose E. Martinez, United States District Judge,

I am writing to provide a character reference for Alfred Davis whom I have had the pleasure of knowing for the past 15 years in a personal capacity.

Over the years, I have witnessed Alfred's remarkable work ethic, creativity, and dedication firsthand. He consistently impressed me with his ability to manage multiple community projects simultaneously while maintaining a high standard. His attention to detail is evident in everything in his community.

What sets Alfred apart is not only his professional competence but also his strong interpersonal skills and integrity. He builds rapport effortlessly with friends and colleagues alike, and his positive attitude creates a productive and enjoyable environment. Alfred is also a natural leader who is always willing to mentor and support anyone in need.

Alfred is actively involved in community service initiatives, demonstrating his commitment to making a positive impact in the community. His involvement in local charity events and volunteer work speaks volumes about his compassionate nature and dedication to social responsibility.

Based on my experience working closely with Alfred in the community. His combination of skills, experience, and personal qualities make him an ideal person.

Please feel free to contact me at 786-884-0574 if you require any further information regarding Alfred's character.

Sincerely,

Curtis McNeil

Exh. 24 #4

Date: June 24, 2024

Dear The Honorable Judge Jose E. Martinez, United States District Judge,

My name is Mack Wells. I am a disabled member of the community and proud to call Alfred Davis my brother whom I have personally known for over 20 years.

During my relationship with Alfred I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. In addition, Alfred is a family man who has always presented himself with levelheadedness and grace. His numerous contributions to his brothers, veterans and the community is unmatched.

Please do not hesitate to contact me if you should require any further information.

Best
*Mack L. Wells*

Mack Wells
15020 S. River Dr, Miami FL 33167

Telephone : 786-613-2619

Exh. 24 #5

**James Buckman**
15020 S. River Dr, Miami, FL 33167· 786-344-0499

June 25, 2022

Dear The Honorable Judge Jose E. Martinez, United States District Judge,

I have known Alfred Davis in a variety of capacities for many years. He has been an asset to the community for over 15 years. In addition, he feeds and clothes veterans, children the elderly and anyone in need.

Mr. Davis is efficient, detail-oriented, and extremely competent. He very successfully in all his endeavors and always willing to lend a hand. He is very kind and giving and believes that no one should be in need of life's simple necessity such as food or shelter.

Alfred also has an excellent rapport with people of all ages. He has showed kindness to everyone in need not just young or old—but to every age in between. His excellent communication skills (both written and verbal) allow him to connect with all kinds of people and inspire them to put forth their best effort.

In summary, Alfred is a great son, brother, and father. He is a valuable asset to his community and loved ones.

If you have any questions, please do not hesitate to contact me.

Sincerely,

James Buckman

July 8, 2024

Exh. ZY #6

Dear The Honorable Judge Jose E. Martinez, United States District Judge.:

I have known Alfred Davis for over 20 years . In this time I've watched Alfred do good works in the community. He's well liked and hard working . He's been a friend and brother to me . I know that Alfred will keep working hard in the community, Alfred is someone that the community can depend on to keep bringing people together for a good cause and that's unity . Alfred's dedication to helping homeless veterans spans several years. He not only provides them with food but also supports community events aimed at raising funds for their various needs. His efforts showcase a deep commitment to improving the lives of these veterans, both through direct assistance and by mobilizing broader community support.

Sincerely,

Retired City Of Miami Police
Sgt. Peter Reynolds
13455 NE 10 Av.
N Miami, 33161
Phone #786-445-1066
Email: alpha360omega@gmail.com

chrome-extension://fhbgjjckmpbhmcmlmbkfckapochbgjpl/file:///C:/Users/godasfDownloads/Scan (1).pdf



Exh. 24#7

MEMO

DATE: June 27, 2024

TO: Judge Jose E. Martinez,
United States District Judge.

## FROM: Michael Founder of Blacks for Trump

Alfred Davis
20031 NW 12th Court
Miami, FL 33169

Character Witness

Dear The Honorable :

I'm MAURICE SYMONETTE AKA RADIO HOST MICHAEL THE BLACK MAN of The MICHAEL THE BLACK MAN SHOW on my Radio Station 88.7 BOSS RADIO. I have a Charity Jet Ski Party For the community that I've been throwing for over 20 years now.

I am writing to wholeheartedly recommend my dear friend and acquaintance, Alfred Davis, who I've known for the past 8 years, and during this time, Alfred is an exceptional individual with a strong moral compass and a kind heart. He is someone who always puts others before himself and is deeply respected by those who know him. His unique blend of empathy, integrity, and sense of humor has made him a beloved figure in our community.

Over the years, I have had the privilege of observing Alfred's growth and development as a person. He has consistently demonstrated a strong work ethic, a keen intellect, and an unwavering determination to succeed. His perseverance in the face of challenges is truly inspiring, and his ability to overcome obstacles is a testament to his resilience and courage.

I can confidently attest that Alfred is an individual of utmost integrity, honesty, and reliability. He is someone who keeps his word, honors his commitments, and always strives to do what is right. His reputation as a trustworthy and dependable individual is well-deserved, and I have no doubt that he will continue to maintain these high standards throughout his life.

In conclusion, I highly recommend Alfred Davis to anyone seeking a genuine, kind-hearted, and dedicated individual.

I am honored to call him my friend and acquaintance, and I am confident that he will make a positive impact on any organization or community he becomes a part of.

Sincerely,

Maurice Symonette

Exh. 24 #8

**MEMO**

TO: Judge Jose E. Martinez,
United States District Judge.

DATE: June 27, 2024

FROM: **Mayor Julio Martinez**     Alfred Davis
20031 NW 12th Court
Miami, FL 33169

Character Witness

Dear The Honorable

I'm Julio Martinez, First Cuban republican Mayor of Hialeah Leader of Latinos for Trump, I'm a Vietnam Vet, Boxing Hall of Fame a Proud Father of two children 2 boys an 2 girls.

I am writing to wholeheartedly recommend my dear friend and acquaintance, Alfred Davis, who I've known for the past 8 years, and during this time, Alfred is an exceptional individual with a strong moral compass and a kind heart. He is someone who always puts others before himself and is deeply respected by those who know him. His unique blend of empathy, integrity, and sense of humor has made him a beloved figure in our community.

Over the years, I have had the privilege of observing Alfred's growth and development as a person. He has consistently demonstrated a strong work ethic, a keen intellect, and an unwavering determination to succeed. His perseverance in the face of challenges is truly inspiring, and his ability to overcome obstacles is a testament to his resilience and courage.

I can confidently attest that Alfred is an individual of utmost integrity, honesty, and reliability. He is someone who keeps his word, honors his commitments, and always strives to do what is right. His reputation as a trustworthy and dependable individual is well-deserved, and I have no doubt that he will continue to maintain these high standards throughout his life.

In conclusion, I highly recommend Alfred Davis to anyone seeking a genuine, kind-hearted, and dedicated individual.

I am honored to call him my friend and acquaintance, and I am confident that he will make a positive impact on any organization or community he becomes a part of.

Sincerely,

*Julio Martinez*

JULIO MARTINEZ

Exh.25



# FORM 6

## FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTEREST

**2013**

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME:
Zabel, Sarah I

MAILING ADDRESS:
1121 NE 178th terrace

CITY :
North Miami Beach

ZIP :
33162

COUNTY :
Miami Dade

NAME OF AGENCY:
Judicial Circuit (11th)

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
Judge (Group 46)

CHECK IF THIS IS A FILING BY A CANDIDATE ☑

**FOR OFFICE USE ONLY:**

68876

**FLORIDA
COMMISSION ON ETHICS**

**APR 29 2014**

**RECEIVED**

**PROCESSED**

---

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2013, or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of March 31 _____, 20 14 was $ 336,181.00 _____

---

### PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 60,000 _____

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Cash | 9,157 |
| House (1/2 interest) | 300,000 |
| Personal Effects | 60,000 |
| Real Estate (Craftsman Mall) shareholder | 182,000 |
| Autos + Boat | 17,000 |

---

### PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Home Mortgage (1/2 interest) includes equity line | 194,240 |
| Amex, Visa, Discover, Bank of America | 37,736 |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |
| | |

## PART D -- INCOME

You may *EITHER* (1) file a complete copy of your 2013 federal income tax return, *including all W2's, schedules, and attachments, OR* (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐  I elect to file a copy of my 2013 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2013 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | +/- 137,402.00 |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

# OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF DaDE

Sworn to (or affirmed) and subscribed before me this 22 day of _____ 20 14 by Sarah Zabel

_____
(Signature of Notary Public--State of Florida)

OLGA V. DELA CHIEZA
MY COMMISSION # EE 410921
EXPIRES: July 26, 2015
Bonded Thru Budget Notary Services

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✔  OR  Produced Identification _____

Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                          Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

CE FORM 6 - Effective January 1, 2014
Adopted by reference in Rule 34-8.002(1), F.A.C.

*Exh. 26. pg. 3*

**FLORIDA
COMMISSION ON ETHICS
APR 2 9 2014
RECEIVED**

## JUDICIAL QUALIFICATIONS COMMISSION FORM 6A
### Canon 6B(2), Code of Judicial Conduct

### GIFT DISCLOSURE

All judicial officers must file with the Commission on Ethics on or before July 1 of each calendar year on the form set forth below a list of all gifts received during the previous calendar year of a value in excess of $100.00, as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

NAME: Sarah Zabel _____ TELEPHONE: _____

ADDRESS: _____

POSITION HELD: Circuit Court Judge 11th Circuit Group 46 _____

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Source | Value |
|--------|-------|
| none   |       |

PROCESSED

I certify that the foregoing list is complete, true and correct.

_____
JUDGE

### OATH

STATE OF FLORIDA
COUNTY OF _____ DaDE _____

Sworn to (or affirmed) and subscribed before me this _22_ day of _April_ , 20_14_ by ____ Sarah Zabel _____ (name of person making statement).

(NOTARY SEAL)

OLGA V. DELA CHIEZA
MY COMMISSION # EE 110921
EXPIRES: July 26, 2015
Bonded Thru Budget Notary Services

_____
(Signature of Notary Public-State of Florida)

OLGA V. DELA CHIEZA
MY COMMISSION # EE 110921
EXPIRES: July 26, 2015
Bonded Thru Budget Notary Services

_____
(Name of Notary Public-Typed, Printed or Stamped)

Personally Known ____✓____ OR Produced Identification _____
Type of Identification
Produced _____

(*ORIGINAL* OF THIS FORM FILED WITH COMMISSION ON ETHICS; *COPY* FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

04/11

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

Exh. 27

IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MAURICE SYMONETTE

Plaintiff

CASE NO: 2021-

10826-CA01

v.

U.S. BANK, NATIONAL ASSOCIATION.
AS TRUSTEE FOR RASC.
2005AAHL3, MERS, FRANKLYN
CREDIT MANAGEMENT CORP and
AXIOM FINANCIAL SERVICES

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil
Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for
Relief & Recusal and Supporting Memorandum regarding the June 25 2010 Valerie
Manno Schurr Freeview of the record and Final Judgement Order, Exhibit J because it
injured us, based on the following facts, new information, just terms, judicial
misconduct, fraudulent grounds and discovered conflict of personal investment
interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)
Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018
Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Valerie Manno
Shutr Financial Interests & Property Disclosures).

# *Florida Rule 2.160 (H) Says A Judge must Vacate her orders for Conflict of Interest LIKE THE ORDERS JUDGE VALERIE*



*MANNO SHURR DID IN THE ILLEGAL EXPARTE HEARING 06/25/2010 WHERE SHE CHANGED THE ORDER OF DISMISSAL WITH PREJUDICE TO DISMISSAL WITHOUT PREJUDICE AND RETURN THAT BACK TO DISMISSED WITH PREUDICE AND ALL HER OTHER ORDERS SHE DID IN THE NEW CASE 2022. Theodore R. Bundy V. Judge John A. Rudd, Fl. Rule 2.160 (D) (1), Fl. Code Jud. Conduct Canon 3E (1) A Judge shall disqualify herself where impartiality might reasonably be questioned Rule 2.160 (D) (1) and grounds to disqualify is a party fears that the Judge is Biased, FL. Statue 112.312 (8) and Judge can't have a conflict of Interest!*

Judge Valerie Schurr must Recuse herself for an open obvious Conflict of Interest because she's and was doing business with US Bank, GMAC and OCWEN and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof.

**NOW I'M REPORTING JUDGE SHURR TO THE ADMINISTRATIVE JUDGE WHO APPOINTS JUDGES TO CASES, GOVERNOR DE SANTIS, THE JQC, THE BAR, THE US DOJ, THE FBI, THE FLORIDA STATE ATTONEY AND MEDIA FOR OBVIOUS RACIST MISCONDUCT, BY TOTALLY IGNORING FLORIDA STATUTES-RULES AND FOR CRAZY OBVIOUS CONFLICTS OF INTEREST**

Exh 27
Exh. C



0 Item(s) In Basket

Home   Online Services   About us   Contact us

**HARVEY RUVIN**
**CLERK of the COURTS**
MIAMI-DADE COUNTY, FLORIDA

Exh 27 Exh. C

## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS

**ALL PARTIES**
**US BANK (NA) vs WILLIAMS, LEROY**
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

START A NEW SEARCH

Case Number (LOCAL): 2007-12407-CA-01      Dockets Retrieved: 48      Filing Date: 04/26/2007
Case Number (STATE): 13-2007-CA-012407-0000-01                        Judicial Section: 32

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 04/07/2011 | | LETTER OF CORRESPONDENCE | FROM MACK L WELLS |
| 11/04/2010 | | NO FURTHER JUDICIAL ACTION | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |
| 10/14/2010 | | MOTION | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | MOTION TO VACATE DISMISSAL | |
| 08/06/2010 | | TEXT | RETD ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343 / 949 Pages 2 | COURT ORDER | BK:27343 PG:0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC., |
| 06/20/2010 | | MOTION | ATY:00071675 R. 5058 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | FINAL DISPOSITION DOCUMENT | |
| 04/07/2010 | 27244 / 4193 Pages 1 | COURT ORDER | BK:27244 PG:4193 OF DISMISSAL |
| 04/07/2009 | | TEXT | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | OBJECTION | TO WRITTEN DISCOVERY,MTN TO STRIKE OR...ETC |
| 09/09/2008 | | NOTICE | THAT PLTFF HAS RESPONDED TO DEFENDANT...ETC |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944 / 542 Pages 2 | COURT ORDER | BK:25944 PG:0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE :08/31/2007 |
| 09/12/2007 | | MOTION | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | MOTION | ATY:88888888 R: 145184 SET ASIDE FJUD AND RECONSIDER STAY |

1/2

Exh 27
Exh.C2

Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information

| Date | Book/Page | Type | Description |
|------|-----------|------|-------------|
| 08/10/2007 | | TEXT | |
| 08/30/2007 | | NOTICE OF SALE | $50 FEE PD/RCPT 145184 |
| 08/24/2007 | | TEXT | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | CERTIFICATE OF MAILING FINAL JUDGMENT | |
| 08/13/2007 | | NOTICE OF FILING | |
| 08/13/2007 | | NOTICE OF FILING | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | TEXT | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | TEXT | FINAL DISPOSITION FORM |
| 08/09/2007 | 25872 / 4163 Pages 6 | FINAL JUDGMENT | SALE DATE 09-14-2007 J S 491500.11 BK:25872 PG:4163 DN01 DN02 DN03 DN04 |
| 07/26/2007 | | DEFAULT | DN03 |
| 07/26/2007 | | NOTICE OF DEFAULT NOT ENTERED | DN01 DN02 E |
| 07/19/2007 | | NOTICE OF HEARING | MOTIONS 08/09/2007 10:00 AM |
| 07/19/2007 | | MOTION FOR DEFAULT | |
| 07/19/2007 | | MOTION FOR SUMMARY JUDGMENT | |
| 07/19/2007 | | NON-MILITARY AFFIDAVIT | |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/23/2007 DN02 |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/12/2007 DN01 |
| 06/12/2007 | | TEXT | SUMMONS RTD NON-SERVED UNK SPOUSE OF WILLIAMS |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 118 P 05/02/2007 DN03 |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/06/2007 | | SERVICE RETURNED | BADGE # 1300 P 05/01/2007 DN04 |
| 06/06/2007 | | TEXT | OPPOS. TO PLNFS MORT FORECLOSURE COMPLT ETC. |
| 05/23/2007 | | TEXT | WRITTEN REQU.FORMAL PROTEST.&DISPUTE ETC. |
| 04/30/2007 | 25576 / 1873 Pages 1 | ANSWER | ATTORNEY:00314021 DN04 |
| 04/26/2007 | | LIS PENDENS | BK:25576 PG:1873 |
| 04/26/2007 | | COMPLAINT | |
| 04/26/2007 | | CIVIL COVER | |
| 04/26/2007 | | SUMMONS ISSUED | DN01 DN02 DN03 DN04 |

BACK TO SEARCH RESULTS      ALL PARTIES      START A NEW SEARCH



S0142977

http://www2.miami-dadeclerk.com/civil/Search.aspx

Exh. 27
Exh. DD
2008

# FORM 6    FULL AND PUBLIC DISCLOSURE OF
## FINANCIAL INTERESTS

| FOR OFFICE USE ONLY | COMMISSION ON ETHICS DATE RECEIVED |
|---|---|

**PROCESSED**

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Constitutional Officer
Dade County Courthouse Rm 1109
73 W Flagler St
Miami, FL 33130-1731

ID Code
ID No.   210380
Cont. Code
F Rec. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _December 31, 2008_ was $ _2,860,357.00._

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _150,000.00_

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000: DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| | 700,000.00 |
| Home located in Miami-Dade (primary residence) | 2,400,000.00 |
| Home located in Miami-Dade (bayshore) | 300,000.00 |
| Vail Colorado Condominium Eagle Cnty, Colorado | 600,000.00 |
| Bank Accounts Stocks Bonds/IRA/401K Accounts | 85,000.00 |
| Mercedes Benz 350 ML | |

## PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000: NAME AND ADDRESS OF CREDITOR | | AMOUNT OF LIABILITY |
|---|---|---|
| GMAC Mortgage (Home Loc.) | P.O. Box 40 19 Louisville Ky. - | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mtg) | P.O. Box 44-27 Waterloo Ia. | 995,000.00 |
| Wells Fargo Home Mortgage (Vail mgmt.) | Box SD168 Dallas Tx. | 110,000.00 |
| Huntington National Bank (Mewell) | PO Box 182579 Columbus, Ohio 4328-259 | 9,205.00 |
| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | | AMOUNT OF LIABILITY |
| None | | |

CE FORM 6 - Eff. 1/2009

(Continue on reverse side)

PAGE 1

Exh. 27
Exh. 88

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2009
## FINANCIAL INTERESTS

COMMISSION [illegible]
DATE RECEIVED

**PROCESSED**

FOR OFFICE
USE ONLY:

II
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL 33130

ID Code

ID No        210380

Cert. Code

Pr Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date. (Note - Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3)

My net worth as of _December 31_ 20 09 was $ _3,351,652.00_

---

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _182,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami-Dade County (insured) | 2,800,000.00 |
| Vail Colorado Condominium/Eagle County | 250,000.00 |
| Frank Artese/Kiski Bankruptcy Recovery/garnishment | 650,000.00 |
| ??? ??? River ??? | 64,000.00 |

---

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Ginnie CreditLine/T.C. Box 4622 Wakelia, I A | 510,000.00 |
| Wells Fargo P.C. Box/H.C. Box 657694, Dallas Tx | 108,000.00 |
| Chase Financial Group/P C Box 78067, Phoenix AZ 88062 | 34,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |

CE FORM 6 - EFF 1/2010                    (Continued on reverse side)                    PAGE 1

USCA11 Case: 24-1367   Document: 13   Date Filed: 12/05/2024   Page: 105 of 723

... i American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank National Association**, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## U.S. bancorp

| | |
|---|---|
| Corporate headquarters, U.S. Bancorp Center, in Minneapolis | |
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB , S&P 100 component, S&P 500 component |
| ISIN | US9029733421 |
| Industry | Banking, Financial services |
| Founded | July 13, 1863, 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | ▲ US$6,003.000 United States Dollar (2023) |
| Net income | ▼ US$5,429 billion (2023) |
| Total assets | ▼ US$663,491 billion (2022) |
| Total equity | ▲ US$53.640 billion (2023) |
| Number of employees | 77,200 (2022) |
| Subsidiaries | Elan Financial Services, Elavon, Talech, Syncapay |
| Capital ratio | 10.6% Tier 1 (2017) |
| Rating | Long Term Senior Debt: Moody's: A3 (10/2018), S&P: A+ (10/2016), Fitch: AA (10/2019), DBRS: AA (10/2019) |
| Website | mortgage.usbank.com |
| Footnotes / references | [1][2] |



Exh. 27
Exh. E

Exhibit

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

                    CASE NO.    2007-12407-CA
ss.                 DIVISION    32

                                        SPACE FOR RECORDING

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
    Defendant(s).

**FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING
PHOTOSTATIC COPIES**

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant
to Section 702.07 Florida Statutes (2009), and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1.      The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to
bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.      All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS,
FRANKLIN CREDIT MANAGEMENT CORPORATION, CITY OF NORTH MIAMI    are hereby  dismissed.

3.      Any scheduled foreclosure sale is canceled.

FILE_NUMBER  FC7012143                        Serial: 13666522
                                              DOC_ID: 1010502

                    

[redacted] Exh 27
Exh. F3

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2007-12407-ca1

April 1 2010

U S Bank, N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e) Was served on April 11,2008; (2) their was no record activity for the year preceding Service of the foregoing notice; (3) no stay has been issued or approved by the court And (4) no party has shown good cause why this action should remain pending. Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice

DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of March , 2010.

APR 06 20[illegible] APR 06 2010

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Cc: All parties

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
[illegible]
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk
MONA BRUNO-MYERS

Bk 27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty, FL

Exh.LL

Loan No.: ~~XXXXXX~~

Mortgagor: LEROY WILLIAMS

Address: 15020 SOUTH RIVER DRIVE,
MIAMI, FL 33167

Loan Amount: $146,500.00

# ALLONGE TO NOTE

PAY TO THE ORDER OF:

RESIDENTIAL FUNDING CORPORATION

WITHOUT RECOURSE

Assistant Secretary
Axiom Financial Services

PAY TO THE ORDER OF
U.S. Bank National Association as Trustee
WITHOUT RECOURSE
Residential Funding Corporation

By: _____
Judy Faber, Vice President

MIN # 1001761050027333702

WILLIAMS
Page 2 of 2



Exh. 27
Exch. N

10:34


bing.com

Homecomings Financial is owned by **GMAC-RFC**, an international financial services corporation which earns major profits each year, such as $2.9 billion in 2004. Register your Homecomings Financial Network Complaint

Homecomings Financial Network - Big...
www.bigclassaction.com/lawsuit/homecomings_fin...

Feedback

PEOPLE ALSO ASK

Where is the homecomings financial mortgage company located?    ⌄

When did homecomings financial go out of business?    ⌄

Is there a GMAC Bank that accepts mortgages?    ⌄

Attestation Report - GMAC Mortgage, LLC and Homecomings ...
https://www.sec.gov/Archives/edgar/data/138332...

We have examined GMAC Mortgage, LLC (the "Company"), for itself and its affiliated servicing participant Homecomings Financial, LLC (both subsidiaries of Residential Capital, LLC), compliance with the servicing criteria set forth in item 1122(d) ...

Homecoming
GMAC

HOMECOMINGS FINANCIAL, LLC, a

Exh.27
Exh.00$

# AFFIDAVIT OF FACT

**STATE: OHIO**
**COUNTY: FAIRFIELD**

The undersigned, Wesley Jarvis, Trustee for CUSIPONE Trust, hereby states and confirms that he is of legal age and competent to state on belief and personal knowledge that the facts set forth herein, as duly noted below are true, correct, complete and presented in good faith, establish that:

1.　The CUSIP numbers attached for LEROY WILLIAMS, for an account bearing number *100176105062733202*, were searched through independent databases, confirmed with trading desks, and at least one interest was confirmed as per the reports issued and attached as a result.

2.　The Fund Manager, or other custodian(s) of the accounts of the fund(s) may have access to internal records indicating detailed data about the percentage of interest as held for the account of LEROY WILLIAMS.

3.　More than one fund may have an interest in the accounts of LEROY WILLIAMS.

FURTHER AFFIANT SAYETH NOT.

Signed and sealed this ___30___ day of __January__, in the Year of our Lord, two thousand twenty-two (2022).

All Rights Reserved.
For WESLEY JARVIS

Wesley J. Jarvis, Trustee

Page 1 of 2

*Exh 27*

*Exh.00 pg 2*

## JURAT

State of _Ohio_ )

Subscribed and Affirmed )

County of _Fairfield_ )

On _January_ _3_ 2022 before me, _Nia Tarrance_ (notary public) personally appeared **Wesley J. Jarvis** [ ] personally known to me or [x] proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to above and acknowledged to me that he executed the same in his authorized capacity.

I now affix my signature and official seal to these affirmations.

_____ (Signature)

Notary Public State of _Ohio_

Seal:

My Commission Expires: _5/16/26_

Page 2 of 2

Exh pp

**Your CUSIP Results are as follows:**

**LEROY WILLIAMS (ACCT 100176105062733202 [MINI])**
**Fidelity Advisor Strategic Real Return Fund**
Symbol:              FSRAX
CUSIP:

Inception Date:       9/7/2005
Net Assets:         $462,624,000.00 as of
                    12/3/2021
Portfolio Assets:     $462,624,000.00 as of
                    12/3/2021

**A little about the Fund:**

Fidelity Strategic Real Return Fund seeks real return consistent with reasonable investment risk by investing in domestic and foreign issuers using a neutral mix of approximately 30% of inflation-protected debt securities, 25% floating-rate loans and 20% REITs and other real estate related investments.



Exh 27
Exh. RR
pg. 1

Return To:
Axiom Financial Services
Attn: Post Closing Dept.
15550 West Bernardo Dr., Bldg 1
San Diego, CA 92127-1870

CFN 2005R0793767
OR Bk 23623 Pgs 3231 - 3250; (20pgs)
RECORDED 07/29/2005 12:41:05
MTG DOC TAX 1,568.00
INTANG TAX 896.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

This document was prepared by:
Axiom Financial Services
10900 Stonelake Blvd Suite 350
Austin, TX 78759-5867

[illegible]

[Space Above This Line For Recording Data]

# MORTGAGE

MIN 100176105062733202

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated June 30, 2005 together with all Riders to this document.

(B) "Borrower" is LEROY WILLIAMS, AN UNMARRIED MAN

Borrower is the mortgagor under this Security Instrument.

(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(D) "Lender" is Axiom Financial Services

100176105062733 0505273320

FLORIDA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh. 27.
Exh R R pg.2

Exhibit pg-2

Lender is a

organized and existing under the laws of the State of California
Lender's address is 10960 Stonelake Blvd Suite 350
       Austin, TX-78759-5867

(E) "Note" means the promissory note signed by Borrower and dated June 30, 2005
The Note states that Borrower owes Lender four hundred forty-eight thousand and
00/100                                  Dollars
(U.S. $448,000.00       ) plus interest. Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than July 1, 7035

(F) "Property" means the property that is described below under the heading "Transfer of Rights in the
Property"

(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.

(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]:

☒ Adjustable Rate Rider    ☐ Condominium Rider    ☐ Second Home Rider
☐ Balloon Rider    ☐ Planned Unit Development Rider    ☐ 1-4 Family Rider
☐ VA Rider    ☐ Biweekly Payment Rider    ☐ Other(s) [specify]

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders that have the effect of law) as well as all applicable final,
non-appealable judicial opinions.

(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.

(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by
check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic
instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit
or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller
machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse
transfers.

(L) "Escrow Items" means those items that are described in Section 3.

(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid
by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i)
damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the
Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the
value and/or condition of the Property.

(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on,
the Loan.

(O) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.

1001761050062733                           0505273320

-6A(FL) (0005)02            Page 2 of 16                 Form 3010   1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh. 27
Exh. RR pg. 3



(P) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the County [Type of Recording Jurisdiction] of MIAMI-DADE [Name of Recording Jurisdiction]
See Legal Description Addendum Page Attached

Parcel ID Number: 3021230221050                          which currently has the address of
15020 SOUTH RIVER DRIVE                                                [Street]
MIAMI                                        [City], Florida 33167      [Zip Code]

("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

                                    1001/6105068733                        0500273320
-6A(FL) (0005).02                   Page 3 of 10                           Form 3010   1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh. 27

Exh. RR pg.4

## LEGAL DESCRIPTION ADDENDUM

**Borrower Name(s):**
LEROY WILLIAMS

**Lender:**
Axiom Financial Services
10500 Stonelake Blvd Suite 360
Austin, TX 78759-5967

Loan #:

**Property Address:**
15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

**Legal Description:**
LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF,
AS RECORDED IN PLAT BOOK 44, PAGE 45, OF THE PUBLIC RECORDS OF MIAMI-DADE
COUNTY, FLORIDA.

Initials

MIN #: 100376106062733802
AXL 610101 LXT

WILLIAMS
Page 1 of 1

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

*Exh. 27*

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1. **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

2. **Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment

100176106062733          0506273320

-6A(FL) (0005).02          Page 4 of 13          Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh.21

Exh.RR pg.6

can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

3. Funds for Escrow Items. Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest

100176105062733

0506273320

Page 4 of 16

Form 3010   1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh.27

**Exh.RR pg.7**

shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.RR pg.8**

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

100176105062723     0506273320

Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh.27

Exh.RR pg.9

6. **Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

7. **Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

8. **Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

9. **Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

100176105062723

0506273320

Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh. 27

**Exh. RR pg.10**

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

10. Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender required) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

(a) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.

100176105062733      0506273320

@ 6A(FL) (0105).02      Page 9 of 16      Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh.27

Exh.RR pg.11

(b) Any such agreements will not affect the rights Borrower has - if any - with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.

11. Assignment of Miscellaneous Proceeds; Forfeiture. All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fractions: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of

100276105062733                                                     0506273320

-6A(FL) (0005).01                        Page 11 of 15              Initials ___    Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh.RR pg.12

any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

12. Borrower Not Released; Forbearance By Lender Not a Waiver. Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

13. Joint and Several Liability; Co-signers; Successors and Assigns Bound. Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

14. Loan Charges. Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

15. Notices. All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers

300176105002733

6505273320

⬤ -6A(FL) (0011).02

Page 11 of 18

Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh.27

Exh.RR pg.13

unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

16. Governing Law; Severability; Rules of Construction. This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

17. Borrower's Copy. Borrower shall be given one copy of the Note and of this Security Instrument.

18. Transfer of the Property or a Beneficial Interest in Borrower. As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

19. Borrower's Right to Reinstate After Acceleration. If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the

100176105082733                                    0506273320
Page 13 of 16                                       Form 3010   1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Book23623/Page3243    CFN#20050793767                    Page 13 of 20



Exh.RR pg.14

purpose of protecting Lender's interest in the Property, and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

20. Sale of Note; Change of Loan Servicer; Notice of Grievance. The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

21. Hazardous Substances. As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

1001761050627 33

0406273320

Page 13 of 16

Form 3010　1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh 27

Exh.RR pg.15

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

22. Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

23. Release. Upon payment of all sums secured by this Security Instrument, Lender shall release this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

24. Attorneys' Fees. As used in this Security Instrument and the Note, attorneys' fees shall include those awarded by an appellate court and any attorneys' fees incurred in a bankruptcy proceeding.

25. Jury Trial Waiver. The Borrower hereby waives any right to a trial by jury in any action, proceeding, claim, or counterclaim, whether in contract or tort, at law or in equity, arising out of or in any way related to this Security Instrument or the Note.

100176105062733          0506273320

Page 14 of 16          Form 3010   1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh-27

Exh.RR pg.16

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this
Security Instrument and in any Rider executed by Borrower and recorded with it.
Signed, sealed and delivered in the presence of:

Carretha Robinson
CArretha RobinSon

Ladir Williams (Seal)
LEROY WILLIAMS -Borrower

Midelle Austin-Wills

8352 NORTH WEST 16 MANNOR
FORT LAUDERDALE, FL 33322 (Address)

_____ (Seal)
-Borrower

_____ (Address)

_____ (Seal)
-Borrower

_____ (Address)

_____ (Seal)
-Borrower

_____ (Address)

_____ (Seal)
-Borrower

_____ (Address)

_____ (Seal)
-Borrower

_____ (Address)

_____ (Address)

-6A(FL)(0005).02

100176105062733
Page 16 of 16

0906273320
Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE.
HARVEY RUVIN, CLERK

Exh.27
Exh.RR pg.17

Exh.RR pg.17

STATE OF FLORIDA, Broward        County ss:
The foregoing instrument was acknowledged before me this June 30 2005   by
LEROY WILLIAMS, a single man

who is personally known to me or who has produced Valid ID/L        as identification.

_____
Notary Public

100176103642733      Initials ___      0606273320
Page 16 of 20                        Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Book23623/Page3247    CFN#20050793767           Page 17 of 20

Exh. 27



Exh. 55

## BMO buys Bank of the West

What would you do with $16.3 billion (U.S.) in cash? Buy islands in the Caribbean? Advance scientific research? Pay off roughly six per cent of Canada's deficit in fiscal 2020?

For management at BMO, the obvious answer is none of the above. In a Dec. 20 news release, BMO announced it would purchase California-based Bank of the West for $16.3 billion (U.S.) in cash from French bank BNP Paribas.

The acquisition will add nearly 1.8 million customers and 514 branches to BMO's portfolio, and puts it head-to-head with Wells Fargo and RBC-owned City National, which are both domiciled in California. Bank of the West has more than 200 branches in California alone.

CITY National is Wells Fargo



ARTICLE CONTINUES BELOW

ADVERTISEMENT

The Housemaid: An absolutely…

USCA11 Case: 24-13677 Document: 13 Date Filed: 07/05/2024 Page: 131 of 723 Exh.21

Exh. TT

WIKIPEDIA
The Free Encyclopedia

Create account Log in

# U.S. Bancorp

From Wikipedia, the free encyclopedia

*"US Bank" redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as us bancorp) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank National Association**, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863



**U.S. Bancorp**

USbancorp

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB, S&P 100 component, S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking, Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analytic |
| Revenue | ▲ US$24,544 billion (2022) |
| Operating income | ▲ US$7,000.00 United States dollar (2022) |
| Net income | ▼ US$5.429 billion (2022) |
| Total assets | ▼ US$657.471 billion (2022)[1] |
| Total equity | ▲ US$53.660 billion (2022) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services, Elavon, Talech, Greensky |
| Capital ratio | 12.6% Tier 1 (2017) |
| Rating | Long Term Senior Debt: Moody's: A3 (10/2016), S&P: A+ (10/2016), Fitch: AA (10/2016), DBRS: AA (10/2016) |

Exh. 27

Exh. UU

## NBC NEWS

WATCH NOW

BUSINESS NEWS

# Wachovia apologizes to black Americans

Two predecessor banks of Wachovia Corp. owned slaves before the Civil War, the nation's fourth-largest bank said Wednesday as it made an apology to black Americans.

SHARE THIS —

June 2, 2005, 6:21 PM EDT / Source: The Associated Press

Two predecessor banks of Wachovia Corp. owned slaves before the Civil War, the nation's fourth-largest bank said Wednesday as it made an apology to black Americans.

"We are deeply saddened by these findings," Wachovia chairman Ken Thompson said in a statement. The Charlotte-based company said it contracted earlier this year with The History Factory, a historical research firm, to investigate the predecessor institutions that over the years



**NBC News App**
Get the latest breaking news and today's top stories.

VIEW IN APP



Exh. 27

Exh. W

JP MORGAN
TO US-BANCORP

8:39

🔒 duckduckgo.com

🌐 https://en.wikipedia.org/wiki/List_of_bank_mergers

List of bank mergers in the United States - Wikipedia

Chemical Bank *JPMorgan Chase* 1799 First Bank System, Inc. *Cole* ado National Bank First Bank System, Inc. 1996 lenderee exchanges and also merged with U.S. Bancorp; U.S. Bancorp 1929 Bank One Corp; Valley National Bank of Arizona Bank One Corp; *JPMorgan Chase* 1991 Bank of Boston Corp South Shore Bank Machinists Bank First Constitution

🌐 https://www.jpmorgan.com

Economic Trends to Watch in 2022: JPMorgan Chase

Strong household savings, robust corporate balance sheets and federal initiative have ushering are poised to drive economic dynamism in 2022. Personal consumption expenditures have risen 12% since 2020 and the rate of disposable income to household net worth remaining at record high. Government spending, along with the investing vacation and new.

🌐 https://www.firstam.com

Commercial Title Insurance | First American

Business protected to your individual needs you work with First American Title source backed by a team of commercial experts poised to and streamline across the latest and who have the industry leading products, services and resources you need to close your transactions efficiently, regardless of size, scope or company.

🌐 https://www.firstambank.com

8. WI FL Bank Experts - First American Bank | IL Bank | FL ...

Welcome to our First American Bank in 2024 our teams members of business with the managers experience. Thank for banking for First American Bank, Member. ranked the the First National Bank to the oldest businesses in their company.

Exh 29

Exh WV

html - sec.gov royal
duckduckgo.com

## ◉ DuckDuckGo ≡

html - sec.gov royal bank of America is Mo  ✕  🔍

🔍  Images  Videos  News  Maps  Shopping  💬  ⚙

◉ Always private ▾   Region ▾   Safe search ▾   Date ▾

◉ https://www.sec.gov › Archives › edgar › data › 105...
### HTML - SEC.gov
ROYAL BANK OF CANADA , and MORGAN STANLEY
MUFG LOAN PARTNERS, LLC , AS CO-DOCUMENTATION
AGENTS, Dated as of February 10, 2021 ... Bank of...

Royal Bank of Canada
IS MORGAN STANLEY
[P MORGAN

💠 https://newsroom.bankofamerica.com › content › n...
### Bank of America to Participate in the Morgan Stanley US Financials ...
... Bank of America President of Regional
Banking Dep t Athhnasia will participate in the Morgan
Stanley US Financials, Payments & CRE Conference on...

https://www.morganstanley.com › about-us-ir › sec-...
### SEC Filings | Morgan Stanley
Morgan Stanley Filings at the U.S.
Securities and Exchange Commission website. SEC Rules
605 and 606 Disclosures. SEC Filings under Section 16 o...

◉ https://www.sec.gov › newsroom › press-releases › ...
### SEC.gov | SEC Charges Morgan Stanley With Customer Protection Rule ...
The Securities and Exchange Commission today
announced that Morgan Stanley & Co. LLC has agreed to

‖⊦       ◯       〈

Ex1. 28

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MACK WELLS

Plaintiff

v.                                                    Case No. 2010-61928-CA01

U. S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

Defendants,

FILED FOR RECORD

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Dec. 19 2017 Judge John Schlesinger review of the record and Final Judgement Order, Exhibit. J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B). Attached-U.S. Bank N.A. Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Judge Schlesinger Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd FL Rule 2.160 (D) (1) FL Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased FL Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Schlesinger must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof. US BANK is US BANCORP, Exhibit A. And US BANCORP is Morgan Stanley, Exhibit B1 and B2, and Morgan Stanley is Morgan Stanley Brokerage, Exhibit H. Judge John Schlesinger is doing business with US Bank & Morgan

Exh. 28

as seen in his FORM 6 page. 3.line.6. From Tallahassee called FULL AND PUBLIC
DISCLOSURE OF FINANCIAL Exhibit. C. Which is a major Conflict of Interest. Judge John
Schlesinger is worth 5.8 Million (Investigated) with Zero debt. Schlesinger has done business with
MERS Exhibit. N. as seen on the public record Exhibit. F. Who is the Entity that is the entity who
assigned our Mortgage to US BANK, Exhibit. G. Judge Schlesinger has ruled in favor of US Bank
And That is a major Conflict of Interest as I said Judge Schlesinger is also doing business with
Morgan Stanley, Exhibit, L and B. Who is the same as JP MORGAN Exhibit. D.. Who is doing
business and is apart of Chase Manhattan Bank. Exhibit.M. that Judge Schlesinger was doing business
with and got his properties from, Exhibit.L. Judge Schlesinger is doing business with all of the entities
that He's Judging on against us and there's more. I have found that our case was directed to him in this
Pool who all do business with US Bank MERS and others.

## FACTUAL BACKGROUND

1. On Dec. 19, 2017, Defendant Judge John Schlesinger issued a final Judgment order Exhibit.A. against
Plaintiff Mack Wells for amounts due and owing on same mortgage that was dismissed with
Prejudice in former case no: 07-12407CA01 where U.S. Bank could never produce the
promissory Note though they were asked by the Judge several times but never did bring it forth.
Exhibit. I. A judge cannot change another Judge's ORDER!

2. And also on Dec.19, 2017. Judge John Schlesinger issued the final order Judgement order acting as
a quasi-defense attorney for US Bank his personal investment Partner to make money together.

3. Plaintiff Mack Wells has now subsequently provided the United States Department of Justice
(DOJ) on specific newly discovered whistle blower information and records regarding millions of
dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. Bank, Clerks and
Court officers in this action. Exhibit. O.

## MEMORANDUM OF LAW

The Defedants maintains timely Constitutional due process civil rights for Florida Rule
2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with
Prejudice in our Defendants favor with requirement of Judge Schlesinger's Recusal based on
exposed financial conflicts of interests Fla. Stat.112.312 (8)(9).

*Rule 2.160 (H) and FRCP Rule 60, relief from Judgment Or Order. and to vacate Order.*

Exh. 28
Exh.C 200123

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

2016

Please print or type your name, mailing address, agency name, and position below:

FOR OFFICE USE ONLY:

FLORIDA
COMMISSION ON ETHICS

JUL 03 2017

RECEIVED

LAST NAME — FIRST NAME — MIDDLE NAME:
SCHLESINGER     JOHN     CHARLES

MAILING ADDRESS:
73 WEST FLAGLER STREET

ROOM 1202

| CITY: | ZIP: | COUNTY: |
|-------|------|---------|
| MIAMI | FL | 33130 |

NAME OF AGENCY:
STATE OF FLORIDA – 11TH CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

PROCESSED

---

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of   June 20,            20 17   was $  28,834,751.25

---

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (as described above) is $ 250,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 600,000.00 |
| 323 Tailgate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

---

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE -0- | -0- |
|  |  |
|  |  |
|  |  |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | -0- |
|  |  |
|  |  |

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

Continued on reverse side

PAGE 1

Exh.C pg.2

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching and copies of your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2017 federal income tax return and all W2s, schedules, and attachments.
If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 9):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $160,688.00 |
| Santander, LLC (rents) | 216-218 Santander Ave | $65,000.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 9):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Property Rental | P.O. Box850 McAree, NJ | Property Rental |
| Four Hearts | Property rental | P.O. Box850 McAree, NJ | Property Rental |

## PART E – INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 6)

|  | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander, LLC | Quail Heights, LLC | Fore Hearts, LLC |
| ADDRESS OF BUSINESS ENTITY | 216 Santander Ave, Coral | P.O. Box850 McAree, NJ | P.O. Box850 McAree, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rental | Property Rental | Property Rental |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | no |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 3.33% | 33.33% |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

**OATH**

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF  MIAMI - DADE

Sworn to (or affirmed) and subscribed before me this  25th  day of
JULY  20 18  by  FLENA PEREZ

_____
(Signature of Notary Public–State of Florida)

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ___✓___  OR  Produced Identification ____
Type of Identification Produced ____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to this form. Upon my reasonable knowledge and belief, the disclosure herein is true and complete.

_____
Signature

_____
Date

Preparation of this form by a CPA or attorney does not relieve the  ler of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 – Effective January 1, 2000

PAGE 2

Exh. 728

PART B Continued
ASSETS

Exh.C pg 3

| DISCRIPTION OF ASSET | AMOUNT OF ASSET |
|---|---|
| TOTAL FROM PREVIOUS PAGE | $6,500,000.00 |
| Quail Heights, Part Owner in Apartment Buildings 240-260 Hackensack, NJ | 2,000,000.00 |
| Trent Boyett, LLC; Part Owner in Apartment Building 350 Prospect Avenue, Hackensack, NJ | 300,000.00 |
| Fore Hearts; Part Owner in three commercial Properties; 2650 Rt. 516 Old Bridge, NJ; 735 E. Hazelwood Avenue, Rahway, NJ; 220 Rt 17, Hasbrouck Heights, NJ | 800,000.00 |
| Santander LLC | 750,000.00 |
| First Citizens Bank | 624,000.00 |
| Morgan Stanley Brokerage Account | $5,236,472.00 |
| State of Florida Deferred Compensation | 286,148.68 |
| Federal Thrift Savings Account | 523,843.91 |
| Evensky and Katz Brokerage Account | 11,019,286.66 |
| Ferrari 360 | 100,000.00 |
| 2014 Prosche 911 Turbo Cariolet | 120,000.00 |
| 2013 Mercedes Benz GL550 | 45,000.00 |
| 2011 Honda Odyssey Van | 7,500.00 |
| 2000 Honda Odyssey Van | 2,500.00 |
| 2008 Boston Whaler | 20,000.00 |
| 2015 Boston Whaler | 120,000.00 |
| 2015 Audi S3 | 40,000.00 |
| 2017 Mercedes 350 SL | 90,000.00 |
| TOTAL ASSETS: | $28,834,751.25 |

Exh. 28

Exh.C pg.4

| | |
|---|---|
| 2008 Boston Whaler | $38,000.00 |
| 2015 Boston Whaler | $70,000.00 |
| **TOTAL ASSETS:** | $29,881,734.10 |

*Exh. 28*

*Exh. C pg.5*

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2010 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2010 federal income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2010 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDS $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $146,080.00 |
| Santander | 216-218 Santander Avenue, Coral Gables, FL | 72,000.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Quail Property Rentals | PO Box 850 McAfee, NJ | Property Rentals |
| Force Hearts | Force Hearts Property Rentals | P.O. Box 850, McAfee, NJ | Property Rentals |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander, LLC | Force Hearts LLC | Quail Heights |
| ADDRESS OF BUSINESS ENTITY | 216-218 Santander Ave., Coral Gables, FL | P.O. Box 850 McAfee, NJ | P.O. Box 850 McAfee, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rentals | Property Rentals | Property Rentals |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | Yes |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 33.33% | 33.33% |

## PART F -- TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

STATE OF FLORIDA
COUNTY OF _____ HIAMI-DADE

Sworn to (or affirmed) and subscribed before me this ___ 29 ___ day of ___ June ___ 20 17 by ___ John Shlesinger

_(Signature of Notary Public-State of Florida)_

_(Print, Type, or Stamp Commissioned Name of Notary Public)_

MARY LORDONO

___ Personally Known __V__   OR   Produced Identification
Type of Identification Produced _____

John Schlesinger
Circuit Court Judge
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

MERCY LORDONO
MY COMMISSION # FF 964045
EXPIRES: July 23, 2019
Bonded Thru Notary Public Underwriters

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3145, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                    Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2011.
Incorporated by reference in Rule 34-8.002(1), F.A.C.                                PAGE 2

Exh.28

Exh.Cpg.6

**PROCESSED**

FLORIDA
COMMISSION ON ETHI~

RECEIVED
AUG 01 2018

Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canon 5D(5)(a) and 5D(5)(h), Canon 6A(1), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of every activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name __John Charles Schlesinger__ Work Address __1351 NW 12 Street #415 Miami fl 33125__

Work Telephone: __305 548 5718__ Judicial Office Held __Circuit Judge__

1. Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| | | | |
| | NONE | NONE | |
| | | | |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(1) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|---|---|---|
| | | |
| | NONE | |
| | | |
| | | |

☐ Check here if continued on separate sheet

OATH
State of Florida
County of __Miami-Dade__

I, __John Charles Schlesinger__, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires __12/12/20__
Sworn to and subscribed before me this
__30th__ day of __July__, 20__18__

Notary Public State of Florida
Diana Perez
My Commission FF 150057
Expires 12/10/2018

3/15 (As prescribed in Canon 6).

Part E: Interests in Specific Businesses

| | | | |
|---|---|---|---|
| Name of Business Entity | Patsy 3 Leasing/Trent Boyett | | |
| Address | Prospect Ave Hackensack, NJ | | |
| Principal Business | Property rental | | |
| Position Held | Partner | | |
| I own more than 5% interest | yes | | |
| Nature of my interest | Trent Boyett is a partner owning 33% of Patsy 3. I own 100% of Trent Boyett | | |



Exh.C pg.7

Exh.C pg.8.

*Exh. 28*

**PROCESSED**

FLORIDA
COMMISSION ON ETHICS

JUL 03 2017

RECEIVED

**JUDICIAL QUALIFICATIONS COMMISSION FORM 6A**

### GIFT DISCLOSURE

All judicial officers must file with the Florida Commission on Ethics a list of all gifts received during the preceding calendar year of a value in excess of $100.00 as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

Name of Judge: JUDGE JOHN CHARLES SHLESINGER        Telephone: 305-349-7076

Address: 73 WEST FLAGLER STREET, ROOM 1202, MIAMI, FL  Position: CIRCUIT JUDGE

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Gift/ Source of Gift | Value |
|---|---|
| NONE -0- | |
| | |
| | |
| | |
| | |
| | |

### OATH

State of Florida, County of MIAMI-DADE

I, John Schlesinger, the public official filing this disclosure statement, being first duly sworn, do depose an oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____          John Schlesinger          (NOTARY SEAL)
(Signature of Reporting Official)   Circuit Court Judge

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires  July 30, 2017

Sworn to and subscribed before me this 29 day of June, 20 17

(ORIGINAL OF THIS FORM FILED WITH COMMISSION ON ETHICS; COPY FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

#17

Exh. 28

Exh.A

6:44

usbank.com

## us bank

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

Investment products and services are:

**Not a Deposit • Not FDIC Insured • May Lose Value • Not Bank Guaranteed • Not insured by any Federal Government Agency**

For U.S. Bank:

⌂ Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association, Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S. Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information

Exh.28

Exh.B1

10:22

■ mitchellmessenger.com

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

Exh. 28

Exh. B2

globallegalchronicle.com

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner: Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

Exh.28

Exh.D

## What's the relationship between JP Morgan and Morgan ...

https://www.quora.com/Whats-the-relationship-...

Apr 12, 2015 · Morgan Stanley was formed by JP Morgan's family due to a regulation that required Corp and Investment banks to be separated. JP Morgan still owns part of Morgan Stanley, though they are not major share holders. Bonus answer ...

Citigroup vs JP Morgan, whos bigger and bett...
Jun 14, 2019

Are JP Morgan and Chase the same?
May 28, 2019

Are the roots of Morgan Stanley and JPMorga...
Jul 06, 2015

Are JP Morgan, Morgan Stanley and Chase Bank ...

## Morgan Stanley

www.morganstanley.com

Explore Morgan Stanley's Sustainable Investing Summit, which gathered industry leaders to share ideas and insights about innovations in sustainable finance. Institute for Sustainable Investing Entrepreneurs and the Race for Plastic Waste ...



Exh. 28



Exh.D pg.2

Showing results for chase *Manhattan* is Jp morgan
Search instead for chase Manhatan is Jp morgan



The current company was originally known as Chemical Bank, which acquired **Chase Manhattan** and assumed that company's name. The present name of company was formed in 2000, when **Chase Manhattan Corporation** merged with **J.P. Morgan & Co.**

JPMorgan Chase - Wikipedia
https://en.m.wikipedia.org › wiki › JPMo...

JPMorgan Chase - Wikipedia
https://en.m.wikipedia.org › wiki › JPMo...

The current company was originally known as Chemical Bank, which acquired Chase Manhattan and assumed that company's name. The present name of company was formed in 2000, when Chase Manhattan Corporation merged with J.P. Morgan & Co.

History · Financial data · Structure · Controversies

Headquarters: New York City, New York, United States

Total assets: US$2.765 trillion (2019)

Exh.28

Document Prepared By:
Steve P. Gelarno
ReconTrust Company
2575 W. Chandler Blvd.
Mail Stop: CHDLR-C-69
Chandler, AZ 85224
(800) 540-2684

CFN 2008R0642394
OR Bk 26512 Pg 2906 (1ps)
RECORDED 03/08/2008 14:03:40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

**Exh.F**

When recorded return to:
MARILYN KELIAN, JOHN SCHLESINGER
1228 Alfonso Ave
Coral Gables, FL 33146

DOC#[illegible]

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: Mortgage Electronic Registration Systems, Inc, the owner and holder of a certain mortgage deed executed by
MARILYN KELIAN, JOHN SCHLESINGER,
bearing date 08/27/2003, recorded on 09/05/2003 in Official Records Book 21695, Page 1801 , Instrument # 945302, in the office of the Clerk of the Circuit Court of MIAMI-DADE, County State of Florida, securing a certain note in the principal sum of $1,000,000.00 Dollars, and certain promises and obligations set forth in said mortgage deed, upon the property situated in said State and County hereby acknowledges full payment and satisfaction of said note and mortgage deed, and hereby consents that the same be cancelled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.

IN WITNESS WHEREOF the said Corporation has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the 15 day of July, 2005.

[corporate seal: MORTGAGE ELECTRONIC REGISTRATION ... CORPORATE SEAL]

ATTEST: [signature]

Stacy Yados
Assistant Secretary

Signed and delivered in the presence of:

[signature]

Kimberly Robertson
Witness

Mortgage Electronic Registration Systems, Inc.

By [signature]

Peter Lopez
Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

On 07/15/2005, before me, Rona T. Davidowicz, Notary Public, personally appeared Peter Lopez personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.



Witness my hand and official seal.

[signature] Rona D Davidowicz
Rona T. Davidowicz, Notary Public
Expires: 11/30/2009

Exh.28

CFN 2012R0182835
OR Bk 28033 Pg 1695; (1pg)
RECORDED 03/13/2012 16:05:04
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

## CORRECTIVE ASSIGNMENT OF MORTGAGE

Exh.G pg.1

MERS phone number: 1-888-679-6377
MIN: 100176105062753202

FOR VALUE RECEIVED, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES, ("Assignor") whose address is P.O. Box 2026, Flint, MI 48501, assigned, transferred and conveyed to, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL2, ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book 23623, at Page 3231, of the public records of MIAMI-DADE County, Florida, encumbering the following described real property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/20/2208 at 08:41:11 in 20082054416, of the official records of Miami-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

* Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC is not a valid entity

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on _____ 2012.

By: _____
Print Name: Jacqueline K. Estey
Title: Vice President

STATE OF Pennsylvania
COUNTY OF Montgomery

The foregoing instrument was acknowledged before me this ___14___ day of ___Feb___ 2012 by Jacqueline K. Estey for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me.

_____
Notary Public:
My commission expires 1/28/2015

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015

Recording requested by, prepared under the supervision of and return to:
Ben Proctor
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F10021185-09MAC MORTGAGE LLC

[INSERT DOC "D0000105.tif" KEEP_FONT]

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the record thereof as filed.
HARVEY RUVIN, Clerk of Circuit and County Court
Deputy Clerk _____

F 10051160

FLORENCE PIERRE-SIMEON #247855




CFN 2008R0941616
OR Bk 26657 Pg 3525 (1pg)
RECORDED 11/20/2008 09:41:21
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Exh 28

Exh. G pg. 2

# ASSIGNMENT OF MORTGAGE

[SPACE FOR RECORDING ONLY ABOVE]

FOR VALUE RECEIVED, on or before April 19, 2007, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC. ("Assignor") whose address is

_____, assigned, transferred and conveyed to: U.S. BANK N.A. ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 20, 2005 and recorded July 29, 2005 in Official Records Book 23623 at Page 3231 of the public records of MIAMI-DADE County, Florida, encumbering the following described real property:

LOT 125, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

as the same may have been amended from time to time, together with the Note and indebtedness secured thereby.

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on _____ 2008.

Witness
Typed Name    DAISY HWANG

Witness
Typed Name    LAURIE KILBY

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC
By: _____
Typed Name    SHIRLEY EADS
Title:    VICE PRESIDENT

Attest: _____
Typed Name:    Jeffrey Stephan
Title:    Assistant Secretary

(Affix Corporate Seal)

STATE OF    Pennsylvania
COUNTY OF    Montgomery

BEFORE ME, the undersigned, personally appeared    SHIRLEY EADS
and    Jeffrey Stephan    as    Vice President    and    Assistant Secretary    respectively, and known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged that they executed the foregoing as its duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC this    21st    day of    October    2008.

Notary Public:
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan Turner, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Nov. 8, 2011
Member, Pennsylvania Association of Notaries

Recording requested by & prepared by and return to:
Ralph McGrady
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
FOR: GMAC MORTGAGE, LLC 14070897

FILE_NUMBER: F07012148

**\*F07012148\***

DOC_ID: M001100

**\*M001100\***

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original as the file of record in this office.
this November 19 _____ AD 20__
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk    /s/ Wilfred Clark #320262
28469871

Exh.H

🔒 www.bing.com/search?q=mor...

morgan stanley brokerage account is m 🔍

ALL   NEWS   IMAGES   VIDEOS   SHOPPING

**Morgan Stanley** is both a registered **broker**-dealer and investment adviser. Your **Morgan Stanley** Access Investing ("MSAI") **account** is a discretionary investment advisory **account. Morgan Stanley** is responsible for implementing the model portfolios in your MSAI **account**, as well as any reasonable restrictions you may impose.

Access Investing | Morgan Stanley
www.morganstanley.com/what-we-do/wealth-m...

Feedback

PEOPLE ALSO ASK


Exh.J   Page 1 of 6

CFN: 20170717297 BOOK 30802 PAGE 2088
DATE: 12/22/2017 11:50:24 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

FRUD

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,

vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Linfejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Linfejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Syncoette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Starmet
Bank; City of North Miami, Florida and Tenant #1

Defendant.

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01

FILED FOR RECORD
2017 DEC 19 AM 11:37

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented, IT IS ORDERED AND ADJUDGED that Plaintiff's
Final Judgment is GRANTED against all Defendants listed by name: Leroy Williams; Unknown
Spouse of Leroy Williams; James Linfejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Linfejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis
McNeil; Syncoette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Starmet Bank; City of North Miami, Florida.

1.   Amounts Due and Owing. Plaintiff is due:

Principal due on the note secured by the mortgage foreclosed:   $442,000.00
Interest good thru 11/29/17   $307,333.74
Late Charges   $137.20

Case No. 2010-61928-CA-01      File # 15-F02968

Exh.J pg.2

CFN: 20170217907 BOOK 30502 PAGE 2060

| | |
|---|---|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.84 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood Insurance 2015 | $5,085.65 |
| Flood Insurance 2016 | $6,021.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $4,332.83 |
| Hazard Insurance 2015 | $6,145.00 |
| Hazard Insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,197.35 |
| | |
| Attorney's Fees Total | $4,689.00 |
| | |
| **Court Costs, New Trial:** | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,935.00 |
| Publication, Notice of Action | $230.00 |
| Additional Costs: | |
| BPO | $1,302.00 |
| Property Inspection | $1,172.23 |
| Maintenance | $340.00 |
| **GRAND TOTAL** | **$991,297.26** |

2.    Interest.  The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statutes.

3.    Lien on Property.  Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami-Dade County, Florida:

LOT 103, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property address: 13020 South River Drive, Miami, FL 33167

4.    Sale of property.  If the grand total amount, with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on _____ JUN 3 0 2016 _____, 20__, at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031.

Exh. 28


Exh.J pg.3

CFN: 20170717507 BOOK 30602 PAGE 2201

Florida Statutes. The subject property shall be sold by electronic sale at www.miamidade.realforeclose.com.

5. Costs. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6. Distribution of Proceeds. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7. Right of Possession. Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8. Jurisdiction. The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9. Attorney fees. The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff that 19.2 hours and a $2,325.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,389.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla.1985).

10. The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida, is incorrect. Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11. The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Linkston AKA James L. John, Hoke Williams, Mark Welk, Curtis McNeil, Synarotic Limited Partnership's interest in the subject property, superior to the interest of the Defendants.

Case No. 2010-61923-CA-01          3          File # 13-502807

CFN: 20170717697 BOOK 30002 PAGE 2002

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this _____ day of _____, 2017.

DEC 19 2017

_____
Circuit Judge                John Schlesinger
                             Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address

**Service List**

Wilson LaCroix, Esq.
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309

Miami-Dade County, Florida
c/o Abigail Price-Williams, Esq.
111 NW 1st Street
Miami, FL 33128
yvalde@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 NE 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
L/K/A 15020 South River Drive
Miami, FL 03167

Case No. 2016-61926-CA-01

File # 13-F02848

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER: _____ 03

THE COURT ORDERED THE CASE AGAINST ANY PARTY NOT LISTED IN THE FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.

John Schlesinger
Circuit Court Judge

CFN: 20170717007 BOOK 30632 PAGE 2082

Unifund CCR Partners, G.P.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series 1
c/o Legal Department
1751 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Hicks Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. John
8152 NW 15th Manor, Apt PC2R
Plantation, FL 33322

Littlejohn a/k/a James L. John, James
L/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Allsha Smith, E.A.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

State of Florida, Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
process
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. PC2R
Plantation, FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Case No. 2010-61925-CA-01                    2                    File # 13-F02636

https://onlineservices.miami-dadeclerk.com/OfficialRecords/CFNDetailsHTML5.aspx?QS...   12/5/2019

Exh.J pg.6

CFN: 20170717807 BOOK 30622 PAGE 2094

The Unknown Spouse of Leroy Williams
L/K/A 15020 South River Drive
Miami, FL 33167

The Unknown Spouse of Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Mack Wells
L/K/A 15020 South River Drive
Miami, FL 33167

Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Syncoastic Limited Partnership
L/K/A 15020 South River Drive
Miami, FL 33167

Case No. 2010-01778-CA-01      3      File # 13-800368-

Exh.28

interests 1"RI"P Rule 6.1 Relief from Judgment . [redacted] Exh.J pg.7

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*3) Fraud whether previously called intrinsic or extrinsic),misrepresentation, or misconduct by An oppossing party*

*(c) Timing and Effect of the Motion.*

*(i) Amotion under rule 60 (b) must be made within a reasonable time and for reasons (1) (2) (3) No more than a year after the enry of the Judgement or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter,* Accepted as true, "to state a claim to relief that is plausible on its face."

Judge is expected to recuse himself pursuant to 28 U.S. C. § 455 Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five statutorily prescribed criteria can be shown to exist in fact, even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93–512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95–598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100–702, title X, § 1007, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101–650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117.)*

CONC LUSIONS

This Motion for Relief and Recusal is based on wholly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with

Exh. 28



Exh.K

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank .N.A.
    Plaintiff(s)                                    April 1,2010

.Vs.

Leroy Williams
    Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March., 2010.

APR 06 20                APR 06 2010

_____
CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC- All parches

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy
of the original on file in this office this _____ day of _____ A.D. 20 __
HARVEY RUVIN, Clerk of the Circuit and County Courts
By _____
Deputy Clerk

MONA BRUNO #79806

Bk 27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty, FL





Exh. 28

CFN 2004R0626859
OR Bk 22514 Pg 2791 (1ps)
RECORDED 07/26/2004 12:34:01
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE



Exh. L

RECORDING REQUESTED BY / RETURN TO:
Fiede Management Corporation
P.O. Box 90014, Reno, NV 89520-0027

## Satisfaction Of Mortgage

WHEREAS the indebtedness secured by the mortgage described below has been fully paid and satisfied,
CHASE MANHATTAN MORTGAGE CORPORATION,
owner and holder of the debt, hereby declares that the lien of said mortgage is forever discharged and satisfied.
Original Mortgagee: CHEMICAL RESIDENTIAL MORTGAGE CORPORATION
Original Mortgagor: JOHN SCHLESINGER, MARIBETH McLIAD
Recorded in Dade County, Florida, on 12/16/03 as Inst. # 00-420150 on Book 14052 on Page 3727
Tax ID: 0041150040512
Sum of mortgage 12/11/03 Amount of mortgage $124,000.00
DATE OF SATISFACTION: 6/30/2004

NOW THEREFORE, the recorder or clerk of said county is hereby instructed to record this instrument and to
cancel, release, and discharge the mortgage in accordance with the regulations of said state and county.
DATED: 07/15/2004
CHASE MANHATTAN MORTGAGE CORPORATION
FKA CHEMICAL RESIDENTIAL MORTGAGE CORPORATION

By: _____     Witness: _____
Jennifer Wallace                  Witness: Sheeta Thompson
Vice President

Witness: Judy McGolloy

State of Nevada
County of Washoe
On 07/15/2004, before me, the undersigned, a Notary Public for said County and State, personally appeared
Jennifer Wallace, personally known to me to be the person that executed the foregoing instrument, and
acknowledged that she is Vice President of
CHASE MANHATTAN MORTGAGE CORPORATION,
and that she executed the foregoing instrument pursuant to a resolution of
its board of directors and that such execution was done as the free act and deed of
CHASE MANHATTAN MORTGAGE CORPORATION.

Notary _____ Steven R. Carson
My Commission Expires: 03-15-08

STEVEN R. CARSON
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. 04-89202 - Expires March 15, 2008

Prepared by: E. N. Harrison, Fiede Management Corporation, 4080 Langley Lane, Suite #2, Reno, NV 89502

*Exh. 28*

## Quora

Open in App

# Are JP Morgan and Chase the same?

Exh.58 Exh.M

### What are some simple steps I can take to protect my privacy online?

Many people believe that they can't do anything to protect their privacy online, but that's not true. There actually are simple...

Continue Reading

**1 Answer**

Dan Mahoney, Executive Director at JPMorgan Chase (█████-present)

The basic answer is yes. JPMorgan Chase is one big company. Different names are used for branding purposes. The JP Morgan name is used for higher end LOB and products like investment banking, the largest corporate relationships and private banking for the wealthy. Chase is used for lower end products retail branch banking, business banking (less than $20M in sales) and commercial banking (annual sales less than $500M).

Exh. 28
Exh. M pg. 2

## Quora

Open in App    Sign in

### Are the roots of Morgan Stanley and JPMorgan Chase the same (i.e. JPMorgan & Co.)? What are their histories?

Ad by DuckDuckGo

**What are some simple steps I can take to protect my privacy online?**

Many people believe that they can't do anything to protect their privacy online, but that's not true. There actually are simple...

Continue Reading ›

**3 Answers**

 Shreyans M Jiani, studied at London School of Economics and Political Science
Answered Jul 7, 2015

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass–Steagall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a commercial bank. However, in the 1990's it started to rebuild its investment banking operations. In 2000, it merged with the Chase Manhattan Bank

Continue Reading ⌄

RELATED QUESTIONS (MORE ANSWERS BELOW)

What is the history of JP Morgan Chase as a merchant bank?
500 Views

Open in app    ✕

*Exh. 28*

Steve P. Cullen
Focus First Company
2575 W. Chandler Blvd.
Mail Stop CHD-LO-02
Chandler, AZ 85224
(480) 540-2034

CFN 2008R0642394
OR Bk 26512 Pg 2906 (1pg)
RECORDED 07/04/2008 14:02:40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

When recorded return to:
MARILYN BELIAN, JOHN SCHLESINGER
1239 Atheios Ave.
Coral Gables, FL 33146

# Exh. 58 Exh. M

DOCID#20080080642000N

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: Mortgage Electronic Registration Systems, Inc. the owner and holder of a certain mortgage deed executed by
MARILYN BELIAN, JOHN SCHLESINGER
bearing date 08/20/2003, recorded on 09/05/2003 in Official Records Book 21600, Page 1301 , instrument # 642002. In the office of the Clerk of the Circuit Court of MIAMI-DADE County State of Florida, securing a certain note in the principal sum of $1,000,000.00 Dollars, and certain promises and obligations set forth in said mortgage deed, upon the property situated in said State and County hereby acknowledges full payment and satisfaction of said note and mortgage deed, and surrenders the same as cancelled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.

IN WITNESS WHEREOF the said Corporation has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the 18 day of July, 2008.

[SEAL — CORPORATE SEAL]

ATTEST: _____                    Mortgage Electronic Registration Systems, Inc.
Stacey Mullen
Assistant Secretary

Signed and delivered in the presence of:



Kimberly Robertson                            By: _____
Witness - B                                   Peter Lopez
                                              Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

On 07/18/2008, before me, Edna T. Dewitowicz, Notary Public, personally appeared Peter Lopez personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

[NOTARY SEAL — OFFICIAL SEAL
EDNA T. DEWITOWICZ
NOTARY PUBLIC
MARICOPA COUNTY]

Witness my hand and official seal.

_____
Edna T. Dewitowicz, Notary Public
Expires: 11/03/2009

Book26512/Page2906    CFN#20080642394              Page 1 of 1

Exh: 29

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Plaintiff

v.                                                              CASE NO: 2010-61928-CA01

MACK WELLS

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,
Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum
regarding the June 25 2010 Samantha Ruiz Cohen Fine review of the record and Final Judgement Order,
Exhibit.1. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds
and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this
Court (Exhibits # B)   Attached- U.S. BANK Special Situation Property Funds Account Page 42, IRS 2018
Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property
Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V.
Judge John A. Rudd FL Rule 2.160 (D) (1) FL Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify
himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is
party/fears Judge is Biased FL Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Samantha Ruiz Cohen must Recuse herself for an open obvious Conflict of interest because she's
doing business with US Bank and helping them to make money so that she can make money by

*Exh. 29*

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money illegally. Here's proof: In her Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 Says on line 3, $162,130.00, 4. $32,695.84, 5. $496,316.65. And on the Form 6 of 2022 Line 4. $137,506.36, 5. $153,455.04, 6. $54,410.00, 7. $6,208.70, 12. $874,506.74 13, with Wells Fargo with these Assets with WELLS FARGO BANK and Wachovia owns WELLS FARGO which is U.S. BANK, Exh. D7. And on the Form 6 for 2021 for Voya Retirement on line 2. $221,156.57. And Voya Retirement in 2022 line 8, $251,663.08. and Voya Retirement is US Bank, Exh. E.2. And 2021 Form 6 on line 6. BMW Financial is $10,152.00, and 2022 on line 13 is $4,512.00 and BMW Financial is US Bank, Exh. E.3. At adding up to $2,804,727.01. Judge Samantha Ruiz Cohen is Doing Business U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, VOYA FINANCIAL AND BMW FINANCIAL WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Confict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh.F. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.G. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court  so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.H. And then received  a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.I. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice Exh.J. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.K. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) from GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper ads and Radio TV Commercials, Exh.T Telling on her and knowing that we have turned her over to the FBI, as Samantha Ruiz Cohen must do because she has the same conflict

# 2021 Form 6 - Full and Public Disclosure of Financial Interests

Filed with COE: 04/11/2022

## General Information

Name: Hon Samantha Ruiz Cohen

Address: Lawson E. Thomas Court Center 175 NW 1ST AVE (Room 2515), MIAMI, FL 33128-1895

County: Miami-Dade

## AGENCY INFORMATION

Organization: Judicial Circuit (11Th)

Suborganization: Elected Constitutional Officer

Title: Circuit Court Judge

## CANDIDATE FOR

Position: Circuit Judge

Agency Name: Eleventh Judicial Circuit of Florida

Position sought or held: Circuit Court Judge, Eleventh Judicial Circuit of Florida, Group 45

## Net Worth

My Net Worth as of April 6, 2022 was $ 4,524,010.96

Page 1 c

Printed from the Florida EFDMS System



Exh. 29

Filed with COE: 04/11/2022

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing, other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $210,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
| --- | --- |
| Home-Primary Residence | $ 1,650,000.00 |
| House at 2955 south Miami avenue, Miami FL 33129 | $ 930,000.00 |
| House at 16256 sw 97th street Miami FL 33196 | $ 375,000.00 |
| wells Fargo savings | $ 137,506.36 |
| wells Fargo savings #2 | $ 153,455.04 |
| wells Fargo checking | $ 54,410.00 |
| wells Fargo checking (Payret Property Management) | $ 6,206.70 |
| Voya retirement | $ 251,863.08 |
| Invesco Retirement (in name of spouse) | $ 744,636.20 |
| Luls retirement (in name of spouse) | $ 160,551.81 |
| Alliance Bernstien (in name of spouse) | $ 532,198.00 |

## Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
| --- | --- | --- |
| Wells Fargo Mortgage | po box 660276 Dallas, TX 75266 | $ 874,506.74 |
| BMW Financial Services | po box 3608 Dublin, OH 43016-0306 | $ 4,512.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
| --- | --- | --- |
| N/A | | |

Exh. 201

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2020 |
|---|---|---|
| | OF FINANCIAL INTERESTS | |

FOR OFFICE USE ONLY:

HON SAMANTHA RUIZ COHEN
CIRCUIT COURT JUDGE
Judicial Circuit (11th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSE STE 1001
73 W FLAGLER ST
MIAMI FL 33130-1724

FLORIDA
COMMISSION ON ETHICS

JUN 25 2021

RECEIVED

PROCESSED

ID CODE

ID NO.    47978

CONF. CODE

Cohen, Samantha Ruiz

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of March 31, 2021 was $ 2,693,148.72

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 195,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home Primary Residence | $ 1,600,000.00 |
| Vova Retirement – | $ 221,156.57 |
| Wells Fargo Savings – | $ 162,130.03 |
| Wells Fargo Checking – | $ 32,695.84 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage  P.O. Box 660278  Dallas TX 75266 | $ 896,316.65 |
| BMW Financial Services  P.O. Box 3608  Dublin, Ohio 43016-0306 | 10,152.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Not Applicable | |

PAGE 1

Exh. 29

Exh. E1



≡ i American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of U.S. Bank National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500.[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

US Bancorp IS WELLS FARGO

usbancorp

| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB |
| Industry | Banking, financial services |
| Founded | July 13, 1863 |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analytics |
| Revenue | US$24.144 billion (2022) |
| Net income | US$5.474 billion (2022) |
| Total assets | US$645.471 billion (2022) |
| Total equity | US$53.666 billion (2022) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services, Elavon, Talech, Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt Moody's: A1 (10/2016) S&P: A+ (10/2016) Fitch: AA (10/2016) DBRS: AA (10/2016) |
| Website | usbank.com |

Exh. 29

Exh. E2

# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

December 25, 2021    6 min read

**In this article:**

| C | | RCL | | GSCHX | | TMO |
|---|---|---|---|---|---|---|
| +1.04% | ☆ | +0.84% | ☆ | -0.43% | ☆ | -1.34% |

Investment company Voya VARIABLE FUNDS (Current Portfolio) buys PNC Financial Services Group Inc, McDonald's Corp, Baxter International Inc, ViacomCBS Inc, Bank of America Corp, sells Fiserv Inc, Citigroup Inc, Activision Blizzard Inc, U.S. Bancorp, Constellation Brands Inc during the 3-months ended 2021Q3, according to the most recent

is U.S. Bank
Exh. D2
# 3

*Exh. 29*

**Business**

Exh.E3

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019; 11:00 AM EDT

U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With
  Enhanced Digital Experiences, Greater Value to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the United States, has entered into a co-brand agreement with BMW Financial Services NA, LLC to issue credit cards that will deliver enhanced digital experiences

Exh. 29

US Bank owns bmw financial service   X

All    News    Maps    Images    Videos    Shopping

http://www.ctvalley.org · bmw-fina...

## BMW Financial Services, NA Enters into Co-Brand Agreement with US Bank to ...

BMW Financial Services NA, LLC announced today a co-brand agreement with U.S. Bank to offer new credit cards featuring an enhanced digital experience and ...

Boothe Memorial Park ...
Sun, May 15

## People also ask

Who is BMW finance owned by?

Which bank is BMW Financial Services?

Exh. 209

Exh.G

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

April 1,2010

US Bank ,N.A.
        Plaintiff(s)

Vs.,

Leroy Williams
        Defendant(s)

### ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 201.        APR 06 2010

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR:
CIRCUIT COURT JUDGE

CC-All poches

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office    12/22    AD 20 21
HARVEY RUVIN, Clerk of circuit and County Courts
Deputy Clerk

MONA BRUNO 579806





Exh. 29

Exh. H

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
Plaintiff,

CASE NO. 2007-12407-CA
DIVISION 32

vs.

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
Defendant(s).

SPACE FOR RECORDING ONLY

FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING
PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex pa rte, pursuant to the Motion filed by the Plaintiff, pursuant
to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1. The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to
bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2. All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS;
FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI; are hereby dismissed.

3. Any scheduled foreclosure sale is canceled.

FILE NUMBER: FU7012148



Serial: 13866522
DOC_ID: M010502





Bk 27343 Pg 949 CFN 20100451678 07/06/2010 15:32:32 Pg 1 of 3 Mia-Dade Cty, FL



Exh.H pg.2

4.   The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE County, Florida, regarding the below-described property

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby directed to record this Order to reflect same.

5.   The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set aside and shall be of no further force or effect.

6.   The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and photostatic copies shall be substituted in their place.

DONE  AND  ORDERED  in  Chambers  in  MIAMI-DADE  County,  Florida,  this _____ day  of
_____ , 2010.

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  336225018
All parties on the attached service list.
F07012148 - M010580
GMAC-CONV-above



EXH 24
Exh 2

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**PROCESSED**

COMMISSION ON ETHICS
DATE RECEIVED

| FOR OFFICE USE ONLY: | JUN 2 5 2010 |
| --- | --- |

II
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE F,M 1105
MIAMI, FL. 33130

| ID Code | |
| --- | --- |
| ID No. | 210380 |
| Conf. Code | |
| P. Req. Code | 1 |

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31, 2009 was $ 3,351,652.00

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) = $ 150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
| --- | --- |
| Residence in Miami-Dade Cnty (inceres+) | $800,000.00 |
| Vail Colorado Condominium / Eagle Cnty | 290,000.00 |
| Frank Anross Persin Brokerage Accounts/Wachovia Bank of America | 650,000.00 |
| 360 River River Fidelity | 64,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| Gmac Credit Line / P.O. Box 4622 Waterloo, I A | 410,000.00 |
| Wellsfargo P.O Box/HC Box 650709, Dallas Tx | 128,000.00 |
| Chase Fin - ncial Group / P.O. Box 78067, Phoenix Az 85062 | 24,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| None | |
| | |
| | |

CE FORM 6 - Eff 1/2010 (Continued on reverse side) PAGE 1

Exh. 29





# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

Contact Us    My Account

Exh.J pg.1

## CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

US BANK (NA) VS WILLIAMS, LEROY

**Filing Date:** 04/26/2007

Local Case Number: 2007-012407-CA-01

**Judicial Section:** CA32

State Case Number: 132007CA012407000001

**Case Type:** - DO NOT USE - Legacy Mortgage Foreclosure

Consolidated Case No.: N/A

Case Status: CLOSED

Total Of Parties: 5

Total Of Hearings: 0

Total Of Dockets: 52

## Parties

## Hearing Details

## Dockets

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|--------|------|-----------|--------------|------------|----------|
| 1 | 02/04/2022 | | Receipt | Event | RECEIPT#:2410006 AMT PAID:56.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 4 $1.00 $4.00 3121-CERTIFIED 1 $2.00 $2.00 TENDER TYPE:CASH TENDER AMT:$10.00 TENDER TYPE:CHANGE TENDER AMT:(\$4.00) RECEIPT DATE:02/04/2022 REGISTER#:241 CASHIER:DINGUR |
| | 01/31/2022 | | Copy of. | Event | OF ORDER OF DISMISSAL |
| | 04/04/2014 | | text | Event | FINAL JUDGMENT OF FORECLOSURE |
| | 04/07/2011 | | Letter of Correspondence or | Event | FROM MACK L WELLS |
| | 11/04/2010 | | No Further Judicial Action | Event | ORDER FILED IN CASE # 09-81.66 #A01 AND IN SHARE DRIV |

https://www2.miami-dadeclerk.com/ocs/Search.aspx

| Date | Number | Type | Event | Description |
|---|---|---|---|---|
| 10/14/2010 | | Motion | Event | TO VACATE LAST ORDER & RETAIN ORIG ORDER |
| 09/28/2010 | | Motion to Vacate Dismissal | Event | |
| 09/08/2010 | | Text | Event | RET'D ORIGINAL NOTE AND MORTGAGE. |
| 09/28/2010 | 27343/0949 | Court Order (Recordable) | Event | B: 27343 P: 0949 VACATING, DISMISSING, CXL SALE RELEASE LIS PENDENS, ETC. |
| 08/20/2010 | | Motion | Event | ATY 00071075 TO DISMISS CASE, CANCEL FORECLOSURE SALE, ETC. |
| 08/18/2010 | | Final Disposition Document | Event | |
| 04/07/2010 | 27244/4193 | Court Order (Recordable) | Event | B: 27244 P: 4193 OF DISMISSAL |
| 04/07/2009 | | Text | Event | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/05/2008 | | Objection | Event | TO WRITTEN DISCOVERY MTN TO STRIKE OR...ETC |
| 09/03/2008 | | Notice | Event | THAT PLTFF HAS RESPONDED TO DEFENDANT, ..ETC |
| 08/19/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944/0842 | Court Order (Recordable) | Event | B: 25944 P: 0842 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE :09/31/2007 |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE : |
| 09/12/2007 | | Motion | Event | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | Motion | Event | ATY 00053080 SET ASIDE FJUD AND RECONSIDER STAY |
| 09/10/2007 | | Text | Event | 550 FEE PD/RCPT 186184 |
| 08/30/2007 | | Notice of Sale | Event | |
| 08/24/2007 | | Text | Event | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | Certificate Of Mailing Final Judgment | Event | |
| 08/13/2007 | | Notice of Filing | Event | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | Notice of Filing | Event | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | Text | Event | FINAL DISPOSITION FORM |

Dismissed with Prejudice

Exh.L

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-cal

US Bank, N.A.,
        Plaintiffs;

Vs;

Leroy Williams
        Defendants;

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008, (2) there was no record activity for the year preceding
Service of the foregoing notice, (3) no stay has been issued or approved by the court,
And (4) no party has shown good cause why this action should remain pending.
Accordingly:
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2009

_____
SARDUY FARELL
Circuit Court Judge



Exh.29

Exh.T pg.2

Exh. 29

# Affidavit

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM OF LAW AND I AM A WITINESS THESE EXHIBITIS A THROUGH Z6, ALL ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF JUDGE SAMANTHA COHEN.

SIGNED *Mack L Wells*

MACK WELLS
15020 S. RIVER DR.
MIAMI, FLA. 33167

*Judtte Joseph* . NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR. WHO SIGN BEFORE ME ON THIS 17ᵀᴴ DAY OF JULY, 2023 WHICH PRODUCED FLORIDA DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.

JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317654
Expires 12/12/2025

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MACK WELLS

  Plaintiff

v.

                                 Case No. 2010-61928-CA01

U.S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

  Defendants,

## CORRECTED JUDGE VERONICA DIAZ MOTION AND AFFIDAVIT FOR RELIEF RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Dec. 19 2017 Judge Veronica Diaz review of the record and Final Judgment Order, Exhibit. J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached-U.S. Bank N.A. Special Situation Property Funds. Account Page 42. IFRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries. Judge Veronica Diaz Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd FL Rule 2.160 (D) (1) FL Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased FL. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Veronica Diaz must Recuse herself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money illegally. Here's proof.

Judge Veronica Diaz says that WELLS FARGO BANK on her form 6 full and public disclosure of Financial interests is a Bank she's doing business with, because she's doing business with U.S. Bank and helping them to make money so that she can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make her and them to make money illegally. Here's proof: In her Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6, Exh. A. Says lines 1-5:

Judge Veronica Diaz is doing Business with Wells Fargo as an Asset of $174,312.00 Agd WELLS FARGO BANK is US BANK, Exh. E1. and E2.

1. Her ICMA 401K as an Asset of $180,296.00. And her ICMA 401K is Wells Fargo, Exh. R2, R3, R4, S1, S2 and S3.

2. Her $10,500.00 Audi car and her $4,800.00 Audi Financial Asset is either Audi Fargo or Wachovia, which is why I am Subpoenaing her record Exh. Y1, Y2, and Y3. Wachovia is Audi, Exh. T4 and Wachovia is Wells Fargo Exh. T1, T2, T3 and Wells Fargo is US Bank, Exh. E1. and E2.

3. Her Navient Student loan is Wells Fargo and Wells Fargo is US Bank, Exh. E1 and E2. Navient is also JP Morgan, Exh. Z1 and JP Morgan is Morgan Stanley, Exh. O1. and O2. and Morgan Stanley is US Bank, Exh. U1. and U2.

US. Bank is the same Bank that she's passing Orders on against us that's foreclosing which is a major conflict of interest against us., Exh. B2, B3. and B4. And there's more, I also have found that our case was directed to you and four other Judges like Judge Schlesinger Exh. BB1. Judge De, La, O Exh. BB2 and Judge Rebull shown in their Public Disclosure of Financial Records Form 6 who all had the same Conflict of Interest in this pool of Judges as Judge Veronica Diaz so you must:

DISQUALIFY, RECUSE YOURSELF AND VACATE YOUR ORDERS ON OUR PROPERTY 15020 S. RIVER DR. MIAMI FL. 33157 IN CASE # 10-61928 Exb. B1, B2, B3. and B4.

### FACTUAL BACKGROUND

1. On 11/15/19 Defendant Judge Veronica Diaz issued an order Exh. A. against Plaintiff Mack Wells to sale the house on same mortgage that was dismissed with Prejudice in former case no. 07-12407CA01 where U.S. Bank could never produce the promissory

EXh. 31

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2018 |
|---|---|---|

**FOR OFFICE USE ONLY:**
FLORIDA
COMMISSION ON ETHICS

**PROCESSED**

JUL 0 1 2019
**RECEIVED**

```
******AUTO**ALL FOR AADC 331 T4  P1 42 312
Hon Veronica Diaz
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Ste 9000 Richard E Gerstein Justice Bldg
1351 NW 12th St Rm 209
Miami, FL 33125-1636
```

ID Code

ID No.     258440

Conf. Code

Diaz, Veronica

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of _Dec 31_ , 20 _18_ was $ _405, 853_

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _75,000_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Wells Fargo | 174,512 |
| ICMA  401k | 180,296 |
| Asia | 10,500 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Navient (Student Loan) | 29,455.00 |
| Audi Financial | 4,800.00 |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

Exh. 31

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2018 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2018 federal income tax return and all W2's, schedules, and attachments.
    [If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See Instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 700 E. Gaines St. Tallahassee, FL 32399 | 160,688 |

**SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person—see instructions on page 5):**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me this 18th day of June, 2019 by Veronica Diaz

_____
(Signature of Notary Public—State of Florida)

ANA M. Gonzalez
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓    OR    Produced Identification _____

Type of Identification Produced _____

ANA M. GONZALEZ
MY COMMISSION # FF937143
EXPIRES November 18, 2019
FloridaNotaryService.com

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____      _____
Signature                                      Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐**

Exh. 31

COMMISSION ON ETHICS
FLORIDA

JUL 0 1 2019

RECEIVED

PROCESSED

## Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: __Veronica A Diaz__    Work Telephone: __305 548 5730__

Work Address: __305 NW 12 St #209__ Judicial Office Held: __Circuit__
__miami, FL 33125__

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
|      |             |        | $      |
|      | N/A         |        | $      |
|      |             |        | $      |
|      |             |        | $      |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|------|------|------|
|      | N/A  |      |
|      |      |      |
|      |      |      |

☐ Check here if continued on separate sheet

## CONTINUE TO PAGE 2 FOR OATH

Form 6A 5-19
- As Amended by SC18-648

Exh. A4 

## OATH

State of Florida

County of Miami-Dade

I, Veronica A. Dial, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

(Signature of Reporting Official)

(Signature of Officer Authorized to Administer Oaths)

My Commission expires 11/18/2019

Sworn to and subscribed before me this

18 day of June, 2019

ANA M. GONZALEZ
MY COMMISSION # FF937143
EXPIRES November 18, 2019
FloridaNotaryService.com



Exh.E2

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees partner Taylor Arabian - Davis Polk &

Exh. 31

Exh.B1

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

Exh. 31

Exh. 82

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Veronica Diaz

U S Bank (na)

Plaintiff(s)

vs.

Williams, Leroy

Defendant(s)

_____/

## ORDER DENYING MOTION FOR JUDICIAL DISQUALIFICATION FILED ON 01/08/2020

This matter came before the undersigned Judge upon Defendant's, Mack Wells, and Non-Party's, Maurice Symonette, January 8, 2020 Motion for judge Schlesinger to have a Hearing to Recuse and Veate his Order ("Motion"). Pursuant to Fla. R. Jud. Admin. 2.330, the Motion is **DENIED** as legally insufficient.

**DONE and ORDERED** in Chambers at Miami-Dade County, Florida on this 4th day of February, 2020.

2010-061928-CA-01 02-04-2020 1:27 PM

2010-061928-CA-01 02-04-2020 1:27 PM
Hon. Veronica Diaz

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on THIS MOTION

CLERK TO RECLOSE CASE IF POST JUDGMENT

Copies Furnished To:

Case No: 2010-061928-CA-01

Page 1 of 2

*EXh.31*

*Exh. B2 pg. 2*

Altanese Phenelus , Email : yvaldes@miamidade.gov
Daniel Hurtes , Email : BRFLEservice@BlankRome.com
Daniel Hurtes , Email : DHurtes@BlankRome.com
Daniel Hurtes , Email : EMora@BlankRome.com
David S Ehrlich , Email : David@EhrlichLawLLC.com
David S Ehrlich , Email : DEhrlich@EhrlichLawFL.com
Giuseppe Salvatore Cataudella , Email : CourtXpress@firmsolutions.us
Giuseppe Salvatore Cataudella , Email : FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella , Email : FLeFileTeam@brockandscott.com
Jennifer L Warren , Email : jwarren@northmiamifl.gov
Jennifer L Warren , Email : cityattorney@northmiamifl.gov
Jessica J Fagen , Email : FLeFileTeam@brockandscott.com
Jessica J Fagen , Email : CourtXpress@firmsolutions.us
Jessica J Fagen , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : CourtXpress@firmsolutions.us
Jimmy Keenan Edwards , Email : FLeFileTeam@brockandscott.com
Jonathan S Wilinsky , Email : FLCourtDocs@brockandscott.com
Jonathan S Wilinsky , Email : CourtXpress@firmsolutions.us
Jonathan S Wilinsky , Email : FLeFileTeam@brockandscott.com
Laura Ashley Jackson , Email : FLCourtDocs@brockandscott.com
Laura Ashley Jackson , Email : CourtXpress@firmsolutions.us
Laura Ashley Jackson , Email : FLeFileTeam@brockandscott.com
Maurice Symonette , Email : BIGBOSS1043@yahoo.com
Maurice Symonette , Email : BigBOSS@Clerk.com
Stephen Christopher Wilson , Email : scwilson862007@yahoo.com
Tania Bartolini , Email : info@bartolinilaw.com
Tania Bartolini , Email : tania.bartolini@bartolinilaw.com
Willnae Lacroix , Email : FLCourtDocs@brockandscott.com
Willnae Lacroix , Email : FLeFileTeam@brockandscott.com
Willnae Lacroix , Email : courtxpress@FirmSolutions.us

Exh. 31

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Exh. B3 pg. 1

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Veronica Diaz

U S Bank (na)
Plaintiff(s)

vs.

Williams, Leroy
Defendant(s)

## ORDER GRANTING MOTION TO RESET FORECLOSURE SALE

**THIS CAUSE** having come before the Court on the Plaintiff's Motion to Reset
Foreclosure Sale, and the Court having heard argument of the parties, having reviewed the file
and, being otherwise duly advised, it is

## ORDERED AND ADJUDGED:

The Plaintiff's Motion to Reset Foreclosure Sale is hereby **GRANTED**.

The clerk is directed to reset the foreclosure sale for April 6, 2020, by electronic sale at
www.miamidade.realforeclose.com.

Exh. 31

Exh. B3 pg. 2

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 6th day of February, 2020.

2010-061928-CA-01 02-06-2020 12:02

2010-061928-CA-01 02-06-2020 12:02 PM

Hon. Veronica Diaz

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO RECLOSE CASE IF POST JUDGMENT

**Copies Furnished To:**
Altanese Phenelus , Email : yvaldes@miamidade.gov
Daniel Hurtes , Email : BRFLEservice@BlankRome.com
Daniel Hurtes , Email : DHurtes@BlankRome.com
Daniel Hurtes , Email : EMora@BlankRome.com
David S Ehrlich , Email : David@EhrlichLawLLC.com
David S Ehrlich , Email : DEhrlich@EhrlichLawFL.com
Giuseppe Salvatore Cataudella , Email : CourtXpress@firmsolutions.us
Giuseppe Salvatore Cataudella , Email : FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella , Email : FLeFileTeam@brockandscott.com
Jennifer L Warren , Email : jwarren@northmiamifl.gov
Jennifer L Warren , Email : cityattorney@northmiamifl.gov
Jessica J Fagen , Email : FLeFileTeam@brockandscott.com
Jessica J Fagen , Email : CourtXpress@firmsolutions.us
Jessica J Fagen , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : CourtXpress@firmsolutions.us
Jimmy Keenan Edwards , Email : FLeFileTeam@brockandscott.com
Jonathan S Wilinsky , Email : FLCourtDocs@brockandscott.com
Jonathan S Wilinsky , Email : CourtXpress@firmsolutions.us
Jonathan S Wilinsky , Email : FLeFileTeam@brockandscott.com
Kara Fredrickson, Esq , Email : flcourtdocs@brockandscott.com



Kara Leah Fredrickson , Email : FLeFileTeam@brockandscott.com
Kara Leah Fredrickson , Email : CourtXpress@firmsolutions.us
Kara Leah Fredrickson , Email : FL.CourtDocs@brockandscott.com
Laura Ashley Jackson , Email : FL.CourtDocs@brockandscott.com
Laura Ashley Jackson , Email : CourtXpress@firmsolutions.us
Laura Ashley Jackson , Email : FLeFileTeam@brockandscott.com
Maurice Symonette , Email : BIGBOSS1043@yahoo.com
Maurice Symonette , Email : BigBOSS@Clerk.com
Stephen Christopher Wilson , Email : scwilson862007@yahoo.com
Tania Bartolini , Email : info@bartolinilaw.com
Tania Bartolini , Email : tania.bartolini@bartolinilaw.com
Willnae Lacroix , Email : FLCourtDocs@brockandscott.com
Willnae Lacroix , Email : FLeFileTeam@brockandscott.com
Willnae Lacroix , Email : courtxpress@FirmSolutions.us

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA'

Exh.B4 

CASE NO.: 2010-CA-61928

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR RASC 2005AHL3,

Plaintiff,

v.

LEROY WILLIAMS, et al.,

Defendants.

## ORDER ON DEFENDANT'S AMENDED MOTION TO DISMISS
## FORECLOSURE COMPLAINT

THIS CAUSE having come before the Court upon Defendant's Motion to Dismiss

Foreclosure Complaint, the Court having heard oral argument on said Motion and the Court being

otherwise duly advised in the premises, it is hereupon:

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss Foreclosure

Complaint is hereby GRANTED/DENIED:

Denied.

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, on

November 19th 2019.

Circuit Court Judge
**VERONICA A. DIAZ**

Daniel Hawks – FBN 69104

140383.04630/122217991v.1

Mack   Walls – Defendant

Exh. 31

CFN 2012R0182835
OR Bk 28033 Pg 1695; (1pg)
RECORDED 03/13/2012 16:05:04
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Exh. C

# CORRECTIVE ASSIGNMENT OF MORTGAGE

MERS phone number: 1-888-679-6377
MIN: 1001761080627312102

FOR VALUE RECEIVED, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES, ("Assignor") whose address is P.O. Box 2026, Flint, MI 48501, assigned, transferred and conveyed to U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3, ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book 23623, at Page 3231, of the public records of MIAMI-DADE County, Florida, encumbering the following described real property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 64, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/20/2008 at 09:41:14 in 2008R0941616, of the official records of Miami-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

* Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC is not a valid entity

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on __Feb 14__, 2012.

By: _____
Printed: Jacqueline Keefey
Title: Vice President

STATE OF __Pennsylvania__
COUNTY OF __Montgomery__

The foregoing instrument was acknowledged before me this __14__ day of __Feb__, 2012 by Jacqueline Keefey for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me.

_____
Notary Public
My commission expires: __1/28/2015__

Instruction prepared by, prepared under the supervision of and return to:
Ron Porter
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F1005116D GMAC MORTGAGE LLC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015

[INSERTDOC "MPX0105.rtf" KEEP_FONT]

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true copy of the record in my office.
Witness my hand and official seal ___11/30___
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

FLORENCE PIERRE-SIMEON 8217855

F 1005.1160

*Exh 31*

8:45



Exh.D1

What's the relationship between JP
Morgan and Morgan ...
https://www.quora.com/Whats-the-relationship-...

Apr 12, 2015 · Morgan Stanley was formed by JP
Morgan's family due to a regulation that required
Corp and investment banks to be separated. JP
Morgan still owns part of Morgan Stanley, though
they are not major share holders. Bonus answer ...

Citigroup vs JP Morgan, whos bigger and bett...
Jun 14, 2019

Are JP Morgan and Chase the same?
May 28, 2019

Are the rovds of Morgan Stanley and JPMorga...
Jul 05, 2015

Are JP Morgan, Morgan Stanley and Chase Bank

Morgan Stanley
www.morganstanley.com

Explore Morgan Stanley's Sustainable Investing
Summit, which gathered industry leaders to share
ideas and insights about innovations in sustainable
finance. Institute for Sustainable Investing
Entrepreneurs and the Race for Plastic Waste ...



Exh. 31



Question
quora.com

Exh. DZ



**S M** · Follow
Updated 9y

×

Related **What's the relationship between JP Morgan and Morgan Stanley? Is the Morgan in each of their names the same person? Were they once one firm? Are they connected at all now?**

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase

As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a commercial bank. However, in the 1990's it started to rebuild its investment banking operations. In 2000, it merged with the Chase Manhattan Bank, and JPMorgan Chase was formed. In 2004, it acquired Bank One. Jamie Dimon ( current CEO of JPMorgan Chase) was one of the executives who came from Bank One. During the financial crisis, JPMorgan Chase also acquired Washington Mutual and Bear Sterns. Today, JPMorgan Chase is the largest Bank in the world with over US$2.6 trillion in assets.
Morgan Stanley continues to operate as an investment bank.

137.7K views · View 127 upvotes · View 1 share        1 of 14 answers

⌃ Upvote · 127    ⌄    ⚪ 3    ⚲ 1                    •••

Exh 31

☰ American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

US Bancorp → IS WELLS FARGO



Exh. E1

**USbancorp**

| | |
|---|---|
| | Corporate headquarters, U.S. Bancorp Center in Minneapolis |
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB [1] S&P 100 component S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking |
| | Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer banking, Corporate banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analytics |
| Revenue | ▲ US$28.444 billion (2023) |
| Operating income | ▲ 6,358,000,000 United States dollar (2023) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[3] |
| Total equity | ▲ US$53.690 billion (2023) |
| Number of employees | 77,000 (2023) |
| Subsidiaries | Elan Financial Services Elavon Talech Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt Moody's: A3 (10/2016) S&P: A+ (18/2016) Fitch: AA (10/2016) DBRS: AA (04/2016) |
| Website | mortgage.usbank.com |
| | Footnotes / references [10] |

Exh. 31


Exh.K

IN THE CIRCUIT COURT OF THE
11ᵀᴴ JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

April 1, 2010

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11, 2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11, 2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 201        APR 06 2010

_____
CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC All parties

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

27244 Pg 4193 CFN 20100Z37159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty. Fl.

Exh. 31

[redacted]

Exh. p1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-CV-22211-GAYLES**

CARL ERICKSON

Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.,

Defendants.

---

**ORDER OF RECUSAL**

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

[redacted] Exh. 31

Exh. P2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARL ERICKSON,
Plaintiff,

Case No. 18-cv-22211-GAYLES

v.

RALPH W. CONFREDA, JR.,
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A. LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC TRENT
TERRANCE W. ANDERSON et al.,
Defendants.

FILED BY [signature] D.C.
JUN 24 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 26th, 2018 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits Attached-JP Morgan Chase Special Situation Property Funds FRS Account Page 42, FRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures).

FACTUAL BACKGROUND

1. On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulation violations and racketeering statutes.

2. The Complaint was based upon precedent USDC related filings accepted by non-biased professional jurists that contained verbatim (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought under Fed. R. Civ. P. 8.

3. On June 26th 2018, Judge Gayles issued and Dismissal Order a *sua sponte* review of the



Exh 31

Exh. P3

record as a quasi-defense attorney for named Defendants and his personal investment partners including U.S. Bank and J.P. Morgan Chase.

4.   Plaintiff Erickson has now subsequently provided the United States Department of Justice (USDOJ) specific newly discovered whistleblower information and detailed records regarding hundreds of millions of dollars in expired fraudulent foreclosure claims made by the Defendants and Court officers in this action.

MEMORANDUM OF LAW

The Plaintiff maintains timely Constitutional due process civil rights for Rule 60 Relief to reopen this action for fraud and amend the complaint to include this new material fact information and require Judge Gayles recusal based on exposed financial conflicts of interests.

*FRCP Rule 60 – Relief from a Judgment or Order*

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;*

*(c) Timing and Effect of the Motion.*

*(1) Timing. A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on it face.'"*

Plaintiff's so called "Saetam Complaint" pleadings are the briliants based upon answered hundred real estate fraud complaint filings established under presiding Federal rulings settled by forty eight state sworn Attorney General's of the United States of America.

A federal judge is expected to recuse himself pursuant to 28 U.S.C. § 455. Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five



Exh. P4    Exh. 31

statutorily prescribed criteria can be shown to exist in fact, even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) He shall also disqualify himself in the following circumstances:*

*(4)   He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;*

*(d)(4)   "financial interest" means ownership of a legal or equitable interest, however small (June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93–512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95–598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100–702, title X, § 1007, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101–650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117.)*

## CONCLUSIONS

This Motion for Relief and Recusal is based on newly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing. Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing. As previously displayed by his *sua sponte* Dismissal Order, due to cited improper financial conflicts of interest, Judge Gayles is incapable to proceed impartially and without animus against Pro-Se Plaintiff or further exercise unbiased judicial duties required for due process justice in this case.

Judge Gayles has creditor loan history with Defendant J.P. Morgan Chase that caused preferential *quid pro quo* treatment by his *sua sponte* review and dismissal Order. Judge Gayles has significant exposed investor financial interests in the subject matter in controversy and with Defendants U.S. Bank and J.P. Morgan Chase that will be substantially negatively affected by the outcome of these proceedings when the Plaintiff ultimately prevails."

[2]



Exh. P5

Exh 31

## REQUIRED RELIEF

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff requests Relief from the June 26th, 2018 Dismissal Order [Document #4] based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the recusal of Judge Gayles from his and any future related U.S. Bank and J.P. Morgan Chase banking real estate fraud cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior position in this action requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to Amend the Complaint for cause, grounds and reasons stated herein.

Filed: 6/24/19

*Carl Erickson*

Carl Erickson-Plaintiff
PO Box 370684 Miami FL 33137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th day of June, 2019 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record.

Served: 6/24/19

*Carl Erickson*

Carl Erickson-Plaintiff
PO Box 370684 Miami FL 33137

[4]




Case 1:18-cv-22211-DPG   Document 5   Entered on FLSD Docket 06/24/2019   Page 8 of 8

Complaint - Department of Justice

https://www.justice.gov/archive/opa/documents/complaint.pdf

IN THE UNITED STATES DISTRICT COURT ... 555 4 th. Street, NW.
) Washington, DC 20530. ) ) THE STATE OF ALABAMA, ... Montgomery, AL 36130.
) ) THE STATE OF ALASKA... ) 1031 W. 4 th. Avenue) Ste .... 420
Montgomery Street Front ... Virginia, and; the District of Columbia by and through their
undersigned attorneys ...

*48 US ATTORNEYS FILED SAME COMPLAINT*



Ex. 31

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST | 2013 |
|---|---|---|

**FOR OFFICE USE ONLY**

LAST NAME — FIRST NAME — MIDDLE NAME

Gayles, Darrin Philip

MAILING ADDRESS

400 North Miami Avenue

Room: 10-2

CITY : Miami, FL    ZIP : 33128    COUNTY : Miami-Dade

NAME OF AGENCY :

11th Judicial Circuit of Florida

NAME OF OFFICE OR POSITION HELD OR SOUGHT :

Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FLORIDA
COMMISSION ON ETHICS

AUG 1 7 2014

RECEIVED

PROCESSED

**PART A — NET WORTH**

Please enter the value of your net worth as of December 31, 2013, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of ___ June 20 ___ 20 14 was $ 454,334.00

**PART B — ASSETS**

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects described above is $ 81,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| House, 157 NW 52nd Street, Miami Shores, FL 33150 | $425,000.00 |
| Condo, 183 NE 3rd Avenue, #3047, Miami, FL 33132 | $325,000.00 |
| Vehicle, 2006 Mercedes CLK Conv. | $7,700.   2 |
| Retirement Account | $150,000.00 |

**PART C — LIABILITIES**

LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Everhome Mortgage (House Mortgage) | $131,044.00 |
| Bank of America (2nd House Mortgage) | $176,613.00 |
| Chase (Condo Mortgage) | $240,934.00 |
| U.S. Department of Education | $101,276.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |

CE FORM 6 - Effective January 1, 2014
(Includes Instructions)
Incorporated by reference in Rule 34-8.002(1), F.A.C.
PAGE 1



Exh. 31

Case 1:18-cv-22411-DPG Document 5 Entered on FLSD Docket 06/24/2019 Page 6 of 9

## PART D — INCOME

PRIMARY SOURCES OF INCOME

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Salary, State of Florida | FL Dept of Financial Serv, Tallahassee, FL 32165 | $ 42,177.62 |
| Rental Income (Condo) | 133 NE 2nd Avenue, #2517, Miami, FL 33132 | $14,200.00 |

SECONDARY SOURCES OF INCOME

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

## OATH

STATE OF FLORIDA
COUNTY OF Miami-Dade

I, the person whose name appears at the beginning of this form, do swear or affirm that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

Sworn to and subscribed before me this _____ day of _____

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

Signature of Notary Public—State of Florida

Chase A. Lalan
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____
Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form, he or she must complete the following statement:

I, _____, prepared the CE Form in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____     _____
Signature                                          Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

CE FORM 6 - Effective January 1, 2014
Refer to Rule 34-8.002(1), F.A.C.

PAGE 4

Exh 31

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Exh. Q11

CIRCUIT CIVIL DIVISION

CASE NO. 2019-030415-CA-01
SECTION: CA 20

JAMES BUCKMAN
　　Plaintiff(s),
vs.
LANCASTER MORTGAGE CO
　　Defendant(s).

REASSIGNED BY BLIND
FILING TO SECTION CA 02
PER ORDER OF ADM. JUDGE
THIS DATE OCT 17 2019

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in

the premises, it is hereby:

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE AND ORDERED in chambers, at Miami, Dade County, Florida, this 17th day of

October, 2019.

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List:
JAMES BUCKMAN, 1977 NE 119TH RD, MIAMI, FL 33181
MAURICE SYMONETTE, 4711 L J PARKWAY, UNIT 4208, SUGARLAND, TX 77479
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 A8 +

Exh. 31



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

Exh. Q2

US BANK N.A.

PLAINTIFFS

VS.

MACK WELLS

DEFENDANT

CASE# 10-61928

## MOTION FOR JUDGE THOMAS L. WILLIAMS TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states judge THOMAS L. WILLIAMS, says that BB&T BANK on his form 6 Full and Public Disclosure of Financial Interests is a Bank he's doing Business with. because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the judge to take the property and not on the Merits of the case but for to make him and them money Illegally. Here's proof, judge THOMAS L. WILLIAMS is doing business with BB&T BANK as seen in his FORM 6. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A. WELLS FARGO BANK is EXH. B, and is MORGAN STANLEY EXH. C, and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E, the same US Bank that's foreclosing. Which is a major Conflict of Interest against us and there's more, EXH. I. I also have found that our case was directed to you in this Pool, so judge REEMBERTO you must Recuse YOUR SELF.

_Mack Wells_

MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

Exh. 31

# FORM 6
## FULL AND PUBLIC DISCLOSURE
### OF FINANCIAL INTERESTS

Please print or type your name, mailing
address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME
**THOMAS, WILLIAM L**

MAILING ADDRESS
**73 WEST FLAGLER STREET**

**SUITE 1307**

| CITY | ZIP | COUNTY |
|------|-----|--------|
| MIAMI | 33130 | MIAMI-DADE |

NAME OF AGENCY
**STATE OF FLORIDA**

NAME OF OFFICE OR POSITION HELD OR SOUGHT
**ELECTED CONSTITUTIONAL OFFICER-CIRCUIT COURT JUDG**

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY

200124

FLORIDA
COMMISSION ON ETHICS

JUL 0 8 2019

RECEIVED

PROCESSED

---

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of July 1 _____ 20 19 was $130,000

---

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ **$20,000**

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home ( Miami, Florida) | $565,000 |
| Bank Account | $11,000 |
| Retirement | $140,000 |

---

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage (Mortgage) Atlanta, Georgia | $418,000 |
| ICF Bank (second Mortgage) Wayzata, Minnesota | $53,000 |
| American Educational Services (student loan) Harrisburgh, Pennsylvania | $49,000 |
| Toyota Camry Miami, Florida | $26,000 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
|  |  |

CE FORM 6 - Effective January 1, 1990
Incorporated by reference in Rule 34-8.002(1) F.A.C.

COMMISSION ON ETHICS

PAGE 1

(Exh. 3)

☐ ... information and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2018 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the tax returns these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2018 (tax/my) income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 3):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | Tallahassee, Florida | 160,000 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person—see instructions on page 4):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

|  | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | NONE | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

PART F – TRAINING

For officials required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

OATH

STATE OF FLORIDA
COUNTY OF _MIAMI-DADE_

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_William Thomas_
Circuit Court Judge

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

Sworn to (or affirmed) and subscribed before me this ___ day of ____, 2019, by _William L. Thompson_

(Signature of Notary Public—State of Florida)

_Wanda Lawrence_
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ☐ OR Produced Identification ☐
Type of Identification Produced _FL DL_
_752-792-61-466-2_

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____      _____
Signature                            Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

 Exh. 31

 Exh. R2

*ICMA &*
*MORGAN*
*STANLY*

Mandy DeFilippo, managing director and head of risk management for fixed income, currency and commodities at Morgan Stanley, opened the annual ICMA conference as the new chair of the board on Thursday.

She has replaced Martin Egan, vice-chairman of global markets client board at BNP Paribas, Jean-Marc Mercier. ...

Please take a trial or subscribe to access this content.

Contact our subscriptions team to discuss your access: subs@globalcapital.com

Or sign up for a trial to gain full access to the entire site for a limited period.

FREE TRIAL          LOGIN

...rate access

...obalCapital access for your ...
...at or company please contact
...res team at:
...m or find out more

Exh. R3

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner: Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; ...





Exh 31

Exh R4

12:00                          LTE

Bobsguide.com · guide · news · May

ICMA members elect new Chairman and new
board members - bobsguide.com

May 4, 2017 · Click here for the full list of ICMA
board members. ... London: Mandy DeFilippo,
Morgan Stanley International PLC, London,

*ICMA is MORGAN STANLEY* (handwritten)

PEOPLE ALSO SEARCH FOR

🔍   icma members register

🔍   icma capital

🔍   icma events

🔍   icma international

Morgan Stanley · blue-bonds   PDF

Blue Bonds - Morgan Stanley

Sep 18, 2019 · International Capital Market
Association (ICMA)—a ... LLC (collectively, " Morgan
Stanley"), Members SIPC, recommend.

Linkedin · uk · mandydefilippo

Mandy DeFilippo - Morgan Stanley - LinkedIn

Represents Morgan Stanley with industry
organisations, including the ICMA, where she is
Chair of the Board, ... Member of the Executive
Board.

Exh 31



Exh S1

Wells Fargo is
ICMA

12:48    173

opensecrets.org  personal finances

Zoe Lofgren- Assets - Personal Finances -
OpenSecrets

Wells Fargo/ICMA Deferred Compensation, Cash
/Money Market/Savings/Checking, $100,001 -
$250,000 ... Morgan Stanley Global Equity
Allocation, Mutual Fund, $15,002, $65,000.

Broke And Broker - forra-awe-smai

FINRA Fines and Suspends Rep for Emailing
Confidential Info Of 1,696 Plan ...

Apr 5, 2019  ... and by 2010, he was registered with
FINRA member firm ICMA-RC Services ("RC
Services") and also an employee of IRC. ...

Intuit  https://communities  TBT

Quicken Windows – Intuit

Mar 12, 2019   401k EPIC Plan Access https://
www.goretire.com/ ... ICMA Retirement Corporation
... Morgan Stanley Wealth Management

fcpsfcu.org - plan-of-the-week

Top Ten Countries in the MSCI EAFE Index
[as of 6/30/17] | ICMA-RC

Jul 21, 2017 - The Morgan Stanley Capital
International ("MSCI") Europe, Australasia, and Far
East Index ("EAFE") is a benchmark ...

Seeking Alpha - article - 4052...

SPY-ing On Your 401(K): How Much To
Contribute? | SeekingAlpha

Exh 31

Exh 52



Wells Fargo is
ICMA

Exh. 31

Exh. 53

12:09

Noah Rosen joins ICMA-RC's DCIO Sales
Group - GlobeNewswire

After [...] 2011 - Earlier, he was a financial consultant
with Morgan Stanley ... a wholly-owned subsidiary
of ICMA-RC, provides investment ...

ICMA-RC Services, LLC - Advisers on the
Move - InvestmentNews

3. Morgan Stanley, 185 ... Jose Guadalupe Pelaez,
ICMA-RC Services, LLC, Mutual of America Life
Insurance Company - ... 09-10- 2019, ...

David Love | Financial Advisor | Icma
Retirement Corporation | OK

Their career trajectory has included roles at
Massmutual Life Insurance Company, Held
Thompson Services Inc, Morgan Stanley Smith
Barney ...

Blue Bonds - Morgan Stanley

Each of the International Capital Market
Association (ICMA) ... the recipients should
determine, in consultation with their own ...

⟵ BLUE Bonds is
MORGAN STANLEY 1s

ICMA

Exh 3)

Exh.T1



**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of **Wachovia** Corporation by Wells Fargo was completed on December 31, 2008. **Wachovia** was the fourth-largest **bank** holding company in the US based on total assets.

Reference: www.refbanks.com/usa/wachovia-bank

Feedback

**PEOPLE ALSO ASK**

What bank took over Wachovia?

What is the history of Wachovia Bank?

What time does Wachovia Bank Open?

How to access a Wachovia checking account?

Wachovia is Now Wells Fargo - Wells Fargo





Exh. 31

Exh. T2

10:56

Wells Fargo to Buy Wachovia in $15.1
Billion Deal - The ...
https://dealbook.nytimes.com/.../03/wells-farg...

Oct 03, 2008 · Wells Fargo said early Friday that it
would merge with Wachovia — including the
troubled Charlotte bank's banking operations — in
a $15.1 billion all-stock merger.. The
announcement comes only four days after...

Welcome to Audi Wichita | Audi Sales &
Service in Kansas
https://www.audiwichita.com

Experience firsthand the exhilaration that comes
with driving an impeccably designed Audi at Audi
Wichita, where the sleek new models in our
showroom are all designed with the utmost luxury
in mind. Our expert staff will help guide you to th...

Audi e-tron | The first purely electric
SUV from Audi ...
https://www.audiusa.com/models/audi-e-tron

A new era of electric is here. Meet the Audi e-
tron®, the only electric SUV built with Audi DNA.
With ample space for everyday life, long-range
capability and exhilarating performance with
quattro® all-wheel drive, this is way more than ...

Bank Owned Homes | REO proper
Wells Fargo
https://reo.wellsfargo.com

Note: Employees and family members residing



Exh. 31

Exh. T3

10:36

wells fargo owns wachovia

ALL   IMAGES   VIDEOS   NEWS   SHOPPING

## Does Wells Fargo own Wachovia?

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of Wachovia Corporation by Wells Fargo was completed on December 31, 2008.

Wachovia Bank - Banks around the W...
www.relbanks.com/north-america/usa/wachovi...

Feedback

## PEOPLE ALSO ASK

When did Wells Fargo take over Wachovia?

Is Wells Fargo a good bank to bank with?

When did Wachovia Bank change their name to Wells Fargo?

What did Wells Fargo do?

Wachovia Is Now Wells Fargo - Wells Fargo

Exh. 31

EXh. T 9

Wachovia Dealer Services Reviews and
Complaints @ Pissed ...
https://wachovia-dealer-services.pissedconsu...

My wife and I purchased an Audi A4 financed
through WFS (Wachovia Dealer Services) and
have always paid our monthly on time, never
missed a payment. In April 2012, we decided trade
in our Audi for a Volkswagen CC and of course...

Wachovia vs
Audi

Audi Financial Services | Audi Australia
https://www.audi.com.au/au/web/en/financial-se...

We offer individually tailored finance solutions that
suit your budget, your lifestyle and your new Audi.
Because no-one understands Audi vehicles like we
do. If you are an existing Audi Financial Services
customer and have been affected by ,

Top 8 Reviews of Wachovia Dealer
Services
https://mythreecents.com/reviews/wachovia-d...

WESTMINSTER, MARYLAND -- In October of
2005, I purchased a 2006 Tiburon financed trough
Wachovia dealer services. My husband co-signed
for me. In May of 2008, I leave my job to find my
car gone. I called the police to report that it was...

Wells Fargo to Buy Wachovia in $15.1
Billion Deal - The ...
https://dealbook.nytimes.com/.../03/wells

Oct 03, 2008 · Wells Fargo said early Friday that it
would merge with Wachovia — including the
troubled Charlotte bank's banking operations — in


Exh 31

Exh. U1





**Seeking Alpha**
https://seekingalpha.com › article

## U.S. Bancorp (USB) Morgan Stanley US Financials, Payments & CRE ...

Jun 11, 2024 — U.S. Bancorp (NYSE:USB) Morgan Stanley US Financials, Payments & CRE Conference June 11, 2024 10:15 AM ET. Company Participants.



**longportapp.com**
https://longportapp.com › ... › News

## 1832 Asset Management L.P. Sells 39,728 Shares of U.S. Bancorp ...

Finally, Morgan Stanley reaffirmed an "equal weight" rating and set a $45.00 target price on shares of U.S. Bancorp in a report on Friday, June 21st. Thirteen ...



**Tipranks**
https://www.tipranks.com › the-fly

## U.S. Bancorp price target raised to $54 from $47 at Morgan Stanley

Jul 30, 2024 — Morgan Stanley raised the firm's price target on U.S. Bancorp to $54 from $47 and keeps an Equal Weight rating on the shares.

Missing: sell reaffirmed



**CNN**
https://www.cnn.com › stocks › USB

## USB Stock Quote Price and Forecast

View U.S. Bancorp USB stock quote prices, financial information, real-time forecasts, and company news from CNN.



**Defense World**
https://www.defenseworld.net › u...



Home          Search          Saved

Exh. 31

Exh. U2

8:27    LTE

## Top Research Reports for Morgan Stanley, U.S. Bancorp ...
https://www.nasdaq.com/articles/top-research

Jan 31, 2018 - (You can read the full research report on Morgan Stanley here >>>). Shares of U.S. Bancorp have underperformed the Zacks Major Banks industry over the last six months, gaining +8.4% vs +10.3% ...

## Morgan Stanley, U.S. Bancorp Beat Street Earnings ...
https://www.barrons.com/articles/morgan-stan...

Jul 18, 2018 - Morgan Stanley and U.S. Bancorp are moving in opposite directions Wednesday after their earnings reports. We've detected you are on Internet Explorer. For the best Barrons.com experience, please ...

## U.S. Bancorp to Speak at the Morgan Stanley Financials ...
https://fn.advfn.com/stock-market/NYSE/us-ban...

USB US Bancorp U.S. Bancorp to Speak at the Morgan Stanley Financials Conference U.S. Bancorp (NYSE: USB) announced today that Andy Cecere, president and chief executive officer and Terry Dolan, vice chairman and chief financial...

## Morgan Stanley Bank, National Association Reviews and ...
https://www.bankrate.com/banks/morgan-sta...

Salt Lake City, UT-based Morgan Stanley Bank,

Exh. 31




Exh. VI

US Bancorp to Buy Wachovia Trust,
Custody Operations ...
https://www.plansponsor.com/us-bancorp-to-b

May 11, 2007 · November 29, 2005.
PLANSPONSOR.com - US Bancorp has
announced that US Bank, N.A. has entered an
agreement to purchase Wachovia Corporation's
corporate trust and institutional custody books ...

How a big US bank laundered billions
from Mexico's ...
https://www.theguardian.com/world/2011/apr/0...

Apr 02, 2011 · In March 2010, Wachovia settled the
biggest action brought under the US bank secrecy
act, through the US ...

Author: Ed Vulliamy

U.S. Bancorp - Wikipedia
https://en.m.wikipedia.org/wiki/U.S._Bancorp

US Bancorp is
US Bank

U.S. Bancorp (stylized as us bancorp) is an
American bank holding company based in
Minneapolis, Minnesota, and incorporated in
Delaware. It is the parent company of U.S. Bank
National Association, which is the 5th largest ha...

Headquarters: US Bancorp Center, ...

Revenue: US$22.057 billion (2017)

Founded: September 9, 1968; 51 years ago

Number of employees: 74,000 (Septembe

The Long-Term Case for Wells Fargo
and US Bancorp

# IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

US BANK NA,

Plaintiff.

CIVIL DIVISION
CASE NO. CA-01 2010-61928

vs.

MACK WELLS

Defendant.

## NOTICE OF PRODUCTION FROM NONPARTY

TO:    US BANK NA

YOU ARE NOTIFIED that, after 10 days from the date of service of this notice, the undersigned will apply to the clerk of this Court for issuance of the attached subpoena directed to: who is not a party, to produce the items listed at the time and place specified in the subpoena. Objections to the issuance of this subpoena must be filed with the clerk of the circuit court within 10 days.

I certify that a copy of this document was ( x ) mailed ( x ) faxed and mailed ( x ) e-mailed ( X ) hand-delivered to the person(s) and/or their legal representatives on 2/27/20.

**Other party or his/her attorney (if represented)**

Blank Rome, LLP
500 E Broward Blvd Ste 2100
Fort Lauderdale, FL 33394-3023
Office: 954-512-1800
email: dhurtes@blankrome.com

**Other Non-Party-VERONICA DIAZ**

73 W Flagler St Ste 308
Miami, FL 33130-1707
vdiaz@jud11.flcourts.org
305-349-7078

Signature of Party
s/Mack Wells-Plaintiff
15020 S. River Drive Miami FL 33167
786-859-9421
BigBoss1043@yahoo.com

Florida Supreme Court Approved Family Law Form 12.931(b), Subpoena for Production from a Nonparty (11/15)

Exh. 31

Exh. 42

IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

US BANK NA.

            Plaintiff.

vs.

                          CIVIL DIVISION
                          CASE NO. CA-01 2010-61928

MACK WELLS

            Defendant.

_____/

# SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM NONPARTY

THE STATE OF FLORIDA TO: <u>VERONICA DIAZ</u>

**YOU MUST** go to *{place}* Elks Lodge-Artium-5150 SW 2nd Ave. Miami FL on *{date}* 3/13/2020 at *{time}* 12p.m. and bring with you at that time and place the following:

*Any information and court officer specific documentation evidentiary correspondence, electronic data, agreements, files, contracts and records regarding personal, family, and trust controlled interests in Federally regulated US Bank, Deutsche AG, JP Morgan Chase, Bank of America and Wells Fargo/Wachovia involving loans, real estate housing and rental properties located within the jurisdiction of this Court. Included in the Subpoenaed Production of Documents are all political action committee names and contacts of Miami Dade County attorneys, law firms, title companies, realtors, closing agents, financial institutional investors and holding companies that are campaign contributors. Also required to be produced is all ex-parte correspondence records of you and your representative agents with Judges and court officers in this action involving the Defendants.*

These items will be inspected and may be copied at that time. You will not have to leave the original items.

You may obey this subpoena by providing readable copies of the items to be produced to the party or his/her attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon payment in advance of the reasonable cost of preparation. If you mail or deliver the copies to the attorney whose name appears on this subpoena before the date indicated above, you do not have to appear in person.

You may be in contempt of court if you fail to: (1) appear as specified; (2) furnish the records instead of appearing as provided above; or (3) object to this subpoena.

Florida Supreme Court Approved Family Law Form 12.931(b), Subpoena for Production from a Nonparty (11/15)

Exh.31

Exh. Y3

You can only be excused by the person whose name appears on this subpoena and, unless, excused by that person of the Court, you shall respond as directed. This part to be filled out by the court or filled in with information obtained from the court:

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:

*[identify applicable court personnel by name, address, and telephone number]* at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Dated: _____

CLERK OF THE CIRCUIT COURT (SEAL)

By: _____
Deputy Clerk

I CERTIFY that I gave notice to every other party to this action of my intent to serve a subpoena upon a person who is not a party to this action directing that person to produce documents or things without deposition. I also certify that no objection under Florida Rule of Civil Procedure 1.351 has been received by the undersigned within 10 days of service of this notice, if service was by hand-delivery or appropriate facsimile transmission, and within 15 days if service was by mail or e-mail.

Dated: 2/26/20

s/Mack Wells-Plaintiff
15020 S. River Drive Miami FL 33167
786-859-9421
BigBoss1043@yahoo.com

Exh.31



NAVIENT | Who We Are | Newsroom | Customers | Investors | Careers

Exh.21

One
Student
LOAN

Investors
Consumer Governance
Environmental Information
Asset Backed Securities
Navient Student Loan
Trusts
SLM Student Loan Trusts
SLC Student Loan Trusts
Collegiate Funding and
Chase Education Loan Trusts
Federal Loan Program
Funded Commission Cost
Offerings
Webcasts and Presentations

# Navient Student Loan Trust 2015-1

$543,500,000 Class A-1 Student Loan-Backed Notes
$429,000,000 Class A-2 Student Loan-Backed Notes
$26,100,000 Class B Student Loan-Backed Notes

Distribution Report
Distribution Reports
Current Rates
Prospectus
Historical Reports

Date of Issue: February 26, 2015

Issue Amount: $1,000,000,000

**Securities Offered**

Class A-1 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR +0.35%
CUSIP: 63937AAA6

Class A-2 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR +0.60%
CUSIP: 63937AAB0

Class B Floating Rate Asset-Backed Notes
Rate: One Month LIBOR +1.50%
CUSIP: 63937AAC8

**Servicer**
Navient Solutions, Inc.

**Eligible Lender Trustee**
Wells Fargo Bank, N.A.

**Indenture Trustee**
Wells Fargo Bank, N.A.

**Administrator**
Navient Solutions, Inc.

**Underwriters**
J.P. Morgan
RBC Capital Markets
Wells Fargo Securities — Wells Fargo is
Barclays Capital Inc.       US Bank
Bank of America Merrill Lynch
Credit Suisse
Deutsche Bank Securities
Goldman, Sachs & Co.
RBS Securities

JPH SOLD to
MORGAN STANLEY
WELLS to US BANK

About Us | Our Business | Terms of Use | Accounts | Your Privacy | Social Media Policies | Accessibility | About Our Ads | Contact Us

https://navient.com/about/investors/debt/asset/navientsltrusts/issuedetails/2015/2015-1.aspx    2/26/2020

https://navient.com/about/investors/debtasset/navientstrusts/issuedetails/2013/2013-1.aspx    2/26/2020

2/6.57

# FORM 6 FULL AND PUBLIC DISCLOSURE OF 2010
## FINANCIAL INTERESTS

PROCESSED

| FOR OFFICE USE ONLY: | COMMISSION ON ETHICS DATE RECEIVED |
|---|---|
| | JUL 2 3 2011 |
| ID Code | |
| ID No | 210380 |
| Conf Code | |
| P Req. Code | |
| | Manno Schurr, Valerie R. |

halldaladlallhadallaadlbadlballadadadldaadll
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W Flagler St Ste 1105
Miami, FL 33130-4763

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2010, or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of December 31, 2010 was $ 4,089,000.00

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - DADE County | $ 2.5 mil |
| 2010 Range Rover | $55,000.00 |
| bank Accounts Pension, brokerage Accts / Fidelity (ins) | $400,000.00 |
| Mortgage | 300,000.00 |
| CASH in Bank / City National Bank, Wachovia, Bank of America | 1,000,000.00 |

## PART C – LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC / Mortgage - P.C. box 4622, Waterloo IA | 100,000.00 |
| Chase Financial - P.O. Box 78606, Phoenix AZ 85062 | $ 16,000.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |

CE Form 6 Effective January 1, 2011. Refer to Rule 34-8.002(1), F.A.C.    (Continued on reverse side)

PAGE 1

Exh.31
Exh.AA Pg2

## PART D — INCOME

You may EITHER (1) file a complete copy of your 2010 federal income tax return, including all attachments, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐ I elect to file a copy of my 2009 federal income tax return. [If you check this box and attach a copy of your 2010 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME:**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | State Payroll | $140,610.00 |
| Judge of the 11st Judicial Circuit | 200E Gains St. Tallahassee Fl | |
| Interest Income | Mortgage | |
| | BANK | $15,000.00 |
| | Fidelit Acct | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person—see instructions]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | None | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this 15TH day of June, 2011 by Valerie Manno Schurr

_____
(Signature of Notary Public–State of Florida)

JESUS F. VILA

(Print, Type, or Stamp Commissioned Name of Notary Public)

JESUS FELIPE VILACHAT
MY COMMISSION # DD 975140
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

Personally Known ✗　OR　Produced Identification _____

Type of Identification Produced _____

**FILING INSTRUCTIONS** for when and where to file this form are located at the top of page 3.
**INSTRUCTIONS** on who must file this form and how to fill it out begin on page 3.
**OTHER FORMS** you may need to file are described on page 6.

CE Form 6 Effective January 1, 2011. Refer to Rule 34-8.002(1), F.A.C.

PAGE 2



Exh AA pg. 3

COMMISSION ON ETHICS
DATE RECEIVED

JUN 2 9 2011

## JUDICIAL QUALIFICATIONS COMMISSION FORM 6A
Canon 6B(2), Code of Judicial Conduct

### GIFT DISCLOSURE

All judicial officers must file with the Commission on Ethics on or before July 1 of each calendar year on the form set forth below a list of all gifts received during the previous calendar year of a value in excess of $100.00, as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

NAME: Valerie Manno Schurr    TELEPHONE: 305-349-7029

ADDRESS: 13 West Flagler Street Room 1105, Miami, FL 33130

POSITION HELD: Circuit Judge

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Source | Value |
|--------|-------|
| NONE   |       |
|        |       |
|        |       |
|        |       |
|        |       |

PROCESSED

I certify that the foregoing list is complete, true and correct.

_Valerie_____

**JUDGE**

### OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this 15th day of June, 2011
by Valerie Manno Schurr (name of person making statement).

(NOTARY SEAL)

JESUS FELIPE VILACHAT
MY COMMISSION # DD 975140
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

(Signature of Notary Public-State of Florida)

Jesus F. Vilachat
(Name of Notary Public-Typed, Printed or Stamped)

Personally Known __X__ OR Produced Identification _____
Type of Identification
Produced: _____

(ORIGINAL OF THIS FORM FILED WITH COMMISSION ON ETHICS; COPY FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

04/11

Exh 31



Exh. BBI
Pg. 1

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS
Vs.                                    CASE# 10-61928 CA01
MACK WELLS
DEFENDANT

## MOTION FOR JUDGE TO RECUSE HIMSELF FROM
## AND TO VACATE FORECLOSURE
## ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge John Schlesinger must
Recuse himself for an open obvious Conflict of Interest because he's doing business
with US Bank and helping them to make money so that he can make money by
foreclosing and taking our property while acting as the Judge to take the property
not on his Merits but for to make him and them money illegally. Here's proof. US
BANK is US BANCORP, Exhibit. A. And US BANCORP is Morgan Stanley, Exhibit, B.
And B2 which is a Business Judge John Schlesinger is doing business Morgan Stanley
as seen in his FORM 6 page, 3. line, 3. From Tallahassee called FULL AND PUBLIC
DISCLOSURE OF FINANCIAL Exhibit, C. Which is a major Conflict of Interest He's
worth 5.8 Million with Zero debt. Schlesinger has done business with MERS as seen
on the public record Exhibit, F. Who is the entity that is the entity who assigned our
Mortgage to US BANK, Exhibit, G. Who he has ruled in favor of. That is a Conflict of
Interest as I said Judge Schlesinger is also doing business with Morgan Stanley,
Exhibit, B. Who is the same as JP MORGAN Exhibit, D. Who is doing business and is
apart of Chase Manhattan Bank that Judge Schlesinger was doing business with and
got his property from, Exhibit, E. Judge Schlesinger is doing business with all of the
entities that he's Judging on against us and there's more. I have found that our case
was directed to him in this Pool, So he must recuse himself and vacate his Order,
Exhibit, G.

MACK WELLS
PRO-SE 15020 S.
RIVER DR. MIAMI
FL 33167 #786-859-9421



# FORM 6 — FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS — 2017

Please print or type your name, mailing address, agency name, and position below:

**LAST NAME — FIRST NAME — MIDDLE NAME**
SCHLESINGER    JOHN    CHARLES

**MAILING ADDRESS:**
1351 NW 12 STREET #415

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| MIAMI | 33125 | MIAMI-DADE |

**NAME OF AGENCY:**
STATE OF FLORIDA 11TH JUDICIAL CIRCUIT

**NAME OF OFFICE OR POSITION HELD OR SOUGHT:**
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**FOR OFFICE USE ONLY:**
200123

PROCESSED

FLORIDA
COMMISSION ON ETHICS
AUG 01 2018
RECEIVED

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of __July 1__, 20 __18__ was $ __$29,881,734.10__

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ __500,000.00__

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Ave, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller rd, Deep gap, NC | $800,000.00 |
| 323 Tollgate Shores Dr, Islamorada, FL | $2,000,000.00 |
| Continued on Page two | |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000** (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |

CE FORM 6 - Effective January 1, 2016
Incorporated by reference in Rule 34.8.002(1), F.A.C.

(Continued on Reverse side)

PAGE 1

Exh. 31

Exh. BB2 pg. 1

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS                                              CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT

## MOTION FOR JUDGE DE-LA-O TO RECUSE HIMSELF FROM CASE #10-61928 AND TO VACATE FORECLOSURE ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro- Se here stating Judge Miguel M. De La O, says that CITI BANK on his form 6 Full and Public Disclosure Of Financial Interests is a Bank doing business with CITI BANK because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof, Judge Miguel M. De La O is doing business with CITI BANK as seen in his FORM 6 page 4 line 11. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A, CITI BANK is CITY GROUP EXH. B, and CITI GROUP is MORGAN STANLEY EXH. C, and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH E. Which is a major Conflict of Interest. Who he has ruled in favor of, EXH. F. That is a Conflict of Interest against us and there's more. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit. G. So De La O you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. L.

MACK WELLS
15020 S. RIVER DR.
MIAMI FL 33167

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2016**

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME:

SCHLESINGER    JOHN    CHARLES

MAILING ADDRESS:

73 WEST FLAGLER STREET

ROOM 1202

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| MIAMI | FL | 33130 |

NAME OF AGENCY:

STATE OF FLORIDA — 11TH CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT:

CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY:

**FLORIDA COMMISSION ON ETHICS**

JUL 03 2017

**RECEIVED**

**PROCESSED**

---

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date. [Note: Net worth is not cal-culated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of __June 20,__ 20 _17_ was $ _28,834,751.25_

---

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000.00 |
| 323 Tollgate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

---

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE -O- | -O- |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | -0- |
| | |
| | |

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

**CONFIDENTIAL**

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2017 |
|---|---|---|

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below:

FOR OFFICE USE ONLY:

246171

**PROCESSED**

FLORIDA
COMMISSION ON ETHICS

MAY 0 4 2018

**RECEIVED**

LAST NAME — FIRST NAME — MIDDLE NAME:
de la O     Miguel     Manuel

MAILING ADDRESS:
73 West Flagler Street, Room 1407

CITY:          ZIP:          COUNTY:
Miami          33130         Miami-Dade

NAME OF AGENCY:

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge -- 11th Judicial Circuit

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of December 31, 20 17 was $ 3,251,482.55

---

### PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ $100,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home residence | $2,000,000.00 |
| AmeriTrade (Simple IRA) | $500,000.00 |
| Commercial Holdings LLC | $231,009.23 |
| AmeriTrade (trading account) | $11,046.14 |

---

### PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citibank Home Credit Line ($300,000.00 secured by residence) | -0- |
| N/A | |
| N/A | |
| N/A | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |
| N/A | |
| N/A | |

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐  I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.)

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | $147,571.98 |
| FIU College of Law | | $3000.01 |
| Commercial Holdings | | $15,000.00 |

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc., of businesses owned by reporting person–see instructions on page 5):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐  I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me this 30 day of April 20 19 by Sara Kate Mas

_____
(Signature of Notary Public–State of Florida)

Sara Kate Mas
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known X  OR

Type of Identification Produced _____

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 200580
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____ prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                              Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2018.
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

Exh. 31

Exh. BB3 pg. 3

## PART B – ASSETS

| DESCRIPTION OF ASSET | VALUE OF ASSET |
| --- | --- |
| Commercial Stock Holdings, LLC | $37,500.00 |
| Novo Mater LLC | $35,000.00 |
| Promissory Note from Pedro Romero | $35,000.00 |
| Promissory Note from Commercial Stock Holdings | $7,000.00 |
| Papino LLC | $10,000.00 |
| TransAmerica Life Insurance Policy Cash Value | $9,821.73 |
| AmeriTrade (401K rollover) | $131,029.83 |
| Fidelity Balanced Mutual Fund | $33,570.10 |
| MBNA America Investment | $5,062.63 |
| Citibank Checking Account | $32,381.17 |
| Discover Savings Accounts | $72,117.86 |
| 2007 Toyota Camry Hybrid | $3,000.00 |
| 2013 Hyundai Sonata Hybrid | $9,000.00 |

CONFIDENTIAL

COMMISSION ON ETHICS
MAY 0 4 2018    Exh.3

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

RECEIVED

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: __Miguel M. de la O__    Work Address: ___73 W. Flagler St, Room 1407, Miami, FL 33130___

Work Telephone: __305-349-7078__    Judicial Office Held: __Circuit Judge__

1.    Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
| 5-8-2017 | FAWL Installation | Cole Scott & Kissane | $130 |
| 7-25-2017 | Judicial Luncheon | CABA | $105 |
| 10-21-2017 | DCBA Gala | Cole Scott & Kissane | $125 |
| 12-9-2017 | Installation Gala | ABOTA | $300 |

□ Check here if continued on separate sheet

2.    Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|------|-------------|--------|
| 4/3-7/2017 | Nat. Computer Forensics Seminar, Hoover, Al. | U.S. Government |
| 5/22-24/2017 | AJS Conference, Naples, Fl. $534.20 | State of Florida |
| 6/23/2017 | JEAC Mtg., Boca Raton, $57.38 | State of Florida |
| 7/21-24/2017 | Circuit Judges Conf., Orlando $1019.19 | State of Florida |

□ Check here if continued on separate sheet

**OATH**
State of Florida
County of __Miami-Dade__

I, __Miguel M. de la O__, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

__Sara Kate Mas__ _____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____
Sworn to and subscribed before me this
__30__ day of __April__, 20 __18__

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

3/18 (As prescribed in Canon 6).

Exh 31

Exh 884

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS                                              CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT

### MOTION FOR JUDGE THOMAS REBULL TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST AND VACATE HIS ORDER TO RESCHEDULE SALE 15020 S. RIVER DR. MIAMI FL. 33167

Comes now MACK WELLS acting Pro-Se here states Judge **THOMAS REBULL**, says that BB&T BANK on his form 6 Full and Public Disclosure of Financial Interests is a Bank he's doing Business with because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make him and them money illegally. Here's proof, Judge **THOMAS REBULL**, is doing business with NATIONS STAR BANK as seen in his FORM 6, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A. NATIONS STAR BANK is MORGAN STANLEY EXH. B. and and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E. the same US Bank that's foreclosing, Which is a major Conflict of Interest against us and there's more, EXH. J. I also have found that our case was directed to you in this Pool, so Judge REEMBERTO you must Recuse YOUR SELF.

*Mack Wells*

MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

**CONFIDENTIAL**

Exh.31
Exh. BB5 pg. 1

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

·2017

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME:

REBULL, THOMAS JULIAN

MAILING ADDRESS:

73 West Flagler Street

Room 800

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| Miami | 33130 | Miami Dade |

NAME OF AGENCY:

Eleventh Judicial Circuit State of Florida

NAME OF OFFICE OR POSITION HELD OR SOUGHT:

Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY:

240127

FLORIDA
COMMISSION ON ETHICS
JUL 02 2018
RECEIVED
**PROCESSED**

---

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of __December 31__ , 20 __17__ was $ __559,900.61__

---

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ __35,000.00__

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| ▓▓▓▓▓▓ | $700,000.00 |
| Charles Schwab IRA | $ 10,697.75 |
| ABA Retirement | $ 146,441.20 |
| CITI IRA | $ 1,611.36 |
| Northwest Mutual Life Insurance | 46,332.68 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Nationstar Mortgage, 350 Highland Dr., Lewisville, TX | 380,382.38 |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

CE FORM 6 Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1



Exh. B03 Pg. 2

Exh. 31

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments. [If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME** (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | 160,688.00 |
| University of Miami | Coral Gables, FL | 8,700.00 |

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose an oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203556
My Comm. Expires Feb 27, 2019
Bonded through National Notary Assn.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

**STATE OF FLORIDA**
**COUNTY OF** Miami-Dade

Sworn to (or affirmed) and subscribed before me this 27 day of June 20 18 by Thomas Rebull

_____
(Signature of Notary Public–State of Florida)

Sara Kate Mas
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____
Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                    Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2010
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

**CONFIDENTIAL**

**CONFIDENTIAL**

FLORIDA COMMISSION ON ETHICS

JUL 02 2018   Exh.31

RECEIVED

PROCESSED

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: Thomas J. Rebull     Work Address: 73 West Flagler St  S-800  Miami, FL 33130

Work Telephone: 305-349-6237     Judicial Office Held: Circuit Judge

1. Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| 05-08-2017 | FAWL Installation | Cole Scott & Kissane | $130.00 |
| 07-25-2017 | Judicial Luncheon | CABA | 105.00 |
| 10-21-2017 | DCBA Gala | Cole Scott & Kissane | 125.00 |
| 12-07-2017 | MD FAWL Judicial Recp | MD FAWL | 100.00 |
| 12-09-2017 | Installation Gala | ABOTA | 300.00 |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|---|---|---|
| 08/23/17 | Presenter in D.C. NACM & IACA | National Center for State Courts |
| | | |
| | | |

☐ Check here if continued on separate sheet

**OATH**
State of Florida
County of Miami-Dade

I, Thomas J. Rebull, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

(Signature of Reporting Official)

(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____
Sworn to and subscribed before me this
29 day of June 20 18

3/18 (As prescribed in Canon 8).

## Affidavit



Exh 3

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM OF LAW AND I AM A WITNESS THESE EXHIBITIS A THROUGH 26, ALL ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF JUDGE VERONICA DIAZ.

SIGNED *Mack L. Wells*

MACK WELLS

15020 S. RIVER DR.

MIAMI, FLA. 33167

*Judytte Joseph*     NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR. WHO SIGN BEFORE ME ON THIS 17TH DAY OF JULY, 2023 WHICH PRODUCED FLORIDA DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.

JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2025

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND OF
MIAMI DADE COUNTY FLORIDA CIVIL ACTION

U.S. BANK. NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Plaintiff

v.                                                        CASE NO: 2010-61928-CA01

MACK WELLS

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HER ORDER AND REVERT BY VACATING HER ORDER AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the_Vivianne Del Rio 05/04/2022 review of the record and Final Judgement Order, Exh. 119 based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit 0 # ) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd FL Rule 2.160 (D) (1) FL. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased FL. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Vivianne Del Rio must Recuse herself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and

*Exh. 32*

Exh 32

taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof: In her **Form 6 Affidavit Oath** from Tallahassee called **FULL AND PUBLIC DISCLOSURE OF FINANCIAL** Says:

2. **form 6 for 2019** on line 2., Exh. 0. **She got $750,215.00 with FRS which is Financed by the SBA. Exh. 1. which is U.S. Bank, Exh. 2.**

3. **form 6 for 2019'** Exh. (0). **On line 3 she got, $15,403.00 and on line 4 she got $5,691.** doing business with AIG which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4, 19. **And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.**

And on her 2020 Form 6 Full and Public Disclosure of Financial Interest **In 2020** on line 2. Exh. 0. **Line 2. She got $943,141.00 with FRS which is Financed by the SBA. Exh. 1. which is U.S. Bank, Exh. 2.**

3. Exh. (0). **On line 3 she got, $15,403.00 and on line 4 she got $5,691.** doing business with AIG which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4, 19. **And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.**

4. Exh. (0). **And on line 4 she has $44,000 with E-Trade Which is Morgan Stanley Exh.3,** and Morgan Stanley is J.P. Morgan, Exh. 87 and Exh. 118, 118A, 118B, 118C and 118D Page 1 and Page 2. which is U.S. Bancorp, (Exh.4, 19). And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

Exh.32

CONFIDENTIAL

# FORM 6

## FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTERESTS

2020

Please print or type your name, mailing address, agency name, and position below.

LAST NAME — FIRST NAME — MIDDLE NAME

del Rio          Vivianne

MAILING ADDRESS [redacted]

CITY [redacted]

NAME OF AGENCY    1ᵗʰ Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT    Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**PROCESSED**

FLORIDA
COMMISSION ON ETHICS

JUL [?] 2021

RECEIVED

47187

FOR OFFICE USE ONLY

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of __December 31__, 2020 was $ __1,667,544__

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This line may include, but is not limited to, any of the following: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _____

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence | 1,075,000 |
| FRS Retirement Account | 943,141 |
| AIG Deferred Compensation Account | 15,493 |
| E*Trade Individual Brokerage Account | 44,000 |

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 Effective January 1, 2021
Incorporated by reference in Rule 34-8.202(1), F.A.C.                    (Continued on reverse side)



Exhibit 1

frs retirement is the SBA

All    News    Shopping    Images    Videos    Maps

The Florida Retirement System (FRS) Pension Plan, also known as the Defined Benefit Plan, is one of the largest public retirement plans in the U.S. and comprises roughly three-quarters of total assets under **State Board of Administration (SBA) management.**

https://www.sbafla.com › fsb › FRS...

FRS Pension Plan - Florida State Board of Administration

non-featured snippet        About

## People also ask

What type of retirement plan is FRS?

Who owns Florida Retirement System?

Is FRS the same as 401k?

What does FRS stand for in Social Security?

AA    Q frs retirement is t!

Key benefits: Loan amounts up to $5 million.
**Additional $2 million direct funding by U.S.
Bank (SBA 7 (a) Pari Passu loan)** Terms up to
25 years.

https://www.usbank.com · sba loans

Small Business Administration (SBA) Loans -
US Bank

About featured snippets    Feedback

## People also ask

Where does SBA get its funding?                  ∨

What bank does the SBA use?                       ∨

Who is responsible for SBA loans?                 ∨

Does the SBA work with banks?                     ∨

Feedback

https://www.usbank.com  financing

## How to get a small business loan | U.S. Bank

To be considered for an SBA loan, you need to apply for a
conventional loan under SBA guidelines with one of the
organization's banking partners. The SBA ...

https://www.usbank.com  business ..

## Business Loans - US Bank

Whether you need a quick loan, term loan, SBA express loan or

Q the sba is financed by us bank



≡     Morgan Stanley     Q



WEALTH MANAGEMENT    SERVICE

# E*TRADE is now E*TRADE from Morgan Stanley

Together, we deliver an even more comprehensive suite of investing, trading, digital cash management and investment advisory services to a wider range of clients.

SHARE THIS



## Lots of choices, however you want to invest

E*TRADE offers a variety of solutions for all

     +

globallegalchronicle.com

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co LLC, MUFG Securities Americas Inc., PNC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner: Taylor Arabian – Davis Polk &

Exh. 32
Exh. 4



Exh.32

Exh.5

⊞ usbank.com   ↻

# usbank

Log in

## About U.S. Bank

→ U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries, U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

Investment products and services are:

Not a Deposit • Not FDIC Insured • May Lose Value • Not Bank Guaranteed • Not Insured by any Federal Government Agency

For U.S. Bank:

⌂ Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment advisor and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information

‹

Exh 5
Exh 5E

X   ⌄   ⚬—   U.S. Bancorp – Wiki...
en.wikipedia.org

WIKIPEDIA
The Free Encyclopedia

☰ U.S. Bancorp

From Wikipedia, the free encyclopedia

> "US Bank' redirects here. For other uses, see Bank of the
> United States.

**U.S. Bancorp** (stylized as **us bancorp**) is
an American bank holding company
based in Minneapolis, Minnesota, and
incorporated in Delaware.[4] It is the
parent company of **U.S. Bank** National
Association, and is the fifth largest
banking institution in the United
States.[5] The company provides
banking, investment, mortgage, trust,
and payment services products to
individuals, businesses, governmental
entities, and other financial institutions.
As of 2019, it had 3,106 branches and
4,842 automated teller machines,
primarily in the Western and Midwestern
United States.[2] In 2023 it ranked 149th
on the Fortune 500.[6] and it is
considered a systemically important
bank by the Financial Stability Board. The
company also owns Elavon, a processor
of credit card transactions for
merchants, and Elan Financial Services,
a credit card issuer that issues credit
card products on behalf of small credit
unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-
oldest continuous national charter,
originally Charter #24, granted in 1863

Exh. 32
Exh. 6



f (https://www.facebook)

# J.P. Morgan Partners With AIG On SmartRetirement Plus Income Option

By Press Release
(https://insurancenewsnet.com/author/press
release)

J.P. Morgan Asset Management today announced
plans to launch SmartRetirement Plus, a unique
retirement income solution for American workers.

<DOCUMENT> <TYPE>N-CSRS
<SEQUENCE>1 <FILENAME ...

Exh-32
Exh.7

2,500,000 2,507,217 JPMorgan Chase Bank NA FRB
0.448% due 05.07.2019 — an indirect wholly-owned
subsidiary of American International Group, Inc. (AIG

Get the answer you're looking for added to the
web.

Your question will be shared with online publishers who
may be able to answer it. When shared, it won't be
associated with your Google Account.

Share question

Make sure you don't include any private info

Share it

## Related searches

Q   J.P. Chase Morgan

Q   JPMorgan Chase stock

Ad · https://www.aig.com.

AIG® Official Site - Global Insurance

Q jo morgan owns aig and frs

## J.P. Morgan Partners With AIG On SmartRetirement Plus Income Option

Exh. 32
Exh. 8

Dec 9, 2021 ... J.P. Morgan Asset Management today
announced plans to launch SmartRetirement Plus ...
unique retirement income solution for American workers

Missing: owns frs

 https://www.insuranceouria.com

## Goldman, JPMorgan CEOs Pursued Private Rescue for AIG

... The heads of Goldman Sachs Group Inc.
and JPMorgan Chase & Co. told ... and then formulating
our own proposal to lend to AIG," Baxter said ...

Missing: frs | Must include: frs

 https://www.federalreserve.gov ... .pdf

## FRS--Monthly Report on Credit and Liquidity Programs and the ...

American International Group (AIG). ... In March 2008,
the FRBNY and JPMorgan Chase & ... owned by AIG and
its indirect subsidiary, American

## People also ask

Does JP Morgan have IRA?

When does JP Morgan use for 401k?

🔍 Q jo morgan owns aig and frs

https://www.insurancejournal.com

# Goldman, JPMorgan CEOs Pursued Private Rescue for AIG

Oct 1, 2013 — The heads of Goldman Sachs Group Inc. and JPMorgan Chase & Co. told ... and then formulating our own proposal to lend to AIG," Baxter said ...

Missing: frs | Must include: frs

https://www.federalreserve.gov ... PDF

# FRS--Monthly Report on Credit and Liquidity Programs and the ...

American International Group (AIG). ... In March 2008, the FRBNY and JPMorgan Chase & ... owned by AIG and



Exh. 32
Exh. 9

Exh. 32
Exh. 10

## J.P.Morgan
ASSET MANAGEMENT



09/09/2021

J.P. Morgan Helps 401k
Participants in Retirement
with SmartRetirement Plus,
Incorporating a Protected
Lifetime Income Solution
from AIG Life & Retirement

"New solution to leverage J.P.
Morgan insights into U.S.

AA    🔒 am.jpmorgan.com    ↻

Exh 32
Exh 11

J.P. Morgan Partners With A.I.G. On
SmartRetirement Plus Income Option

... J.P. Morgan Asset Management today
announced plans to ... on its SmartRetirement Plus, a
unique retirement income solution for American workers ...

Missing: owns the

http://www.nsjournalbusinessjournal.com

Goldman, JP.Morgan CEOs Pursued
Private Rescue for AIG

... ... ... the heads of Goldman Sachs Group Inc
and JP.Morgan Chase & Co. told ... and then conducted
their own proposal ... and to A.G." Baxter said ...

Missing: *the* | Must include: the

https://www.federalreserve.gov ...

FRS--Monthly Report on Credit and
Liquidity Programs and the ...

American International Group (A.G.) ... In March 2009,
the FRBNY and JP.Morgan Chase & ... owners of A.G. and
its indirect subsidiary American ...

## People also ask

AA  Q jp morgan owns aig

Exh. 32
Exh. 12

AIG, once on death's door, is doing deals again - CNN Business

... ... ...  But AIG has clawed its way back from the depths of financia...  Earlier that year, JPMorgan Chase "rescued" failing Bear Stearns too.

Missing: frs | Must include: frs

⟲ http://mediamac.com.sg

aercap ireland limited annual report - MediaMac Pte Ltd

AerCap Ireland Limited is indirectly owned 100% by AerCap Holdings N.V ... of 100 percent of ILFC's common shares from AIG (the "AerCap Transaction")

https://ypfsresourcelibrary.blob.core.windows.net ...

Page 1 of 15 - NET

FRBNY Press Release. Statement on Financing Arrangement of JPMorgan Chase's ... Stated in summary that "AIG is under increasing capital and liquidity ...

https://lensa.com

Business Analyst Lead (Project Execution) job in Jersey City at ...

JPMorgan Chase and Co is currently looking for Business Analyst Lead (Project ... strategy by considering their application in own job and the

⚲ Q jp morgan owns aig and frs

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

*Exh. 32*
*Exh. 13*

MAURICE SYMONETTE
And MACK WELLS
Plaintiff

CASE NO: 2010-61928-CA01

v.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005 AHL3,.MERS, FRANKLYN
CREDIT MANAGEMENT CORP and
AXIOM FINANCIAL SERVICES
Defendants,

## MOTION TO DISMISS

Comes now MAURICE SYMONETTE and MACK WELLS with motion to Reconsider Asking
that all of Judge Valerie Manno Schurr's Orders be Vacated from 2007 until now which is
MAURICE SYMONETTE's Quiet Title Lawsuit. Because she Recused herself. Rule 1.540(b)
says (2) Newly discovered Evidence (3) Fraud and Misconduct (4) Judgment Order is void: (5)
Prior Judgment (Judge Zabel's prime Judgment was Dismissal with Prejudice which must be
upheld). On motion and upon such terms as are just, the court may relive a party or a party's
legal representative from a final Judgement, decree, order, or proceeding for the following
reasons:

2. Newly discovered evidence (we discovered her Form 6 Full and Public Disclosure of
   Financial Interest and the Partnerships and ownerships of the Banks involved to work
   the Conspiracy by giving Judge Valerie Manno Schurr gifts of Monies to take the
   property from the Homeowners which by due diligence could not have been discovered
   in time to move for a new trial or rehearing: because we just got the records from the
   State showing that in 2008 on the Docket Mack Wells finally put in a Motion to Dismiss
   with Prejudice because Lawyers wouldn't follow the Judges Orders to bring in the Note
   Exh. (C) we also saw that Judge Zabel did a Dismissal with Prejudice in 2008 and three
   witnesses with Affidavits have sworn to have seen this and it was on the record with
   Judge Zabel's signature that we typed up saying the case is dismissed with Prejudice
   04/07/2009 as indicated on the Docket of which I now have the Red stamp Certified
   Copy of the Docket see Exh. (C) line number (10) and we now found

3. Fraud and Misconduct using Horrible Conflict of Interest in violation of Fl. Rules 2.160
   That in 2008 Judge Valerie Manno Schurr received $995, 000 on her Form 6  Full
   Public Disclosure of Financial Interest $913,000 from GMAC and $129,000 from Well
   Fargo That's Partners with GMAC and U.S. Bank  Exh.(DD) on her Form 6 Full and
   Public Disclosure Of Financial Interest line number (5,6, and 7) B.



4. Judgment Order is Void because in 2010 on the Docket Judge Valerie Manno Schurr whom we have never seen put

5. (Changing Prior Judgment) in the same Dismissal with Prejudice with our typing but with her name and signature and the Judge that Dismissed the Case with Prejudice Exh. (F3) as seen on the Docket line (11) this was done because the Law says that no Judge of the same Circuit Court can change the Order of the Judge in the same Circuit Court so she made her own order that did not Change Judge Zabels Order exactly one year after Judge Zabels same Dismissal with Prejudice hoping we would not check this, so that she can then therefore only her Order and get paid to change her own Order so that it wouldn't be Criminal. This was done to Save Judge Zabel, the Lawyers and U.S. Bank/GMAC BANK from being caught and the Conspiracy to steal the property concerning Judge Zabel doing a Judgement against Homeowners without an actual Complaint or Certified Copies of the Note, Allonge, Mortgage and Assignment or as Florida Statues states: No Judgments should be rendered until after the Original Copy of the Note Allonge, Mortgage and Assignment and other Docs on the record yet they did that while the Homeowners where making payments to Axiom Bank on time this is a Felony and a Conspiracy. Because at the time during Judge Valerie Manno Schurr Dismissal with Prejudice Judge Valerie Schurr received from Wachovia, Bank of America $650,000 line (9) as seen on her form 6 Full and Public Disclosure of Financial Interest those Banks are Partners with U.S. Bank and GMAC see Exhbs (EE) and she received $128,000 from Wells Fargo and $410,000 from GMAC the Fake Servicer of the Homeowner's Note.

Then without notice to the Homeowners knowing that because we knew the case was Dismissed with Prejudice and that we would no longer check on Court Records to find out that Judge Valerie Manno Schurr had a private secret Ex Parte Hearing with U.S. Bank's Lawyers and changed her ( Judge Valerie Manno Schurr's) Order which illegally and effectively changed Judge Zabel's Order from Dismissal with Prejudice to Dismissal without Prejudice to give see Docket Case number 07-12407-CA-01 line (14) of the Docket and Exh.(F and F2) 08/25/2010 U.S. Bank the right to file another Foreclosure Lawsuit against the Homeowners all without their knowledge as seen on a 2010 61928-CA-01 prosecuting the same case that was Dismissed with Prejudice of which we found out by mistake that there was another Foreclosure Suit against the property. And after 2010 Judge Valerie Manno Schurr did this she suddenly has $1,000,000 from City National Bank, Wachovia, Bank Of America which are all Business Partners of U.S Bank and GMAC Bank see Exh.(FF) line (7) she indicates another $400,000 from GMAC the Fake Servicer of the loan and part of the Conspiracy to steal the property and get out of trouble from Federal S.E.C Fraud and crimes against the Court and the property owner to hide the MERS Fraud of lying about selling Notes on the Market as proven by the Cusipone Expert's Affidavit showing that U.S. Bank National Association As Trustee never had any ownership of the Leroy Williams Mortgage because Axiom Bank sold the Note to Fidelity Strategic Fund which is on the Market until today. Exh.(A) and when you do the SEC Edgar Search under US Bank National Association as Trustee there is no Axiom Note in their Pool of Notes Exh. (ZG and J), Judge Valerie Manno Schurr admits to these crimes by Recusing herself from Maurice Symonette's case who asked her to Recuse for Crimes misconduct and Conflicts of Interest see Exh. ( ). According to **Rule 1.540 (b) (c) (d) (e)**



Exh. 32
Exh. 15

1. That the judgment, or order has a prior judgment of Dismissal with Prejudice on the Docket of Case Number 07-12407-CA-07 line (10 and 11) and that Judgment of Dismissal with Prejudice must be returned to Dismissal with Prejudice and void and or strike the 2007 12407-CA-01 and 2010-61928-CA-01 case because Judge Valerie Manno Schurr recused herself because I brought this to her attention that she did this Crime and Scheme. this title must be cleared and also because she did not default them when it took them 6 months to answer my Lawsuit that must be Defaulted but wasn't Defaulted because Judge Valerie Manno Schurr helped them because City National Bank gave her $400,000 which is business partners with U.S. Bank, GMAC, Royal Bank of Canada, Wachovia and Wells Fargo are all Business Partners and one big happy Family this is a Horrible Conspiracy and Conflict of Interest to steal Property from helpless Black People this is Racism and Descrimination in the utmost so therefore we demand that this case be Reconsidered from the beginning of this case until today this case must be Defaulted and Returned to Dismissed with Prejudice

MAURICE SYMONETTE
15020 S. River Dr.
Miami Fl. 33167

# FORM 6
## FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTERESTS

2020

FOR OFFICE USE ONLY:

Exh. 16



HON SAMANTHA RUIZ COHEN
CIRCUIT COURT JUDGE
Judicial Circuit (11th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSE STE 1001
73 W FLAGLER ST
MIAMI FL 33130-1724

FLORIDA
COMMISSION ON ETHICS

JUN 25 2021

RECEIVED

*PROCESSED*

ID CODE

ID NO.         47078

CONF. CODE

Cohen, Samantha Ruiz

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of **March 31,** 20**21** was $ **2,693,148.72**

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ **195,000.00**

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home Primary Residence | $ 1,600,000.00 |
| Voya Retirement - | $ 221,156.57 |
| Wells Fargo Savings - | $ 162,130.03 |
| Wells Fargo Checking - | $ 32,695.84 |
| Invesco (In name of Spouse) - | $ 733,633.19 |
| PKS Santacello 401 (Empower)(In name of Spouse) | $ 128,620.99 |
| Alliance Bernstein (In name of Spouse) | $ 526,797.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage  P.O. Box 660278  Dallas, TX 75266 - | $ 896,316.65 |
| BMW Financial Services  P.O. Box 3608  Dublin, Ohio 43016-0306 | $ 10,152.00 |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Not Applicable | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website

☐ I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
   [If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 200 East Gaines Street – Tallahassee, FL 32499 | $157,233.29 |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Not Applicable | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_Samantha Ruy Cohen_
BIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF Miami-Dade
Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 24 day of June, 2021 by Samantha Cohen.

_Alfonso Escorcia_
(Signature of Notary Public--State of Florida)

ALFONSO JOSE ESCORCIA JR
Notary Public - State of Florida
Commission # HH 026124
My Comm. Expires Sep 22, 2024
Bonded through National Notary Assn.

Alfonso Escorcio
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____  OR  Produced Identification ✓
Type of Identification Produced _FL DL_

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____  _____
Signature  Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐**

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1). F.A.C.

PAGE 2



Exh. 32
Exh. 18

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of **Wachovia** Corporation by Wells Fargo was completed on December 31, 2008. **Wachovia** was the fourth-largest **bank** holding company in the US based on total assets.

PEOPLE ALSO ASK

What bank took over Wachovia?

What is the history of Wachovia Bank?

What time does Wachovia Bank Open?

How to access a Wachovia checking account?

Wachovia Is Now Wells Fargo – Wells Fargo

Exh. 32
Exh. 26

# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

## In this article:

| C | RCL | GSCHX | TMO |
|---|-----|-------|-----|
| -1.04% | +0.84% | -0.43% | -1.34% |

Investment company Voya VARIABLE FUNDS (Current Portfolio) buys PNC Financial Services Group Inc, McDonald's Corp, Baxter International Inc, ViacomCBS Inc, Bank of America Corp, sells Fiserv Inc, Citigroup Inc, Activision Blizzard Inc, U.S. Bancorp, Constellation Brands Inc during the 3-months ended 2021Q3, according to the most recent

in U.S. Bank
Exh. D2
# 7

Exh. 32
Exh. 21

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019, 11:00 AM EDT

U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With
Enhanced Digital Experiences, Greater Value to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the
United States, has entered into a
co-brand agreement with BMW Financial Services
NA, LLC to issue credit cards
that will deliver enhanced digital experiences

Exh 30
Exh 22

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $210,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| Home Primary Residence | $ 1,850,000.00 |
| House at 2955 south Miami avenue, Miami FL 33129 | $ 930,000.00 |
| House at 16256 sw 97th street Miami FL 33196 | $ 375,000.00 |
| wells Fargo savings | $ 137,506.36 |
| wells Fargo savings #2 | $ 153,455.04 |
| wells fargo checking | $ 54,410.02 |
| wells fargo checking (Payrel Property Management) | $ 6,208.70 |
| Voya retirement | $ 251,663.05 |
| Invesco Retirement (in name of spouse) | $ 744,636.20 |
| Luks retirement (in name of spouse) | $ 160,551.81 |
| Alliance Bernstien (in name of spouse) | $ 532,198.00 |

## Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| Wells Fargo Mortgage | po box 660278 Dallas, Tx 75266, | $ 871,506.74 |
| BMW Financial Services | po box 3608 Dublin, OH 43016-0306 | $ 4,512.00 |

JOINT AND SEVERAL LIABILITEIS NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| N/A | | |

Exh. 32
Exh. 23

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Samantha Ruiz Cohen

U S Bank (na)

Plaintiff(s),

vs.

Williams, Leroy

Defendant(s)

## ORDER DENYING MOTION FOR JUDICIAL DISQUALIFICATION

This matter came before the undersigned Judge upon the **MOTION FOR JUDICIAL DISQUALIFICATION** filed by John Westley on May 3, 2021

The Motion is **DENIED** as legally insufficient

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 12th day of May, 2021.

2010-061928-CA-01 05-12-2021 2:42 PM
Hon. Samantha Ruiz Cohen

**CIRCUIT COURT JUDGE**
Electronically Signed

| No Further | Judicial Action | JURISDICTION |
| Required On | THIS MOTION | . . . |

**Electronically Served:**
Attorney Placeholder, validcs@miamidade.gov

Case No: 2010-061928-CA-01                                                          Page 1 of 1

Exh. 32

Exh. 24

Physically Served:

Exh. 32

Exh. 25

CONFIDENTIAL

OF FINANCIAL INTERESTS

FOR OFFICE USE ONLY

...
...
De is /D. Miguel Manuel.
...
1361 NW 12th Street

Room 412
...

Miami                  33178         Miami-Dade
...

...
Circuit Judge – 11th Judicial Circuit
...

FLORIDA
COMMISSION ON ETHICS

AUG 1 9 2015

RECEIVED

PROCESSED

**PART A – NET WORTH**

Please enter the value of your net worth as of December 31, 2015 or a more current date ...
...

My net worth as of December 31 _____ 20 15 __ was $ 3,413,151.11

**PART B – ASSETS**

HOUSEHOLD GOODS AND PERSONAL EFFECTS
...
...
...

The aggregate value of the household goods and personal effects is $ 100,000.00 ...

ASSETS INDIVIDUALLY VALUED AT OVER $1,000
DESCRIPTION OF ASSET (specify description is required – see instructions p.4)    VALUE OF ASSET

| Home residence | $2,000,000.00 |
| Ameritrade (Simple IRA) | $275,000.00 |
| Commercial Holdings LLC | $600,000.00 |
| Ameritrade (trading account) | $513,412.98 |

**PART C – LIABILITIES**

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4)
NAME AND ADDRESS OF CREDITOR    AMOUNT OF DEBT

| Citibank Home Credit Line ($800,000.00 secured by residence) | -0- |
| N/A | |
| N/A | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE
NAME AND ADDRESS OF CREDITOR    AMOUNT OF DEBT

| N/A | |
| N/A | |
| N/A | |

Exhibit 32    Exhibit 27

Exh. 32
Exh. 27

PRIMARY SOURCES OF INCOME

| | | | |
|---|---|---|---|
| State of Florida | | | $161,000.00 |
| FIU College of Law | | | $3,000.00 |

SECONDARY SOURCES OF INCOME

| | | | |
|---|---|---|---|
| Commercial Holdings | Primary Source | | $50,000.00 |
| N/A | | | |

---

PART E — INTERESTS IN SPECIFIED BUSINESSES

| | N/A | N/A | N/A |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

---

PART F — TRAINING

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

OATH

STATE OF FLORIDA
COUNTY OF _____ Miami-Dade _____

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

Exh. 32
Exh. 28

## PART B – ASSETS

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Commercial Stock Holdings, LLC | $57,500.00 |
| Novo Mater LLC | $35,000.00 |
| Promissory Note from Pedro Romero | $35,000.00 |
| Promissory Note from Commercial Stock Holdings | $7,000.00 |
| Pasino LLC | $10,000.00 |
| TransAmerica Life Insurance Policy Cash Value | $10,457.56 |
| AmeriTrade 401K rollover | $120,009.16 |
| Fidelity Balanced Mutual Fund | $23,312.91 |
| MBNA America Investment | $5,052.63 |
| Citibank Checking Account | $20,063.16 |
| Discover Savings Accounts | $111,432.71 |
| 2007 Toyota Camry Hybrid | $2,000.00 |
| 2013 Hyundai Sonata Hybrid | $9,000.00 |

CONFIDENTIAL

PROCESSED

Exh.29

... of Fees and Charges

... Florida Commission on Ethics ... 
reportable gifts accepted ... reimbursement or direct payment of expenses, and ... RESERVED
of fees or charges accepted from sources other than the state or a judicial branch entity as
defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding
calendar year as provided in Canons 4D(5)(a) and 4D(5)(h), Canon 6A(3), and Canon
6B(2) of the Code of Judicial Conduct, by date received, description (including date,
location, and purpose of event or activity for which expenses, fees, or charges were
reimbursed, paid, or waived), source's name, and amount (or fair value).

Name Miguel M de la O          Work Telephone  305-548-5704

Work Address: 1351 NW 12 St, Miami, 33125     Judicial Office Held  Circuit Judge

1. Please identify all reportable gifts, bequests, favors, or loans you received during
the preceding calendar year, as required by Canons 5D Stat. 4D(5)(a) and 4D(2)
of the Code of Judicial Conduct

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| 2-5-18 | Judicial Reception | Coral Gables Bar Assoc | $ 100 |
| 2-9-18 | CABA Gala | Kasowitz Torres | $ 500 |
| 5-17-18 | Judicial Luncheon | Cuban-American Bar | $ 115 |
| 12-2-18 | Football game | Zarco Einhorn Salkowski et al | $ 100 |
| 12-1-18 | Judicial Luncheon | Miami-Dade FAWL | $ 50 |

☐  Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses and
waivers of fees or charges you received during the preceding calendar year, as
required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct

| DATE | DESCRIPTION (include dates, location, and purpose of event or activity for which expenses, fees or charges were reimbursed, paid or waived) | SOURCE |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

☐  Check here if continued on separate sheet

CONTINUE TO PAGE 2 FOR OATH

... 2018

Exhibit 52    Exhibit 56

*Exh. 32*

*Exh. 30*

**OATH**

State of Florida

County of Miami-Dade

I, Miguel M. de la O _____, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief

(Signature of Reporting Official)

(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____

Sworn to and subscribed before me this

3rd _____ day of July _____ , 20 19 ___



[redacted]

Citibank Wikipedia

Exh.32
Exh.31

Citibank

Citibank is the consumer division of ... Citibank was founded in 1812 as the City Bank of New York ... later became ... National City Bank of New York. The bank has 2,6... in 19 countries including 723 branches in the ... and 1,494 branches in ... operated by its subsidiary ... The U.S. branches are concentrated in ... metropolitan areas ... and ...

Citibank, N. A.

citibank

Type

Exh. 32
Exh. 32

# Morgan Stanley Wealth Management

Morgan Stanley Wealth Management is an American financial services corporation specializing in wealth. It is the world's largest asset management division of Morgan Stanley. On January 15, 2009, Morgan Stanley and Citigroup announced that Citigroup would sell 51% of Smith Barney to Morgan Stanley, creating Morgan Stanley Smith Barney, which was formerly a division of Citi Global Wealth Management. The combined brokerage house has 17,646 financial advisors and manages $1 trillion in client assets. Clients range from individual investors to small- and mid-sized businesses, as well as large corporations, non-profit organizations and family foundations.

**Morgan Stanley Wealth Management**

# Morgan Stanley

Exh. 32
Exh. 33

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

Exh. 32
Exh. 34

Founder
Charles C.
Products
Owner

globalegalchronicle.com

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner: Taylor Arabian – Davis Polk &
Wardwells: Ali DeGolia – Davis Polk & Wardwell; Alan

*Exh. 32*
*Exh. 35*

Exh.32
Exh.36

# U.S. Bancorp

Customer support · (800) 872 2657

Technical support · (877) 595 6047

Stock price:

Headquarters:

CEO:

Number of employees:

Founded:

Subsidiaries:

## Withdrawal limit

Exh 32
Exh 37

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2016-001923 CA 01

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR RASC 2005AHL3,

    Plaintiff,

JAMES LITTLEJOHN; LEROY WILLIAMS,
et al,

    Defendants.

_____/

### ORDER ON DEFENDANTS' MOTION FOR EMERGENCY HEARING TO VACATE SALE AND DEFENDANTS' MOTION TO VACATE SALE

THIS CAUSE having come before the Court upon Defendants' Motion for Emergency Hearing to Vacate Sale and Defendants' Motion to Vacate Sale and the Court being otherwise duly advised as to the relief requested, both sides having appeared and given argument, it is hereupon

ORDERED AND ADJUDGED that:

1. Defendants' Motion for Emergency Hearing is hereby DENIED.

2. Defendants' Motion to Vacate Sale is hereby DENIED.

3. Defendants' Motion to stay sale is hereby Denied

4. The sale is reset to March 19, 2018

DONE and ORDERED in Miami, Miami-Dade County, Florida, this 19th day of January, 2018.

CIRCUIT COURT JUDGE

Miguel M. de la O
CIRCUIT COURT JUDGE

Copies furnished to the Parties on the attached service list.

DATED 84-CRYORXXXX - 1

Exh.32
Exh.38

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A                                    CASE# 10-61928

PLAINTIFFS

V.

MACK WELLS

DEFENDANT

Emergency Exparte
MOTION FOR JUDGE DE-LA-O TO RECUSE HIMSELF FROM
CASE #10-61928 AND TO VACATE FORECLOSURE
ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge Miguel M. De La O, says that CITI BANK on his form 6 Full and Public Disclosure Of Financial Interests is a Bank doing Business with CITI BANK because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money illegally. Here's proof Judge Miguel M. De La O is doing business with CITI BANK as seen in his FORM 6 page 4 line 11. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A. CITI BANK is CITY GROUP EXH. B. and CITI GROUP is MORGAN STANLEY EXH. C. and MORGAN STANLEY is US BANCORP, EXH. D. and US BANCORP is US BANK EXH. E. Which is a major Conflict of Interest. Who he has ruled in favor of, EXH. F That is a Conflict of Interest against us and there's more. EXH. I. I have found that our case was directed to him in this Pool. So he must recuse himself and vacate his Order, Exhibit, F So De La O you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. F.

Mack Wells
MACK WELLS
16020 S. RIVER DR.
MIAMI FL. 33167

# FORM 6        FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTERESTS

FLORIDA
COMMISSION ON ETHICS

JUL   ... 19

**RECEIVED**

**PROCESSED**

Exh 32
Exh. 39

(address block, illegible)
Non Versioned Seat
City of Judge
Judicial Circuit 11TH
Florida Constitutional Officer
The Wilkie Ferguson Jr. Gerstein Justice Bldg.
1351 NW 12th St Rm 209
Miami FL 33125-1638

ID Code
ID No.    258440
C/R Code
Date Verified

CHECK IF THIS IS A FILING OR AMENDMENT ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of  Dec  31 , 20 18  was $ 405, 853

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 75,000

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000 | VALUE OF ASSET |
| DESCRIPTION OF ASSET (specific description is required - see instructions p.5) | |
| --- | --- |
| Wells Fargo | 174,512 |
| icma 451K | 180,296 |
| Audi | 19,500 |

## PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4) NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| Navient ( Stdnt Loan ) | 29,455.00 |
| Audi Brand | 4,802.90 |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| | |
| | |
| | |

PART II — INCOME

☐ [illegible text]

PRIMARY SOURCES OF INCOME (See instructions on page 3):

| NAME OF SOURCE OF INCOME EXCEEDING $2,500 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 700 E. Gaines St. Tallahassee, FL 32339 | 160,488 |

SECONDARY SOURCES OF INCOME [illegible]

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |

PART III — INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 4)

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| OWN MORE THAN 45% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

PART IV — TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

**OATH**

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

[signature]

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me this ____ day of ____ 20__ by ____

[signatures]

Signature of Notary Public — State of Florida

G. M. Gonzalez
Print, Type or Stamp Commissioned Name of Notary Public

Personally Known ____ OR Produced Identification ____
Type of Identification Produced ____

ANA M. GONZALEZ
MY COMMISSION # FF 237143
EXPIRES November 19, 2019

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form, he or she must complete the following statement:

I, ____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____    _____
Signature                        Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS I THROUGH IV ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

Exh. 32
Exh. 40

Form 6A. Disclosure of Gifts, Expense Reimbursements, Waivers of Fees and Charges

**PROCESSED**

RECEIVED

All judicial officers must file with the Committee on Ethics a list of all reportable gifts received, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state of ... judicial courts ... entity as defined in Florida Rule of Judicial Administration 2.420 ... during the preceding calendar year as provided in Canons 5D(5)(a), 5D(5)(h), 5E(3), and 7A(1) 6B(2) of the Code of Judicial Conduct, by date received, description (including date, location, and purpose of event or amount, for which expenses ... or charges were reimbursed, paid, or waived, the source's name and amount for gift ...).

Name **Veronica A. Diaz** _____ Work Telephone **305 548 5330**

Work Address **1325 NW 12 St #209** Judicial ... for 11th Circuit

**Miami FL 33125**

1. Please identify all reportable gifts, bequests, or favors of a value received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 5E(3) of the Code of Judicial Conduct:

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
|      | N/A         |        |        |
|      |             |        |        |
|      |             |        |        |

☐ Check here if continued on separate sheet.

2. Please identify all reportable reimbursements or direct payments of fees or expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 5D(5) and 6B(2) of the Code of Judicial Conduct:

| DATE | DESCRIPTION (include date, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|------|------|--------|
|      | N/A  |        |
|      |      |        |
|      |      |        |

☐ Check here if continued on separate sheet.

**CONTINUE TO PAGE 2 FOR OATH**

## OATH

State of Florida

County of Miami-Dade

I, VERONICA A. DIAZ, the public official filing this disclosure statement, being first duly sworn, do depose and say and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

Signature of Reporting Official

Signature of Officer Authorized to Administer Oaths

My Commission expires _____

Sworn to and subscribed before me this

_____ day of _____ 20__

ANA M. GONZALEZ
MY COMMISSION # FF137449
EXPIRES November 15, 2019

Exh. 32
Exh. 42

Page 2 of 2

on shares of U.S. Bancorp from $55.50 to
$58.00 and gave the company a "neutral"
rating in a research note on Monday,
November 4th. Citigroup lowered shares
of U.S. Bancorp from a "neutral" rating to
a "sell" rating and decreased their price
target for the stock from $54.00 to
$49.00 in a research report on Tuesday,
October 8th. Morgan Stanley restated a
"sell" rating and issued a $62.00 price
target (up previously from $61.00) on
shares of U.S. Bancorp in a research
report on Monday, November 18th.
Credit Suisse Group restated a "hold"
rating and issued a $55.00 price target on
shares of U.S. Bancorp in a research
report on Thursday, September 12th.
Finally, UBS Group lifted their price
target on shares of U.S. Bancorp from
$56.00 to $58.00 and gave the stock a
"neutral" rating in a research report on
Monday, October 21st. Four investment
analysts have rated the stock with a sell

$Exh. 32$
$Exh. 43$

EXH.02 EXH.44

CFN 2012R0182835
OR Bk 28033 Pg 1695; (1pg)
RECORDED 03/13/2012 16:05:04
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

# CORRECTIVE ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY F.S. §695.26

*Exh. 32*
*Exh. 44*

MERS phone number: 1-888-679-6377
MIN: 100176105062733202

FOR VALUE RECEIVED, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES,** ("Assignor") whose address is P.O. Box 2026, Flint, MI 48501, assigned, transferred and conveyed to: **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3,** ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book 23623, at Page 3231, of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

    **LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/20/2008 at 09:41:11 in 2008R0941616, of the official records of Maimi-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

    * Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC is not a valid entity

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this Instrument on
_____, 2012.

By: _____
Print Name: **Jacqueline Keeley**
Title: Vice President

STATE OF **Pennsylvania**
COUNTY OF **Montgomery**

The foregoing instrument was acknowledged before me this _____14_____ day of ___Feb___ 2012 by **Jacqueline Keeley**, for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me.

_Christine Morales_
Notary Public:
My commission expires: 1/28/2015

Recording requested by, prepared under the supervision of and return to:
Ken Porter
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F10051160-GMAC MORTGAGE, LLC-



COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015

[INSERTDOC "M900105.rtf" KEEP_FONT]

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original filed in this office _____ AD 20____
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

F10051160

      



# Are the roots of Morgan Stanley and JPMorgan Chase the same (i.e. JPMorgan & Co.)? What are their histories?


**Answer**


Follow


Request


Details

000
More

All related (33) ⌄                      Recommended ⌄

---

**Tell us why you are not interested.**                  Undo

Your input helps us improve this page for everyone.

Unrelated to this page                                        >

Downvote answer                                               >

Report                                                         >

---

**You've hidden this ad**                                 Undo

 **S M** · Follow                                      ✕
9y

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

 Upvote                              •••



**Ⓤ⑤bancorp**

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

Exh. 32
Exh. 47

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk &
Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan



Case 1:18-cv-22211-DPG   Document 5   Entered on FLSD Docket 00/24/2019   Page 1 of 6

*Exh. 32*
*Exh. 48*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22211-GAYLES

CARL ERICKSON,
          Plaintiff,

RALPH W. CONFREDA, JR.,
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A. LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC BRENT
TERRANCE W. ANDERSON et al
          Defendants



FILED BY _____
JUN 24 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 26th, 2018 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, new terms, judicial misconduct, fraud, new grounds and undiscovered conflict of personal investment interests on financial Disclosures of Judges and officers of this Court [Exhibits Attached-JP Morgan Chase Special Situation Property Funds PRS Account Page 42, PRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures]

### FACTUAL BACKGROUND

1. On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulation violations and racketeering statutes

2. The Complaint was based upon precedent USDC related filings accepted by non-biased professional jurists that contained *verbatim* (1) a short and plain statement of the grounds for the court's jurisdiction, (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought under Fed. R. Civ. P. 8

3. On June 26th, 2018, Judge Gayles issued and Dismissal Order *sua sponte* in review of the

[1]



Case 1:18-cv-22211-DPG   Document 5   Entered on FLSD Docket 10/24/2019   Page 2 of 8

Exh. 32
Exh. 49

record as a quasi-defense attorney for named Defendants and his personal in-vestent partners including U.S. Bank and J.P. Morgan Chase.

4   Plaintiff Erickson has also subsequently provided the United States Department of Justice (USDOJ) specific newly discovered whistleblower information and detailed records regarding hundreds of millions of dollars in exposed fraudulent foreclosure claims made by the Defendants and Court officers in this action.

MEMORANDUM OF LAW

The Plaintiff maintains timely Constitutional due process civil rights for a declaratory relief to reopen this action for fraud and amend the complaint to include this newly discovered fact information and require Judge Gayles recusal based on exposed financial conflicts of interests.

*FRCP Rule 60 – Relief from a Judgment or Order*

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;*

*(c) Timing and Effect of the Motion.*

*(1) Timing. A motion under Rule 60(b) must be made within a reasonable time – and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face."*

<u>Plaintiff's so called "Sustrgun Complaint" pleadings are Res Judicata based upon approved banking real estate fraud complaint filings established under presiding Federal rulings testified by forty eight state sworn Attorney General's of the United States of America.</u>

A federal judge is expected to recuse himself pursuant to 28 U.S.C. § 455. Under § 455(a) recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five



Case 1:18-cv-22212-DPG Document 5 Entered on FLSD Docket 06/04/2018 Page 3 of 5

*Exh. 32*
*Exh. 50*

commonly presented criteria can be shown to exist in fact even if no motion to disqualified seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) He shall also disqualify himself in the following circumstances:*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small.*

*Clause 25, 1948 ch. 646, 62 Stat. 908; Pub. L. 93-512, § 1, Dec. 5, 1974, 88 Stat. 1609, Pub. L. 95-598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100-702, title I, § 1010, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101-650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117.*

### CONCLUSIONS

This Motion for Relief and Remand is based on wholly new facts, relevant statute, newer information, willful blindness, fraud, misconduct, and document / evidence and in a new set of time of the original Complaint filing. Plaintiff could not reasonably know the character / dealings with Defendants of a vast to be assigned Judge before the original Complaint filing. As previously displayed by his and spouse Dismissal Order, due to cited financial conflicts of interest Judge Gayles is incapable to proceed impartially and without animus against Pro Se Plaintiff or further exercise unbiased judicial duties required for due process justice in this case.

Judge Gayles has creative loan history with Defendant J.P. Morgan Co. so has caused preferential *quid pro quo* treatment by his sua sponte review and dismissal Order. Judge Gayles has significant exposed investor financial interests in the subject matter at controversy and with Defendants U.S. Bank and J.P. Morgan Chase that will be substantially negatively affected by the outcome of these proceedings when the Plaintiff "ultimately prevails."

[3]



Exh.32
Exh.51

## REQUIRED RELIEF

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff requests Relief from the June 26th, 2019 *Dismissal Order* (Document #4) based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the recusal of Judge Gayles from this and any future related U.S. Bank and J.P. Morgan Chase banking real estate fraud cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action requiring Clerk issuance of Summons upon the Defendants and All of the filing of a Motion to Amend the Complaint for cause, grounds and reasons stated herein.

Filed 6/24/19

Carl Erickson-Plaintiff

PO Box 370084 Miami FL 33137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th day of June, 2019 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

Served 6/24/19

Carl Erickson-Plaintiff

PO Box 370084 Miami FL 33137

[4]



Exh.32
Exh.52

Case 1:18-cv-22211-DPG   Document 5   Entered on FLSD Docket 06/04/2018   Page 6 of 8

**PART D – INCOME**

(illegible faded form content)

**PART E – INTERESTS IN SPECIFIED BUSINESSES**

**OATH**

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.



Exh. 32
Exh 53

Case 1:18-cv-21211-DPG   Document 5   Entered on FLSD Docket 03/24/2019   Page 3 of 3

Complaint - Department of Justice

https://www.justice.gov/archive/opa/documents/complaint.pdf

IN THE UNITED STATES DISTRICT COURT    555 4 th. Street, NW
) Washington, DC 20530. ) ) THE STATE OF ALABAMA. . . Montgomery AL 36130
) ) THE STATE OF ALASKA. ) 1031 W 4 th. Avenue, Ste    425
Montgomery Street Front    Virginia, and the District of Columbia by and through their
undersigned attorneys . . .

*(handwritten)* 15 US ATTORNEYS FILED SAME COMPLAINT



Exh. 32
Exh. 54

Case 1:18-cv-22212-DPG Document 6 Entered on FLSD Docket 00/04/2019 Page 5 of 8

PROCESSED

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST | 2013 |
|---|---|---|

**PART A — NET WORTH**

**PART B — ASSETS**

| | VALUE OF ASSET |
|---|---|
| Home, 157 NW 120th Street, Miami, Shores, FL 45160 | |
| Condo, 183 NE 2nd Avenue, #2317 Miami, FL 33132 | |
| Vehicle, 2008 Mercedes CLK Conv. | |
| TIAA Retirement Account | |

**PART C — LIABILITIES**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Everhome Mortgage (House Mortgage) | |
| Bank of America (2nd Home Mortgage) | |
| Chase (Condo Mortgage) | |
| U.S. Department of Education | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS                                          CASE# 10-61928

Vs

MACK WELLS

DEFENDANT

Exh.32
Exh.55

## MOTION FOR JUDGE THOMAS L. WILLIAMS TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge THOMAS L. WILLIAMS.
says that BB&T BANK on his form 6 Full and Public Disclosure of Financial interests
is a Bank he's doing Business with because he's doing business with US Bank and
helping them to make money so that he can make money by foreclosing and taking
our property while acting as the Judge to take the property and not on the Merits of
the case but for to make him and them money illegally. Here's proof Judge THOMAS
L. WILLIAMS is doing business with BB&T BANK as seen in his FORM 6. From
Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A.
WELLS FARGO BANK is EXH. B. and is MORGAN STANLEY EXH. C. and MORGAN
STANLEY is US BANCORP. EXH. D. and US BANCORP is US BANK EXH. E. the same US
Bank that's foreclosing. Which is a major Conflict of interest against us and there's
more. EXH. J. I also have found that our case was directed to you in this Pool. so
Judge REEMBERTO you must Recuse YOUR SELF.

MACK WELLS
15021 S. RIVER DR.
MIAMI FL 33167

# FORM 6    FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

LAST NAME — FIRST NAME — MIDDLE NAME
**THOMAS, WILLIAM L**

MAILING ADDRESS
**73 WEST FLAGLER STREET**

**SUITE 1307**

| CITY | ZIP | COUNTY |
|------|-----|--------|
| MIAMI | 33130 | MIAMI-DADE |

NAME OF AGENCY
**STATE OF FLORIDA**

NAME OF OFFICE OR POSITION HELD OR SOUGHT
**ELECTED CONSTITUTIONAL OFFICER-CIRCUIT COURT JUDGE**

CHECK IF THIS IS A FILING AMENDMENT

2007-14

FLORIDA
COMMISSION ON ETHICS

JUL 2019

RECEIVED

PROCESSED

Exh. 32
Exh. 56

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of **July 1** _____ 20 **19** was $ **$130,000**

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ **$20,000**

ASSETS INDIVIDUALLY VALUED AT OVER $1,000

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home ( Miami, Florida) | $565,000 |
| Bank Account | $11,000 |
| Retirement | $140,000 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4)

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage (Mortgage) Atlanta Georgia | $416,000 |
| TCF Bank (second Mortgage) Wayzata, Minnesota | $53,000 |
| American Educational Services (student loan) Harrisburg, Pennsylvania | $49,000 |
| Toyota Camry Miami, Florida | $26,000 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 Effective January 1, 2019
Incorporated by reference in Rule 34-8.002, F.A.C.    PAGE 2

PART D — INCOME

PRIMARY SOURCES OF INCOME

| NAME OF SOURCE OF INCOME | ADDRESS OF SOURCE | AMOUNT |
|---|---|---|
| State of Florida | Tallahassee, Florida | 160,000 |

SECONDARY SOURCES OF INCOME

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

PART E — INTERESTS IN SPECIFIED BUSINESSES

NONE

PART F — TRAINING

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

OATH

William Thomas
Circuit Court Judge

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF: Miami-Dade

Exh. 32
Exh. 57



ICMA &
MORGAN
STANLEY

Exh. 32
Exh. 58

Mandy DeFilippo, managing director and head of risk management for fixed income, currency and commodities at Morgan Stanley, opened the annual ICMA conference as the new chair of the board on Thursday.

She has replaced Martin Egan, vice-chairman of global markets client board at BNP Paribas. [John] Marc Mercier ...

## Please take a trial or subscribe to access this content.

Contact our subscriptions team to discuss your access, subs@globalcapital.com

Or sign up for a trial to gain full access to the entire site for a limited period.

FREE TRIAL

... rate access

... GlobalCapital access for your ... nt or company please contact ... les team at ... om or find out more

20.

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.



Exh. 32
Exh. 59

Goldman Sachs & Co. LLC, BofA Securities, Inc. Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc. Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner:

ICMA is
MORGAN
STANLEY

Click here for the full list of ICMA
board members ... London, Mandy DeFilippo
Morgan Stanley International PLC, London

Exh. 32
Exh. 60

PEOPLE ALSO SEARCH FOR

icma members register

icma capital

icma events

icma international

Morgan Stanley

International Capital Market
Association (ICMA) ... a ... LLC (collectively, "Morgan
Stanley"). Members SIPC. recommand

LinkedIn

Represents Morgan Stanley with industry
organisations, including the ICMA, where she is
Chair of the Board. ... Member of the Executive
Board.

12:48                          .o ᴵᵀᴱ

➤ OpenSecrets.org · personal finances

Zoe Lofgren- Assets - Personal Finances ·
OpenSecrets

Wells Fargo/ICMA Deferred Compensation, Cash
/Money Market/Savings/Checking, $100,001 -
$250,000 .. Morgan Stanley Global Equity
Allocation, Mutual Fund, $15,002, $55,000.

⎯  Broke And Broker - finra-zoe-email

FINRA Fines and Suspends Rep for Emailing
Confidential Info Of '.696 Plan ...

Apr 5, 2019   ... and by 2016, he was registered with
FINRA member firm ICMA-RC Services ("RC
Services") and also an employee of IRC. ..

● Intuit  m3n5z3i-ngt1nqx  PDF

Quicken Windows - Intuit

Mar 12 2019   401k EPC Plan Access https://
www.goretire.com/ ... ICMA Retirement Corporation
... Morgan Stanley Wealth Management

◌  fscrim.org - tradi-of-the-week

Top Ten Countries in the MSCI EAFE Index
(as of 6/30/17) | ICMA-RC

Jul 21, 2017 · The Morgan Stanley Capital
International ("MSCI") Europe, Australasia, and Far
East Index ("EAFE") is a benchmark ...

◌ Seeking Alpha · article  1052'  ·  ○

SPY-ing On Your 401(K): How Much To
Contribute? | Seeking Alpha



Wells Fargo is
ICMA
Exh. 32
Exh. 61

**12:09**

GlobeNewswire

**Noah Rosen joins ICMA-RC's DCIO Sales Group - GlobeNewswire**

Mar 12, 2019 · Earlier, he was a financial consultant with Morgan Stanley, ... a wholly-owned subsidiary of ICMA-RC, provides investment

InvestmentNews

**ICMA-RC Services, LLC - Advisers on the Move - InvestmentNews**

2  Morgan Stanley. 195 ... Jome Guadalupe Perales. ICMA-RC Services, LLC. Mutual of America Life Insurance Company. ... 06-19- 2018

Smartrecruiter Watch

**David Love | Financial Advisor - Icma Retirement Corporation | OR**

Their career trajectory has included roles at Massmutual Life Insurance Company, Merrill Investors Services Inc, Morgan Stanley Smith Barney

Morgan Stanley

**Blue Bonds - Morgan Stanley**

... International Capital Market Association (ICMA) ... that recipients should determine in consultation with their own.

Morgan Stanley

**Team documents ... Morgan Stanley**

Exh. 32
Exh. 62

⟵ Blue Bonds is MORGAN STANLEY is

ICMA

12:57                                    LTE

LinkedIn

Nathan Stephens - Fixed Income Sales -
Wells Fargo Securities | LinkedIn

Wells Fargo Securities/ICMA Centre, United
Kingdom500+ · Activities and Societies: ICMA
Investment Club · FICC Montpelier Business

LinkedIn

Adam Brantley - Vice President, Core
Markets South Central Territory - ICMA

Work alongside Wells Fargo Private Banker and
Financial Advisor to grow Wells Fargo's affluent

Glassdoor

ICMA-RC Retirement Plan Specialist Salaries
| Glassdoor

Salaried $50,525 ICMA-RC
salary trends based on salaries posted
anonymously by ICMA-RC employees.    Wells
Fargo

InvestmentNews

ICMA-RC Services, LLC - Advisers on the
Move - InvestmentNews

3. Merrill Lynch, Pierce, Fenner & Smith
Incorporated, 139  4. Wells Fargo Clearing Services
LLC (Formerly Wells Fargo Advisors, LLC), 115.

RELATED SEARCHES

Wells Fargo is
I ICMA

Exh. 32
Exh. 63



Exh.32
Exh,64

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of **Wachovia** Corporation by Wells Fargo was completed on December 31, 2008. **Wachovia** was the fourth-largest bank holding company in the US based on total assets.

www.wellsbank.com.au.wa.wachovia.bn

PEOPLE ALSO ASK

What bank took over Wachovia?

What is the history of Wachovia Bank?

What time does Wachovia Bank Open?

How to access a Wachovia checking account?

Wachovia Is Now Wells Fargo    Wells
Fargo

Wells Fargo to Buy Wachovia in $15.?
Billion Deal - The ...

https://dealbook.nytimes.com/.../09/wells-farg

Ex h.32
Exh.65

Oct 03 2008 - Wells Fargo said early Friday that it
would merge with Wachovia — including the
troubled Charlotte bank's banking operations — in
a $15.1 billion all-stock merger.. The
announcement comes only four days after

Welcome to Audi Wichita | Audi Sales &
Service in Kansas

https://www.audiwichita.com

Experience firsthand the exhilaration that comes
with driving an impeccably designed Audi at Audi
Wichita, where the sleek new models in our
showroom are all designed with the utmost luxury
in mind. Our expert staff will help guide you to th...

Audi e-tron | The first purely electric
SUV from Audi ...

https://www.audiusa.com/models/audi-e-tron

A new era of electric is here. Meet the Audi e-
tron®, the only electric SUV built with Audi DNA
With ample space for everyday life, long-range
capability and exhilarating performance with
quattro® all-wheel drive, this is way more than ...

Bank Owned Homes | REO propert    Q
Wells Fargo

https://reo.wellsfargo.com

Note: Employees and family members residing

wells fargo owns wachovia

ALL     images     such     as     examples

## Does Wells Fargo own Wachovia?

**Wachovia Bank** is a wholly owned
subsidiary of Wells Fargo & Company. The
purchase of Wachovia Corporation by Wells
Fargo was completed on December 31
2008.

Wachovia Bank - Banks around the W...

People also ask

When did Wells Fargo take over Wachovia?

Is Wells Fargo a good bank to bank with?

When did Wachovia Bank change their name
to Wells Fargo?

What did Wells Fargo do?

Wachovia is Now Wells Fargo - Wells
Fargo

$Exh.32$
$Exh.66$

Exh. 32
Exh. 67

Wachovia Dealer Services Reviews and
Complaints @ Pissed ...
https://wachovia-dealer-services.pissedconsu .

My wife and I purchased an Audi A4 financed
through WFS (Wachovia Dealer Services) and
have always paid our monthly on time, never
missed a payment. In April 2012, we decided trade
in our Audi for a Volkswagen CC and of course...

Audi Financial Services | Audi Australia
https://www.audi.com.au/au/web/en/financial-se .

We offer individually tailored finance solutions that
suit your budget, your lifestyle and your new Audi.
Because no-one understands Audi vehicles like we
do. If you are an existing Audi Financial Services
customer and have been affected by ...

Top 8 Reviews of Wachovia Dealer
Services
https://mythreecents.com/reviews/wachovia-d...

WESTMINSTER, MARYLAND -- In October of
2005, I purchased a 2006 Tiburon financed trough
Wachovia dealer services. My husband co-signed
for me. In May of 2008, I leave my job to find my
car gone. I called the police to report that it was...

Wells Fargo to Buy Wachovia in $15.1
Billion Deal - The ...
https://dealbook.nytimes.com/.../03/wells

Oct 03, 2008 · Wells Fargo said early Friday that it
would merge with Wachovia — including the
troubled Charlotte bank's banking operations — in

EXHIBIT 70

Exh.32
Exh.68

MORGAN STANLEY  Here are 5 reasons
into US stocks...

IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

~~Exhibit 52 Exhibit A~~

Exh. 32
Exh. 69

US BANK NA,

Plaintiff,

vs.

MACK WELLS

Defendant

CIVIL DIVISION
CASE NO. CA-01 2010-61918

## NOTICE OF PRODUCTION FROM NONPARTY

TO:    US BANK NA:

YOU ARE NOTIFIED that, after 10 days from the date of service of this notice, the undersigned will apply to the clerk of this Court for issuance of the attached subpoena directed to, who is not a party, to produce the items listed at the time and place specified in the subpoena. Objections to the issuance of this subpoena must be filed with the clerk of the circuit court within 10 days.

I certify that a copy of this document was [ X ] [mailed ], [ X ] [faxed and mailed ], [ x ] [e-mailed ] [X] [hand-delivered] to the person(s) and/or their legal representatives on 2/27/20.

Other party or his/her attorney (if represented).

Blank Rome, LLP
500 E Broward Blvd Ste 2100
Fort Lauderdale, FL 33394-3023
Office: 954-512-1800
email: dhurtes@blankrome.com

Other Non-Party VERONICA DIAZ

73 W Flagler St Ste 308
Miami, FL 33130-1707
vdiaz@jud11.flcourts.org
305-349-7078

Signature of Party
s/Mack Wells-Plaintiff
15920 S. River Drive Miami FL 33157
786-859-9427
Big8oss1043@yahoo.com

Florida Supreme Court Approved Family Law Form 12.931(b), Subpoena for Production from a Nonparty, (11/15)

Custody Operations ...

... an sponsor ... us bancorp ...

Exh. 32
Exh. 70

November 29, 2005
PLANSPONSOR.com - U.S Bancorp has
announced that US Bank, N.A. has entered in
agreement to buy Chase Wachovia Corporation's
corporate trust and institutional custody, in ...

How a big US bank laundered billions
from Mexico's
https://www.theguardian.com ... 01 ...

... in March 2010. Wachovia settled the
biggest action brought under the US bank secrecy
act, through the US ...

Author: Ed Vulliamy

U.S. Bancorp - Wikipedia
https://...wikipedia.org/wiki/U.S._Bancorp

US Bancorp /
US Bank

U.S. Bancorp (stylized as us bancorp) is an
American bank holding company based in
Minneapolis, Minnesota, and incorporated in
Delaware. It is the parent company of U.S. Ban k
National Association, which is the 5th largest na...

... US Bancorp Center

... USS... ...

Founded: Seattle ...

Number of ... ... ... September ...

The Long-Term Case for Wells Fargo
and US Bancorp

IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

*Exh. 32*
*Exh. 71*

Plaintiff,

Case No.

Defendant.

## NOTICE OF PRODUCTION FROM NONPARTY

TO:

YOU ARE NOTIFIED that after 10 days from the date of service of this notice, the undersigned will apply to the clerk of this Court for the issuance of an attached subpoena directed to whom it not a party, to produce the items described at the time and place specified in the subpoena duces tecum.

You are notified that a copy of this document will be mailed or hand delivered as

Comply with the command and thus the legal requirements

| Attorneys and Parties to be Served | Outside any Party, who was served |
|---|---|

[signature block]

Signature of attorney
[name and address]
[phone/fax]

IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

Exh. 32
Exh. 72

US BANK NA.

Plaintiff,                                    CIVIL DIVISION
                                              CASE NO. CA-09-2010-61928
cc

MACK WELLS

Defendant.

## SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM NONPARTY

THE STATE OF FLORIDA TO: VERONICA DIAZ

YOU MUST go to *(place)* Elks Judge-Artium-S150 SW 2nd Ave, Miami Fl. on *(date)* 3/13/2020 at *(time)* 1:30 p.m. and bring with you at that time and place the following:

*Any information and court officer specific documentation evidentiary correspondence, electronic data, agreements, files, contracts and records regarding personal, family, and trust controlled interests in Federally regulated US Bank, Deutsche AG, JP Morgan Chase, Bank of America and Wells Fargo/Wachovia involving loans, real estate housing and rental properties located within the jurisdiction of this Court. Included in the Subpoenaed Production of Documents are all political action committee names and contacts of Miami Dade County attorneys, law firms, title companies, realtors, closing agents, financial institutional investors and holding companies that are campaign contributors. Also required to be produced is all ex-parte correspondence records of you and your representative agents with Judges and court officers in this action involving the Defendant.*

These items will be inspected and may be copied at that time. You will not have to leave the original items.

You may obey this subpoena by providing readable copies of the items to be produced to the party or his/her attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon payment in advance of the reasonable cost of preparation. If you mail or deliver the copies to the attorney whose name appears on this subpoena before the date indicated above, you do not have to appear in person.

You may be in contempt of court if you fail to: (1) appear as specified; (2) furnish the records instead of appearing as provided above; or (3) object to this subpoena.

Florida Supreme Court Approved Family Law Form 12.931(b) Subpoena for Production from a Nonparty (11/15)



Exh.32
Exh.73

You can only be excused by the person whose name appears on this subpoena and, unless excused by that person of the Court, you shall respond as directed. This part to be filled out by the court or filled in with information obtained from the court:

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:

_____

*(identify applicable court personnel by name, address, and telephone number)* at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Dated: _____

CLERK OF THE CIRCUIT COURT (SEAL)

By. _____
    Deputy Clerk

I CERTIFY that I gave notice to every other party to this action of my intent to serve a subpoena upon a person who is not a party to this action directing that person to produce documents or things without deposition. I also certify that no objection under Florida Rule of Civil Procedure 1.351 has been received by the undersigned within 10 days of service of the notice; if service was by hand-delivery or appropriate facsimile transmission, and within 15 days if service was by mail or e-mail.

Dated: 2/26/20

s/Mack Wells Plaintiff
15020 S. River Drive Miami, FL 33167
786-859-9621
BigBoss1043@yahoo.com

Florida Supreme Court Approved Family Law Form 12.931(b), Subpoena for Production from a Nonparty (11/15)

NAVIENT

Exh.32
Exh.74

# Navient Student Loan Trust 2015-1

Origination Report

Distribution Formats

Payment Dates

Prospectus

Holdings Reports

**Date of Issue:** February 20, 2015

**Issue Amount:** $1,000,000,000

## Securities Offered

Class A-1 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 0.30%
CUSIP: 63939F AA7

Class A-2 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 0.60%
CUSIP: 63939F AB5

Class B Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 1.50%
CUSIP: 63939F AC4

**Servicer**
Navient Solutions, Inc.

**Eligible Lender Trustee**
Wells Fargo Bank, N.A.

**Indenture Trustee**
Wells Fargo Bank, N.A.

**Administrator**
Navient Solutions, Inc.

**Underwriters**
J.P. Morgan
RBC Capital Markets
Wells Fargo Securities
Barclays Capital Inc.
Bank of America Merrill Lynch
Credit Suisse
Deutsche Bank Securities
Goldman, Sachs & Co.
RBS Securities

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2010-CA-61928

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR RASC 2005AHL3,

      Plaintiff,

v.

LEROY WILLIAMS, et al.,

      Defendants.

## ORDER ON DEFENDANT'S AMENDED MOTION TO DISMISS FORECLOSURE COMPLAINT

THIS CAUSE having come before the Court upon Defendant's Motion to Dismiss Foreclosure Complaint, the Court having heard oral argument on said Motion and the Court being otherwise duly advised in the premises, it is hereupon:

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss Foreclosure Complaint is hereby GRANTED/DENIED:

Denied.

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, on November 11, 2019.

_____
Circuit Court Judge

**VERONICA A. DIAZ**

Daniel Hurks - FBN 69104

140383.04630/122257991v1

Mack Wells - Defendant

FJUD

Exhibit 1

Exh. 32
Exh. 76

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,

vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James: Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership,
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I: Miami-Dade
County, Florida: State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01

---

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court on Plaintiff's Final Judgment on November 29, 2017 on. On the evidence presented, **IT IS ORDERED AND ADJUDGED** that Plaintiff's Final Judgment is **GRANTED** against all Defendants listed by name: Leroy Williams; Unknown Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin. James: Unknown Spouse of James Littlejohn AKA James L. Jolin: Hoke Williams; Unknown Spouse of Hoke Williams; Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series I: Miami-Dade County, Florida; State of Florida, Department of Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.   Amounts Due and Owing. Plaintiff is due:

Principal due on the note secured by the mortgage foreclosed:   $448,000.00
Interest good thru 11/29/17   $307,333.74
Late Charges   $137.20

Case No. 2010-61928-CA-01                    1                           File # 13-F02868

Exh.32
Exh.77

| | |
|---|---|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.04 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood Insurance 2015 | $6,085.68 |
| Flood Insurance 2016 | $6,021.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $6,352.83 |
| Hazard Insurance 2015 | $6,146.00 |
| Hazard Insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,197.36 |
| | |
| Attorney's Fees Total | $4,689.00 |
| | |
| **Court Costs, Now Taxed:** | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,935.00 |
| Publication, Notice of Action | $230.00 |
| **Additional Costs:** | |
| BPO | $1,302.00 |
| Property Inspection | $1,172.25 |
| Maintenance | $340.00 |
| **GRAND TOTAL** | **$991,297.35** |

2.      **Interest.** The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statues.

3.      **Lien on Property.** Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA:

Property address: 15020 South River Drive, Miami, FL 33167

4.      **Sale of property.** If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on ___JAN 3 0 2018___, 20__, at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031,

Exh.32
Exh.78

Florida Statutes. The subject property shall be sold by electronic sale at: www.miamidade.realforeclose.com.

5.   **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6.   **Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7.   **Right of Possession.** Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8.   **Jurisdiction.** The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9.   **Attorney Fees.** The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 19.8 hours and a $2,380.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,380.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla.1985).

10.   The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida, is incorrect. Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11.   The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Littlejohn AKA James L. Jolin, Heke Williams, Mack Wells, Curtis McNeil, Symonette Limited Partnership's interest in the subject property, superior to the interest of the Defendants

Exhibit of Candidate pg. 4

*Exh. 32*

*Exh. 79*

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this _____ day of
_____, 2017.

DEC 19 2017

Circuit Judge          John Schlesinger
                                   Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address

## Service List

Willnae LaCroix, Esq.
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309

Miami-Dade County, Florida
c/o Altanese Phenelus, Esq.
111 NW 1st Street
Miami, FL 33128
yvaldes@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 N.E 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
L/K/A 15020 South River Drive
Miami, FL 33167

---

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER ____ 03
THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES.
                John Schlesinger
     Judge's Initials     Circuit Court Judge

---

Case No. 2010-61928-CA-01           4

File # 13-F02868

Exhibit copy [illegible] pgs

*Exh. 32*
*Exh. 80*

Unifund CCR Partners, G.P.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series I
c/o Legal Department
1761 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Hoke Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. Jolin
8152 NW 15th Manor, Apt FC2R
Plantation, FL 33322

Littlejohn a/k/a James L. Jolin, James
L/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Alisha Smith, R.A.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

State of Florida, Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
proccess
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. FC2R
Plantation, FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01                    2                    File # 13-F02868

The Unknown Spouse of Leroy Williams
L/K/A 15020 South River Drive
Miami, FL 33167

Exh. 32
Exh. 81

The Unknown Spouse of Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Mack Wells
L/K/A 15020 South River Drive
Miami, FL 33167

Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Symonette Limited Partnership
L/K/A 15020 South River Drive
Miami, FL 33167

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2016**

Ex1.32
Exh.82

| | |
|---|---|
| Please print or type your name, mailing address, agency name, and position below: | FOR OFFICE USE ONLY: |

LAST NAME — FIRST NAME — MIDDLE NAME
SCHLESINGER    JOHN    CHARLES

MAILING ADDRESS
73 WEST FLAGLER STREET

ROOM 1202

| CITY | ZIP | COUNTY |
|---|---|---|
| MIAMI | FL | 33130 |

NAME OF AGENCY
STATE OF FLORIDA — 11TH CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**FLORIDA COMMISSION ON ETHICS**

**JUL 03 2017**

**RECEIVED**

**PROCESSED**

---

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of ___June 20,___ 20 _17_ was $ _28,834,751.25_

---

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _250,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000.00 |
| 323 Toligate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

---

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE -0- | -0- |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | -0- |
| | |
| | |

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PART B Continued

ASSETS

Exh. 32
Exh 83

| **DISCRIPTION OF ASSET** | **AMOUNT OF ASSET** |
|---|---|
| TOTAL FROM PREVIOUS PAGE | $6,501,000.00 |
| Quail Heights, Part Owner in Apartment Buildings 240-260 Hackensack, NJ | 2,000,000.00 |
| Trent Boyett, LLC  Part Owner in Apartment Building 350 Prospect Avenue, Hackensack, NJ | 300,000.00 |
| Fore Hearts, Part Owner in three commercial Properties: 2650 Rt. 516 Old Bridge, NJ; 755 E. Hazelwood Avenue, Rahway, NJ; 220 Rt 17, Hasbrouck Heights, NJ | 800,000.00 |
| Santander LLC | 750,000.00 |
| First Citizens Bank | 624,000.00 |
| Morgan Stanley Brokerage Account | $5,236,472.00 |
| State of Florida Deferred Compensation | 286,148.68 |
| Federal Thrift Savings Account | 523,843.91 |
| Evensky and Katz Brokerage Account | 11,019,286.66 |
| 2000 Ferrari 360 | 100,000.00 |
| 2014 Prosche 911 Turbo Cariolet | 120,000.00 |
| 2013 Mercedes Benz GL550 | 45,000.00 |
| 2011 Honda Odyssey Van | 7,500.00 |
| 2000 Honda Odyssey Van | 2,500.00 |
| 2008 Boston Whaler | 20,000.00 |
| 2015 Boston Whaler | 120,000.00 |
| 2015 Audi S3 | 40,000.00 |
| 2017 Mercedes 350 SL | 99,000.00 |
| TOTAL ASSETS: | $28,834,751.25 |

[redacted]

Exh. 32
Exh. 8C

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2016 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2016 federal income tax return and all W2s, schedules, and attachments.
(If you check this box and attach a copy of your 2016 tax return, you need not complete the remainder of Part D.)

**PRIMARY SOURCES OF INCOME** (See instructions on page 5)

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $148,080.00 |
| Santander | 216 218 Santander Avenue, Coral Gables, FL | 70,000.00 |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting official—see instructions on page 5]

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Dual Heights | Dual Property Rentals | PO Box 850 McAfee, NJ | Property Rentals |
| Forte Hearts | Fore Hearts Property Rentals | P.O. Box 850, McAfee, NJ | Property Rentals |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander LLC | Fore Hearts LLC | Dual Heights |
| ADDRESS OF BUSINESS ENTITY | 216-218 Santander Ave, Coral Gables, FL | P.O. Box 850 McAfee, NJ | P.O. Box 850 McAfee, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rentals | Property Rentals | Property Rentals |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | Yes |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 33.33% | 33.33% |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

## OATH

The person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

John Schlesinger
Circuit Court Judge

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this 29 day of June, 2017 by John Schlesinger

(Signature of Notary Public—State of Florida)

Marcy Londono

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓ OR Produced Identification ☐

Type of Identification Produced ______

MERCY LONDONO
MY COMMISSION # FF 003455
EXPIRES: July 30, 2017
Bonded Thru Budget Notary Services

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, ______________________, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

______________________ Signature ______________________ Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2017.
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE [illegible]

PROCESSED

FLORIDA
COMMISSION ON ETHICS

JUL 03 2017   *Exh. 32*

RECEIVED   *Exh. 85*

## JUDICIAL QUALIFICATIONS COMMISSION FORM 6A

### GIFT DISCLOSURE

All judicial officers must file with the Florida Commission on Ethics a list of all gifts received during the preceding calendar year of a value in excess of $100.00 as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

Name of Judge: JUDGE JOHN CHARLES SHLESINGER     Telephone: 305-349-7078

Address: 73 WEST FLAGLER STREET ROOM 1202, MIAMI FL   Position: CIRCUIT JUDGE

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Gift / Source of Gift | Value |
|---|---|
| NONE -0- | |
| | |
| | |
| | |
| | |

### OATH

State of Florida, County of Miami - DADE

I, John Shlesinger Lee the public official filing this disclosure statement, being first duly sworn, do depose an oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____    John Schlesinger    (NOTARY SEAL)
(Signature of Reporting Official)    Circuit Court Judge

_____
(Signature of Officer Authorized to Administer Oaths)

MERCY LOREDANO
MY COMMISSION # FF 024515
EXPIRES: July 30, 2017
Bonded Thru Budget Notary Services

My Commission expires ___July 30, 2017___

Sworn to and subscribed before me this 29 day of ___July___, 20 17.

(ORIGINAL OF THIS FORM FILED WITH COMMISSION ON ETHICS; COPY FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

1/17

Exhibit 32 Exhibit Ninel 1

Exh. 32
Exh. 86

# FORM 6

## FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTERESTS

2017

Please print or type your name, mailing address, agency name, and position below.

LAST NAME — FIRST NAME — MIDDLE NAME
SCHLESINGER  JOHN   CHARLES

MAILING ADDRESS
1351 NW 12 STREET #318

CITY          ZIP        COUNTY
MIAMI        33125      MIAMI-DADE

NAME OF AGENCY
STATE OF FLORIDA 11TH JUDICIAL CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**FOR OFFICE USE ONLY:**

200123

PROCESSED

FLORIDA
COMMISSION ON ETHICS

AUG 0 1 2018

RECEIVED

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _July 1_ _____ 20 _18_ was $ _$29,881,734.16_

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ **500,000.00**

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1308 Alfonso Ave, Coral Gables, FL | $3,700,000.00 |
| 1641 Ben Miller rd. Deep gap, NC | $800,000.00 |
| 525 Tongate Shores Dr. Islamorada, FL | $2,000,000.00 |
| Continued on Page two | |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4.)

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE.

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |

CE FORM 6 - Effective January 1, 2015
(Continued on reverse side) Incorporated by reference in Rule 34-8.002, F.A.C.    PAGE 1

Exhibit 32 Exhibit 40 p. 2

Exh.32
Exh.87

## PART D — INCOME

(certify, attach separate sources and amount of income which exceeded $1,000 during the year including secondary sources of income, or attach a copy of your 2012 federal income tax return including all W-2s, schedules, and attachments. If you check this box and attach a copy of your 2012 tax return, you need not complete the remainder of Part D.)

☐ I elect to file a copy of my 2012 federal income tax return including all W-2s, schedules, and attachments. (If you check this box and attach a copy of your 2012 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 5)

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $160,688.00 |
| Santander, LLC (rents) | 216-218 Santander Ave | $65,000.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person—see instructions on page 5)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Property Rental | P.O. Box850 McAfee, NJ | Property Rental |
| Four Hearts | Property rental | P.O. Box850 McAfee, NJ | Property Rental |

## PART E — INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 6)

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander, LLC | Quail Heights, LLC | Fore Hearts, LLC |
| ADDRESS OF BUSINESS ENTITY | 216 Santander Ave, Coral | P.O. Box850 McAfee, NJ | P.O. Box850 McAfee, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rental | Property Rental | Property Rental |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | no |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 33.33% | 33.33% |

## PART F - TRAINING.

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

| OATH | STATE OF FLORIDA COUNTY OF MIAMI-DADE |
|---|---|
| I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete. | Sworn to (or affirmed) and subscribed before me this ___ day of _____, 20__ by ELENA PEREZ. (Signature of Notary Public—State of Florida) Notary Public-State of Florida Maria Perez My Commission # ___ Expires 12/18/2014 (Print, Type or Stamp Commissioned Name of Notary Public) Personally Known ✓ OR Produced Identification ___ Type of Identification Produced ___ |
| SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE | |

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

| _____ | _____ |
|---|---|
| Signature | Date |

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

PAGE 2

## Part B Continued, Assets

Exhibit 62 Exhibit 88 prsl

Exh. 32
Exh. 88

| | |
|---|---|
| TOTAL FROM PREVIOUS PAGE | $7,000,000.00 |
| Quail Heights, Part Owner in Apartment Buildings 240-260 Hackensack, NJ | $2,000,000.00 |
| Trent Boyett, LLC, Part Owner in Apartment Building: 350 Prospect Ave, NJ | $300,000.00 |
| Part Owner in Suncap investments, real estate investment group | $450,000.00 |
| Fore Hearts, Part Owner in three commercial Properties: 2650 Rt 516 Old Bridge, NJ 735 E. Hazelwood Avenue, Rahway, NJ 220 Rt 17, Hasbrouck Heights, NJ | $800,000.00 |
| Santander LLC: Owner of Duplex 216-218 Santander Ave, Coral Gables, FL | $750,000.00 |
| First Citizens Bank | $279,572.10 |
| Morgan Stanley Brokerage Account | $179,695.00 |
| State of Florida Deferred Compensation | $459,728.75 |
| Federal Thrift Savings Plan | $728,759.25 |
| Evensky and Katz Brokerage Account | $16,459,479.00 |
| 2001 Ferrari 550 Maranello | $180,000.00 |
| 2014 Porsche 911 Turbo Cabriolet | $110,000.00 |
| 2013 Mercedes Benz GL550 | $37,000.00 |
| 2019 Honda Odyssey Van | $38,000.00 |
| 2000 Honda Odyssey Van | $2,500.00 |

Exh. 32
Exh. 89

| | |
|---|---|
| 2008 Boston Whaler | $38,000.00 |
| 2015 Boston Whaler | $70,000.00 |
| | |
| TOTAL ASSETS: | $29,881,734.10 |

FLORIDA
COMMISSION
AUG 01 2018
RECEIVED

Exh.32
Exh.90

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

#415

Name: _John Charles Schleigel_    Work Address: _1351 NW 12 Street, Miami Fl 33125_

Work Telephone: _305-548-5718_  Judicial Office Held: _Circuit Judge_

1.  Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
|      |             |        |        |
|      | NONE        | NONE   |        |
|      |             |        |        |
|      |             |        |        |

☐ Check here if continued on separate sheet.

2.  Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|------|-------------|--------|
|      |             |        |
|      | NONE        |        |
|      |             |        |
|      |             |        |

☐ Check here if continued on separate sheet.

**OATH**

State of Florida
County of _MIAMI-DADE_

_John Charles Schlesiger_, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

_Jeanne Perez_
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _12/16/2018_
Sworn to and subscribed before me this
_21st_ day of _July_, 20 _19_

Notary Public State of Florida
Ileana Perez
My Commission FF 183957
Expires 12/16/2018

1/18 (As presented in Canon 6)



*Exh. 32*
*Exh. 91*



# Small Business Administration (SBA) Lending

Santander is an SBA Preferred and Express Lender, allowing us to lend directly to credit worthy businesses with reduced paperwork, faster approvals and quicker access to funds. With a team of experienced specialists and utilizing a flexible SBA guaranteed facility may be the answer to help get a business grow.

# Debt Relief Payments for Your SBA Loan

The U.S. Small Business Administration (SBA) loan may be eligible for debt relief assistance under Section 1112 Debt Relief Program of the Coronavirus Aid Relief and the Small Businesses Transparency and Economic Aid Act. Click here for more information.

Exh. 32
Exh 92

| | |
|---|---|
| **Revenue** | US$6.128 billion (2018)[1] |
| **Net income** | US$1.721 billion (2018)[1] |
| **Total assets** | US$160.518 billion (2018)[1] |
| **Total equity** | US$20.817 billion (2018)[1] |
| **Number of employees** | ~18,100 (December 2018)[1] |
| **Website** | www.citizensbank.com |

Between 1988 and its 2014 initial public offering, Citizens was a wholly owned subsidiary of The Royal Bank of Scotland Group.[3] The group sold its last 20.9% stake in the company in October 2015.[4]

Citizens operates more than 1,008 branches[5] and over 3,100 ATMs[6] across 11 states under the Citizens Bank brand.[7]

Citizens ranks 22nd on the List of largest banks in the United States in 2020.

## ∨ History

     

# Royal Bank of Canada - Wikipedia

Exh.32

Exh.93

Royal Bank of Canada is a Canadian multinational financial services company and the largest bank in Canada by marke...

Number of employees: 85,301 (2021)

Headquarters: Montreal, Quebec, Canada, Toronto, Ontario, Canada

## People also ask

Is Royal Bank of Scotland the same as Royal Bank of Canada?

It is rebranding the Canadian operations of ABN Amro, which will soon be known as the Royal Bank of Scotland NV (Canada) Branch. Feb 23, 2010

https://www.theglobeandmail.com › ...

Royal Bank of Scotland rebranding in Canada - The Globe and Mail

More results

Is the Royal Bank of Scotland the same as the Halifax?

Which bank owns Royal Bank of Scotland?

What is Royal Bank of Scotland now called?

Are Royal Bank of Scotland and Bank of Scotland the same?

CEO: David I. McKay (Aug 1, 2014)

Headquarters: Toronto, Canada

Assets under management: 1.91 trillion CAD (2021)

*Exh. 32*
*Exh. 94*

Revenue: 49.69 billion CAD (2021)

Subsidiaries: RBC Capital Markets, RBC Dominion Securities
City National Bank, Moneris, More

More about Royal Bank of Canada >

## People also ask

Is Royal Bank a US bank?

**RBC Bank is a U.S. banking subsidiary** which formerly
operated 439 branches across six states in the
Southeastern United States, but now only offers cross
border banking services to Canadian travellers and
expats

W https://en.m.wikipedia.org › wiki

Royal Bank of Canada - Wikipedia

More results

Can I open an account at Royal Bank Online?

Does Royal Bank of Canada still exist?

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian — Davis Polk & Wardwell; Ali DeGolia — Davis Polk & Wardwell; Alan ...



6:44

🔒 usbank.com

**usbank**

Exh.32
Exh.96

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc. The company operates more than 3,100 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment services products to consumers, businesses and institutions.

Investment products and services are:

Not a Deposit  •  Not FDIC Insured  •  May Lose Value  •
Not Bank Guaranteed  •  Not Insured by any Federal
Government Agency

For U.S. Bank:

Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S. Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information



# THE PLAN IS IMPROVING

After a public procurement process, the Bureau of Deferred Compensation has selected Nationwide, Voya, and AIG to continue as Investment Providers in the Florida Deferred Compensation Plan. New information about fees, dedicated Account Representative Teams, and investment products is coming.

View Flyer

Exh. 32

Exh. 97

Leave a message

myfloridacfo.com




Exh. 32
Exh. 98

**SBA** U.S. Small Business Administration    **New Employee Orientation**



About the SBA

Before You Report to Work

In-Processing Procedures

Know Your Benefits

All About Pay and Leave

Performance Management Systems

# Thrift Savings Plan

With the Thrift Savings Plan (TSP), you can self-direct your retirement savings program through multiple investment options.

This plan is very similar to a 401(k) plan.

For more information about the Thrift Savings Plan, select the following:

Thrift Savings Election Form

TSP Catch-up Contributions

TSP-3 Designation of Beneficiary Form

Forms    Audio On    Audio Transcript    Replay                    Back    Next    Exit





Exh. 32
Exh. 99



SMALL BUSINESS ADMINISTRATION (SBA) LOANS

# Trust your business to a Preferred SBA Lender.

As part of our commitment to the growth of small businesses nationwide, U.S. Bank is proud to be an SBA Preferred Lender specializing in providing Small Business Administration (SBA) loans. When your small business is looking to grow or expand, SBA loans can have many benefits such as smaller down payments, fixed and variable rate options and full amortization.

With over 40 years of experience, U.S. Bank will partner with you to find the best possible financing options for you.

Contact an SBA banker

Get a recommendation

usbank.com



Log in

Wealth Management
U.S. Bank | U.S. Bancorp Investments

Exh. 32
Exh. 100



METRO_COMFINANCIALADVISOR
IN DENVER

# Michael Katz

## Wealth Management Advisor
## U.S. Bancorp Investments

**Primary office**
3480 W 38th Avenue
Denver, CO 80211

**Office: 303.394.7072**

**Get Directions**

**Contact me**



Exh. 32
Exh. 101

https://www.usbank.com michael

# Financial Advisor in Denver | Michael Katz | U.S. Bancorp Investments

Michael Katz is a financial advisor in Denver, CO. For powerful financial strategies and one-on-one advice get in touch today.

You visited this page on 5/7/22.

Missing: ~~evensky~~ | Must include: evensky

https://www.advisorperspectives.com

# NewsLetter - Vol 15, No. 1 - March 2022 - Advisor Perspectives

Mar 1, 2022 — by Harold Evensky of Evensky & Katz / Foldes Financial Wealth Management, 4/6/22 ... Average U.S. benefit: $1,623/month ($19,476/year).

https://www.linkedin.com

# Steve Foldes CFP, JD, CMFC - Wealth Manager and Founder - LinkedIn

Miami, Florida, United States · Wealth Manager and Founder · Evensky & Katz / Foldes Financial Wealth Management

For over 35 years, Evensky & Katz / Foldes Financial Wealth Management has specialized in financial planning and goals-based investment management services for ...

https://cgtrust.com to-protect-grow

Q evensky & katz advisor to US Ban

Exh. 32
Exh. 102

# Evensky &
# Katz/Foldes
# Financial Wealth
# Management

aradvisormatch.com

12:12

Linked**in**    Join now    ( Sign in )

*Exh. 32*
*Exh. 103*

🔍  Evensky & Katz / Foldes Wealth Manage...



Live Well,
Rest Easy.

## Evensky & Katz / Foldes Wealth Management

Financial Services

Coral Gables, Florida · 3,264 followers

Planning to Live Well

( Follow )

 View all 42 employees

## About us

📱 LinkedIn is better on the app. Open

AA    🔒 linkedin.com    ↻

‹    ↑    📖    ▢

HELPING HOMEOWNERS IS WHAT WE DO
OCWEN.MORTGAGEBANKSITE.COM

OCWEN

# GMAC Mortgage

### Notice of Servicing Transfer and Welcome to Ocwen Loan Servicing, LLC

February 7, 2013

*Exh. 32*
*Exh. 104*



LEROY WILLIAMS
PO BOX 222692
HOLLYWOOD FL 33022-2692

**Your Loan Account Details**
**as of 02/04/2013**

Account Number:
████937

Property Address:
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

Transfer Date:
02/16/2013

Principal Balance:
$448,000.00

Escrow Balance:
-$148,948.27

Loan Rate:
6.125%

Next Payment Due:
1/1/2007

Payment Amount:
Please refer to your
mortgage account statement

*π*     *BY ( 2 )*
Filed  *11-29*  A.D. 20*17*

Case No. *10-61928-CA05*

**HARVEY RUVIN**
**Clerk Circuit Court**

Dear LEROY WILLIAMS,

The servicing of your mortgage loan, that is, the right to collect payments from you, is transferring from your current servicer, GMAC Mortgage ("GMACM") to your new servicer, Ocwen Loan Servicing, LLC ("Ocwen") effective February 16, 2013.

Rest assured this transfer of servicing does not affect any term or condition of the mortgage documents, other than those directly related to the servicing of your loan. There will be no change to your account number or payment address; only to the name of the company to which you make your payment. All mailing addresses and phone numbers you previously used to contact GMACM will remain the same but, as of February 16, 2013, they will be maintained by Ocwen. You will continue to be served in a knowledgeable and professional manner, just as you have in the past.

GMACM will stop accepting payments on February 15, 2013. Ocwen will begin to accept payments on February 16, 2013. Send all payments due on or after that date to Ocwen. A temporary coupon is provided below for your convenience. Any account notices prepared prior to February 16, 2013 will reflect GMACM; all notices prepared on or after February 16, 2013 will reflect Ocwen. In addition any payments received by GMACM after February 15, 2013 will automatically be processed by Ocwen.

If you are currently using GMACM's automatic payment service, this program will continue with no lapse in service. If you previously made your payment through GMACMortgage.com, on or after February 16, 2013 you can go to ocwen.mortgagebanksite.com and use your same login ID and password for account access. If you use a third party payment service, please request they update their records to have payments made payable to Ocwen Loan Servicing, LLC effective February 16, 2013.

Because GMACM is the subject of a bankruptcy proceeding, federal law requires either GMACM or Ocwen to send you this notice not more than 30 days after the effective date of the transfer of the servicing of your loan. In this case, all necessary information is combined in this one notice. Please review the reverse side of this letter for legal disclosures, notices and state requirements. It's our goal to make this transfer as seamless as possible.

Enclosed are your (1) final **GMAC Mortgage** annual privacy notice and (2) your Ocwen initial privacy notice that becomes effective with the start of your new customer relationship with Ocwen. Please see the Ocwen initial privacy notice for important opt-out elections.

We appreciate the opportunity to serve your home loan needs. If you have questions relating to the transfer of servicing please contact our Transfer Hotline at 1-888-926-3479 weekdays from 8:00 AM to 7:00 PM, Central Time. If you have questions about the general servicing of your loan please call GMACM Customer Care at 800-766-4622, 6:00 a.m. – 10:00 p.m. CT M-F and 8:00 a.m. – 2:00 p.m. Sat.

**Ocwen Loan Servicing, LLC**
**Customer Care**
**Contact Information**

➤Phone:
800-766-4622

Personal assistance:
6:00 a.m. - 10:00 p.m. CT M-F
and 8:00 a.m. - 2:00 p.m. Sat

24-hour automated service

Email:
ocwen@mortgagebanksite.com

Web:
ocwen.mortgagebanksite.com

Mail:
PO Box 780
Waterloo, IA 50704-0780

Sincerely,

Charles R. Hoecker
Sr. Vice President, Customer Care
GMAC Mortgage

Sincerely,

William C. Erbey
President and Chief Executive Officer
Ocwen Loan Servicing, LLC

Enclosure(s)

02-1625-7300(1/13)

---

## Mortgage Payment Coupon



*Ocwen Loan Servicing, LLC*

OCWEN

| Account Number: | Please assist us in applying your payment. | | |
|---|---|---|---|
| ████3937 | Full Payments | $............ | |
| | ADDITIONAL Principal | $............ | Extra Funds |
| Due Date: | ADDITIONAL Escrow | $............ | |
| 1/1/2007 | Late Charge | $............ | |
| | Other Fees (specify) | $............ | |
| Mortgage Payment: | Total Amount Enclosed | $............ | |
| See above | | | |

OCWEN
PO BOX 9001719
LOUISVILLE, KY 40290-1719

LEROY WILLIAMS

02  0107  ████  3937  00000000  00000  22222  6

Exh. 32
Exh. 105

# FORM 6    FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

2008

PROCESSED

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

My net worth as of DECEMBER _____, 20___ was $ 2,860,357.00.

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade Florida (condo) | $300,000.00 |
| Home located in Miami-Dade (condo) | $245,000.00 |
| Vail Colorado (Townhouse) / Eagle Vail Colorado | $300,000.00 |
| Bank Accounts, Stocks Fund / Stock Accounts | $60,000.00 |
| IRA Roth Bank 35 mil | $25,000.00 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (condo) | $191,000.00 |
| GMAC Mortgage (condo) | $995,000.00 |
| Wells Fargo Mortgage | $189,000.00 |
| Huntington National Bank | $2,205.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |

**US bancorp**

Exh.32
Exh.106

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

EXHIBIT — Exhibit 97

Exh 38

Exh 10

# FORM 6　FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**PROCESSED**

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOUSE RM 1106
MIAMI FL 33130

ID Code

ID No.　　　010380

Manno Schurr　Valerie R

CHECK IF THIS IS A PERSON IN A CANDIDATE ☐

---

## PART A — NET WORTH

My net worth as of _____ , _____ 20 __ was $ _____

---

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS**

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000 DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| | |
| | |
| | |
| | |

---

## PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000 NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |

Continued on reverse side

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY. FLORIDA

*Exh. 32*
*Exh. 168* 

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank .N.A.
    Plaintiffs:

Vs.

Leroy Williams
    Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

    This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11.2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11.2008: (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
    Accordingly.
    IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers. at Miami. dade county. Florida this 31th day of
March . 2008

SARAH I. ZADEL
Circuit Court Judge

ORDR

~~Exhibit 62  Exhibit 99~~

Exh. 32
Exh. 109

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

              CASE NO.    2007-12407-CA
vs.            DIVISION    32

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
    Defendant(s).

SPACE FOR RECORDING ONLY F.S. 28.222

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER F07012148



Serial 13668522
DOC_ID: M010602





Bk 27343 Pg 949 CFN 20100451878 07/06/2010 15:32:32 Pg 1 of 3 Mia-Dade Cty, FL

**Exhibit 62 Exhibit 100**

Exh. 32
Exh. 110

4.    The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
> THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same

5.    The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.    The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR**
**CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F0702148 – M910502
GMAC-CONV—sbwm



Bk 27343 Pg 950 CFN 20100451678 07/06/2010 15:32:32 Pg 2 of 3 Mia-Dade Cty, FL

~~Exhibit 62  Exhibit 101~~

Service List

Exh. 32
Exh. 111

LEROY WILLIAMS
15020 South River Drive
Miami, FL 33167

FRANKLIN CREDIT MANAGEMENT CORPORATION
C/o Corporation Service Company
1201 Hays St. Suite 105
Tallahassee, FL 32301-2525

CITY OF NORTH MIAMI
c/o V. Lynn Whitfield, Esq
776 NE 125th Street
North Miami, FL 33161

MARK WELLS
15020 South River Drive
Miami, FL 33167

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office ____ 20 __
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk ____

311/33

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2010
## FINANCIAL INTERESTS

| FOR OFFICE USE ONLY: | COMMISSION ON ETHICS DATE RECEIVED |
|---|---|
| | JUL 2 7 2011 |

ID Code

ID No    210380

Cont. Code

P Reg. Code

Manno Schurr, Valerie R

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (117h)
Elected Constitutional Officer
73 W Flagler St Ste 1105
Miami FL 33130-4763

PROCESSED

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2010, or a more current date  (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets. So please see the instructions on page 3.)

My net worth as of _December 31_ 20 _10_ was $ _4,091,000.00_

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _250,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| HP 3.0% in Miami - Bank County | 2.5 mm |
| Rolls Royce Rover | 51,000.00 |
| Bank Account Rollover, Rollover Fund, Fidelity (IRA) | $4,100 mm |
| IRA Fidelity | 500,000.00 |
| CASH in Bank / City National Bank, Wachovia, Bank of America | 1,000,000.00 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC / Oakland _____ | $400,000.00 |
| Chase Financial _____ Phoenix AZ 8000 | $16,000.00 |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |

(Continued on reverse side)

PAGE 1



Exh. 32
Exh. 113

Loan No: ▮▮▮▮▮▮

Mortgagee: LEROY WILLIAMS

Address:   15020 SOUTH RIVER DRIVE
           MIAMI, FL 33167

Loan Amount:$ 448,000.00

## ALLONGE TO NOTE

PAY TO THE ORDER OF:

### RESIDENTIAL FUNDING CORPORATION

WITHOUT RECOURSE

_____

Assistant Secretary
Axiom Financial Services

PAY TO THE ORDER OF
U.S. Bank National Association as Trustee
WITHOUT RECOURSE
Residential Funding Corporation

By _____
Judy Faber, Vice President

MIN # 100176105062733202
AR1 620017.tYr

WILLIAMS
Page 1 of 1

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and
correct copy of the original as file on this day
of November 18
HARVEY RUVIN, CLERK of Circuit and County Courts
Deputy Clerk ___ h: Wilfred Clark e32326.i
                                        2946537x

Exhibit 63 Exhibit 104

# FORM 6

## FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTERESTS

2020

FOR OFFICE USE ONLY:

Exh 38
Exh 114

HON VALERIE R MANNO SCHURR
CIRCUIT COURT JUDGE
Judicial Circuit (11th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSE STE 1111
73 W FLAGLER ST
MIAMI FL 33130-1763

FLORIDA
COMMISSION ON ETHICS
JUN 2 8 2021
RECEIVED

PROCESSED

ID CODE
ID NO.      210080
CONF CODE
Manno Schurr, Valerie R

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20 _20_ was $ _11,193,000.00_

### PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects described above is $ _500,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami-Dade County | 5 mil |
| 401k Plan | 3 mil |
| Stocks & securities (Fidelity) | 8 mil |
| Deferred Compensation | 93,000 |
| Investment Properties | 1 mil |

### PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Mortgage on Residence | Paid 100% |
| -- City National Bank, Coral Gables FL | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.202(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exhibit 62 Exhibit 105

# FORM 6
# FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTERESTS

**2019**

Exh 32
Exh. 115

| | FOR OFFICE USE ONLY: |
|---|---|

FLORIDA
COMMISSION ON ETHICS

JUN 1 9 2020

RECEIVED

Judicial Circuit (11Th)-Elected Constitutional Officer

HON VALERIE R. MANNO SCHURR, CIRCUIT JUDGE
73 W FLAGLER ST STE 1111
MIAMI FL 33130-4763

PROCESSED

ID CODE
ID NO.        210380
CONF CODE
Manno Schurr, Valerie R

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2019 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of **December 31**, 20 **19** was $ **9,880,000.00**

---

## PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ **500,000.00**

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| See Attachment | 9.78 M |
| | |
| | |
| | |

---

## PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Mortgage on Residence - City National Bank, Coral Gables, FL | $400,000.00 |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |

CE FORM 6 - Effective January 1, 2020
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

globallegatchronicle.com

principal amount of 3.200% senior notes due 20__

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.875% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 55 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Guarino. Partner Rachel D. Kleinberg provided tax advice and associate __ Taylor Andrino provided __ tax advice. __

involved fees corres___

Exhibit 83
Exhibit 106

Exh. 32
Exh. 116

7:33

## People also ask



Is Bancorp owned by Wells Fargo?

*Exh. 32.*
*Exh. 116*

The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.

U.S. Bancorp.

U.S. Bancorp Center in Minneapolis, Minnesota: headquarters of U.S. Bancorp

| Industry | Banking Financial services |
|---|---|
| Founded | July 13, 1863 |

18 more rows

W https://en.m.wikipedia.org › wiki.

## U.S. Bancorp - Wikipedia

More results

Who is U.S. Bancorp owned by?

What banks have merged with Wells Fargo?

Are U.S. Bank and U.S. Bancorp the same bank?

Q wells fargo owns US Bancorp



FREE MEMBERSHIP Includes » ABL Advisor eNews + iData Blasts | JOIN NOW

LOGIN    ABOUT  |  FAQ  |  CONTACT

# ABL**A**DVISOR

SERVING ASSET-BASED LENDING DECISION MAKERS



ARTICLES    NEWS    BLOGS    PRESS RELEASES    VIDEOS                  search the site

HOME    SECTOR/ECONOMIC DATA    DEAL TABLES    DIRECTORY    EVENTS CALENDAR    ADVERTISE    SUBSCRIBE

the**ADVISOR** PROFESSIONAL NETWORK
Connecting Industry Professionals

Home / News / Wells Fargo, BofA, JPMorgan, RBC Provide $125MM ABL Revolver for Oil States

Post    📧 Email    🖨 Print

## Wells Fargo, BofA, JPMorgan, RBC Provide $125MM ABL Revolver for Oil States

February 11, 2021, 05:00 AM
Filed Under: Energy Services

Related: Bank of Amercia, JPMorgan Chase Bank, Royal Bank of Canada, Wells Fargo Bank

Oil States International entered into a new $125 million asset-based revolving credit agreement with Wells Fargo Bank as the administrative agent. In addition to Wells Fargo lenders under the Credit Agreement include Bank of America, JPMorgan Chase Bank, and Royal Bank of Canada.  Borrowing availability under the Credit Agreement is based on eligible U.S. receivables and inventory. The Credit Agreement replaces Oil States' existing $200 million revolving credit facility. The maturity date of the Credit Agreement is February 10, 2025.

The Credit Agreement contains customary representations, warranties, covenants, terms and conditions for a facility of this type, including limitations on the accumulation of U.S. cash in excess of $30 million, incurrence of additional indebtedness and liens, the repayment of other indebtedness, the making of investments, the payment of dividends, the repurchase of shares of common stock and the sale of material amounts of assets.

Borrowings outstanding under the Credit Agreement will bear interest at LIBOR plus a margin of 2.75% to 3.25%, based on the Company's availability under the revolving credit facility. The Company must also pay a quarterly commitment fee of 0.375% to 0.50%, on the unused commitments.

Oil States International, Inc. is a global provider of manufactured products and services to customers in the oil and natural gas, industrial and military sectors. The Company's manufactured products include highly engineered capital equipment and consumable products. Oil States is headquartered in Houston, Texas with manufacturing and service facilities strategically located across the globe.

**Today's Other News**

Banc of California Expands Specialty Lending Team
Commercial Bankruptcy Filings Increase 9% Year-over-Year
Bain Capital Credit Invests $1.8B Through Private Credit Group During H1/2024

**Most Popular**

1 **Voltera Secures First-of-its-Kind $100MM Debt Facility from ING and Investec**
*August 14, 2024, 08:06 AM*
Filed Under: *Charging Infrastructure*

### SECTOR/ECONOMIC DATA

**U.S. Census Bureau – U.S. Department of Commerce**

March 2022 Construction Spending Report

**U.S. Census Bureau – U.S. Department of Commerce**

Full Report on Manufacturers' Shipments, Inventories and Orders - March 2022

**VIEW ALL SECTOR/ECONOMIC DATA**

### FEATURED ARTICLES

**Trinity Capital Expands into the Sponsor Finance Vertical**

In May 2024, Trinity Capital announced its expansion into the...

by ABL Advisor Staff Writer

**Next Generation BDO Panel**

Charlie Perer meets with four next-gen BDOs who discuss evolving...

by Charlie Perer

**MOST POPULAR | ALL ARTICLES**

### SPONSORED CONTENT

**CFG Merchant Solutions Underwriter Academy**

CFGMS is proud to announce our new program: Underwriter Academy! Fast-track into a position with one of our producing underwriting teams.

**sponsored by:**



**LEARN MORE**

*Exh. 32*
*Exh. 118*





⌂  🔒 duckduckgo.com/?q=r    ⤳    🔲    ⋮

🔳 https://www.jpmorgan.com · CA › en · about-us

## J.P. Morgan Canada | About us

JPMorgan Chase merges with Bank One Corp. in a US$58 billion deal to provide investment banking, consumer banking and commercial banking services as well as to increase Treasury & Securities Services activity. ... Chase Manhattan Bank, other foreign banks and the Royal Bank of Canada form the Orion Banking Group, a consortium for medium-term ...

🔳 https://www.wsj.com · articles › royal-bank-of-cana.

## Royal Bank of Canada Hires J.P. Morgan to Help Sell Swiss Operation

Royal Bank of Canada has hired J.P. Morgan to run a sale process for RBC Suisse SA, its Swiss wealth-management operations, according to people familiar with the matter.

W  https://en.wikipedia.org › wiki › Royal_Bank_of_Ca...

## Royal Bank of Canada - Wikipedia

Royal Bank of Canada (RBC; French: Banque royale du Canada) is a Canadian multinational financial services company and the largest bank in Canada by market capitalization.The bank serves over 16 million clients and has 86,000+ employees worldwide. Founded in 1864 in Halifax, Nova Scotia, it maintains a corporate headquarters in Toronto and

Exh. 32
Exh. 119

Fe https://www.finextra.com  pressarticle 7045 u.

## US Bancorp buys Wachovia corporate trust, custody units

Source: US Bancorp. U.S. Bancorp (NYSE:USB) announced today that its lead bank, U.S. Bank. N.A., has entered into a definitive agreement to purchase the corporate trust and institutional custody ...

Your CUSIP Results are as follows:

~~Exhibit 62~~ Exh. 32
~~Exhibit 151~~ Exh. 120

**LEROY WILLIAMS (ACCT 10017610506273320 [MIN])**
**Fidelity Advisor Strategic Real Return Fund**
Symbol:                FSRAX
CUSIP:                315912873

Inception Date.        07 2005
Net Assets             $402,624,000.00 as of
                       12 3 2021
Portfolio Assets       $402,624,000.00 as of
                       12 3 2021

**A little about the Fund:**

Fidelity Strategic Real Return Fund seeks real return consistent with reasonable investment risk by investing in domestic and foreign issuers using a neutral mix of approximately 30% of inflation-protected debt securities, 25% floating-rate loans and 20% REITs and other real estate related investments.



## AFFIDAVIT OF FACT 

Exh. 32
Exh. 120

**STATE: OHIO**
**COUNTY: FAIRFIELD**

The undersigned, Wesley Jarvis, Trustee for CUSIP-INF Trust, hereby states and confirms that he is of legal age and competent to state on belief and personal knowledge that the facts set forth herein, as duly noted below, are true, correct, complete and presented in good faith, establish that:

       The CUSIP numbers attached for LEROY WILLIAMS, for an account bearing number 1661 7410300273202, were searched through independent databases, confirmed with trading desks, and at least one interest was confirmed as per the reports issued and attached as a result.

      2.     The Fund Manager, or other custodian(s) of the accounts or the Fund(s) may have access to internal records indicating detailed data about the percentage of interest as held for the account of LEROY WILLIAMS.

      3.     More than one fund may have an interest in the accounts of LEROY WILLIAMS.

FURTHER AFFIANT SAYETH NOT.

Signed and sealed this ___3rd___ day of ____January___, in the Year of our Lord, two thousand twenty-two (2022).

All Rights Reserved.

For WESLEY JARVIS

Wesley J. Jarvis, Trustee

Page 1 of 2

## JURAT

State of _Ohio_ )

Subscribed and Affirmed )

County of _Fairfield_ )

~~Exhibit 2~~
~~Exhibit 3~~
Exh. 32
Exh. 121

On _January 3_ , 2022 before me, _Nia Tarraire_ (notary public) personally appeared **Wesley J. Jarvis** [ ] personally known to me or [x] proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to above and acknowledged to me that he executed the same in his authorized capacity.

I now affix my signature and official seal to these affirmations.

_____ (Signature)

Notary Public State of _Ohio_                Seal:

My Commission Expires: _5/16/26_

Page 2 of 2

# MASTER KEY OF EXPLANATION FOR CUSIP REPORT

*Exh.32*
*Exh122*

The following is a brief explanation of the report you received for your CUSIP searches.
Please keep in mind that there can be MANY different securities inside the Fund itself.
The value of the fund does not necessarily reflect the amount of your individual security.

*As listed on your report:*

Your name (or name of recipient).

The name of the fund in which the subject security was found to reside.

The Symbol is the Ticker Symbol of the fund which was found.

The CUSIP is the CUSIP number of the fund.

The Inception Date is the date the **FUND** was created. It has nothing to do with the
specific case or issue.

Net Assets and Portfolio Assets usually are the same but can be different. These give an
amount of value held by the Fund trust. This amount can and usually does change on a
daily basis in coordination with the markets in which it trades.

Description of what the fund does in the market place. It also shows what sectors it
trades in

We always encourage that you do deep studies in securities and the relations around the
industry before doing anything with them. It's a highly-regulated market.

EX-10.11 - SEC     ~~EXHIBIT 62 EXHIBIT 113~~

*Exh. 32*
*Exh. 123*

https://www.sec.gov/Archives/edgar/data/133281..

HOMECOMINGS GMAC MORTGAGE, LLC
1992/05/28 Registered 1792907 : 1993/09/14:
76494788 PREMIER SERVICE GMAC RESIDENTIAL
HOLDING COMPANY, LLC 2003/03/06 Registered
2914178 : 2004/12/28: 78855608 PACIFIC UNION...

Timothy King, MBA - Licensed Real Estate
Salesperson ...

*Homecomings ...*
*Citi Financial ..*
*Citibank*

https://www.linkedin.com/in/timothy-king-mba-b21..

Feb 22, 2018 · Homecomings Financial Jul 2001 -
Oct 2008 7 years 4 months. Irvine, CA Sales Leader
CitiFinancial Mortgage Company, Inc. ... Celebrate
Leadership award and the prestigious GMAC ...

Title: Mortgage Broker at Hometown Financial Grou...
Connections: 500+

Location: Buckeye, Arizona, United States

Some results have been removed

‹   **2**   ›

Try the Bing app

Exhibit 02 Exhibit 116

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

Exh. 32
Exh. 124

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank ,N.A.
Plaintiff(s)

April 1,2010

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 201.     APR 06 2010

CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR**
**CIRCUIT COURT JUDGE**

CC. All parches

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty Fl

# Morgan Stanley Maintains U.S. Bancorp(USB.US) With Hold Rating, Raises Target Price to $54

Exh. 32
Exh. 25

Moomoo News · Jul 30 08:31 · Ratings    ▶   1min

| U.S. Bancorp (USB.US) | 45.540 | -1.13% |
| --- | --- | --- |

Morgan Stanley analyst Betsy Graseck maintains $U.S. Bancorp (USB.US)$ with a hold rating, and adjusts the target price from $47 to $54.

According to TipRanks data, the analyst has a success rate of 48.0% and a total average return of 3.3% over the past year.

 moomoo



Exh. 32
Exh. 126

## OCWEN LOAN SERVICING, LLC | 851 N.W.2d 727 (2014 ...

https://www.leagle.com/decision/insdco20140723

Apr 29. 2014 · [¶ 3.] Shortly after the Note's execution. Homecomings sold it to its parent company — Residential Funding Company, LLC. On March 7, 2007, Residential sold the Note to GMAC. GMAC indorsed the Note in blank. GMAC ...

## Ocwen Financial (OCN) Unit Completes ResCap Asset Acquisitions

https://www.streetinsider.com/Corporate+News/Oc...

Feb 19, 2013 · On February 15, 2013, Ocwen Loan Servicing, LLC, a Delaware limited liability company and a wholly owned subsidiary of Ocwen Financial Corporation (NYSE: OCN), completed ...

Missing: Homecomings · Must include· Homecomings

## A List of Recent Mortgage Mergers, Closures, and Layoffs

https://www.thetruthaboutmortgage.com/a-list-.

Nov 09, 2021 · Residential Capital LLC – cutting roughly 1,000 jobs (GMAC company) Residential Finance of Columbus Ohio – reportedly "hacked 19 branches yesterday and a regional manager," per reader tip ResMae Mortgage Corp. – cut 182 jobs ...

## SEE RESULTS FOR

Homecomings Financial LLC (Organization)
Minneapolis, MN

Ex 23.32
Exh. 127

**FJUD**

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,

vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.
_____/

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01

2017 DEC 19 AM 11:37
FILED FOR RECORD

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented, IT IS ORDERED AND ADJUDGED that Plaintiff's
Final Judgment is GRANTED against all Defendants listed by name: Leroy Williams; Unknown
Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis
McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.    **Amounts Due and Owing.** Plaintiff is due:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $448,000.00 |
| Interest good thru 11/29/17 | $307,333.74 |
| Late Charges | $137.20 |

Exhibit 02 Exhibit 120

Exh. 32

Exh. 128

Return To:
Axiom Financial Services
Atlas Post Closing Dept.
10650 West Bernardo Dr., Bldg 1
San Diego, CA 92127-1870

CFN 2005R0793767
OR Bk 23623 Pgs 3231 - R2501 (3pes)
RECORDED 07/29/2005 12:41:05
RFE DOC TAX $3,563.00
INTANG TAX $96.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

This document was prepared by:
Axiom Financial Services
10900 Stonelake Blvd Suite 350
Austin, TX 78759-5867

------------ [Space Above This Line For Recording Data] ------------

## MORTGAGE

MIN 100176105062733202

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated June 30, 2005 together with all Riders to this document.
(B) "Borrower" is LEROY WILLIAMS, AN UNMARRIED MAN

Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(D) "Lender" is Axiom Financial Services

100176105062733                                                           0506273320

FLORIDA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3010 1/01

Page 1 of 20

(F) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(G) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the County of MIAMI-DADE                [Type of Recording Jurisdiction]
                                                          [Name of Recording Jurisdiction]

See Legal Description Addendum Page Attached

Parcel ID Number: 3021239221050
15020 SOUTH RIVER DRIVE
MIAMI                                          which currently has the address of
                                               [Street]
("Property Address"):                          [City], Florida 33167      [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

-6A(FL) (0005).01                10017616505733              2908273320
                                                            Page 2310   Cat

Lender is a

Organized and existing under the laws of the State of California
Lender's address is 10900 Stonelake Blvd Suite 350
Austin, TX 78759-5467

(E) "Note" means the promissory note signed by Borrower and dated June 30, 2005
The Note states that Borrower owes Lender four hundred forty-eight thousand and
00/100

(U.S. $448,000.00          ) plus interest. Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than July 1, 2035

(F) "Property" means the property that is described below under the heading "Transfer of Rights in the
Property."

(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.

(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]:

☒ Adjustable Rate Rider   ☐ Condominium Rider        ☐ Second Home Rider
☐ Balloon Rider           ☐ Planned Unit Development Rider   ☐ 1-4 Family Rider
☐ VA Rider                ☐ Biweekly Payment Rider   ☐ Other(s) [specify]

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final,
non-appealable judicial opinions.

(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.

(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by
check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic
instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit
or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller
machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse
transfers.

(L) "Escrow Items" means those items that are described in Section 3.

(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid
by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i)
damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the
Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the
value and/or condition of the Property.

(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on,
the Loan.

(O) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.

100176105062733

-6A(FL) (0511)          Page 2 of 16          Initials: _____          0506273029
                                                              Form 3915 1/01



# Interest Only ADJUSTABLE RATE NOTE

(LIBOR Six-month index (As Published In The Wall Street Journal) - Rate Caps)

~~[illegible]~~

Exh. 32
Exh. 130

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR A CHANGE IN MY FIXED INTEREST RATE TO AN ADJUSTABLE INTEREST RATE AND FOR CHANGES IN MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY ADJUSTABLE INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.

| | | |
|---|---|---|
| June 30, 2005 | MIAMI<br>[City] | FL<br>[State] |

15020 SOUTH RIVER DRIVE
MIAMI, FL 33167
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 5448,000.00 (this amount is called "Principal"), plus interest, to the order of Lender. Lender is Aegis [illegible] Services. I will make all payments under this Note in the form of cash, check or money order.

I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 6.125%. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3. PAYMENTS

(A) Time and Place of Payments

I will make a payment on the 1st day of every month, beginning on August 1, 2005. Before the First Principal and Interest Payment Due Date as described in Section 4 of this Note, my payment will consist only of the interest due on the unpaid principal balance of this Note. Thereafter, I will pay principal and interest by making a payment every month as provided below.

F0701[illegible]

Due Date as described in Section 4 of this Note. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and if the payment includes both principal and interest, it will be applied to interest before Principal. If on July 1, 2039, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at P.O. Box 502460 San Diego, CA  92150-2460 or at a different place if required by the Note Holder.

**(B) Amount of My Initial Monthly Payments**

The first Thirty-Six (36) monthly payments will be in the amount of U.S. $ 2,286.67, which equals one-twelfth (1/12) of the amount of yearly interest due on the unpaid sum. The next Twenty-Four (24) monthly payments will equal one-twelfth (1/12) of the amount of yearly interest due on the principal at the rate determined in accordance with Section 4 of the Note. All of these payments are called the "Interest Only Payments". The period during which these payments are due is called the "Interest Only Period."

No payments of principal are due during the Interest Only Period. The Interest Only Payments will not reduce the principal amount of this Note. Payments of principal may be made in accordance with Section 5 of this Note.

**(C) Monthly Payment Changes**

During the Interest Only Period, changes in my monthly payment will reflect changes in the interest rate that I must pay. After the Interest Only Period, changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4, and if applicable, Section 5 of this Note.

**4. ADJUSTABLE INTEREST RATE AND MONTHLY PAYMENT CHANGES**

**(A) Change Dates**

The initial fixed interest rate I will pay will change to an adjustable interest rate on the 1st day of July, 2008, and the adjustable interest rate I will pay may change on the first day of every sixth month thereafter. The date on which my initial fixed interest rate changes to an adjustable interest rate, and each date on which my adjustable interest rate could change, is called a "Change Date."

**(B) The Index**

Beginning with the first Change Date, my adjustable interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six month U.S. dollar-denominated deposits in the London market ("LIBOR") as published in The Wall Street Journal. The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."

MIN # :001/012434/2:11203
Borrower Initials

M.S.(JAH)
Page 2 of 7

Interest(s)
Loan #
6A- Indexed Payment Rate 5130 :12/03

SEE...
SWIFT BANK...



Exh. 32
Exh. 132

available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding Four And Five-eighths percentage points ( 4.625 %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

During the Interest Only Period, and before each Change Date, the Note Holder will determine the amount of the monthly payment by calculating one-twelfth (1/12) of the amount of yearly interest due at my new interest rate. During the Interest Only Period, the result of this calculation will be the new amount of my monthly payment.

After the Interest Only Period and before each Change Date, the Note Holder will determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the maturity date at my new interest rate in substantially equal payments. After the Interest Only Period, the result of this calculation will be the new amount of my monthly payment.

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than 9.625 % or less than 6.125 %. Thereafter, my adjustable interest rate will never be increased or decreased on any single Change Date by more than One And One-half percentage points from the rate of interest I have been paying for the preceding six (6) months. My interest rate will never be greater than 13.125 % or less than 6.125 %.

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

**(F) Notice of Changes**

Before the effective date of any change in my interest rate and/or monthly payment, the Note Holder will deliver or mail to me a notice of such change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**Date of First Principal and Interest Payment**

The date of my first payment consisting of both principal and interest on this Note (the "First Principal and Interest Payment Due Date") shall be the first monthly payment date after the first thirty (30) payments under this Note are due.

WILLIAMS
Page 3 of 7

Initials:
Loan #

ARM Modified Rate/ReMax 1552 (11/01)

**Quora**　　　Open in App　　Sign in

JPMorgan Chase & Co. is the parent holding company of Chase(Commercial Bank) and JPMorgan(Investment Bank).

Exh. 32
Exh. 133

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a commercial bank. However, in the 1990's it started to rebuild its investment banking operations. In 2000, it merged with the Chase Manhattan Bank, and JPMorgan Chase was formed. In 2004, it acquired Bank One, Jamie Dimon ( current CEO of JPMorgan Chase) was one of the executives who came from Bank One. During the financial crisis, JPMorgan Chase also acquired Washington Mutual and Bear Sterns. Today, JPMorgan Chase is the largest Bank in the world with over US$2.6 trillion in assets.
Morgan Stanley continues to operate as an investment bank.

Open in App　　✕

AA　　🔒 quora.com　　↻

[redacted]

Exh. 32
Exh. 134

**FLORIDA DEFAULT LAW GROUP, P.L.**
ATTORNEYS AT LAW
[illegible] CORPORATE LAKE DRIVE
[illegible] FLOOR
TAMPA, FLORIDA 33634

Telephone (813) 2[illegible]-47[illegible]
Telefax (813) 251-1541

Please reply to:
Post Office Box 25018
Tampa, FL 33622-5018

July 29, 201[illegible]

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

Re:

| | |
|---|---|
| Loan Number | [redacted] |
| Mortgage Servicer | GMAC MORTGAGE, LLC |
| Creditor to whom the debt is owed | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 |
| Property Address | 15020 SOUTH RIVER DRIVE MIAMI, FL 33167 |
| Our File No | F10051160 |

Dear Borrower:

The law firm of Florida Default Law Group, P.L. (hereinafter referred to as "law firm") has been retained to represent U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 with regards to its interests in the promissory Note and Mortgage executed by LEROY WILLIAMS on June 30, 2005. Pursuant to the terms of the promissory Note and Mortgage, our client has accelerated all sums due and owing, which means that the entire principal balance and all other sums recoverable under the terms of the promissory Note and Mortgage are now due.

As of the date of this letter, the amount owed to our client is $601,289.01, which includes the unpaid principal balance, accrued interest through today, late charges, and other default-related costs recoverable under the terms of the promissory Note and Mortgage. Additional interest will accrue after the date of this letter.

This correspondence is being sent to comply with the Fair Debt Collection Practices Act and should not be considered a payoff letter. Our client may make advances and incur fees and expenses after the date of this letter which are recoverable under the terms of the promissory Note and Mortgage. Therefore, if you wish to receive figures to reinstate (bring your loan current) or pay off your loan through a specific date, please contact this law firm at (813) 251-4766 or client services @ defaultlawfl.com.

Unless you notify this law firm within thirty (30) days after your receipt of this letter that the validity of this debt, or any portion thereof, is disputed, this law firm will assume that the debt is valid. If you do notify this law firm in writing within thirty (30) days after receipt of this letter that the debt, or any portion thereof, is disputed,

FILE_NUMBER: F10051160

HELLOLETTER

## The Biggest Money Laundering Cases: From Wachovia to Danske Bank

Wachovia (US$390 billion): Now part of Wells Fargo. Wachovia was one of the biggest banks in the US. In 2010, the bank was found to have allowed drug cartels in Mexico to launder close to US$390 billion through its branches during 2004-2007. The drug cartels used to smuggle US dollars received from drug sales in the US across the Mexican border.

Exh. 32
Exh. 135

🔵 https://justiceinmexico.org › wachovia-bank-accused...

## Wachovia Bank Accused of Laundering Billions From Mexican Drug Cartels

This investigation led to criminal proceedings against Wachovia, which were settled out of court under the U.S. Bank Secrecy Act in March 2010. Wachovia ultimately paid federal authorities $110 million in forfeiture, a $50 million fine for failing to monitor cash flow, and a sanction because it never applied the proper anti-money laundering .

🔷 https://supreme.justia.com › cases › federal... › us ›

## Wachovia Bank, N. A. v. Schmidt :: 546 U.S. 303 (2006) :: Justia US ...

certiorari to the united states court of appeals for the fourth circuit. No. 04-1186. Argued November 28, 2005 —Decided January 17, 2006. Petitioner Wachovia Bank, National Association (Wachovia), is a national banking association with its designated main office in North Carolina and branch offices in many States, including South Carolina.

duckduckgo.com



A new true-crime podcast

News

Exh. 32
Exh. 136

This was published 13 years ago

# Wells Fargo bank says to buy rival Wachovia

October 3, 2008 — 10.43pm

☐ Save    → Share    A  A  A

US bank Wells Fargo said Friday it was buying
rival Wachovia for 15.1 billion US dollars in
stock, ending a government-backed plan for
Citigroup to take over Wachovia's banking
operations.

Wells Fargo and Wachovia "signed a definitive
agreement for the merger of the two
companies" without government assistance,
the two firms said in a statement.

It said the deal covered "all of Wachovia's
banking operations in a whole company

⹀ smh.com.au

# Finextra

Channels

News

All company news ›

Erazing the world's most
innovative crypto programs

Exh. 32
Exh. 137

# US Bancorp buys Wachovia corporate trust, custody units

29 November 2005

Source: US Bancorp

**U.S. Bancorp (NYSE:USB) announced today that its lead bank, U.S. Bank, N.A., has entered into a definitive agreement to purchase the corporate trust and institutional custody businesses of Wachovia Corporation (NYSE:WB).**

As a result of this transaction, U.S. Bank Corporate

AA        finextra.com

US Bancorp buys Wachovia corporate trust, custody units

Source: US Bancorp. U.S. Bancorp (NYSE:USB) announced today that its lead bank, U.S. Bank, N.A., has entered into a definitive agreement to purchase the corporate trust and institutional custody



Exh. 32
Exh. 138

https://www.company-histories.com › Wachovia

## Wachovia Corporation -- Company History

1893: Wachovia Loan and Trust Company becomes North Carolina's first charted trust company. 1910: Wachovia National Bank merges with Wachovia Loan and Trust to become Wachovia Bank and Trust Company. 1968: The Wachovia Corporation is formed as a holding company. 1988: First Union lists on the New York Stock Exchange.

https://sherloc.unodc.org › cld › en › case-law-doc

## United States of America v. Wachovia Bank

Between 2004 and 2007, almost $13 million USD "went through correspondent bank accounts at Wachovia for the purchase of aircraft to be used in illegal narcotics trade.". In fact, more than twenty thousand kilograms of cocaine were seized from these aircraft. The investigating agencies determined that Wachovia's CDC business was high risk.

https://www.reuters.com › article › us-wachovia-corp ›

## Wachovia pays $160 million to settle

» duckduckgo.com

TO SQUARE LAST ORDER & RETAIN DRIG CREDIT

Exh.32
Exh.139

RE'D ORIGINAL NOTE AND MORTGAGE

SUITS OF USING VACATING DISMISSING DAL
SALE RELEASE LIS PENDENS, ETC.

ATK COURTS IS TO DISMISS CASE CAN TEL FORECLOSURE
SALE ETC

E STOLE A 4100 OF DISMISSAL

DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE

TO WRITTEN DIRECTING PLANTS TO STAND ON   TO

THAT BUYER HAS RIGOROUS MCS TO DEFENDANT  ETC

FROM MADE, WELLS TO DISMISS FR LACK OF PROSECUTION

UPON MACHINES  TO DISMISS REQ , ATK OF PROSECUTION

A OF SEA A CASE CANCEL AND FORECLOSURE SALE

PUB DATE  08/21/2007

PUB DATE

TO CANCEL FORECLOSURE SALE

STIP $$$$$$ SET ASIDE FUND AND REDOMAGED P STAY

ESQ FEE PAYMENT 9$$$$

WRITTEN REVIEW OF DISPUTE VALIDITY OF ALLEGED LOAN

AFFIDAVIT OF AMOUNTS DUE AND OWING

ORIGINAL MORTGAGE AND ORIGINAL NOTE

FINAL DISPOSITION FORM

8:05                                5G

# OCCUPY

## REVEALED: FEDERAL JUDGES GUILTY OF OWNING STOCK IN CORPORATIONS THEY RULED ON

### THU, 5/1/2014 - BY REITY O'BRIEN, KYTJA WEIR, CHRIS YOUNG THE CENTER FOR PUBLIC INTEGRITY

  reddit   Share

 Like



When Linda Wolicki-Gables and her husband appealed a lawsuit all the way to the second-highest court in the nation against Johnson & Johnson over a malfunctioning medication pump that had been implanted in her body, the couple had no idea that one of the judges who decided their case had a financial stake in the giant multinational company.

Eleventh U.S. Circuit Court of Appeals Judge James Hill owned as much as $100,000 in Johnson & Johnson stock when he and two other judges ruled against the Gables'

occupy.com

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867



**PAYMENT SERVICES**

Dec. 1, 2006

*Exh. 32*
*Exh. 141*

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

հվհահվիսիիսիիսիիսիիսիի

**PAYMENT DESCRIPTION**

Bank:                          WACHOVIA BANK, NA
Bank Account Number:           ******0274
Date of Transaction:           Nov.30, 2006

Payable To:                    AXIOM FINANCIAL SERVICES
Amount of Payment:             $2286.67

Customer Reference:            0001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:45 A.M. Nov. 30,2006, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-832-7990.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD.SUITE 350
AUSTIN TX 78759-5867

Important information
Don't give out your bank account information over the phone unless you know the company and understand why the information is nessary.
This is not a bill. Do not mail. payment.
Retain this letter for your records.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Jan. 1. 2006

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

**WESTERN UNION**
**PAYMENT SERVICES**

Exh. 32
Exh. 142

**PAYMENT DESCRIPTION**

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | ******0274 |
| Date of Transaction: | Dec.31, 2006 |
| | |
| Payable To: | AXIOM FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| | |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:40 A.M. Dec. .31,2006,we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. included in
the payment amount is the $8.00 'service fee that you also authorized.

~ if you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7950.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD.SUITE 350
AUSTIN TX 78759-5867

Important Information
Don't give out your bank account information over the phone unless you know the company and understand why the information is necessary.
This is not a bill. Do not mail. payment.
Retain this letter for your records.



PAYMENT SERVICES

**AXIOM FINANCIAL SERVICES**
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

*Exh. 32*
*Exh. 143*

Feb. 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

hihdladhlhhdadhllhudhhdadlhhdhi

PAYMENT DESCRIPTION

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | *****0274 |
| Date of Transaction: | Jan.31, 2007 |
| | |
| Payable To: | AXIOM FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| | |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:00 A.M. Jan. 31,2007, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department. at 188-832-7990.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD. SUITE 350
AUSTIN TX 78759-5867

Important information.
Don't give out your bank account information over the phone unless you know the company and understand why the information is needed.
This is not a bill. Do not mail payment.
Retain this letter for your records.

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867



April 1, 2007

LEROY   WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

Exh. 32
Exh. 144

## PAYMENT DESCRIPTION

**Bank:**                WACHOVIA BANK, NA
**Bank Account Number:**    ******0274
**Date of Transaction:**     March 30, 2007

**Payable To:**           Axion Financial Services
**Amount of Payment:**     $2286.67

**Customer Reference:**     0001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 11:51 A.M., March 30, 2007, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

                      Axiom Financial Services
                      10900 Stone Lake Blvd.Suite 350
                      Austin Tx 78759-5867

Important information
Don't give out your bank account information over the phone unless you know the company and understand why the
information is nessary

This is not a bill. Do not mail. payment.
Retain this letter for your records.

004730A0116730

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867



**PAYMENT SERVICES**

*Exh. 32*
*Exh. 145*

May 1, 2007

LEROY   WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMi FL 33167

## PAYMENT DESCRIPTION

Bank:                                          WACHOVIA BANK, NA
Bank Account Number:                   *****0274
Date of Transaction:                      April 30, 2007

Payable To:                                   Axion Financial Services
Amount of Payment:                       52286.67

Customer Reference:                      0001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 10:00 A.M., April 30, 2007, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

Axiom Financial Services
10900 Stone Lake Blvd.Suite 350
Austin Tx 78759-5867

important information
Don't give out your bank account information over the phone unless you know the company and understand why the
information   is nessary

This is not a bill. Do not mail, payment.
Retain this letter for your records.

004730A0116730

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867



**PAYMENT SERVICES**

June 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167
[mailing barcode]

$Exh.32$
$Exh.146$

## PAYMENT DESCRIPTION

Bank:                               WACHOVIA BANK, NA
Bank Account Number:                ******0274
Date of Transaction:                May 30, 2007

Payable To:                         Axion Financial Services
Amount of Payment:                  $2286.67

Customer Reference:                 0001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 10:38 A.M., May 30,2007, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-832-7990.
Thank you for your business.

                    Axiom Financial Services
                    10900 Stone Lake Blvd.Suite 350
                    Austin Tx 78759-5867

                        Important Information
Don't give out your bank account information over the phone unless you know the company and understand why the information is nessary.

                    This is not a bill. Do not mail. payment.
                    Retain this letter for your records.

004730A0116730

AFFIDAVIT

Exh. 32
Exh. 147

I Maurice Symmenette was There in The Dade County
Courthouse on Flagler Street in Downtown Miami and
witnessed Judge Zabel Sign The Document To Dismiss
with Prejudice an effecting That was for The case:
2017-19457-CA01, and I was witness That I signed
on The Market Sign Judge Zabel

MAURICE Symmenette
15030 S. River Dr
Miami, Fla 33167



A Sworn - notarial (
Feb 4, 2022

I Mark Wells was there in The Miami Dade County

Cart house on Flagler Street in Downtown Miami and

I witness Judge Zabel Sign The Dismiss To Dismiss with

Prejudice on 04/06/2021 That was For The case Number

2021-12407-(incl) And I'm also a witness that I

Saw it on the Docket Signed by Judge Zabel

Mark Wells

MARK WELLS

15026 S River dr.

Miami Fla 33167

x Yannie Mitchell





Exh. 32
Exh. 149

_AFFIDAVIT_

I James Buckman was there in the Miami Dade Court
House on Flagler Street in downtown Miami and I witness
Judge Zabel sign The Document + license with Prejudice
on Exp/ee/Buly That was for the case no 2017-12407 Title,
And I'm now witness That I saw it on the docket Signed
by Judge Zabel.

James Buckman Jr.
13 ____ Avenue
Miami FL 33169

X Jannic _____
Feb 11, 2022



IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

*Exh. 32*
*Exh. 150*

MAURICE SYMONETTE

Plaintiff(s)

vs

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the
premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration
of this case

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance
with established procedures.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 21st day of
January, 2022.

*[signature]*

2021-010826-CA-01 01-21-2022 11:24 AM

Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

Exh. 32
Exh. 151

People also ask

AA     Q ginac owns homeo

Exh. 32
Exh. 152

GMAC Residential Funding Corp.
Homecomings Financial - Prior Returns

Q gmac owns homec

Exh. 32
Exh. 158

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Exh. 32
Exh. 153

CIRCUIT CIVIL DIVISION
CASE NO: 10-61928-CA01

US Bank, NA

Plaintiff(s),

vs.

Levoy Williams

Defendant(s).

ORDER
~~GRANTING/DENYING~~
~~PLAINTIFF'S/DEFENDANT'S~~
Objection to Sale

THIS CAUSE having come on to be heard on __1/9/19__
on Plaintiff's/Defendant's Motion

Objection to Sale

and the Court having heard arguments of counsel, and being otherwise advised in the premises, it is hereupon:

ORDERED AND ADJUDGED that said Motion be, and the same is hereby:

Denied as moot. The sale was previously
vacated on 12/28/18. Defendant's
bankruptcy is still active.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this ___9___
day of

January 2019.

CIRCUIT COURT JUDGE
CIRCUIT COURT JUDGE

ORIGINAL
JUDGE MIGUEL DE LA O

Copies furnished to: Counsel or Records
Copies to:

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Exh.32
Exh.154

CASE NO: 2010-065286-CA-01
SECTION: CA05
JUDGE: Veronica Diaz

U S Bank (na)
Plaintiff(s)

vs

Williams, Leroy
Defendant(s)

_____

## ORDER ON MOTION TO CANCEL FORECLOSURE SALE SCHEDULED FOR JUNE 24, 2020

**THIS CAUSE** having come before the Court on the Plaintiff's Motion to Cancel Foreclosure Sale, and the Court having heard argument of parties, having reviewed the file and the Court being otherwise duly advised, it is thereupon,

### ORDERED AND ADJUDGED:

The Plaintiff's Motion to Cancel Foreclosure Sale is hereby **GRANTED**.

The clerk is directed to reset the foreclosure sale upon further motion of Plaintiff and order of the court.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 2nd day of June, 2020.

Exh.32
Exh.155

2020 061908 CX210 06-02-2020 11:25 AM
Hon. Veronica Diaz

**CIRCUIT COURT JUDGE**
Electronically Signed

PREMILINARY

RETURN

**Electronically Served:**

Manuel Phenelus  y.valdes a miamidade.gov
Daniel Hurtes. DHurtes a BlankRome.com
Daniel Hurtes. BRE I.E.service a BlankRome.com
Giuseppe Salvatore Catandella, FLeFileTeam a brockandscott com
Giuseppe Salvatore Catandella, FI (CourtDocs a brockandscott.com
Giuseppe Salvatore Catandella, CourtXpress a firmsolutions us
Jennifer I. Warren, jwarren a northmiamifl.gov
Jennifer I Warren. city attorney a northmiamifl.gov
Jessica J Fagen. FLeFileTeam a brockandscott com
Jessica J Fagen. FI.CourtDocs a brockandscott.com
Jessica J Fagen. CourtXpress a firmsolutions us
Jimmy Keenan Edwards. FLeFileTeam a brockandscott.com
Jimmy Keenan Edwards. FI.CourtDocs a brockandscott. com
Jimmy Keenan Edwards, CourtXpress a firmsolutions us
Jonathan S Wilinsky. FLeFileTeam a brockandscott com
Jonathan S Wilinsky. CourtXpress a firmsolutions us
Jonathan S Wilinsky. FI.CourtDocs a brockandscott.com
Kara Leah Fredrickson. FLeFileTeam a brockandscott com
Kara Leah Fredrickson. FI.CourtDocs a brockandscott.com
Kara Leah Fredrickson. CourtXpress a firmsolutions us
Laura Ashley Jackson, PI of the Team a brockandscott.com

... Andre Jackson, AF Vertabae a rrockand options.
Stephen - linploy to. Wilson, nemfivanbb2t> Fargahoo.com
Stephen Christopher W Tom, schbomss5087@yahoo.com
Tania Bertolini, tania.bertolini@bertolinilaw.com
Tania Bertolini, info@bertonilaw.com
William Loenos, 11@BillsTeam.mbrookunus.out.com
William Loenos, 11 CruptDocs@brookandassou.com
William Loenos, your xpressen FirmSolutions.us
insurance symenette, BigBOSS@Cherx.com
insurance symenette, BIGBOSS1147@cybar.com
insurance symenette, boss@cubex.com

**Physically Served:**

Exh. 32
Exh. 156

Exh.32
Exh.157

FJUD

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,

vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil, Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court on Plaintiff's Final Judgment on November 29, 2017 on. On the evidence presented, **IT IS ORDERED AND ADJUDGED** that Plaintiff's Final Judgment is **GRANTED** against all Defendants listed by name: Leroy Williams, Unknown Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams; Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil, Unknown Spouse of Curtis McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.   Amounts true and Owing. Plaintiff is due:

Principal due on the note secured by the mortgage foreclosed:    $443,000.00
Interest good thru 11/29/17    $307,333.74
Late Charges    $137.20

Case No. 2010-61928-CA-01    File # 13-F02368



| | |
|---|---|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.04 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood Insurance 2015 | $6,085.68 |
| Flood Insurance 2016 | $6,021.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $6,252.83 |
| Hazard Insurance 2015 | $6,146.00 |
| Hazard Insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,197.36 |
| | |
| Attorney's Fees Total | $4,689.00 |
| | |
| **Court Costs, Now Taxed:** | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,935.00 |
| Publication, Notice of Action | $230.00 |
| **Additional Costs:** | |
| BPO | $1,302.00 |
| Property Inspection | $1,172.25 |
| Maintenance | $340.00 |
| **GRAND TOTAL** | $991,297.35 |

*Exh. 32*
*Exh. 158*

2. **Interest.** The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statutes.

3. **Lien on Property.** Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property address: 15020 South River Drive, Miami, FL 33167

4. **Sale of property.** If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on ____JAN 3 0 2018____, at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031.

Case No. 2010-61928-CA-01                    2                    File # 13-F02868



Florida Statutes. The subject property shall be sold by electronic sale at www.miamidade.realforeclose.com.

Exh 32
Exh .159

5. **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6. **Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7. **Right of Possession.** Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8. **Jurisdiction.** The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9. **Attorney Fees.** The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 19.8 hours and a $2,380.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,380.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla.1985).

10. The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida, is incorrect. Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11. The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Littlejohn AKA James L. John, Hoke Williams, Mack Wells, Curtis McNeil, Symonette Limited Partnership's interest in the subject property, superior to the interest of the Defendants.

Exh. 32
Exh. 160

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this ___ day of _____, 2017.

DEC 1 9 2017

Circuit Judge

John Schlesinger
Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address.

Service List

William LaCroix, Esq.
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309

Miami-Dade County, Florida
c/o Altanese Phenelus, Esq.
111 NW 1st Street
Miami, FL 33128
yvalles@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 N E 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
E.N/A 15020 South River Drive
Miami, FL 33167

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER 03
THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES.          John Schlesinger
                 Judge's Initials          Judge

Case No: 2010-61926-CA-01

Exh. 32
Exh. 161

Unifund CCR Partners, G.P.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series I
c/o Legal Department
1761 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Heike Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. John
8152 NW 15th Manor, Apt FC2R
Plantation, FL 33322

Littlejohn a/k/a James L. John, James
L/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Alicha Smith, R.A.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

State of Florida, Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
process
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. FC2R
Plantation, FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Case No. 2010-61675-CA-01                    2                    File # 13-F02843

The Unknown Spouse of Leroy Williams
L/K/A 15020 South River Drive
Miami, FL 33167

The Unknown Spouse of Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Mack Wells
L/K/A 15020 South River Drive
Miami, FL 33167

Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Symonette Limited Partnership
L/K/A 15020 South River Drive
Miami, FL 33167

Exh.32
Exh.162

Case No. 2010-61925-CA-01        5           File # 13-P02805

Exh.32
Exh.163

Filed Pursuant to Rule 424B5
Registration File No. 333-122464

Prospectus Supplement dated November 16, 2005 (to Prospectus dated May 2, 2005)

$468,751,490

RESIDENTIAL ASSET SECURITIES CORPORATION
DEPOSITOR

RASC SERIES 2005-AHL3 TRUST
ISSUER

RESIDENTIAL FUNDING CORPORATION
MASTER SERVICER

HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES
SERIES 2005-AHL3

OFFERED CERTIFICATES

The trust will consist primarily of a pool of one-to four-family fixed rate and adjustable rate, first lien mortgage loans. The trust will issue three classes of senior certificates, the Class A Certificates and nine classes of subordinate certificates, the Class M Certificates, that are offered under this prospectus supplement.

CREDIT ENHANCEMENT

Credit enhancement for the offered certificates consists of:

○ excess cash flow and overcollateralization;

○ yield maintenance agreement; and

○ subordination provided to the Class A Certificates by the Class M Certificates, and subordination provided to the Class M Certificates by each class of Class M Certificates with a lower payment priority.

YOU SHOULD CONSIDER CAREFULLY THE RISK FACTORS BEGINNING ON PAGE S-13 IN THIS PROSPECTUS SUPPLEMENT

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THE OFFERED CERTIFICATES OR DETERMINED THAT THIS PROSPECTUS SUPPLEMENT OR THE PROSPECTUS IS ACCURATE OR COMPLETE. ANY

Exh. 164

# Morgan Stanley

Morgan Stanley is an American multinational investment management and financial services company headquartered at 1585 Broadway in Midtown Manhattan, New York City. With offices in more than 41 countries and more than 75,000 employees, the firm's clients include corporations, governments, institutions, and individuals.[4] Morgan Stanley ranked No. 61 in the 2021 Fortune 500 list of the largest United States corporations by total revenue.[4]

The original Morgan Stanley, formed by J.P. Morgan & Co. partners Henry Sturgis Morgan (grandson of J.P. Morgan), Harold Stanley, and others, came into existence on September 16, 1935, in response to the Glass–Steagall Act that required the splitting of commercial and investment banking businesses.[5] In its first year, the company operated with a 24% market share (US$1.1 billion) in public offerings and private placements.

The current Morgan Stanley is the result of merger of the original Morgan Stanley with Dean Witter Discover & Co. in 1997.[6] Dean Witter's Chairman and CEO, Philip J. Purcell, became the Chairman and CEO of the newly merged "Morgan Stanley Dean Witter Discover & Co."[9][7] The new firm changed its name back to "Morgan Stanley" in 2001.[8][9][10] The main areas of business for the firm today are institutional securities, wealth management and investment management. The bank is considered systemically important by the Financial Stability Board.

## Morgan Stanley

# Morgan Stanley



Morgan Stanley's office at 1585 Broadway on Times Square, New York City

| | |
|---|---|
| **Type** | Public |
| **Traded as** | NYSE: MS (https://www.nyse.com/quote/XNYS:MS) S&P 100 component S&P 500 component |
| **Industry** | Financial services |
| **Founded** | 1935 (The original Morgan Stanley) 1924 (Dean Witter & Co.) 1931 (Reynolds Securities) |
| **Founder** | Henry Sturgis Morgan |

# Contents

Overview

History

The original Morgan Stanley (1935–1997)
Morgan Stanley after the merger (1997–present)

Organization

Exh. 32
Exh. 165

**Quora**    Open in App    Sign In

MORGAN STANLEY § J.P. MORGAN

How is Morgan Stanley related to JP Morgan?

John Pierpont Morgan was the head of a bank which he renamed to be J. P. Morgan and Co. in 1895. In the 1930s US regulators required that investment banking and commercial banking not be operated by the same company. In 1935 some of the senior executives of J. P. Morgan

### Upgrade to Quora+ to access this answer

✓ Access millions more answers like this

✓ Browse ad-free

✓ Support the writers you like to hear from

**Start free trial**

**Learn more**

 **Russell Newton**, Co-Founder at CoinShares (1999–present)

Related  **What's the relationship between JP Morgan and Morgan Stanley? Is the Morgan in each of their names the same person? Were they once one firm? Are they connected at all now?**

I have a funny story about this.

I used to work for JP Morgan and on one business

**Open in App**    ✕

Ⓠ quora.com



Morgan Stanley grandson of JP Morgan

Exh. 32
Exh. 16 7

The "Morgan" in Morgan Stanley is J.P.
Morgan's grandson. The company was founded
by Henry S. Morgan, Harold Stanley, and others
in 1935. Morgan Stanley was created as an
investment park, but it is also considerably
more.

Industry:

https://www.investopedia.com › mo .

How Morgan Stanley (MS) Makes its Money
- Investopedia

## People also ask

Which is bigger J.P. Morgan or Morgan Stanley?

Difference Between JP Morgan and Morgan Stanley. B24
& AUM

When comparing JP Morgan vs. Morgan Stanley. Morgan
Stanley has a larger wealth management portfolio. As
of March 2019, Morgan Stanley Wealth Management
reported 3,106 billion AUM. JP Morgan Private Bank

AA    Q Morgan Stanley g



Exh.32
Exh.168

## US BANCORP Stock Ownership – Who owns US BANCORP?

Ownership



Pro Traders Love This App

## Insider buying vs selling

| Name | Role | Date | Shares | Price | |
|------|------|------|--------|-------|---|
| Elliot R. Barnette | Senior EVP Chief HR Officer | 2022-03-05 | 2,022 | $35.25 | |
| Andrew Cecere | Chairman President and CEO | 2022-03-05 | 10,607 | $43.25 | |
| James L. Chosy | Senior EVP and General Counsel | 2022-03-03 | 2,380 | $55.25 | |
| Terrance R. Dolan | Vice Chair & CFO | 2022-03-03 | 4,305 | $56.25 | |
| Gunjan Kedia | Vice Chair | 2022-03-03 | 3,112 | $56.25 | |

[redacted]

Exh. 32 Exh. 169

| | | | | |
|---|---|---|---|---|
| Berkshire Hathaway Inc | 8.91 | 126,417,987 | $69,548 | Institution |
| Vanguard Group Inc | 7.55 | 111,805,359 | $5,793 | Institution |
| Blackrock Inc | 6.56 | 97,457,184 | $5,040 | Institution |
| State Street Corp | 4.28 | 63,300,947 | $3,285 | Institution |
| JPMorgan Chase Co | 3.04 | 45,127,825 | $2,348 | Institution |
| Wells Fargo Company | 1.97 | 29,352,293 | $1,218 | Institution |
| Dodge Capital Management LLC | 1.57 | 23,322,000 | $1,213 | Institution |
| Charles Schwab Investment Management Inc | 1.48 | 22,052,957 | $1,148 | Institution |
| Northern Trust Corp | 1.20 | 17,733,541 | $920.82M | Institution |

OWN U.S. Bancorp

## JSB vs Bank Stocks

| Ticker | Inst | Insider | Net Insider (12M) | Net Insider (3M) |
|---|---|---|---|---|
| USB | 74.57% | 20.78 | Net Selling | Net Selling |
| [illegible] | 61.13% | 0.78% | Net Buying | Net Selling |

https://screener.fidelity.com : new : etf : goto : snapsho...

## COMB | Ownership - Fidelity

Ownership summary, institutional & mutual fund ownership details, Top 10 mutual fund holdings, and more for the GRANITESHARES BLOOMBERG COMMODITY BROAD STR NO K-1 ETF (COMB) ... Axiom Financial Strategies, LLC· 03/31/2022: 129.6K: $4.5M: 1.09%: Mutual Fund Ownership Details. Institutional Mutual Fund & Mutual Fund (No 13F Form) Ownership: 0.54% ...

*[handwritten: Exhibit-62 / Exhibit-05 / Exh. 32 / Exh. 170]*

● https://www.sec.gov › Archives › edgar › data › 929519 ...

## Transamerica Axiom II NY - sec.gov

Real estate: Financial Planning Services, Inc. District of Columbia . 100% Commonwealth General Corporation : Management services: First FGP LLC  Delaware : Sole Member: FGH USA LLC : Real estate: Fourth FGP LLC ... Delaware : Sole Member FGH USA LLC : Real estate: FSBA AAM Strategic Fund I, LP : Delaware : Sole Member: Aegon AM Private Equity ..

*[handwritten: Axiom with Fidelity →]*

Ⓟ https://smartmot.co.uk

## Smart MOT - FundExpert

Axiom Axiom European Financial Debt Fund Limited. Axiom Concentrated Global Growth Equity. ... BNY Mellon Sustainable Real Return. BNY Mellon Sustainable Sterling Bond. ... Fidelity Global Financial Services. Fidelity Global Focus. Fidelity Global Health Care.

🄵 https://www.fidelity.co.uk › planning-guidance › investm...

## Investment Finder | Compare over 2500 Investment Funds | Fidelity

Investment Finder. Our investment finder lets you sort, filter and compare a wide range of funds and individual shares from Fidelity and other providers. Important information - please keep in mind that the value of investments can go down as well as up, so you may get back less than you invest.

⌕ duckduckgo.com




Exh. 32
Exh. 171

## Institutional Ownership Details

Top 10 Institutional Holdings by Shares Held

## Mutual Fund Ownership Details

Top 10 Mutual Fund Holdings by Shares Held

  

AA   screener.fidelity.com

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR   Exh. 33

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MAURICE SYMONETTE

Plaintiff.

V.

CASE NO: 2021-10826-CA01

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Jan.29 2024 Jose M. Rodriguez Fine review of the record and Final Judgement Order, Exhibit.A. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42. IFRS 2018 Tables 9-13. SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Jose M. Rodriguez must Recuse his self for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money illegally. Hise's proof: **In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021** Says on pg.1 line 3, $392,610.00 Exh.D1, for And on the Form 6 of 2022 Line 6. $321,128.00 Exh.D2 for Voya And on the Form 6 for 2020 for Voya Retirement on line 2. $332,289.00 Exh.D3. And Voya Retirement in 2019 line 8. $279,314.00 Exh.D4. and Voya Retirement is US Bank, Exh. E.2.: Judge Jose M. Rodriguez is Doing Business U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, VOYA FINANCIAL AND BMW FINANCIAL WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this cesspool all with the same Conflict of Interest like Judge Valerie Manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to his Form 6 Financial Disclosure Affidavit, Exh.F. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.G. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $.1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.H. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.I. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.J. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice, no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.K. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose, M. Rodriguez must do because he has the same conflict of Interest  So he must recuse himself and vacate his Order, Exhibit, G. So Jose M. Rodriguez you must Recuse YOUR SELF and not ORDER against us, EXH. I.

**FACTS**

33

1. On Dec. 19, 2017, Defendant Judge John Schlesinger issued a final Judgment order Exhibit. S against Plaintiff **Exhibit 75** Pursuant to Florida Stat. 112.131, Florida Rule 2.160 '(H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the _Jan. 29 2024_ Judge Jose M. Rodriguez review of the record and Final Judgement Order, Exhibit. A. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Jose M. Rodriguez must Recuse his self for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof.

## FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1). Fla. Rule 2.160 (A) (H), Fla. Statute 112 312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstances.*

Exh. 33

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Jose M. Rodriguez was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Jose M. Rodriguez has creditor loan history and business with Plaintiff U.S BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by his sua sponte review and Final Judgment Order. Judge Jose M. Rodriguez has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, R

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June 25, 2010 Final judgment, Order [Exhibit J, based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons state.

/S/MAURICE SYMONETTE
MAURICE SYMONETTE
15020 S. River Dr.
Miami, fla. 33167

## CERTIFICATE OF SERVICE

I HISEBY CERTIFY that on this 2nd day of Feb., 2024 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on June 25 2010, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MAURICE SYMONETTE has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit; O. GMAC Also does not own

## CERTIFICATE OF SERVICE

I HISEBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

/S/MAURICE SYMONETTE
MAURICE SYMONETTE
15020 S. River Dr.
Miami, fla. 33167

 Exh. 33

## CERTIFICATE OF SERVICE

I HERE BY CERTIFY that on this 2nd day of Feb., 2024 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

*Exh. 33*
*Exh. A (pg. 1)*



IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2021-CA-010826

MAURICE SYMONETTE,

Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC 2005AHL3, et
al.,

Defendant(s).

## NOTICE OF SERVING ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT

Defendants, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 ("U.S. Bank") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") (collectively, "Defendants"), by and through its undersigned counsel, hereby gives Notice of Serving the attached Order Granting Defendants' Motion to Dismiss Third Amended Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 29, 2024, with the Clerk of the Circuit Court using the Florida Courts e-filing eportal and served by an automatic email generated by the Florida Courts e-filing portal to: Jessica F. Watts, Esq., Quinn Legal, P.A., 19821 US Highway 19 N., Ste. 512, Clearwater, FL 33764, eservice@quinnlegal.com and kmiller@quinnlegal.com. I also certify that, in accordance with Florida Rule of General Practice and Judicial Administration 2.516, the foregoing document is being served on all pro se parties identified below by U.S. Mail: Mr. Mack Wells, 15020 S.

140383.06815/127862294v.1

Exh. 33
Exh. A pg.

River Drive, Miami, FL 33167 and Mr. Maurice Symonette, 15020 S. River Drive, Miami, FL 33167.

**BLANK ROME LLP**

100 S. Ashley Drive, Suite 600
Tampa, Florida 33602
Tampa, FL 33602
Telephone: 813-255-2324
Facsimile: 813-433-5352

*/s/ Michael R. Esposito*
MICHAEL R. ESPOSITO
Florida Bar No. 37457
Michael.Esposito@BlankRome.com
NICOLE R. TOPPER
Florida Bar No. 558591
Nicole.Topper@BlankRome.com
*Counsel for Defendants, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC*

Exh. 33
Exh. A pg3



# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA15
JUDGE: Jose Rodriguez

**MAURICE SYMONETTE**

Plaintiff(s)

vs.

**U.S. BANK NATIONAL ASSOCIATION (TR) et al**

Defendant(s)

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT

THIS CAUSE is before the Court on (1) Defendant's Motion to Dismiss Third Amended Complaint With Prejudice ("Defendants' Motion"). This Court having considered Defendant's Motion and being fully advised on the premises, hereby finds as follows:

### I. Dismissal with Prejudice

Dismissal with prejudice is a severe sanction. *See Obenschain v. Williams*, 750 So. 2d 771, 772 (Fla. 1st DCA 2000). The trial court should grant such relief only when the pleader has failed to state a cause of action and it conclusively appears that the pleader cannot possibly amend the pleading to state a cause of action. *Id.* at 772–73. A dismissal with prejudice can constitute an abuse of discretion where a party may be able to plead additional facts to support its cause of action or support another cause of action under a different legal theory. *Id.* at 773 (citing *Kapley v. Borchers*, 714 So. 2d 1217, 1218 (Fla. 2d DCA 1998)). Thus, the trial court should hesitate to dismiss without giving the pleading party an opportunity to amend. *See Kapley*, 714 So. 2d at 1218.

*Florida Dep't of Revenue ex rel. A.L. v. S.B.*, 124 So. 3d 377, 378 (Fla. 2d DCA 2013).

### II. Analysis

This Court has provided the Plaintiff with three opportunities to file an amended complaint, to safeguard Plaintiff's procedural and substantive rights. Plaintiff's Third Amended Complaint is dismissed for failure to comply with the Court's Order, entered on June 17, 2023, which

Exh. 33  Exh. A Pg. 4

specifically stated that Plaintiff had twenty (20) days to file his Third Amended Complaint. Plaintiff filed his Third Amended Complaint on July 19, 2023, past the twenty (20) days allowed by the Court. Therefore, this is sufficient to dismiss Plaintiff's Third Amended Complaint.

Moreover, the Defendant has proffered proof that judgment has been entered in favor of U.S. Bank in the underlying foreclosure case. Furthermore, because the Plaintiff continues to allege conclusory facts, this Court reasonably concludes that the Plaintiff cannot allege additional facts to state a cause of action.

WHEREFORE, it is ORDERED and ADJUDGED that DEFENDANT'S MOTION is GRANTED with prejudice.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 19th day of January, 2024.

2021-010826-CA-01 01-19-2024 3:14 PM
Hon. Jose Rodriguez

**CIRCUIT COURT JUDGE**
Electronically Signed

**Electronically Served:**
Erin Mae Rose Quinn, kmiller@quinnlegal.com
Erin Mae Rose Quinn, eservice@quinnlegal.com
Jessica F. Watts, eservice@quinnlegal.com
Jessica F. Watts, kmiller@quinnlegal.com
Michael Esposito, MEsposito@BlankRome.com
Michael Esposito, BRFLeservice@BlankRome.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nicole Topper, NTopper@BlankRome.com
Nicole Topper, BRFLeservice@blankrome.com
Nicole Topper, sol.cruz@blankrome.com
maurice symonette, BigBOSS1043@yahoo.com

**Physically Served:**

Case No: 2021-010826-CA-01

Page 2 of 2

# FORM 6    FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

FLORIDA **2021**

COMMISSION ON ETHICS

FOR OFFICE USE ONLY:

**JUN 21 2022**

**RECEIVED**

HON JOSE MANUEL RODRIGUEZ
Circuit Court Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSE
73 WEST FLAGLER STREET RM. 405
MIAMI FL 33130

PROCESSED

ID CODE

ID NO.    2459█

CONF. CODE

Rodriguez, Jose Manuel

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2021 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of ___December 31___ 20 _21_ was $ 1,045,191.00

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 30,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required – see instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank Account (Chase) | $ 6,190.00 |
| City National Bank of Florida | $ 15,000.00 |
| Voya | $392,610.00 |
| **(Continued on a Separate Sheet) | |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $ 7,425.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $ 928.00 |
| United Wholesale Mortgage, P.O. Box 77404, Ewing, NJ 08628 | $280,454.00 |
| **(Continued on a Separate Sheet) | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

CE FORM 6 - Effective June 2, 2022
Incorporated by reference in Rule 34-8.002(1), F.A.C.    (Continued on reverse side)    PAGE 1

Exh. 33 Exh. D. 1 pg. 2

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2021 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires those documents be posted to the Commission's website.

[✓] I elect to file a copy of my 2021 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2021 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5]:**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F – TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

[✓] **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF __Miami-Dade__

Sworn to (or affirmed) and subscribed before me by means of
[✓] physical presence or [ ] online notarization, this __15th__ day of
__June__ 2022 by __Jose M. Rodriguez__

_____
[Signature of Notary Public-State of Florida]

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓    OR    Produced Identification

Type of Identification Produced _____

Notary Public State of Florida
Ileana Perez
My Commission GG 252111
Expires 12/16/2022

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                          Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** [✓]

Exh. 33    Exh. D2 

## 2022 Form 6 - Full and Public Disclosure of Financial Interests ~~Exhibit 5~~    ~~Exh. D2~~

Filed with COE: 06/28/2023

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $ 30,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| 11124 SW 128th Court, Miami, FL 33186 | $ 750,000.00 |
| Cape Coral Unit 51 BK 3729 PB 19/PG 4 Lots 42 & 43 | $ 45,000.00 |
| Anchorage Resort & Yacht Club Condominium – Timeshare 107800 Overseas Highway, Key Largo, FL 33037 | $ 2,000.00 |
| Bank Account (Chase) | $ 70,853.00 |
| City National Bank of Florida | $ 24,874.00 |
| Voya | $ 321,128.00 |
| IRA | $ 17,838.00 |
| Florida International University 401K | $ 47,430.88 |

Exh. 33  Exh D3 pg. 1

# FORM 6 — FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS — 2020

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY:**

LAST NAME — FIRST NAME — MIDDLE NAME:
Rodriguez   Jose   Manuel

MAILING ADDRESS:
Dade County Courthouse

73 West Flagler Street

CITY: Miami    ZIP: 33130    COUNTY: Miami Dade

NAME OF AGENCY:
11th Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

PROCESSED

FLORIDA
COMMISSION ON ETHICS

JUL 07 2021

RECEIVED

24598

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of December 31, 20 20 was $ 737,584.00

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 30,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank Account (Chase) | $ 55,729.00 |
| City National Bank of Florida | $ 24,832.00 |
| Voya | $332,289.00 |
| **(Continued on a Separate Sheet) | |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $13,365.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $ 6,496.00 |
| Bank of America, P.O. Box 15026, Wilmington, DE 19850 | $ 3,583.00 |
| **(Continued on a Separate Sheet) | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

Continued on reverse side

PAGE 1

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income or attach a complete copy of your 2020 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☑ I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
  (If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.)

### PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

### SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY #1 | BUSINESS ENTITY #2 | BUSINESS ENTITY #3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F — TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☑ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF   MIAMI DADE

Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this 29th day of
June 2021 by Jose M. Rodriguez

_____
(Signature of Notary Public–State of Florida)

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓ OR Produced Identification
Type of Identification Produced _____

Notary Public State of Florida
My Commission GG 252111
Expires 12/15/2022

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____                                        _____
Signature                                                                                         Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

Exh. 33 Exh. D4 pg.1

# FORM 6
# FULL AND PUBLIC DISCLOSURE
# OF FINANCIAL INTERESTS
## 2019

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY:**

24598

LAST NAME — FIRST NAME — MIDDLE NAME:
Rodriguez    Jose    Manuel

# PROCESSED

MAILING ADDRESS:
Dade County Courthouse

**FLORIDA COMMISSION ON ETHICS**

73 West Flagler Street,

**MAR 25 2020**

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| Miami | 33130 | Miami-Dade |

**RECEIVED**

NAME OF AGENCY:
11th Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☑

## PART A —NET WORTH

Please enter the value of your net worth as of December 31, 2019 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your reported assets, so please see the instructions on page 3]

My net worth as of    December 31    20 19    was $    $592,413.00

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 30,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank Account (Chase) | $ 50,148.00 |
| City National Bank of Florida | $ 24,793.00 |
| Voya | $279,314.00 |
| **(Continued on a Separate Sheet) | |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $ 16,830.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $ 10,672.00 |
| Bank of America, P.O. Box 15026, Wilmington, DE 19850 | $ 6,587.00 |
| **(Continued on a Separate Sheet) | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2020
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exh. 33 Exh. D4 pg. 2

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2019 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☑ I elect to file a copy of my 2019 federal income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2019 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| | | |
| | | |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☑ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete.

[signature]

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF  MIAMI DADE

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 18th day of

MARCH 2020 by JOSE M. RODRIGUEZ

[signature]
(Signature of Notary Public–State of Florida)

WENDY SARDINA
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification ✓

Type of Identification Produced   FL DL

[notary seal: Wendy Sardina My Commission GG 024170 Expires 10/20/2023]

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____     _____
Signature                                              Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2020
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

Exh. 33
Exh. E1

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. It is the parent company of U.S. Bank National Association, which is the 5th largest bank in the United States. The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 ATMs, primarily in the Midwestern United States, and has approximately 72,400 employees. The company also owns Elavon, a processor of credit card transactions. U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which it obtained upon its merger with Wachovia.

U.S. Bancorp



Trade name     U.S. Bank

Corp, Baxter International Inc. ViacomCBS Inc. Bank of

Exh.33 Exh.E2

# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

December 25, 2021 · 6 min read

## In this article:

**C**
+1.04%

**RCL**
+0.84%

**GSCHX**
-0.43%

**TMO**
-1.34%

Investment company Voya VARIABLE FUNDS
(Current Portfolio) buys PNC Financial Services
Group Inc, McDonald's Corp, Baxter
International Inc, ViacomCBS Inc, Bank of
America Corp, sells Fiserv Inc, Citigroup Inc,
Activision Blizzard Inc, U.S. Bancorp,   *is U.S. Bank*
Constellation Brands Inc during the 3-months   Exh. **E1**
  *# 3*
ended 2021Q3, according to the most recent

Exh.33 Exh.E3

**Business**

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019, 11:00 AM EDT

U.S. Bank Enters Co-brand Agreement With BMW
to Issue New Cards With
Enhanced Digital Experiences, Greater Value
to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the
United States, has entered into a
co-brand agreement with BMW Financial Services
NA, LLC to issue credit cards
that will deliver enhanced digital experiences

Q US Bank owns bmw financial service ✕

*Exh. 33*

All News Maps Images Videos Shopping

🌐 http://www.ctvalley.org · bmw-fina...

## BMW Financial Services, NA Enters into Co-Brand Agreement with US Bank to ...

BMW Financial Services NA, LLC announced today a co-brand agreement with U.S. Bank to offer new credit cards featuring an enhanced digital experience and ...

Boothe Memorial Park ...
Sun, May 15

# People also ask

Who is BMW finance owned by?

Which bank is BMW Financial Services?

Exh. 33 Exh. F

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS 2008

PROCESSED

COMMISSION ON ETHICS
DATE RECEIVED

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit 11th
Elected Constitutional Officer
Dade County Courthouse Rm 1100
73 W Flagler St
Miami, FL 33130-1731

ID No: 210380

Manno Schurr Valerie R

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**PART A — NET WORTH**

My net worth as of December 31, 2008 was $ 2,860,357.00.

**PART B — ASSETS**

HOUSEHOLD GOODS AND PERSONAL EFFECTS

Value of household goods and personal effects $ 150,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Home located in Miami Dade (retired residence) | 700,000.00 |
| Home located in Miami Dade (system) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle Unit Colorado | 300,000.00 |
| Bank accounts Stocks Bonds Brown Acemus | 600,000.00 |
| Mercedes Benz 2 SL ml | 25,000.00 |

**PART C — LIABILITIES**

LIABILITIES IN EXCESS OF $1,000

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| ABC Mortgage (Home loan) (0 Box 900119, Louisville Ku - | 191,438.00 |
| ABC Mortgage (Residence) 1st & 2nd Mortgages (Box 900119, Louisville Ky) | 995,000.00 |
| Wells Fargo Home Mortgage (Building) P3 Box SD169, Dallas Tx | 124,000.00 |
| Huntington National Bank (Mercedes) PO Box Ra579 Columbus Ohio 4534-219 | 9,205.00 |

CE FORM 6

Exh. 33 Exh. I.

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS 2009

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE
USE ONLY

PROCESSED

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM
1106
MIAMI, FL 33130

ID Code

ID No. 210380

Cand. Code

P. Rec Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of ___December 31___, 2009 was $ 5,351,652.13

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects described above is $ 150,000.00

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000: DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Benefit in Miami-Dade County (Pension) | 2,500,000.00 |
| Benefit in Community Park Creta | 350,000.00 |
| Various Communities ___ Accounts/Bank of America | 657,000.00 |
| Bank Acc's ___ Bac Karate Account/Florida | 4,000.00 |

## PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Gmac Crust Line/PO Box ___ ___ I A | 10,000.00 |
| Wellsfargo PO Box/11 ___ ___ Dallas Tx | 105,000.10 |
| Chase Financial Group/PO Box 15647 Phoenix Az8862 | 34,390.00 |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |

CE FORM 6 - EFF. 1/2010

(Continued on reverse side)

PAGE 1

Exh. 33    Exh. 6

IN THE CIRCUIT COURT OF THE
JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12487-ca

April 1, 2010

US Bank, N.A.
    Plaintiff(s)

Vs.

Leroy Williams
    Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11, 2008. The court finds that: 1) notice prescribed by rule 1.40 (e)
Was served on April 11, 2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.

Accordingly,
    IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 11th day of
March, 2010.

APR 06 20        APR 06 2010

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Cc Att parties

STATE OF FLORIDA COUNTY OF MIAMI-DADE

12/22        2/

MONA BRUNO #79806

Bk 27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty, FL

Exh. 33 Exh. H

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.
Plaintiff,

CASE NO. 2007-12407-CA
DIVISION 32

SPACE FOR RECORDING ONLY

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
Defendant(s).

FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING
PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1. The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2. All Counts of the Complaint against Defendants LEROY WILLIAMS; MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI; are hereby dismissed.

3. Any scheduled foreclosure sale is canceled.

FILE NUMBER F07012148



Serial 13868522
DOC ID M010502



Exh. 33 Exh. H Pg. 2
~~Exhibit 75 Exhibit 2~~

4.  The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.  The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.  The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this ___ ____ day of

_____, 2010

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 – M030902
GMAC-CONV--ebven

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Bk 27343 Pg 950 CFN 20100451678 07/06/2010 15:32:32 Pg 2 of 3 Mia-Dade Cty, FL

Exh. 33



Contact Us    My Account

# MIAMI-DADE COUNTY CLERK OF THE COURTS
### HARVEY RUVIN

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

**US BANK (NA) VS WILLIAMS, LEROY**

**Local Case Number:** 2007-012407-CA-01

**State Case Number:** 132007CA012407000001

**Consolidated Case No.:** N/A

**Case Status:** CLOSED

**Filing Date:** 04/26/2007

**Judicial Section:** CA37

**Case Type:** 7 DO NOT USE - Legacy Mortgage Foreclosure

Total Of Parties: 5

## 👥 Parties

Total Of Hearings: 0.

## ⚔ Hearing Details

Total Of Dockets: 52

## 📑 Dockets

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|--------|------|-----------|--------------|-----------|----------|
| 1 | 02/04/2022 | | Receipt | Event | RECEIPT#:2410006 AMT PAID:$6.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 4 $1.00 $4.00 3121-CERTIFIED 1 $2.00 $2.00 TENDER TYPE:CASH TENDER AMT:$10.00 TENDER TYPE:CHANGE TENDER AMT:($4.00) RECEIPT DATE:02/04/2022 REGISTER#:241 CASHIER:DINGUI8 |
| | 01/23/2015 | | Copy of | Event | OF ORDER OF DISMISSAL |
| | 04/04/2014 | | Text | Event | FINAL JUDGMENT OF FORECLOSURE |
| | 04/07/2011 | | Letter of Correspondence | Event | FROM MACK L WELLS |
| | 11/04/2010 | | No Further Judicial Action | Event | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |

Page

| | | | | |
|---|---|---|---|---|
| 10/14/2010 | | Motion: | Event | TO VACATE LAST ORDER & RETAIN ORIG. ORDER |
| 09/28/2010 | | Motion to Vacate Dismissal | Event | **Exhibit. 75** Exh.33<br>**Exh.J pg.2** Exh J pg. |
| 08/06/2010 | | Text | Event | RETD ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343:0949 | Court Order (Recordable) | Event | B: 27343 P: 0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC.. |
| 06/20/2010 | | Motion | Event | ATY:00071675 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | Final Disposition Document | Event | |
| 04/07/2010 | 27244:4193 | Court Order (Recordable) | Event | B: 27244 P: 4193 OF DISMISSAL |
| 04/07/2009 | | Text | Event | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | Objection: | Event | TO WRITTEN DISCOVERY,MTN TO STRIKE OR,...ETC |
| 09/09/2008 | | Notice: | Event | THAT PLTFF HAS RESPONDED TO DEFENDANT,...ETC |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944:0542 | Court Order (Recordable) | Event | B: 25944 P: 0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE :08/31/2007 |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE : |
| 09/12/2007 | | Motion: | Event | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | Motion: | Event | ATY:88888888 SET ASIDE FJUD AND RECONSIDER STAY |
| 09/10/2007 | | Text | Event | $50 FEE PD/RCPT 145184 |
| 08/30/2007 | | Notice of Sale | Event | |
| 08/24/2007 | | Text | Event | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | Certificate Of Mailing Final Judgment | Event | |
| 08/13/2007 | | Notice of Filing: | Event | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | Notice of Filing: | Event | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | Text | Event | FINAL DISPOSITION FORM |

*Dismissed with Prejudice* (handwritten annotation)

Exh.33
Exh.J
~~Exh.~~
~~Exh.~~

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ce1

US Bank, N.A.
    Plaintiff(s)

Vs.

Leroy Williams
    Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court;
And (4) no party has shown good cause why this action should remain pending.
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March, 2009.

                    SARAH L. ZABEL
                    Circuit Court Judge

Exh. 33
Exh. P Pg. 1

Case 1:18-cv-22211-DPG Document 5 Entered on FLSD Docket 06/24/2019 Page 1 of 8

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22211-GAYLES

CARL ERICKSON,
                    Plaintiff,

v.

RALPH W. CONFREDA, JR.
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A. LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC TRENT
TERRANCE W. ANDERSON et al
                    Defendants.

FILED BY _____ D.C.

JUN 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 20th, 2016 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits Attached-JP Morgan Chase Special Situs on Property Funds FRS Account Page 43, FRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures)

### FACTUAL BACKGROUND

1. On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulations violations and racketeering statutes.

2. The Complaint was based upon precedent USDC related filings accepted by non binded professional jurists that contained revisions (1) a short and plain statement of the grounds for the court's jurisdiction, (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought under Fed. R. Civ. P. 8.

3. On June 20th, 2018, Judge Gayles issued and Dismissal Order a sua sponte review of the

[1]

Exh. 33
EXH.PPg.2

record as a quasi-defense attorney for named Defendants and his personal investment partners including U.S. Bank and J.P. Morgan Chase.

2.   Plaintiff Erickson has now subsequently provided the United States Department of Justice (USDOJ) specific newly discovered whistleblower information and detailed records regarding hundreds of millions of dollars in expired fraudulent foreclosure claims made by the Defendants and Court officers in this action.

## MEMORANDUM OF LAW

The Plaintiff maintains timely Constitutional due process civil rights for Rule 60 Relief to reopen this action for fraud and amend the complaint to include this new material fact information and require Judge Gayles recusal based on exposed financial conflicts of interests.

*FRCP Rule 60 - Relief from a Judgment or Order:*

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;*

*(c) Timing and Effect of the Motion.*

*(1) Timing. A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'*

Plaintiff's so called "Sunshine Complaint" pleadings are thus uniformly based upon approved baseline real estate fraud complaint filings established under; preexisting Federal rulings settled by forty eight state sworn Attorneys General and the United States of America.

A federal judge is expected to recuse himself pursuant to 28 U.S.C. § 455. Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five

[2]



Exh. 33
Exh.ppg 3

Case 1:18-cv-22211-DPG  Document 5  Entered on FLSD Docket 06/24/2019  Page 3 of 8

statutorily prescribed criteria can be shown to exist in fact, even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) He shall also disqualify himself in the following circumstances:*

*(4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;*

*(d)(4)  "financial interest" means ownership of a legal or equitable interest, however small.*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93-512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95-598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100-702, title V, § 1007, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101-650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117.)*

## CONCLUSIONS

This Motion for Relief and Recusal is based on wholly new facts, placed whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing. Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing. As previously displayed by his sua sponte Dismissal Order, due to cited undue or financial conflicts of interest, Judge Gayles is incapable to proceed impartially and without animus against Pro-Se Plaintiff or further exercise unbiased judicial duties required for due process justice in this case.

Judge Gayles has creditor loan history with Defendants J.P. Morgan Chase that caused preferential quid pro quo treatment by his sua sponte review and dismissal Order. Judge Gayles has significant exposed investor financial interests in the subject matter in controversy and with Defendants U.S. Bank and J.P. Morgan Chase that will be substantially negatively affected by the outcome of these proceedings when the Plaintiff ultimately prevails.

Exh.33
Exh P pg.4

## REQUIRED RELIEF

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June 26th, 2018 Dismissal Order [Document #4] based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the recusal of Judge Gayles from this and any future related U.S. Bank and J.P. Morgan Chase banking real estate fraud cases in this District. The Dismissal Order Relief also requires that all names be reinstated to their prior positions in this action requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to Amend the Complaint for cause, grounds and reasons stated herein.

Filed: 6/24/19

Carl Erickson-Plaintiff
PO Box 370484 Miami FL 33137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th day of June, 2019 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

Served: 6/24/19

Carl Erickson-Plaintiff
PO Box 370084 Miami FL 33137

[4]

Exh. 33
Exh. p pg. 5

Case 1:13-cv-22211-DPG Document 5 Entered on FLSD Docket 06/24/2013 Page 5 of 6

## FORM 6 — FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST — 2013

LAST NAME — FIRST NAME — MIDDLE NAME:
Gaylas, Darrin Philip

MAILING ADDRESS:
400 North Miami Avenue

Room 10-2

CITY: Miami, FL  ZIP: 33128  COUNTY: Miami-Dade

NAME OF AGENCY:
11th Judicial Circuit of Florida

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge

CHECK IF THIS IS A FILING OF A CANDIDATE ☐

FOR OFFICE USE ONLY

FLORIDA
COMMISSION ON ETHICS
JUL 1  2013
RECEIVED

PROCESSED

### PART A — NET WORTH

My net worth as of June 30, 2013, was $424,894.00

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
The aggregate value of my household goods and personal effects (described above) is $70,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| House, 167 NW 63rd Street, Miami Shores, FL 33150 | $425,830.00 |
| Condo, 133 NE 2nd Avenue, #2317, Miami, FL 33132 | $225,000.00 |
| Vehicle, 2008 Mercedes CLK Conv. | $7,700.00 |
| FRS Retirement Account | $730,400.00 |

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Everbank Mortgage (House Mortgage) | $141,844.00 |
| Bank of America (2nd House Mortgage) | $74,613.00 |
| Chase (Condo Mortgage) | $149,994.00 |
| U.S. Department of Education | $13,276.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |

Exh.33
Exhp Pg 6

Case 1:18-cv-22211-DPG   Document 5   Entered on FLSD Docket 08/20/2019   Page 5 of 6

**PART D — INCOME**

INDICATE SOURCES OF INCOME (See instructions on page 6)

| WORK OF BUSINESS & INCOME EXCEEDING $1,000 | ADDRESS (of source of income) | AMOUNT |
|---|---|---|
| Salary, State of Florida | FL Dept of Financial Serv., Tallahassee, FL 32302 | $ 42,177.82 |
| Rental Income (Gross) | 130 NE 2nd Avenue, #2311, Miami, FL 33132 | $14,200.00 |

**SECONDARY SOURCES OF INCOME**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |

**PART E — INTERESTS IN SPECIFIED BUSINESSES**

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS | | | |
| PRINCIPAL BUSINESS | | | |
| POSITION HELD | | | |
| OWNERSHIP INTEREST | | | |
| NATURE OF INTEREST | | | |

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☑

**OATH**

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to and subscribed before me this ___ day of August, 2019 by Daren Craig

Notary Public - State of Florida
Chase A. Lalani

CHASE A. LALANI

SIGNATURE OF REPORTING PERSON OR CANDIDATE

Preparation of this form by a CPA or attorney does not relieve the filer of the form responsibility.

Case 1:18-cv-22211-DPG    Document 5    Entered on FLSD Docket 06/24/2019    Page 8 of 8    ~~Exhibit #5~~    ~~EXH P PG 8~~    Exh. 33
Exh. P pg. 8

Complaint - Department of Justice

https://www.justice.gov/archive/opa/documents/complaint.pdf

IN THE UNITED STATES DISTRICT COURT ... 555 4 th. Street, NW
) Washington, DC 20530. ) ) THE STATE OF ALABAMA. ... Montgomery, AL 36130.
) ) THE STATE OF ALASKA.. ) 1031 W. 4 th. Avenue, Ste ... 420.
Montgomery Street Front ... Virginia, and the District of Columbia by and through their
undersigned attorneys ...

∴ § US ATTORNEYS FILED SAME COMPLAINT.

Exhibit A - EXH Q pg 1

Exh. 33
Exh. Q pg. 1

IN THE CIRCUIT COURT OF THE ELEV
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COU
CIVIL ACTION

US BANK N.A.

PLAINTIFFS

Vs.

MACK WELLS

DEFENDANT

CASE# 10-61928

## MOTION FOR JUDGE THOMAS L. WILLIAMS TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro Se here states Judge **THOMAS L. WILLIAMS** says that BB&T BANK on his form 6 Full and Public Disclosure of Financial interests is a Bank he's doing Business with, because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property, and not on the Merits of the case but for to make him and them money illegally. Here is proof, Judge **THOMAS L. WILLIAMS** is doing business with BB&T BANK as seen in his FORM 6. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH A WELLS FARGO BANK is EXH. B, and is MORGAN STANLEY EXH. C and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP, is US BANK EXH. E the same US Bank that's foreclosing. Which is a major Conflict of Interest against us and there's more, EXH. 1, I also have found that our case was directed to you in this Pool, so Judge REEMBERTO you must Recuse YOUR SELF.

MACK WELLS
15121 S. RIVER DR.
MIAM, FL. 33167

## FORM 6

### FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below.

LAST NAME — FIRST NAME — MIDDLE NAME
**THOMAS, WILLIAM L**

MAILING ADDRESS
**73 WEST FLAGLER STREET**

**SUITE 1307**

| CITY | ZIP | COUNTY |
|------|-----|--------|
| MIAMI | 33130 | MIAMI-DADE |

NAME OF AGENCY
**STATE OF FLORIDA**

NAME OF OFFICE OR POSITION HELD OR SOUGHT
**ELECTED CONSTITUTIONAL OFFICER-CIRCUIT COURT JUDGE**

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

Exhibit 75
~~EXHIBIT 2~~

RECEIVED

PROCESSED

Exh. 33
Exh. Q Pg. 2

---

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of July 1,            20 19    was $ 130,000

---

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 20,000

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p 4) | VALUE OF ASSET |
|---|---|
| Home ( Miami, Florida) | $685,000 |
| Bank Account | $11,000 |
| Retirement | $140,000 |

---

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage (Mortgage) Atlanta, Georgia | $416,000 |
| TCF Bank (second Mortgage) Wayzata, Minnesota | $33,000 |
| American Educational Services (student loan) Harrisburgh, Pennsylvania | $49,000 |
| Toyota Camry Miami, Florida | $26,000 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 2019
Incorporated by reference in Rule 34A-10.    F.A.C.

PAGE 1

## PART D — INCOME

PRIMARY SOURCES OF INCOME (See instructions on page 8)

| NAME OF SOURCE OF INCOME EXCEEDING $2,500 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | Tallahassee, Florida | 160,000 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person — See instructions on Page 9)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

## PART E — INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 4)

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | NONE | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F — TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING

### OATH

STATE OF FLORIDA
COUNTY OF _____ Miami-Dade

**William Thomas**
**Circuit Court Judge**

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

_____ William L. Thomas _____

Wanda Laurence

FL DC

Signature

Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 Effective January 1, 2019

PAGE 4

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

Exh.33
Exh.R

**MAURICE SYMONETTE**
Plaintiff(s)

vs.

**U.S. BANK NATIONAL ASSOCIATION (TR) et al**
Defendant(s)

## ORDER OF RECUSAL

**THIS CAUSE.** came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.
2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

Case No: 2021-010826-CA-01

Page 1 of 2

# Affidavit


Exh.33

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT
FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM
OF LAW AND I AM A WITNESS THESE EXHIBITS A THROUGH 26, ALL
ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF
JUDGE SAMANTHA COHEN.

SIGNED, *Mack L Wells*

MACK WELLS

15020 S. RIVER DR.

MIAMI, FLA. 33167

*Judytte Joseph* NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR.
WHO SIGN BEFORE ME ON THIS 17TH DAY OF JULY, 2023 WHICH PRODUCED FLORIDA
DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.

JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2026

Exh.33



# JUDGE CARLOS LOPEZ GOT $2MILLION CASH NOT CREDIT FROM US BANK TO FORECLOSE ON A CRIPPLED BLACK MANS HOUSE

First Horizon Bank, which acquired IberiaBank, agreed with TD Bank t...

**Iberia Bank is First horizon & First Horizon is Sun trust Bank**

**Suntrust Bank is Us Bancorp & US Bancorp is US Bank**

U.S. Bancorp incorporated as us bancorp) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. It is the parent company of U.S. Bank National Association, and is the fifth largest banking institution in the United States. The company...

**U.S. Bancorp — USbancorp**

What's BB&T's new name?

RACIST RINO JUDGE STEALING BLACK PEOPLES HOMES, WE'RE REPORTING HIM TO THE FBI & THE JQC ✓ & ALL POLITICIANS WHO DOES NOT VOTE TO REMOVE HIM WILL BE REC'/ 'LEDD SEE GODS2.COM

## FORM 6 — FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS — 2021

PROCESSED

Lopez Carlos

Real Estate 1727 North Bayshore Drive, A6244, Miami, Fl (rental property) $6,250,000
Real Estate 1800 NW 24 Ave, #720, Miami, Fl (rental property) $200,000
Cash (IBERIABANK (Cash & CD) $2,077,949
1111 Brickell Ave, Miami, Fl 33131
Marketable Securities UBS (See Summary) $111,303
CIM Group, P.O. Box 219312 (Code Capital) $255,000
Kansas City, MO 64121
BBG Realty Holdings LLC- Rental Office at 2333 Brickell Ave $1,200,000
Suite A-1, Miami, Fl (33.3% owned)
Loan Owed from Caribe Insurance Agency Corp $125,000
720 Jeronimo Drive
Coral Gables, Fl 33146

## FLORIDA LAW

$1,800,000 with BBC$255,000 with CIM & $125,000 with Carib Insurance Agency ROCK WHICH IS FINANCED BY U.S. BANK JUDGE CARLOS made a total of $4,568,949.00 from US Bank ALL OF THE MONEY HE MAKES OTHER THAN HIS JUDGES SALARY IS FROM US BANK. TO FORECLOSE & EVICT A CRIPPLED BLACK MAN & A VET ON THE SAME DAY THAT HE WAS SICK & COULD NOT HEAR OR SEE TO PUT HIM OUT ON THE STREETS EVEN THOUGH HE WAS MAKING THE PAYMENTS TO AXIOM BANK & HAS RECEIPTS TO SHOW THAT HE WAS MAKING PAYMENTS ON TIME BUT ATTORNEY MICHAEL EPSTEIN O HAS BROUGHT IN AN ASSIGNMENT FROM WITH THE WRONG BANK TO FORECLOSE ILLEGALLY ANYWAY & THE BANK HAS PAID THE JUDGE TO RULE IN U.S. BANK FAVOR AGAINST THE LAW

**SEE GODS2.COM VIDEO#J**

# BOSS: AMERICAN GALA AWARDS



PRESIDENT TRUMP GETS A DOCTORATE DEGREE FROM A HAITIAN COLLEGE ALONG WITH THE OTHER PROMINENT DEMOCRATS & REPUBLICANS COMING SOON.

AMERICAN GALA AWARD EVENT SEE AMERICANGALA, COMING GODS2.COM TO SEE 60 STARS SAY THEIR PERFORMING FREE TO RAISE MONEY FOR THE VETS. LISTEN TO 88.7FM

20

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,
CASE: 23-CV-22640-JEM

V.

U.S. BANK, NATIONAL ASSOCIATION,Et al.,

Defendants.

_____/

### AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS ANDMEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (II) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal andSupporting Memorandum regarding the August. 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- *2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judgecan't have a conflict of Interest !* Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money 💰 so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for them to make him and them money illegally. Here's proof: In his **Form 6,** from Tallahassee called **FINANCIAL DISCLOSURE REPORT,** for 2021 Says on page 4 lines 3 and 4, that he made $250,000 with Iberia Bank, Exh. D. Which is First Horizon Bank, First Horizon Bank is Suntrust Bank whichis US. Bancorp/ US. Bank, Exh. E. Judge Jose E. Martinez is Doing Business U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more according to Fl. Rule 2.160 (H) and (J) all of your Orders must be Reverted back to the Original Judges Orders, once a Judge Recuses themselves. Judge Gayles recused himself Exh.F & Marcia Cooke's Order's must be Reverted back to the Original Judges Orders because ofConflicts Of Interest. None of these Judges or Attorney's can do anything with the StateCourt because they're all doing business with U.S. Bancorp who's the Parent Company of U.S. Bank Exh.G which is owned by china (CIC). The Rucker Feldman Law cannot be used because our case was never Finished. All the State Court Judges from Zabel down to Carlos Lopez did Orders based on giving us a chance to prove that the Attorney's werewasting all of the time Exh H. not us but we were never given that opportunity and JudgeLopez refused to allow Mack Wells who at the time was sick to get a Lawyer to defend himself. The Attorney's for U.S. Bank were Ordered to bring in evidence that they ownedthe Note but never did. I have found that our case was

directed to other Judges in this same Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit. Exh.I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.J. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $.1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.K. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.L. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.M. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.N, then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused himself especially after we paid for News ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose E. Martinez must do because he has the same conflict of Interest So she must recuse herself and vacate his Order, Exh. O. So Jose E. Martinez you must Recuse YOUR SELF and not ORDER against us, Exh. I.

## FACTS

1. On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60. Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August. 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures) *Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1)A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party from Judge is Biased Fl. Statue 112.313 (8) Judge can't have a conflict of Interest !* Judge Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money illegally. Here's proof.

Exh. 34

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see PP. 34-60 of filing instructions.)

2(i), Ch. 3, § 338 Reporting Thresholds for Assets: § 312 Type of Reportable Property; § 315 Interests in Property; § 329 Income; § 323 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 1. CAPITAL ONE | A | Interest | M | T | | | | | |
| 2. AMERICAN EXPRESS NATIONAL BANK | A | Interest | K | T | | | | | |
| 3. IBERIA BANK - CHECKING (X) | A | Interest | L | T | | | | | |
| 4. IBERIA BANK - CHECKING (X) | A | Interest | M | T | | | | | |
| 5. FIRST CITIZENS00 | A | Interest | M | T | | | | | |
| 6. AMERICAN ELECTRIC | A | Dividend | J | T | | | | | |
| 7. DOMINION ENERGY (FORMERLY DOMINION DIRECT) | B | Dividend | M | T | | | | | |
| 8. SOUTHERN COMPANY | B | Dividend | L | T | | | | | |
| 9. ENTERGY INC | A | Dividend | K | T | | | | | |
| 10. MCDONALDS CORPORATION | A | Dividend | K | T | | | | | |
| 11. SCHWAB MONEY FUND (FORMERLY USAA) | A | Dividend | J | T | | | | | |
| 12. USAA HIGH INCOME INSTITUTIONAL | A | Dividend | | | Sold | 08/26/21 | J | A | |
| 13. | | | | | Sold (part) | 03/05/21 | J | A | |
| 14. USAA INCOME INSTITUTIONAL | C | Dividend | M | T | Buy (add'l) | 12/20/21 | J | | |
| 15. USAA INTERMEDIATE TERM B | B | Dividend | K | T | Sold (part) | 08/26/21 | K | A | |
| 16. | | | | | Buy (add'l) | 12/20/21 | J | | |
| 17. USAA SHORT-TERM BOND INS | A | Dividend | K | T | Buy (add'l) | 12/20/21 | J | | |

1. Amount Code: A = $1,000 or less / B = $1,001 - $2,500 / C = $2,501 - $5,000 / D = $5,001 - $15,000 / E = $15,001 - $50,000 / F = $50,001 - $100,000 / G = $100,001 - $1,000,000 / H1 = $1,000,001 - $5,000,000 / H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less / K = $15,001 - $50,000 / L = $50,001 - $100,000 / M = $100,001 - $250,000 / N = $250,001 - $500,000 / O = $500,001 - $1,000,000 / P1 = $1,000,001 - $5,000,000 / P2 = $5,000,001 - $25,000,000 / P3 = $25,000,001 - $50,000,000 / P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal / R = Cost (Real Estate Only) / S = Assessment / T = Cash Market / U = Book Value / V = Other / W = Estimated

Exhibit 69

Exh. 34
Exh E

# IBERIA BANK IS FIRST HORIZON

First Horizon Bank, which acquired IberiaBank, agrees with TD Bank
May 9, 2021 - First Horizon Bank, which acquired IberiaBank in 2020, announced Thursday it reached
an agreement with TD Bank Group to call off their $13.4 billion merger. TD Bank informed First...

# SUNTRUST IS FIRST HORIZON

https://www.bizjournals.com › charlotte › news › 2020 ›

## Dozens of former SunTrust branches become part of First Horizon Bank ...

Memphis, Tennessee-based First Horizon National Corp. (NYSE: FHN) said the transaction would add $440 million in loans and $2.3 billion in deposits. It converted the branches this past weekend...

# SUNTRUST IS US BANCORP

https://www.reuters.com › article › us-bancorp-bbandt-idUSKBN1WF2Q09Y0I4

U.S. Bancorp to buy BB&T's select Nevada branches | Reuters
Oct 14, 2019 ... U.S. Bancorp (USB.N) said it signed a deal with BB&T Corp (BBT.N) to buy about 3200
million in deposits of certain branch locations at BB&T's Nevada banking operations locations.

# US BANCORP IS USBANK



WIKIPEDIA
The Free Encyclopedia

**U.S. Bancorp**                                    Text

U.S. Bancorp (stylized as us bancorp) is an American
bank holding company based in Minneapolis, Minnesota,
and incorporated in Delaware. It is the parent company
of U.S. Bank National Association, and is the fifth-largest...

U.S. Bancorp

**USbancorp**

Exhibit 59

Exh. 34
Exh. F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-22214-GAYLES

CARL FRANKLIN

Plaintiff,

v.

RALPH W. CONRADA, JR., et al.,

Defendants.
_____

ORDER OF REFERRAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers VV case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 26th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Exhibit 69  Exh. 34
Exh. G

# U.S. Bancorp



Article   Talk

From Wikipedia, the free encyclopedia

*"US Bank" redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of U.S. Bank National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[6] It is ranked 117th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History [edit]

The U.S. Bank name first appeared as United States National Bank of Portland, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929, that bank merged with First National Bank of St. Paul (also formed in 1864) and several smaller Upper Midwest banks to form the First Bank Stock Corporation, which changed its name to First Bank System in 1968.[9]

In the eastern part of the franchise, Farmers and Millers Bank in Milwaukee opened its doors in 1853, growing into the First National Bank of Milwaukee and eventually becoming First Wisconsin and ultimately Firstar Corporation.[9] In Cincinnati, First National Bank of Cincinnati opened for business on July 13, 1863 under National Charter #24—the charter that U.S. Bancorp still operates under today, and one of the oldest active national bank charters in the nation. U.S. Bancorp claims 1863 as its founding date.[10] Despite having started up in the midst of the Civil War, First National Bank of Cincinnati went on to survive many decades to grow into Star Bank.[9]



**U.S. Bancorp**



Corporate Headquarters, U.S. Bancorp Center in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Type | Public company |
| Traded as | NYSE: USB |
| | S&P 100 component |

Exh. 34
Exh. H

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE, COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 10- 61928-CA-01

U S BANK (NA)                          Section No.  05

                                       CIVIL DIVISION
            Plaintiff(s)
vs.
WILLIAMS, LEROY                        Motion, Notice and
LITTLEJOHN, JAMES                      Judgment of Dismissal
WILLIAMS, ROKE
            Defendant(s)

JAMES KAISHAS

ORDER ON MOTION TO DISMISS
FOR LACK OF PROSECUTION

THIS CAUSE having come on to be heard pursuant to Rule
1.420 of the Fla.R.Civ.P. and the Court being fully advised in
the premises.

[ ] THE COURT FINDS that no party opposing the motion to dismiss
for lack of prosecution, having appeared as ordered and
demonstrated the existence of the requisite record activity or
that action had been stayed nor having timely filed a showing
of good cause in writing, if required, and therefore, in the
absence of any evidence to the contrary, the Court finds that
(1) notice prescribed by Rule 1.420(e) timely served; (2)
there was no record activity during the 10 months immediately
preceding service of the foregoing notice (3) there was no
record activity during 60 days immediately following service of
the foregoing notice; (4) no stay has been issued or approved by
the Court; and (5) no party has shown good cause why this action
should remain pending.

THEREFORE, IT IS ORDERED that this action is dismissed for lack of prosecution.

[✓] THE COURT FINDS good cause why this action should remain pending;
therefore, IT ORDERED AND ADJUDGED that the Motion to Dismiss for Lack of
Prosecution pursuant to Florida Rule of Civil Procedure 1.420(E), is hereby
DENIED.

DONE and ORDERED in Chambers at Miami-Dade County, Florida this ____ day of
_____ 2012.

                                        _____
                                        Circuit Court Judge

cc:  Counsel/Parties of Record
                                        Marc Schumacher
                                        Circuit Court Judge

If you are a person with a disability who needs any accommodation in
order to participate in this proceeding, you are entitled, at no cost to
you, to the provision of certain assistance. Please contact the Eleventh
Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse
Center, 175 NW 1st Ave. Suite 2702, Miami, FL. 33128, Telephone
(305) 349-7175; TDD (305) 349-7174; Fax (305) 349-7355; at least 7 days
before your scheduled court appearance, or immediately upon receiving
this notification, if the time before the scheduled appearance is less than
7 days; if you are hearing or voice impaired, call 711.

452

USCA11 Case: 24-13671 Document: 13 Date Filed: 12/05/2024 Page: 477 of 723

~~Exhibit "I" label~~

Exh. 34   Exh. I

# FORM 6   FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS   2008

COMMISSION UN ETHICS
DATE RECEIVED

Jul 2 4 2009

FOR OFFICE USE ONLY:

PROCESSED

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11TH)
Elected Constitutional Officer
Dade County Courthouse Rm 1105
73rd Flagler St
Miami, FL 33130-1731

ID Code
ID No     210880
Conf. Code
P. Req. Code

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

Manno Schurr, Valerie R.

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of __December 31__, 20 08 was $ __2,800,357.00.__

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic properties; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ __150,000.00__

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specify description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (former Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle Cnty Colorado | $ 300,000.00 |
| Bank Accounts Stocks Bonds/ Pension Accounts | $ 600,000.00 |
| Mercedes Benz 350 ML | $ 25,000.00 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (former residence) P.O. Box 900179 Louisville, KY - | 91,438.00 |
| GMAC Mortgage (Residence) 1st & 2nd Mortgage P.O. Box 4622 Waterloo, Ia | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) P.O. Box 650169 Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182519 Columbus, Ohio 43218-2519 | 9,205.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |

Exh. 34   Exh. J

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2007-12407-ca1

April 1, 2010

US Bank, N.A.
Plaintiff(s)

vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11, 2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11, 2008; (2) there was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March, 2010.

APR 06 2010     APR 06 2010

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Cc All parties

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

FIONA BRUNO #73808

Exh. 34   Exh. K

~~Exhibit G / Exhibit K~~

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

U.S. BANK, N.A.,
    Plaintiff,

           CASE NO.     2007-32487-CA
           DIVISION     52

vs.

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
    Defendant(s).

**FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING
PHOTOSTATIC COPIES**

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant
to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

    1.     The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to
bring an action to foreclose the mortgage which is the subject matter of the instant cause.

    2.     All Counts of the Complaint against Defendants LEROY WILLIAMS; MARK WELLS;
FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI; are hereby dismissed.

    3.     Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial 13668522
DOC_ID: M010501





Exh.34 Exh. K Pg.2

The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is cancelled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby directed to record this Order to reflect same.

5. The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set aside and shall be of no further force or effect.

6. The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of _____, 2010.

JUN 23 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.

Bk 27343 Pg 950 CFN 20100451678 07/06/2010 15:32:32 Pg 2 of 3 Mia-Dade Cty. FL

Entered on FLSD Docket 07/15/2024 Page 18 of 22

Exh. 39 Exh. 2

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS 2009

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY:

PROCESSED

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM
1103
MIAMI, FL 33130

ID Code
ID No. 210380
Conf. Code
P. Reg. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20_09_ was $ _5,351,650.0_

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _152,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - Dade County (homested) | 950,000.00 |
| Vail Colorado Condominium / Eagle County | 350,000.00 |
| Bank Accounts / IRA's / brokerage Accounts / retirements | 651,000.00 |
| Home Furniture Plus art | 64,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Gmac Credit Line / PC Box 4628 Waukelie I A | 610,000.00 |
| wellsfarso PC Box 141 pa x SC 969 Dallas Tx | 104,000.00 |
| Chase Bank Visa Colrup / PO Box 7864.1 Phenix Az 8502 | 54,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None — | |
| | |
| | |

CE FORM 6 - Eff. 1/2010 (Continued on reverse side) PAGE 1

Exh.
Exh. M

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

U S Bank, N.A
Plaintiff(s)

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008. (2) there was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March, 20..9

BARBARA PARKE
Circuit Court Judge

Exh. 33
Exh. N

Exhibit 69 - Exhibit N

| | | | | |
|---|---|---|---|---|
| | 09/27/2011 | Service Return for Unknown Party | Event | |
| 57 | 01/25/2011 | Service Return for Unknown Party | Event | LEROY WILLIAMS |
| | 01/25/2011 | Service Return for Unknown Party | Event | |
| | 01/25/2011 | Summons Returned – No Service | Event | Parties: Williams Hoke |
| | 01/25/2011 | Summons Returned – No Service | Event | Parties: Williams Leroy |
| | 01/15/2011 | Summons Returned – No Service | Event | Parties: Littlejohn James |
| | 12/27/2010 | Answer | Event | ATTORNEY100301991 TO THE COMPLAINT Parties: Miami Dade County |
| | 12/09/2010   27915:1495 | Lis Pendens | Event | Bk:27915 Pr:1495 |
| | 12/06/2010 | Verification | Event | |
| | 12/06/2010 | Plaintiff's Certificate of Settlement Authority | Event | |
| | 12/06/2010 | Certificate Regarding Original Note | Event | |
| | 12/06/2010 | Summons Issued | Event | Parties: Williams Leroy; Littlejohn James; Williams Hoke; Deutsche Bank (na) (td); Wells Fargo Bank (na); Wachovia Bank (na) |
| | 12/06/2010 | Filing Fee For Mortgage Foreclosure | Event | $1906.00 |
| | 12/06/2010 | Complaint | Event | |
| | 12/06/2010 | Civil Cover | Event | |

Filing # 142403620 E-Filed 01/21/2022 11:32:41 AM

Exh. 33
Exh. O

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE
Plaintiff(s)

vs.

U.S. BANK NATIONAL ASSOCIATION (TR) et al
Defendant(s)

_____

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 31st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM

Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

Case No: 2021-010826-CA-01                                                                                   Page 1 of 2

Exh. 33
Exh. D

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 2019-030415-CA-01
SECTION: CA 29

JAMES BUCKMAN
        Plaintiff(s),
vs.
LANCASTER MORTGAGE CO
        Defendant(s).

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED:

1. That the undersigned Circuit Court Judge hereby recuses himself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE AND ORDERED in chambers, at Miami-Dade County, Florida, this 17th day of October, 2019.

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List
JAMES BUCKMAN 1277 NE 115TH RD, MIAMI, FL 33161
MAURICE SYMONETTE, 4711 L.J. PARKWAY, UNIT #209, SUGARLAND, TX 77478
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NAT'L TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2005 A8

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION
MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,
CASE: 23-CV-22640-JEM
V.



U.S. BANK, NATIONAL ASSOCIATION, Et al.,

Defendants.

Exh. 35

### MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 17' 2023 Eduardo L Sanchez review of the record and Final Judgement Order, Exhibit J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Carlos Lopez Financial Interests & Property Disclosures).

_Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !_

Judge Eduardo Sanchez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

Exh. 35

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money illegally. Here's proof: In his **Form 6**, from Tallahassee called **FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 it** Says on line **14 that he got $250,000.00 with Wells Fargo, Exh. D. Which is First Horizon Bank Exh.E and First Horizon Bank is Suntrust Bank Exh. F, which is BB&T bank Exh. G. BB&T Bank is US. Bank Exh. H** Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S. Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $.1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of Interest that Judge Lopez has, which is why she Recused herself Exh. R, as did Vivianne Del Rio Exh.S and they along with Judge Schlesinger violated Fl. Rule 2.160 (H)~(J) and did not answer their Motion to Recuse Exh.U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reverted back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh. M. I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejudice Exh.X,Y and Z and the 2007~12407~CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same 5 Conflicts of Interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of Interest with Wells Fargo which is US Bank Exh. 23 in the amount of $315,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correction to U.S. Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FBI as Carlos Lopez must do because he has



Exh. D

Exhibit 71 Exh. D

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 6 of 9 | Sanchez, Edwardo L. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 5, § 510 Reporting Thresholds for Amount; § 512 Types of Reportable Property; § 515 Interests in Property; § 520 Income; § 525 Purchases, Sales, and Exchanges; § 560 Spouses and Dependent Children; § 565 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 35. XCEL ENERGY INC | A | Dividend | J | T | | | | |
| 36. BANK OF AMERICA CORP | A | Dividend | J | T | | | | |
| 37. DUKE ENERGY CORP. NEW (DUK) | A | Dividend | J | T | | | | |
| 38. Johnson & Johnson | A | Dividend | J | T | | | | |
| 39. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | |
| 40. COHERENT INC. | | None | | | Redeemed | 07/05/22 | J | |
| 41. COHERENT CORP. | | None | J | T | | | | |
| 42. MICROSOFT CORP | A | Dividend | K | T | | | | |
| 43. PLUG POWER INC | | None | J | T | Buy (add'l) | 08/10/22 | J | |
| 44. | | | | | Sold (part) | 12/19/22 | J | |
| 45. Coinbase Global, Inc. CL A (COIN) | | None | J | T | Sold (part) | 12/19/22 | J | |
| 46. Amazon.com, Inc. (AMZN) | | None | J | T | | | | |
| 47. Dow, Inc. (DOW) | A | Dividend | J | T | | | | |
| 48. BHP Group Limited ADR (BHP) | A | Dividend | J | T | Buy | 08/26/22 | J | |
| 49. MASS MUTUAL FINANCIAL GROUP. whole life insurance policies | B | Dividend | L | T | | | | |
| 50. Wells Fargo Bank Cash Accounts | A | Interest | M | T | | | | |
| 51. Dade County Federal Credit Union Cash Accounts | A | Int./Dis. | N | T | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000 (See Columns B1 and D4)
F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000; P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market; U = Book Value; V = Other; W = Estimated
(See Column C2)

**WIKIPEDIA**
The Free Encyclopedia

# U.S. Bancorp

U.S. Bancorp (stylized as us bancorp) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of U.S. Bank National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History

The U.S. Bank name first appeared as United States National Bank of Portland, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929,



**U.S. Bancorp**

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| Trade name | U.S. Bank |
|---|---|
| Company type | Public |
| Traded as | NYSE: USB (https://www.nyse.com/quote/X NYS:USB)<br>S&P 100 component<br>S&P 500 component |

Exh. I

# FORM 6  FULL AND PUBLIC DISCLOSURE OF  2008
## FINANCIAL INTERESTS

FOR OFFICE USE ONLY

COMMISSION ON ETHICS
DATE RECEIVED

JUN 2 ... 2009

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11TH)
Elected Constitutional Officer
Dade County Courthouse Rm 1105
73 W Flagler St
Miami, FL 33130-1731

PROCESSED

ID Code

ID No     210380

Cost Code

P Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3]

My net worth as of December 31, 2008 was $ 2,860,357.00.

## PART B – ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (former Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium (Eagle County Colorado) | 300,000.00 |
| Bank Accounts Stocks Bonds/ Pension Accounts | 600,000.00 |
| Mercedes Benz 350 ML | 25,000.00 |

## PART C – LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (Former Residence) P.O. Box 900119 Louisville, Ky - | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mortgages) P.O. Box 4622 Waterloo, Ia | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Mortgage) P.O. Box 5019, Dallas, Tx | 100,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182519 Columbus, Ohio 4320-2019 | 9,205.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/N | |
| | |
| | |

CE FORM 6 - EFF. 1/2009      (Continued on reverse side)      PAGE 1

Exh. 7J
Exh. K

Exhibit ~~FILER~~

IN THE CIRCUIT COURT OF THE
[?] JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO 200[?]-[?] CA

April 1, 2010

US Bank, N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11, 2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11, 2008, (2) their was no record activity for the year preceding
Service of the foregoing notice, (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 20[?]     APR 06 2010

_____
CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

cc File [?]

STATE OF FLORIDA [?]
[?]
[?]     10/22     21

_____
MONA BRUN [?] #79605

Exh. 71
Exh. 2

# FORM 6    FULL AND PUBLIC DISCLOSURE OF
## FINANCIAL INTERESTS
2009

**PROCESSED**

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM
1105
MIAMI FL 33130

ID Code

Id No:    210360

Manno Schurr  Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

My net worth as of _____ , 2019 was $ _____

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS**

The aggregate value of my household goods and personal effects described above is $ _____

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000**

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Home - County S (Homestead) | $ _____ |
| Intermountain/Lake Court | 25.00 |
| Vanity Pools/Residence | 65.00 |
| | 14,000 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citi Charters/ ___ ___ IA | $ _____ |
| Chase ___ PC Pacific/ ___ Villas FL | 135.00 |
| Chase Bill Mel Gateway/ ___ Box / Phoenix AL 85062 | 34.30 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |

CE FORM 6 (EFF. 1/09)    PAGE 1

IN THE CIRCUIT COURT OF THE
11ᵀᴴ JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12-697-021

Exh. 35
Exh. M

US Bank N.A.
Plaintiffs

vs.

Leroy Williams
Defendant

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008. (2) their was no record activity for the year preceding
Service of the foregoing notice. (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami dade county, Florida this 31th day of
March , 2013

SARAH L ZABEL
Circuit Court Judge

*Exh. 35*
*Exh. N*

Exhibit

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.
Plaintiff

CASE NO.
DIVISION

vs.

LEROY WILLIAMS, MARK WELLS, FRANKLIN
CREDIT MANAGEMENT CORPORATION, CITY
OF NORTH MIAMI
Defendant(s).

FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND ESTABLISHING
EQUITABLE LIEN COSTS

THIS CASE coming before the Court on parte, judgment of the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2004), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

The case be and the same hereby is dismissed, but without impairing the any rights of the Plaintiff to

bring any action to foreclose the mortgage which is the second cause of the instant case.

All Counts of the Complaint against Defendant LEROY WILLIAMS, MARK WELLS,

FRANKLIN CREDIT MANAGEMENT CORPORATION, CITY OF NORTH MIAMI, are hereby dismissed.

Any scheduled foreclosure sale is canceled.

FILE_NUMBER F07012148

Serial 13868520
DOC_ID MD16602



BK 27343 Pg 849 CFN 20100451878 07/06/2010 15 32 32 Pg 1 of 3 Mia-Dade Cty FL

Exh. 35

Exh .. 0



| | | | | |
|---|---|---|---|---|
| | 12/03/2011 | Service Returned for Unknown Party | Event | |
| | 01/05/2011 | Service Returned for Unknown Party | Event | LEROY WILLIAMS |
| | 01/25/2011 | Service Returned for Unknown Party | Event | |
| | 01/24/2011 | Summons Returned – No Service | Event | Parties: PICKARD Hubb |
| | 01/20/2011 | Summons Returned – No Service | Event | Parties: Williams Leroy |
| | 01/20/2011 | Summons Returned – No Service | Event | Parties: Livingston James |
| | 12/27/2010 | Amend | Event | ATTORNEY OBJECTION TO THE COMPLAINT For (es) 0123 Clerk Court |
| | 11/09/2010 | Lis Pendens | Event | B. 23815 P: 1499 |
| | 12/08/2010 | Verification | Event | |
| | 12/08/2010 | Plaintiff's Certificate of Sanctioned Authority | Event | |
| | 12/08/2010 | Certificate Regarding Original Note | Event | |
| | 12/08/2010 | Summons Issued | Event | Parties: Williams Leroy; Livingston James; Williams Hubb; Countrywide Bank (na) (nb: Wells Fargo Bank (na)); Countrywide Bank (na) |
| | 12/08/2010 | Filing Fee For Mortgage Foreclosure | Event | $ 1925.00 |
| | 12/08/2010 | Complaint | Event | |
| | 12/08/2010 | Civil Cover | Event | |

Exh N pg.2

Exh N pg.2

4.   The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property

LOT 105, BISCAYNE GARDENS SECTION ¹ PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.   The Final Summary Judgment heretofore entered on August the 2007 be and the same hereby is but

made and shall be of no further force or effect

6.   The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____ 2010

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list

Exh. 35
Exh. P 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ORDER OF RECUSAL

Exh. 35.
Exh. Q1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 2010-030413-CA-01
SECTION: CA 25

JAMES BUCKMAN,
Plaintiff(s),

vs.

LANCASTER MORTGAGE CO
Defendant(s).

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby;

ORDERED AND ADJUDGED

1) That the undersigned Circuit Court judge hereby recuses himself from further consideration of this case.

2) This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE AND ORDERED in chambers, at Miami-Dade County, Florida, this 1st day of October, 2010.

_____
WILLIAM THOMAS
CIRCUIT COURT JUDGE

Mailing Service List
JAMES BUCKMAN, 1577 NE 15TH RD, MIAMI, FL 33161
MAURICE SYMONETTE, 4711 LIVINGSTON UNIT 4209, SUGAR LAND, TX 77479
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES BAST 2006 A B
RESIDENTIAL ASSET SECURITIZATION TR 2006 AB

Exh. 35
Exh. R

Filing # 142403620 E-Filed 01/21/2022 11:32:41 AM

~~DEFENDANT'S EXHIBIT R~~

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

vs.

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

_____

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby.

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

_Valerie Schurr_
2021-010826-CA-01 01-21-2022 11:24 AM

Hon. Valerie R. Manno Schurr

CIRCUIT COURT JUDGE
Electronically Signed

Case No. 2021-010826-CA-01

Page 1 of 2

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Vivianne Del Rio

U S Bank (na)

Plaintiff(s)

vs.

Williams, Leroy

Defendant(s)

## ORDER OF RECUSAL

Docket Index Number: _____
Or
Efiling Number: _____ Date Filed: 05/11/2023
Full Name of Motion: **Order of Recusal**

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

## ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

Exh. 35

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 11th day of May, 2023.

2010-061928-CA-01 05-11-2023 10:49 AM
Hon. Vivianne Del Rio

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO RECLOSE CASE ☒ POST JUDGMENT

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica Faith Watts, jwatts@quinnlegal.com
Jessica Faith Watts, cservice@quinnlegal.com
Jessica Faith Watts, abliss@quinnlegal.com
Jessica Jo Fagen, lawfirmFL@rauschsturm.com
Jessica Jo Fagen, jfagen@rauschsturm.com
Jessica Jo Fagen, abeflesservice@abclegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Jossie Zuniga, jzuniga@jud11.flcourts.org
Julie Anthousis, FLeFileTeam@brockandscott.com

Case No: 2010-061928-CA-01

Page 2 of 3

Julie Anthousis, FLCourtDocs@brockandscott.com
Julie Anthousis, CourtXpress@firmsolutions.us
Justin James Kelley, FLeFileTeam@brockandscott.com
Justin James Kelley, FLCourtDocs@brockandscott.com
Justin James Kelley, CourtXpress@firmsolutions.us
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL_CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com
Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Matthew Marks, FLeFileTeam@brockandscott.com
Matthew Marks, FLCourtDocs@brockandscott.com
Matthew Marks, ECCM-FL@provana.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nashid Sabir, nashidlaw@gmail.com
Nicole R Topper Esq, ntopper@blankrome.com
Shaib Y Rios, FLeFileTeam@brockandscott.com
Shaib Y Rios, FLCourtDocs@brockandscott.com
Shaib Y Rios, ECCM-FL@provana.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Stephen Christopher Wilson, Stephen@bpinjury.com
Stephen Christopher Wilson, Natasha@bpinjury.com
William Henry Stafford III, william.stafford@myfloridalegal.com
William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com
William Henry Stafford III, alisha.robinson@myfloridalegal.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us
maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com


**Physically Served:**

Exh. 35
Exh. T pg.)



MIAMI

No

All 200+ books banned in Florida
and what Miami Booksellers have to say about it.

THE
BOOKS
THEY
BANNED

BY ALEX DeLUCA



Exh. 35
Exh. ?V Pg.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORÍDA CIVIL ACTION

Exhibit 71 Exh. V pg.1

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3.

Plaintiff .

CASE NO: 2010-61928-CA01

v.

MACK WELLS

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HER ORDER AND REVERT BY VACATING HER ORDER AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Vivianne Del Rio 05/04/2022 review of the record and Final Judgement Order, Exh. 119 based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit 0 # ) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2:160 (D) (1) grounds to disqualify is __ Judge is Biast for Stat 141 .31. ___ conflict of Interest !*

Judge Vivianne Del Rio must Recuse herself for an obvious Conflict of Interest because she's __ business with US Bank and helping them to make money so that she can make money by foreclosing and

Exh. 35
Exh. V pg.?

taking (stealing) our property while acting as the Judge on the case on o u case's Merits b th

for to make money illegally. Here's her Form 6 Affidavit Oath from Tallahasee called

FULL AND PUBLIC DISCLOSURE OF FINANCIAL Says:

2. form 6 for 2019 on line 2., Exh. 0. She got $750,215.00 with FRS which is Financed by the SBA.

Exh. 1. which is U.S. Bank, Exh. 2.

3. form 6 for 2019' Exh. (0). On line 3 she got, $15,403.00 and on line 4 she got $5,691. doing

business with AIG which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S.

Bancorp, Exh.4, 19. And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.


And on her 2020 Form 6 Full and Public Disclosure of Financial Interest in 2020 on line 2,

Exh. 0. Line 2. She got $943,141.00 with FRS which is Financed by the SBA. Exh. 1. which is U.S.

Bank, Exh. 2.

3. Exh. (0). On line 3 she got, $15,403.00 and on line 4 she got $5,691. doing business with AIG

which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4,

19. And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

4. Exh. (0). And on line 4 she has $44,000 with E-Trade Which is Morgan Stanley Exh.3, and

Morgan Stanley is J.P. Morgan, Exh. 87 and Exh. 118, 118A, 118B, 118C and 118D Page 1 and

Page 2. which is U.S. Bancorp, (Exh.4, 19). And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

Exh. 35

Exh. V pg. 3

Which means U.S. Bank is JUDGE VIVIANNE DEL RIO according to her Form 6 signed by her

Affidavit of Financial Interest whole way of wealth making money and partners with her in

almost all assets she owns other than ~~~~~salary is U.S. BANK. This is why she has

ruled in favor of U.S. BANK to give a date to sale our house 06/21/2022, Exh. 120. Against

the Rule of Law and without allowing us to talk in the Zoom hearing 05/04/2022, see Exh. 7.

(Video of Hearing gods2.com Video #1), and we know she heard us because the Transcript

could hear us and could hear her and the Transcriber was in a different location from the

Judge and from us in the Zoom Hearing and if he could hear her and us and the Judge can

hear him that means she could hear us so she deliberately ignored us until we screamed

and to listen to our Motion to Dismiss and Reconsider and revert this case back to the

Original Dismissal with Prejudice that was on the Docket before U.S. Banks Motion to reset

the Sale of our Property. See Exh. (8). But instead Judge Vivianne Del Rio referred us to her

assistant and would not hear our Motion. See Exh.9 (Video on gods2.com #2 video of her

assistant talking to us).

WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest
against us and there's more. I have found that our case was directed to other Judges in this sess Pool
all with the same Conflict of interest like Judge Valerie Manno Schurr a Judge we had never met
jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice
because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got
$995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. F. And then
suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice.
like Judge Zabel did, Exh. G. So as to avoid the Law which says another Judge cannot change another
Judges order in the same Circuit Court so she made the same Order so she could change her own.

Exh. 35
Exh.V. pg.4

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MACK WELLS

Plaintiff

Case No. 2010-61923-CA01

v,

U. S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

Defendants.

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,
Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding
the Dec. 19 2017 Judge John Schlesinger review of the record and Final Judgement Order, Exhibit. J. based on
the following facts, new Information, just terms, judicial misconduct, fraudulent grounds and discovered
conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits
# B) Attached-U.S. Bank N.A. Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13,
SEC Filings-US Bank Florida Subsidiaries, Judge Schlesinger Financial Interests & Property Disclosures).

_Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V._
_Judge John A. Rudd FL Rule 2.160 (D) (1) FL Code Jud. Conduct, Canon 3E(1) A Judge shall disqualify_
_himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is_
_party fears Judge is Biased FL Statue 112.312 (6) Judge can't have a conflict of Interest !_

Judge Schlesinger must Recuse himself for an open obvious Conflict of Interest because he's doing
business with US Bank and helping them to make money so that he can make money by foreclosing
and taking [stealing] our property while acting as the Judge on the case on our property, not on case's
Merits but for to make him and them money Illegally. Here's proof. US BANK is US BANCORP,
Exhibit.A. And US BANCORP is Morgan Stanley, Exhibit B1 and B2, and Morgan Stanley is Morgan
Stanley Brokerage, Exhibit H. Judge John Schlesinger is doing business with US Bank (Morgan

Exh. 35
Exh. V pg. 5

Stanley) as seen in his FORM 6 page, 3 line 6. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL Exhibit. C. Which is a major Conflict of Interest. Judge John Schlesinger is worth 5.8 Million (Investigated) with Zero debt. Schlesinger has done business with MERS Exhibit. N. as seen on the public record Exhibit. F. Who is the Entity that is the entity who assigned our Mortgage to US BANK. Exhibit. G. Judge Schlesinger has ruled in favor of US Bank And That is a major Conflict of Interest as I said Judge Schlesinger is also doing business with Morgan Stanley. Exhibit. I. and B. Who is the same as JP MORGAN Exhibit. D. Who is doing business and is apart of Chase Manhattan Bank. Exhibit M. that Judge Schlesinger was doing business with and got his properties from, Exhibit L. Judge Schlesinger is doing business with all of the entities that he's Judging on against us and there's more. I have found that our case was directed to him in this f not who all do business with US Bank MERS and others.

## FACTUAL BACKGROUND

1. On Dec. 19, 2017, Defendant Judge John Schlesinger issued a final Judgment order Exhibit A against Plaintiff Mack Wells for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. Bank could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. J. A judge cannot change another Judge's ORDER!

2. And also on Dec. 19, 2017, Judge John Schlesinger issued the final order Judgement order acting as a quasi-defense attorney for US Bank his personal investment Partner to make money together.

3. Plaintiff Mack Wells has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. Bank, Clerks and Court officers in this action. Exhibit. O.

## MEMORANDUM OF LAW

The Defendants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Judge Schlesinger's Recusal based on exposed financial conflicts of interests Fla. Stat. 112.312.18NT.

Rule 2.160 (H) and FRCP Rule 60, relief from Judgment Or Order. and to vacate Order.

Exh. 35
Exh. V pg. 5

Their is to be no conflict of interest with the Judge and the Plaintiff against DEFENDANTS. LIKE

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

3. Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an Opposing party

A Judge is expected to Recuse himself pursuant to 28 U.S. C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five statutorily prescribed criteria can be shown to exist in fact, even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

Section 455(b) he shall also, disqualify himself in the following circumstances.

(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding:

(d)(4) "financial interest" means ownership of a legal or equitable interest, however small

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Schlesinger was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Schlesinger has creditor loan history and business with Defendant U.S. Bank N.A.

Exh. 35
Exh. X

## AFFIDAVIT

I Maurice Symonette was there on the Dade County Courthouse on Flagler Street in Downtown Miami that witnessed Judge Zabel Sign The Dismissal To Dismiss with Prejudice on verifying that motion For The case. 2007 1241 I could not I was witness that I Saw it on The docket Sign Judge Zabel.

Maurice Symonette
15... ...e...
Miami Fla. 33101

[notary stamp]

AFFIDAVIT

I James Buckman was there in the Miami Dade Court House on Flagler Street in Downtown Miami and I witness Judge Zabel sign The Dismissed & Served with Prejudice on 4/16/2013 That was For the case No. 2007-12407 also, and I also witnessed that I saw it on the docket Signed by Judge Zabel

James Buckman Jr.
Miami Fl 33100



AFFIDAVIT

I Mack Wells was there in The time with witty
Civil house on Flagler Street in Downtown Miami And
I witness Judge Zabel Sign The Document To Dismiss with
Prejudice on 04/26/2022 That was For The Case Number
2022-12402 (me) And I'm also a witness that I
saw it on The Docket Signed by Judge Zabel

_Mack Wells_

MACK. WELLS
15026 S River Dr.
Miami Fla 33167

X Tommie Matchell
Feb. 3 2022

Exh. 35
Exh. Z1



# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN




## CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM



EX 235
Exh. 22

TO VACATE LAST ORDER & RETAIN ORIG ORDER

ZZ TO ORIGINAL NOTE AND MORTGAGE

B: 27349 P: 0040 VACATING, DISMISSING, CTL
SALE, RELEASE LIS PENDENS, ETC.

ATY 00571075 TO DISMISS CASE CANCEL FORECLOSURE,
SALE ETC.

B: 27744 P: 4192 OF DISMISSAL

Dismissed with Prejudice →

DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE

TO WRITTEN DISCOVERY, MTN TO STRIKE 4/4 ETC

DEFT FILED HAS RESPONDED TO DEFENDANT ETC

FROM MARK WELLS TO DISMISS FR LACK OF PROSECUTION

FROM MARK WELLS TO DISMISS FOR LACK OF PROSECUTION

B: 26044 P: 0031 CANCEL NO FORECLOSURE SALE

PUB DATE 08/31/2007

PUB DATE

TO CANCEL FORECLOSURE SALE

ATY 21985269 SET ASIDE F JUD AND RECONSIDER STAT

550 FEE FOR/OPT 149134

QUESTION REQUEST, DISPUT VALIDITY OF ALLEGED LOAN

AFFIDAVIT OF AMOUNTS DUE AND OWING

ORIGINAL MORTGAGE AND ORIGINAL NOTE

FINAL DISPOSITION FORM

Page 3 of 4

Exh. 35
Exh. 23

American           based in
, and incorporated in

It is the parent company of U.S.
Bank National Association, which is the 5th
. The
company provides banking, investment,
mortgage, trust, and payment services
products to individuals, businesses,
governmental entities, and other financial
institutions. It has 3,106      and 4,842
primarily in the Midwestern
and has approximately 72,400
employees. The company also owns
a processor of credit card transactions. U.S.
Bancorp operates under the second-oldest
continuous national charter, originally Charter
#24, granted in 1863 following the passage of
the          . Earlier charters have
expired as banks were closed or acquired,
raising U.S. Bank's charter number from #24 to
#2. The oldest national charter, originally
granted to the
, is held by        , which it
obtained upon its merger with

U.S. Bancorp



MIAMI DADE COUNTY FLORIDA CIVIL ACTION

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Plaintiff

                                                            CASE NO: 2010-61928-CA01

v.

MACK WELLS

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 17 2023 Carlos Lopez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Carlos Lopez Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Carlos Lopez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

Exh. 36

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money illegally. Here's proof: In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 it Says on line 14 that he got $2,077,949 with Iberia Bank, Exh. D. Which is First Horizon Bank Exh.E and First Horizon Bank is Suntrust Bank Exh. °F, which is BB&T bank Exh. G. BB&T Bank is US. Bank Exh. H Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss,without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of interest that Judge Lopez has, which is why she Recused herself Exh. R, as did Vivianne Del Rio Exh.S and they along with Judge Schlesinger violated Fl. Rule 2.160 (H)-(J) and did not answer their Motion to Recuse Exh.U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reverted back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh. M. I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejudice Exh. X,Y and Z and the 2007-12407-CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed,the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same $ Conflicts of interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of interest with Wells Fargo which is US Bank Exh. Z3 in the amount of $315,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FDI as Carlos Lopez must do because he has the same conflict of interest So he must recuse himself and vacate his Order. So Carlos Lopez you must Recuse YOUR SELF and not ORDER against us.

Exh. 36

**FACTS**

Exhibit # 4

1. On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit. A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June, 25 2010 Carlos Lopez review of the record and Final Judgement Order, Exhibit J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & PropertyDisclosures).

_Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !_

Judge Carlos Lopez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof.

### FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and _Section 455(b) he shall also disqualify himself in the following circumstances._

_(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings_

_(d)(4) "financial interest" means ownership of a legal or equitable interest, however small_

## CONCLUSION

~~Exhibit 1~~ Exh. 36

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Carlos Lopez was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Carlos Lopez has creditor loan history and business with Plaintiff U.S BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by his .sua sponte review and Final Judgment Order. Judge Carlos Lopez has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK HE RECUSED HIMSELF BECAUSE HE HAD A MONEY CONFLICT OF INTEREST IN 131 FEDERAL JUDGES JUST GOT FOUND GUILTY OF CONFLICTS OF INTEREST GOOGLE NEW YORK TIMES ARTICLE BY ADAM LIPTAC.

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, R

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June. 17, 20;3 Final judgement Order [Exhibit.J. based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds

_Mack Wells_
**MACK WELLS**
15020 S. River Dr.
Miami, fla. 33167

EXh 36

~~Exhibit 74~~

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A Judge cannot change another Judge's ORDER! And also on June 25 2010, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MACK WELLS has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit. O. GMAC Also does not own

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

X _Fannie S Mitchell_
May 3, 2020

FANNIE MITCHELL
Notary Public - State of Florida
Commission # GG 360120
My Comm. Expires Jul 29, 2023
Bonded through National Notary Assn.

*Mack Wells* [signature]

MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

Exh. 36

~~Exhibit 34~~

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

Exh. 36
Exh. D

FORM 6 

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST

### PART B- ASSETS

Carlos Lopez
Circuit Judge
11th Judicial Circuit

As of January 31, 2022

PART B- ASSETS

ASSETS INDIVIDUALLY VALUED OVER $1,000:

| | |
|---|---|
| Real Estate XXXX Brickell Ave, Unit XXXX, Miami, Fl | $1,250,000 |
| Real Estate 1717 North Bayshore Drive, A4244,,Miami, Fl (rental property) | $575,000 |
| Real Estate 1800 NW 24ave, #720, Miami, Fl (rental property) | $200,000 |
| Cash IBERIABANK (Cash & CD) | $2,077,949 |
| 1111 Brickell Ave, Miami, Fl 33131 | |
| Marketable Securities UBS (See Summary) | $311,383 |
| CIM Group, P.O. Box 219312 (Cole Capital) | $255,000 |
| Kansas City, MO 64121 | |
| BBC Realty Holdings LLC- Rental Office at 2333 Brickell Ave | $1,800,000 |
| Suite A-1, Miami, Fl (33.3% owned) | |
| Loan Owed from Caribe Insurance Agency Corp | $125,000 |
| 720 Jeronimo Drive | |
| Coral Gables, Fl 33146 | |


Exh. 36
Exh. E

All regions ▼    Safe search: moderate ▼    Any time ▼

● https://www.theadvertiser.com › story › money › business › 2022 › 02 › 28 › td-bank-group-buyin...

## TD Bank Group buying former IBERIABANK, First ... - Lafayette, Louisi...

Feb 28, 2022 · **TD Bank** Group, the Canadian financial giant with more than 26 million U.S. customers, will soon be the owner of former IBERIABANK locations following the acquisition of First Horizon on...

● https://www.theadvocate.com › baton_rouge › news › business › first-horizon-td-bank-call-off-13...

## First Horizon Bank, which acquired IberiaBank, agrees with TD Bank t...

May 4, 2023 · First Horizon Bank, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with **TD Bank** Group to call off their $13.4 billion merger. **TD Bank** informed First...

● https://www.theadvocate.com › baton_rouge › news › business › first-horizon-iberiabank-owner-...

## First Horizon, IberiaBank owner, set to be acquired by TD Bank in $13...

Feb 28, 2022 · First Horizon **Bank**, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with **TD Bank** Group to call off their $13.4 billion merger. STAFF PHOTO BY LESLIE...

● https://www.commercialappeal.com › story › money › business › 2022 › 02 › 28 › td-bank-acquir...

## TD Bank Group to acquire First Horizon: 5 things to know

Feb 28, 2022 · Toronto-based **TD Bank** Group announced the $13.4 billion all-cash agreement to obtain Memphis-based First Horizon as part of the group's plans to accelerate its growth in the U.S, according to...

▦ https://www.kadn.com › news › first-horizon-bank-which-acquired-iberiabank-agrees-with-td-ba...

## First Horizon Bank, which acquired IberiaBank, agrees with TD Bank t...

May 4, 2023   MEMPHIS, Tenn. (CNN) — First Horizon, which acquired IberiaBank, and **TD Bank** have called off a $13 billion deal that would have formed America's sixth-largest **bank**, adding to the turmoil sweeping the country's regional lenders. The acquisition was announced shortly after Memphis-based First Horizon had finished its rebrand of IberiaBank.

Exh. F

https://www.bizjournals.com › memphis › news › 2019 › 11 › 08 › first-horizon-to-acquire-30-suntr...

## First Horizon to acquire 30 SunTrust/BB&T branches - The Business J...

Memphis-Based **First Horizon** National Corp. announced Friday, Nov. 8, that it entered into a deal with **SunTrust Banks** Inc. and BB&T Corp. to acquire 30 branches across North Carolina, Virginia, and ...

https://www.firsthorizon.com

## First Horizon Bank - A Trusted Choice for Financial Services

first horizon bank is suntrust bank

Q All   Images   Videos   News   Maps   Shopping   Settings

https://www.globenewswire.com › news-release › 2020 › 07 › 20 › 2064531 › 0 › en › First-Horiz...

## First Horizon Completes Acquisition of 30 SunTrust now. - GlobeNews...

List of branches in transaction: Winston-Salem, NC Fed Banking Market Medical Park, 2006 S. Hawthorne Rd., Winston-Salem, NC 27103 Mocksville Yadkinville Road, 880 Yadkinville Rd., Mocksville, NC...

https://www.firsthorizon.com › Better-Together › Find-a-Location

## Find a Location - First Horizon Bank

Open on Saturdays Full-Service Drive-Thru No Locations Found See all locations Drive-thru hours could vary. Please check with the banking center team to see if additional drive-thru hours are available. Proven. Focused. Better Together.

https://www.bizjournals.com › charlotte › news › 2020 › 07 › 20 › first-horizon-buys-former-suntr...

## Dozens of former SunTrust branches become part of First Horizon Ba...

Updated Jul 20, 2020, 3:55pm EDT Thirty former **SunTrust** branches are now part of **First Horizon Bank**. Truist Financial Corp. (NYSE: TFC), which owned the branches, agreed to divest them last...

Exh. 36
Exh. G

Exhibit 74

All regions ▾     Safe search: moderate ▾     Any time ▾

⊞ https://www.truist.com › who-we-are › about-truist

## About Truist | Truist

At Truist, our purpose is to inspire and build better lives and communities. That happens through real care to make things better. To meet client needs, to empower teammates, and to lift up communities. Care starts with culture. Our belief in better is at the core of everything that we do, every day.

🔲 https://money.usnews.com › banking › articles › suntrust-and-bbt-merger-what-you-need-to-know

## SunTrust and BB&T Merger: What You Need to Know - U.S. News

The **SunTrust** and **BB&T** merger is not expected to close until later in 2019, and the two banks will remain operating as two separate companies, they say. Don't Dump Your Brick-and-Mortar **Bank**.

⊞ https://media.truist.com › 2019-12-09-BB-T-and-SunTrust-complete-merger-of-equals-to-become...

## BB&T and SunTrust complete merger of equals to become Truist

CHARLOTTE, N.C., Dec. 9, 2019 / PRNewswire / – Truist Financial Corporation (NYSE: TFC) today announced the completion of the merger of equals between **BB&T** Corporation and **SunTrust Banks, Inc.**, effective Dec. 6, 2019.

⊞ https://www.truist.com

## Truist Bank | Checking, Savings, Lending, and Financial Services

The Consumer Financial Protection Bureau (CFPB) offers help in more than 180 languages, call 855-411-2372 from 8 a.m. to 8 p.m. ET, Monday through Friday for assistance by phone. CFPB additional resources for homeowners seeking payment assistance in 7 additional languages: Spanish, Traditional Chinese, Vietnamese, Korean, Tagalog, and Arabic.

🅵 https://www.forbes.com › advisor › banking › suntrust-bank-now-truist-review

## SunTrust Bank, Now Truist Review - Forbes Advisor

Nov 1, 2021   **SunTrust** mainly has branches in the Southeast, but its merger with **BB&T** to form **Truist** may expand its footprint. You can open an account online with **SunTrust** even if you don't live in a state.

*Exh. 36*
*Exh: H*



WSJ https://www.wsj.com › market-data › quotes › USB

## USB | U.S. Bancorp Stock Price & News - WSJ

Apr 12, 2023 · View the latest **U.S. Bancorp** (USB) stock price, news, historical charts, analyst ratings and financial information from WSJ.

TR https://dias.bank.truist.com › ui › bbt

## Truist Online Banking Login | Truist

"Truist Advisors" may be officers and/or associated persons of the following affiliates of Truist Financial Corporation: Truist Bank, our commercial bank, which provides banking, trust and asset management services; Truist Investment Services, Inc., a registered broker-dealer, which is a member of FINRA and SIPC, and a licensed insurance agency ...

https://www.cnbc.com › 2019 › 02 › 07 › here-are-the-biggest-us-banks-with-bbt-suntrust-merge...

## These are the 10 biggest banks in the country now after the BB&T ...

**BB&T** and SunTrust announced a $66B merger — Here's what three experts say that means for the financial sector **BB&T** 's deal to buy SunTrust Banks is slated to create the sixth-largest bank in...

https://www.reuters.com › article › usbancorp-bbandt-idUSBNG54119720091014

## U.S. Bancorp to buy BB&T's select Nevada branches | Reuters

Oct 14 (Reuters) - **U.S. Bancorp** USB.N said it signed a deal with **BB&T** Corp BBT.N to buy about $800 million in deposits of certain branch locations of **BB&T's** Nevada banking operations for an...

https://greensboro.com › business › whats-bb-ts-new-name › article_2701870e-6a62-5f7f-ae2c-...

## What's BB&T's new name?

The combined BB&T-SunTrust, with $442 billion in total assets, would be on the heels of US Bancorp's $476 billion in assets as the largest super-regional bank in the country. It would be the ...

Exh. 36
Exh. 1



# FORM 6     FULL AND PUBLIC DISCLOSURE OF     2008
## FINANCIAL INTERESTS

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthouse Rm 1105
73 W Flagler St
Miami, FL  33130-1731

PROCESSED

**FOR OFFICE USE ONLY**

COMMISSION ON ETHICS
DATE RECEIVED

JUN 2 2009

ID Code:

ID No:     210380

Conf. Code:

P. Req. Code:

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31, 2008 was $ 2,800,357.00.

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (Primer Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle County Colorado | $ 300,000.00 |
| Bank accounts, Stocks, Bonds / Pension Accounts | $ 600,000.00 |
| Mercedes Benz  350 mL | $ 25,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (Primer Residence) P.O. Box 900719 Louisville Ky - | 91,438.00 |
| GMAC Mortgage (Residence) 1st & 2nd Mortgages P.O. Box 4622 Waterloo, Ia | 995,000.00 |
| Wells Fargo Home Mortgage (Vail property) P.O. Box 650729 Dallas Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579    Columbus, Ohio 4321-2579 | 9,205.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Null | |
| | |
| | |

CE FORM 6 - Eff. 1/2009     (Continued on reverse side)     PAGE 1

Exh. 36
Exh. K

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2007-2467-CA1

April 1, 2010

U.S Bank N.A.
    Plaintiff(s)

Vs.

Leroy Williams
    Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay had been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 201        APR 06 2010

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC All parties

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

MONA BRUNO #79806

Bk 27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty, FL

Exh. 36 Exh. 2

# FORM 6 — FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS — 2009

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY

PROCESSED

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL 33130

ID Code
ID No   10380
Conf. Code
P Rec Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009 or a more current date. (Note : net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page.)

My net worth as of December 31, 2009 was $ 3,351,682.00

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank acct in Miami-Dade Cnty (Various) | 250,000.00 |
| Vac. timeshare Condominium/Lease Cnty | 190,000.00 |
| Prop. Misc. Timeshare Per Kickadd Acct / various various | 45,000.00 |
| Key Largo River | (4,000.00) |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC CharlLine/ PL. Box 4032 Wichita I A | 210,000.00 |
| Wellsfargo PO Box/PA Box 32701 Dallas TX | 140,000.00 |
| Chase Finncl Group/PL. Box 78067 Phoenix AZ9262 | 24,350.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |

CE FORM 6 - Eff. 1/2010        (Continued on reverse side)        PAGE 1

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-021

Exh. 36
Exh. M

U.S Bank N.A.
      Plaintiffs

Leroy Williams
      Defendants

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.50 (e) Was served on April 11,2008. (2) their was no record activity for the year preceding Service of the foregoing notice. (3) no stay has been issued or approved by the court And (4) no party has shown good cause why this action should remain pending. Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice DONE AND ORDERED in chambers, at Miami dade county, Florida this 31th day of March, 2009

SARAH I. ZABEL
Circuit Court Judge

3

Exh. 3,6
Exh. N

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

CASE NO. 2007-12407-CA
DIVISION 32

vs.

SPACE FOR RECORDER ONLY

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
    Defendant(s).

**FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES**

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause;

2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS, FRANKLIN CREDIT MANAGEMENT CORPORATION, CITY OF NORTH MIAMI, are hereby dismissed.

3.    Any scheduled foreclosure sale is canceled.

Seq# 13665522
DOC_ID M010502

FILE NUMBER F07012148





Exh. 36
Exh. N Pg2

4. The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5. The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6. The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ _____ day of

_____, 2010.

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 - M010502
GMAC-CONV-sonvn

Exh. 36
Exh. O

 

| Date | | Type | | Event | Description |
|---|---|---|---|---|---|
| 01/27/2011 | | Service Return for Unknown Party | | Event | |
| 01/25/2011 | 57 | Service Return for Unknown Party | | Event | LEROY WILLIAMS |
| 01/25/2011 | | Service Return for Unknown Party | | Event | |
| 01/25/2011 | | Summons Returned - No Service | | Event | Parties: Williams Hoke |
| 01/25/2011 | | Summons Returned - No Service | | Event | Parties: Williams Leroy |
| 01/25/2011 | | Summons Returned - No Service | | Event | Parties: Littlejohn James |
| 12/27/2010 | | Answer | | Event | ATTORNEY:00301991 TO THE COMPLAINT Parties: Miami Dade County |
| 12/09/2010 | 27515-1498 | Lis Pendens | | Event | B: 27515 P: 1493 |
| 12/06/2010 | | Verification | | Event | |
| 12/06/2010 | | Plaintiff's Certificate of Settlement Authority | | Event | |
| 12/06/2010 | | Certificate Regarding Original Note | | Event | |
| 12/06/2010 | | Summons Issued | | Event | Parties: Williams Leroy; Littlejohn James; Williams Hoke; Deutsche Bank (na) (tr); Wells Fargo Bank (na); Wachovia Bank (na) |
| 12/06/2010 | | Filing Fee For Mortgage Foreclosure | | Event | $ 1905.00 |
| 12/06/2010 | | Complaint | | Event | |
| 12/06/2010 | | Civil Cover | | Event | |



Exh. 36
Exh. P1

Case 1:18-cv-22214-LU   Document 8   Entered on FLSD Docket 07/01/2018   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-22214-GAYLES

CARL ERICKSON

Plaintiff,

v.

RALPH W. CONNERLY, JR., et al.

Defendants.

ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-captioned cause is assigned hereby recuses herself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 26th day of June, 2018.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Exh. 36
Exh. Q1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.  2019-030415-CA-01
SECTION: CA 20

JAMES BUCKMAN
      Plaintiff(s),

vs.

LANCASTER MORTGAGE  CO
      Defendant(s).

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE AND ORDERED in chambers, at Miami-Dade County, Florida, this 17th day of October, 2019.

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List:
JAMES BUCKMAN, 1977 NE 119TH  RD  MIAMI, FL 33181
MAURICE SYMONETTE  4711 L J PARKWAY, UNIT 4206, SUGARLAND, TX 77479
LANCASTER MORTGAGE  CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 A8 +

Exh. 8b
Exh. R

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

vs.

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

## ORDER OF RECUSAL

THIS CAUSE came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

CIRCUIT COURT JUDGE
Electronically Signed

Exh. ~~~~~~~~ Exh. S    Exh. 36
Exh. S

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Vivianne Del Rio

U S Bank (na)

Plaintiff(s)

vs.

Williams, Leroy

Defendant(s)

## ORDER OF RECUSAL

Docket Index Number: _____
Or
Efiling Number: _____ Date Filed: 05/11/2023
Full Name of Motion: **Order of Recusal**

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

## ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

Case No: 2010-061928-CA-01

Page 1 of 3

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 11th day of May, 2023.





2010-061928-CA-01 05-11-2023 10:49 AM
Hon. Vivianne Del Rio

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica Faith Watts, jwatts@quinnlegal.com
Jessica Faith Watts, eservice@quinnlegal.com
Jessica Faith Watts, abliss@quinnlegal.com
Jessica Jo Fagen, lawfirmFL@rauschsturm.com
Jessica Jo Fagen, jfagen@rauschsturm.com
Jessica Jo Fagen, abcfleservice@abclegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FL.CourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Jossie Zuniga, jzuniga@jud11.flcourts.org
Julie Anthousis, FLeFileTeam@brockandscott.com

Case No: 2010-061928-CA-01

Exh. 36

Julie Anthousis, FLCourtDocs@brockandscott.com
Julie Anthousis, CourtXpress@firmsolutions.us
Justin James Kelley, FLeFileTeam@brockandscott.com
Justin James Kelley, FLCourtDocs@brockandscott.com
Justin James Kelley, CourtXpress@firmsolutions.us
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com
Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Matthew Marks, FLeFileTeam@brockandscott.com
Matthew Marks, FLCourtDocs@brockandscott.com
Matthew Marks, ECCM-FL@provana.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nashid Sabir, nashidlaw@gmail.com
Nicole R Topper Esq., ntopper@blankrome.com
Shaib Y Rios, FLeFileTeam@brockandscott.com
Shaib Y Rios, FLCourtDocs@brockandscott.com
Shaib Y Rios, ECCM-FL@provana.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Stephen Christopher Wilson, Stephen@bpinjury.com
Stephen Christopher Wilson, Natasha@bpinjury.com
William Henry Stafford III, william.stafford@myfloridalegal.com
William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com
William Henry Stafford III, alisha.robinson@myfloridalegal.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us
maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com


Physically Served:

Exh. 36
Exh. T pg. 1





Exb. 37
Pg. 1

## 2023 Form 6 - Full and Public Disclosure of Financial Interests   ~~Exhibit 6-57~~

Filed with COE: 05/19/2024

## General Information

| | |
|---|---|
| Name: | Hon Juan Alfonso Fernandez Barquin |
| Address: | 73 West Flagler Street Suite 242, MIAMI, FL 33130 |
| County: | Miami-Dade |

PID   221072

## AGENCY INFORMATION

| Organization | Suborganization | Title |
|---|---|---|
| Miami-Dade County | Elected Constitutional Officer | Clerk of the Court/Comptroller |
| Miami-Dade County | Employees | Clerk of the Court and Comptroller |
| Miami-Dade County Public Health Trust | Board of Trustees | Board Member |

## CANDIDATE FOR

| Position | Agency Name | Position sought or held |
|---|---|---|
| Clerk of the Courts and Comptroller | Miami-Dade County Clerk of the Court and Comptroller | Clerk of the Court and Comptroller |

## Net Worth

My Net Worth as of _December 31, 2023_ was $ 645,499.91

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

Exh-37
pg-2

2023 Form 6 - Full and Public Disclosure of Financial Interests    Exhibit 6 pg 2

Filed with COE: 05/19/2024

The aggregate value of my household goods and personal effect is $40,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000.

| Description of Asset | Value of Asset |
|---|---|
| 1/3 ownership of JAFB Investments, LLC 4711 Granada Blvd, Coral Gables, FL 33146. -Owner of rental property at 4421 W. Flagler Street, Miami, FL 33134 | $ 99,199.00 |
| Voya Financial – PO Box 990070 (Not self-directed) Hartford, CT 06199 -Vanguard TRGT Retirement 2050 Fund Investment | $ 9,328.81 |
| Merrill Lynch Retirement Account (Not self-directed) PO Box 1501 Pennington, NJ 08534 | $ 117,108.67 |
| Merrill Lynch Retirement Account Investment over $1,000- Bank of America, NA RASP | $ 2,679.67 |
| Merrill Lynch Retirement Account Investment over $1,000- Diamond Hill Large CAP | $ 3,596.08 |
| Merrill Lynch Retirement Account Investment over $1,000- Edgewood Growth Fund CL | $ 7,004.16 |
| Merrill Lynch Retirement Account Investment over $1,000- GS GQG Partners | $ 2,186.01 |
| Merrill Lynch Retirement Account Investment over $1,000- Hartford Schroders Emerg | $ 9,757.68 |
| Merrill Lynch Retirement Account Investment over $1,000- Ishares Edge MSCI | $ 7,371.23 |
| Merrill Lynch Retirement Account Investment over $1,000- Ishares Edge MSCI | $ 14,668.48 |
| Merrill Lynch Retirement Account Investment over $1,000- Ishares US Treasury Bond | $ 6,233.00 |
| Merrill Lynch Retirement Account Investment over $1,000- Ishares TR Core MSCI EAF | $ 4,471.68 |
| Merrill Lynch Retirement Account Investment over $1,000- John Hancock Disciplined | $ 9,640.60 |
| Merrill Lynch Retirement Account Investment over $1,000- JP Morgan Small CAP | $ 4,768.47 |
| Merrill Lynch Retirement Account Investment over $1,000- JP Morgan Undscvrd Mngrs | $ 4,428.33 |
| Merrill Lynch Retirement Account Investment over $1,000- Oakmark Intl FD CL | $ 2,079.90 |

2023 Form 6 - Full and Public Disclosure of Financial Interests ~~Part~~

Filed with COE: 05/19/2024

| Description of Asset | Value of Asset |
|---|---|
| Merrill Lynch Retirement Account Investment over $1,000 - Vanguard Mortgage-Backed | $ 7,154.75 |
| Merrill Lynch Retirement Account Investment over $1,000 - Vanguard Value ETF | $ 17,191.20 |
| Merrill Lynch Retirement Account Investment over $1,000 - Vanguard Growth ETF | $ 17,068.42 |
| Merrill Lynch Retirement Account Investment over $1,000 - Ishares Iboxx S | $ 1,211.87 |
| Merrill Lynch Retirement Account Investment over $1,000 - JP Morgan Large CAP | $ 6,650.44 |
| Florida Retirement System (Not self-directed) (No physical address) Visit www.myfrs.com for information -FRS 2050 Retirement Date Fund (2050) | $ 97,405.69 |
| Wells Fargo (office checking) PO Box 6995 Portland, OR 97228-6992 -PA Bank Account | $ 19,562.10 |
| Bank of America (personal checking) PO Box 25118 Tampa, Florida 33622-5118 Advantage Plus Banking | $ 109,751.45 |
| Bank of America (joint personal checking) PO Box 25118 Tampa, Florida 33622-5118 Advantage Plus Banking | $ 130,820.90 |
| Space Coast Credit Union (9 month CD) PO Box 419001 Melbourne, FL 32941-9001 | $ 10,000.00 |
| Space Coast Credit Union (12 month CD) PO Box 419001 Melbourne, FL 32941-9001 | $ 10,001.51 |
| Coinbase 1209 North Orange Street Wilmington, DE 19801 - Bitcoin | $ 2,118.34 |
| U.S. Treasury (Savings I Bonds), 1500 Pennsylvania Avenue, NW, Washington, DC 20220 | $ 10,000.00 |
| Robinhood Financial LLC, 85 Willow Road, Menlo Park, CA 94025 - Consolidated Water Co. Ltd. | $ 1,306.62 |

Filed with COE: 05/19/2024

## Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| Toyota Southeast Finance | PO Box 991817, Mobile, AL 36691 | $ 11,183.18 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| N/A | | |

## Income

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2023 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2023 federal income tax return and all W2s, schedules, and attachments.

PRIMARY SOURCES OF INCOME:

| Name of Source of Income Exceeding $1,000 | Address of Source of Income | Amount |
|---|---|---|
| Juan Fernandez-Barquin, P.A. | 3663 SW 8th Street, Suite 200, Miami, Florida 33135 | $ 58,000.00 |
| State of Florida | 200 East Gaines Street, Tallahassee, Florida 32399 | $ 11,982.33 |
| Miami-Dade County | 111 NW 1st Street, Suite 2620, Miami, FL 33128 | $ 145,017.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person):

| Name of Business Entity | Name of Major Sources of Business' Income | Address of Source | Principal Business Activity of Source |
|---|---|---|---|
| N/A | | | |

2023 Form 6 - Full and Public Disclosure of Financial Interests ~~Exhibit~~

Filed with COE: 05/19/2024

## Interests in Specified Businesses

| Business Entity # 1 |
|---|
| N/A |

## Training

This section applies only to a Constitutional or elected municipal officer, each of whom are required to complete annual ethics training pursuant to Section 112.3142, F.S.

☑ I certify that I have completed the required training under Section 112.3142, F.S.

☐ Required training under Section 112.3142, F.S., not applicable to filer for this form year.

## Signature of Reporting Official or Candidate

Under the penalties of perjury, I declare that I have read the foregoing Form 6 and that the facts stated in it are true.

### *Juan Fernandez Barquin*

Digitally signed: 05/19/2024

Filed with COE: 05/19/2024

Exh.38

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MACK WELLS AND
MAURICE SYMONETTE

Plaintiff

CASE NO: 24-cv-23015-KMW

v.
DEUTSCHE BANK N.A. TRUST CO.
Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August 14th,2024 Judge Rodolfo A. Ruiz review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)   Attached-DEUTSCHE BANK Special Situation Property Funds  Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- DEUTSCHE BANK Florida Subsidiaries, Judge Rodolfo A. Ruiz Financial Interests & Property Disclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !***

  Judge Rodolfo A. Ruiz must Recuse himself for an open obvious Conflict of Interest because he's doing business with DEUTSCHE BANK and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof.

Exh. 38

Come now MACK WELLS acting Pro-Se here states Judge Rodolfo A. Ruiz, says that Bank Of America on his form 6 Full and Public Disclosure Of Financial Interests is a Bank doing Business with US Bank because he's doing business with US BANK and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof that , Judge Rodolfo A. Ruiz is doing business with Bank of America as seen in his FORM 6 page 4 lines 1-2, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form 6, EXH.A, The listed Checking and Savings Accounts are Partnered with DEUTSCHE BANK Exh.B WHICH IS MORGAN STANLEY EXH. C AND MORGAN STANLEY IS US BANK EXH.D1 AND D2,. Which is a major Conflict of Interest. Who he has ruled in favor of, EXH. F. That is a Conflict of Interest against us and there's more. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit, G. So Judge Rodolfo A. Ruiz you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. I.

## FACTUAL BACKGROUND

1. On August14th,2024, Defendant Judge Rodolfo A. Ruiz issued a final Judgment order Exh. A against Plaintiff JAMES BUCKMAN for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where DEUTSCHE BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on August14h,2024, Judge Rodolfo A Ruiz issued a Judgment order acting as a quasi-defense attorney for DEUTSCHE BANK his personal investment Partner to make money together. Plaintiff JAMES BUCKMAN has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants DEUTSCHE BANK, Clerks and Court officers in this action. Exhibit, O.

## MEMORANDUM OF LAW

The Defendants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Rodolfo A. Ruiz Recusal based on exposed financial conflicts of interests <u>Fla. Stat.112.312 (8)(9).</u>

*Rule 2.160 (H) and FRCP Rule 60; relief from .Judgment Or Order. and to vacate Order .*

*Their is to be no conflict of interest with the Judge and the Plaintiff against DEFENDANTS. LIKE*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*3. Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an Opposing party*

A Judge is expected to Recuse himself according to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and pursuant to 28 U,S, C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which Judge's impartiality might reasonably be questioned." Under Fla. Code Jud. Conduct, Canon 3E(1) and § 455(b), a judge is expected to disqualify himself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct,

Exh. 38

and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Rodolfo A. Ruiz was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Rodolfo A. Ruiz has creditor loan history and business with Defendant DEUTSCHE BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and <u>Final Judgment Order.</u> Judge Rodolfo A. Ruiz has significant exposed investor financial interests in the subject matter in controversy and with Defendants DEUTSCHE BANK that will be substantially negatively affected by the outcome of that proceedings when the Plaintiff "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from DEUTSCHE BANK
1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.


## REQUIRED RELIEF


Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the <u>August 14th,2024</u> Final <u>judgment Order Exhibit.J.</u> based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Rodolfo A. Ruiz from this and any future related DEUTSCHE BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons stated herein filed

*Exh.38*

MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 20th day of Aug.,2024 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

MAURICE SYMONETTE
15020 S.RIVER DR.
MIAMI, FL. 33167

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 6 | Ruiz II, Rodolfo A. | 05/11/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310. Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 1. Bank of America Checking Account | A | Interest | K | T | | | | |
| 2. Bank of America Savings Account | A | Interest | M | T | | | | |
| 3. Goldman Sachs Bank Deposit (BDA) | A | Interest | J | T | | | | |
| 4. Vanguard Short-Term Bond ETF (BSV) | A | Dividend | K | T | Buy | 08/15/22 | K | |
| 5. Vanguard Total Bond Market ETF (BND) | A | Dividend | K | T | Buy | 08/15/22 | K | |
| 6. GS Dynamic Municipal Income Fund Class P (GAJPX) | A | Dividend | K | T | Sold (part) | 08/15/22 | L | |
| 7. GS High Yield Municipal Fund Class P (GGLPX) | A | Dividend | K | T | | | | |
| 8. IShares Russell 1000 Value ETF (IWD) | B | Dividend | K | T | | | | |
| 9. IShares Russell 1000 Growth ETF (IWF) | A | Dividend | K | T | | | | |
| 10. IShares Russell 2000 ETF (IWM) | A | Dividend | J | T | | | | |
| 11. Vanguard S&P 500 ETF (VOO) | A | Dividend | J | T | Buy | 08/15/22 | J | |
| 12. IShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | |
| 13. IShares Trust-IShares Currency Hedged MSCI EAFE ETF BATS (HEFA) | A | Dividend | J | T | | | | |
| 14. GS Tactical Tilt Overlay Fund Class P (GSLPX) | A | Dividend | | | Sold | 11/10/22 | J | |
| 15. Vanguard Total Bond Market ETF (BND) | A | Dividend | K | T | Buy (add'l) | 11/10/22 | J | |
| 16. Vanguard Short-Term Bond ETF (BSV) | A | Dividend | K | T | Buy (add'l) | 11/10/22 | J | |
| 17. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

 Sign Up For Email Alerts    RSS Feeds

# Bank of America to Participate in the Deutsche Bank Global Financial Services Conference on May 29

Tuesday, May 22, 2018 9:00 am EDT

**CATEGORIES** Corporate and Financial News



Bank of America Head of Global Commercial Banking Alastair Borthwick will participate in the Deutsche Bank Global Financial Services Conference on Tuesday, May 29 at 9:30 a.m. Eastern Time. A live audio webcast will be accessible through the Bank of America Investor Relations website at http://investor.bankofamerica.com. A replay will also be available.

We use cookies on this site to enhance your user experience By clicking any link on this page you are giving your consent for us to set cookies. More info

OK, I agree

No thanks

11:33    LTE

*Exh. 38*

**Exh.C**

Casetex ⟩ brief ⟩ deutsche-bank-nat...

## Deutsche Bank National Trust Company, as Trustee For Morgan Stanley Capital I Inc ...

Deutsche Bank National Trust Company, as Trustee For Morgan Stanley Capital I Inc. Trust 2006-He2 Mortgage Pass-Through Certificates, ...

Missing: ~~BLACKStone Group POOLING SERVICING AGREEMENT RAST A8 (CSFB),~~

US Courts (.gov) ⟩ ca5 ⟩ pub   PDF

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Dec 29, 2014 · Deutsche Bank National Trust Company. ... ("Section 50"), challenging the adequacy of a loan that they obtained in 2006.

16 pages · 155 KB

SEC Report ⟩ Document

## Litman Gregory Funds Trust 2019 Portfolio of Investments NPORT-EX - SEC Report

Form NPORT-EX filed by Litman Gregory Funds Trust with the security and exchange ... Blackstone Group L.P. (The) ... State Street Bank and Trust Company ... National Bank Holdings Corp.



*Exh. 38*

**Exh. D1**

10:22    LTE

🔒 mitchellmessenger.com

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

Exh. 38

**Exh. D2**

10:29

globallegalchronicle.com

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

Exh.39

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 8 | Williams, Kathleen M. | 07/19/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 1. | Carrier (CARR) | C | Dividend | N | T | | | | |
| 2. | Raytheon (RTX) | D | Dividend | N | T | | | | |
| 3. | Otis Worldwide (OTIS) | C | Dividend | M | T | | | | |
| 4. | AT&T (T) | C | Dividend | K | T | | | | |
| 5. | Edison (EIX) | B | Dividend | K | T | | | | |
| 6. | Lockheed Martin (LMT) | C | Dividend | M | T | | | | |
| 7. | IBM | A | Dividend | J | T | | | | |
| 8. | Princ Preferred Securities (PRFCX) | C | Int./Div. | M | T | | | | |
| 9. | Nationwide Fixed Annuity | | None | O | T | | | | |
| 10. | Wells Fargo Money Sweep | A | Interest | K | T | | | | |
| 11. | WELLS FARGO MANAGED ASSET ACCOUNT HOLDINGS BELOW | | | | | | | | |
| 12. | FTIXX-GSachs Treasury Instruments | A | Interest | J | T | Buy | 08/11/21 | J | |
| 13. | AEPFX-American Euro-Pacific Grth | A | Dividend | K | T | | | | |
| 14. | MFS Emerging Mkts (MEDIX) | A | Dividend | | | Sold | 08/11/21 | J | A |
| 15. | Diamond Hill Large Cap (DHLRX) | A | Dividend | L | T | Buy<br>(add'l) | 03/02/21 | K | |
| 16. | | | | | | Sold<br>(part) | 08/11/21 | K | D |
| 17. | Cohen & Steers Realty (CSRSX) | A | Dividend | | | Sold | 03/02/21 | J | A |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

$Exh.40$

SOUTHERN DISTRICT COURT OF FLORIDA

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

    Plaintiff

                                 CASE :24-cv-23015-RAR

v.

MACK WELLS

    Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 17' 2023 Darrin P. Gayles review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Darrin P. Gayles Financial Interests & Property Disclosures).

*__Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !__*

Judge Darrin P. Gayles must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

Exh. 40

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof: **In his Form 6, from his Financial Disclosure Report, form 6 for 2021 it Says on line 1, page 3 that he got $250,000 with Chase Bank Exh. A. U.S. Bank is Chase bank here's proof. US BANK is US BANCORP, Exh. B. And US BANCORP is Morgan Stanley, Exhibit B1 and B2,** Judge Darrin Gayles is doing business with US BANK (Chase Bank) as seen in his **form 6 line 2 page 3.** He also got $15,000 from Chase Bank Exh A. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made this same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of Interest that Judge Lopez has, which is why she Recused herself Exh. R, as did Viv.anne Del Rio Exh.S and they along with Judge Schlesinger violated Fl. Rule 2.160 (H)-(J) and did not answer their Motion to Recuse Exh.U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reverted back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh. M. I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejudice Exh. X,Y and Z and the 2007-12407-CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same $ Conflicts of Interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of Interest with Wells Fargo which is US Bank Exh. Z3 in the amount of $315,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FBI as Darrin P. Gayles must do because he has the same conflict of Interest So he must recuse himself and vacate his Order. So Darrin P. Gayles you must Recuse YOUR SELF and not ORDER against us.

Exh. 40

## FACTS

1. On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order <u>Exhibit. A</u> against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the <u>June. 25' 2010</u> Darrin P. Gayles review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court <u>(Exhibits # B)</u> Attached- U.S. BANK Special Situation <u>Property Funds Account Page 42, IFRS 2018 Tables 9-13,</u> SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !***

Judge Darrin P. Gayles must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof.

## FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstances.*

*(4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(.)  "financial interest" means ownership of a legal or equitable interest, however small*



## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaint if could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Darrin P. Gayles  was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Darrin P. Gayles  has creditor loan history and business with Plaintiff U.S BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by his .sua sponte review and Final Judgment Order. Judge Darrin P. Gayles  has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK HE RECUSED HIMSELF BECAUSE HE HAD A MONEY CONFLICT OF INTEREST IN 131 FEDERAL JUDGES JUST GOT FOUND GUILTY OF CONFLICTS OF INTEREST GOOGLE NEW YORK TIMES ARTICLE BY ADAM LIPTAC.

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, R

### REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June. 17, 2023 Final judgment Order [Exhibit.J. based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds

and reasons state.

*Exh. 40*

*Mack Wells*

: MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on June, 25 2010, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MACK WELLS has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC Also

does not own

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

X *Fannie S Mitchell*
*May 3, 2022*

FANNIE MITCHELL
Notary Public - State of Florida
Commission # GG 360128
My Comm. Expires Jul 29, 2023
Bonded through National Notary Assn.

MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

Exh. 40
Exh. E

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2009
## FINANCIAL INTERESTS

COMMISSION ON ETHICS
DATE RECEIVED

| FOR OFFICE USE ONLY: | JAN 25 2010 |
|---|---|

**PROCESSED**

Hon. Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL 33130

ID Code

ID No.    210380

Conf. Code

P. Reg. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of  December 31 , 20 09 was $ 3,351,651.00

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $  150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | | VALUE OF ASSET |
|---|---|---|
| Residence in Miami - Dade County (Pinecrest) | | 2,800,000.00 |
| Vail Colorado Condominium / Eagle County | | 250,000.00 |
| Bank Accts, Pers. Brokerage Accounts / Wachovia, Bank of America | | 650,000.00 |
| Schu Private Revoc | Fidelity | 64,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Credit Line / P.L. Box 4622, Waterloo, IA | 410,000.00 |
| Wells Fargo, P.O. Box/11 box 357697, Dallas Tx | 1,119,000.00 |
| Chase Financial Group / P.L. Box 78067, Phoenix AZ 85062 | 24,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None — | |
| | |
| | |

CE FORM 6 - Eff. 1/2010          (Continued on reverse side)          PAGE 1

Exh. 80
Exh T



APRIL 28 - MAY 4, 2022 | VOLUME 37 | NUMBER 7

MIAMI

MIAMINEWTIMES.COM | BROWARDPALMBEACH.COM | FREE

*All 200+ books banned in Florida
and what Miami booksellers have to say about it.*

## THE BOOKS THEY BANNED

### BY ALEX DeLUCA





# SEE PROOF OF DISCRIMINATING JUDGES CAUGHT!!

## JUDGE RECUSES OFF CASE, ADMITS GETTING $995,000 FROM BANK TO FORECLOSE ILLEGALLY ON CRIPPLE BLACK MAN'S HOUSE AFTER DISCOVERY! WE'RE HELPLESS IN COURT WITH THESE EVIL CONFLICTS OF INTEREST!!!

FOR $995,000 THE CHANGES ORDER FROM DISMISSAL WITH PREJUDICE TO DISMISSAL WITHOUT PREJUDICE SO US BANK COULD CONTINUE TO FORECLOSE

GMAC GIVES $995,000

GMAC gives $400,000

Homecomings Financial - A GMAC Company | Better Business

Homecomings Financial, LLC - ML-implode.com

HOMECOMINGS ASSIGNED MORTGAGE TO US BANK

ASSIGNMENT TO HOMECOMINGS, ASSIGNMENT TO US BANK (GMAC)

ASSIGNMENT OF MORTGAGE

GMAC Mortgage
Notice of Servicing Transfer and Write

GMAC IS US BANK SERVICER

JUDGE RECUSAL



## SEE PROOF AT SAYYESSS.COM - BY MICHAEL THE BLACK MAN 88.7FM 5PM


Exh. 42

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2008
## FINANCIAL INTERESTS

| | FOR OFFICE USE ONLY: | COMMISSION ON ETHICS DATE RECEIVED |
|---|---|---|

**PROCESSED**

*************A/TG**3-DIGIT 331 T2  P2    2
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthosue Rm 1105
73 W Flagler St
Miami, FL  33130-1731

՞լլııllııllıllıllıııılllıılıılııılllıllılllıl

Jul 2 6 2009

ID Code [barcode]

ID No        210380

Conf. Code

P. Req. Code

**Manno Schurr  Valerie R.**

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20 08 was $ _2,800,357.00._

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _150,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required – see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (former Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle Cnty Colorado | $ 300,000.00 |
| Bank Accounts, Stocks Bonds, Pension Accounts | 600,000.00 |
| Mercedes Benz 350 mL | $ 25,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (former Residence) P.O. Box 9001719, Louisville, Ky. – | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mortgages) P.O. Box 4622, Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Residence) P.O. Box 650769, Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579 Columbus, Ohio 43218-2579 | 9,205.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | |

CE FORM 6 - Eff 1/2009    (Continued on reverse side)    PAGE 1

EXh. 46

EXh. G

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO 2007-12407-ca1

April 1,2010

LS Bank .N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11.2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11.2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.

Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejud' e
DONE AND ORDERED in chambers. at Miami. dade county. Florida this 31th day of
March . 2010.

APR 06 201    **APR 06 2010**

CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

CC> Atl parties:

STATE OF FLORIDA

12/22        21

MONA S    NO #79806

Exh. 40    EXH. H

3

EXDO

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

                        CASE NO.    2007-12407-CA
                        DIVISION    32
vs.

                                                SPACE FOR RECORDING ONLY F 5 31425 0

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
        Defendant(s).

_____

FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING
PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.      The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause

2.      All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS,

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.      Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial 13666522
DOC_ID: M010502





4.    The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
> THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.    The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.    The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR**
**CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 - M010502
GMAC-CONV--driven


5/4/22, 8:41 AM

| 10/14/2010 | | Motion: | Event | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | Motion to Vacate Dismissal | Event | |
| 08/06/2010 | | Text | Event | RETD ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343:0949 | Court Order (Recordable) | Event | B: 27343 P: 0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC.. |
| 06/20/2010 | | Motion: | Event | ATY:00071675 TO DISMISS CASE,C NCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | Final Disposition Document | Event | |
| 04/07/2010 | 27244:4193 | Court Order (Recordable) | Event | B: 27244 P: 4193 OF DISMISSAL |
| 04/07/2009 | | Text | Event | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | Objection: | Event | TO WRITTEN DISCOVERY,MTN TO STRIKE OR,..ETC |
| 09/09/2008 | | Notice: | Event | THAT PLTFF HAS RESPONDED TO DEFENDANT,..ETC |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944:0542 | Court Order (Recordable) | Event | B: 25944 P: 0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE :08/31/2007 |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE : |
| 09/12/2007 | | Motion: | Event | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | Motion: | Event | ATY:88888888 SET ASIDE FJUD AND RECONSIDER STAY |
| 09/10/2007 | | Text | Event | $50 FEE PD/RCPT 145184 |
| 08/30/2007 | | Notice of Sale | Event | |
| 08/24/2007 | | Text | Event | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | Certificate Of Mailing Final Judgment | Event | |
| 08/13/2007 | | Notice of Filing: | Event | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | Notice of Filing: | Event | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | Text | Event | FINAL DISPOSITION FORM |

Dismissed with Prejudice



OCS Search



# MIAMI-DADE COUNTY CLERK OF THE COURTS
### HARVEY RUVIN

Contact Us    My Account    

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

## US BANK (NA) VS WILLIAMS, LEROY

| | |
|---|---|
| **Local Case Number:** | 2007-012407-CA-01 |
| **State Case Number:** | 132007CA012407000001 |
| **Consolidated Case No.:** | N/A |
| **Case Status:** | CLOSED |

| | |
|---|---|
| **Filing Date:** | 04/26/2007 |
| **Judicial Section:** | CA32 |
| **Case Type:** | z DO NOT USE - Legacy Mortgage Foreclosure |

👥 **Parties**

**Total Of Parties:** 5 ✚

🔨 **Hearing Details**

**Total Of Hearings:** 0 ✚

📡 **Dockets**

**Total Of Dockets:** 52 ▬

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 1 | 02/04/2022 | | Receipt: | Event | RECEIPT#:2410006 AMT PAID:$6.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 4 $1.00 $4.00 3121-CERTIFIED 1 $2.00 $2.00 TENDER TYPE:CASH TENDER AMT:$10.00 TENDER TYPE:CHANGE TENDER AMT:($4.00) RECEIPT DATE:02/04/2022 REGISTER#:241 CASHIER:DINGUIB |
| | 01/23/2015 | | Copy of: | Event | OF ORDER OF DISMISSAL |
| | 04/04/2014 | | Text | Event | FINAL JUDGMENT OF FORECLOSURE |
| | 04/07/2011 | | Letter of Correspondence | Event | FROM MACK L WELLS |
| | 11/04/2010 | | No Further Judicial Action | Event | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |

Exh. 40
Exh.



IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2007-12407-ca1

April 1, 2009

I. S Bank .N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution served on April 11.2008. The court finds that (1) notice prescribed by rule 1.40 (e) was served on April 11.2008; (2) their was no record activity for the year preceding service of the foregoing notice; (3) no stay has been issued or approved by the court and (4) no party has shown good cause why this action should remain pending.

Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice

DONE AND ORDERED in chambers at Miami, dade county, Florida this 31th day of March, 2009

SARAH I. ZABEL
Circuit Court Judge

Copies furnished to:
Echevarria, Codilis & Stawiarski
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
FHOMECOMIN-CONV-B-leao1e-F0701314B

Exh. 40

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

GENERAL JURISDICTION

U.S. Bank (na)

Plaintiff,

vs.

CASE NO.: 10-61928 CA 01

Williams, Leroy

Defendant(s).

Transfer Order on Recusal

This matter came before the undersigned Administrative Judge upon the recusal of
Division 05. The case has been blind-filed by the Clerk of Court to Division 11 and all further
proceedings shall be heard before that judge.

For further information, please visit the following website https://www.jud11.flcourts.org
click on Judicial Directory, then the new division judge Carlos Lopez

DONE and ORDERED in Chambers at Miami, Miami-Dade County, Florida, on
this ____ day of ____ 202_ .

ORIGINAL

JENNIFER D. BAILEY

Jennifer D. Bailey
Administrative Judge,
Circuit Civil Division

Copies furnished to:
Counsel of record



## 2022 Form 6 - Full and Public Disclosure of Financial Interests

**Filed with COE: 02/27/2023**

### Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $ 70,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| Fidelity Accounts | $ 28,621.00 |
| State of Florida Retirement Account | $ 614,708.00 |
| Bank of America Accounts | $ 44,071.00 |
| Morgan Stanley IRA | $ 478,186.00 |
| Investment Apartment | $ 296,600.00 |

### Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| PNC Bank | 300 Fifth Avenue, Pittsburg, PA 15222 | $ 108,528.00 |
| University of Florida | University of Florida, Gainesville, FL 32611 | $ 72,093.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| N/A | | |

Exh. 42

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 13 | Goodman, Jonathan | 07/29/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | K | T | | | | | |
| 3. Rental Property #1, Lauderhill, FL | D | Rent | | | Sold | 10/14/21 | L | | |
| 4. Account #1 (H) | | | | | | | | | |
| 5. Neuberger Berman Large Cap Value Investor (NPRTX) | C | Dividend | L | T | | | | | |
| 6. Account #2 (H) | | | | | | | | | |
| 7. Vanguard Windsor II Fund Adm (VWNAX) | D | Dividend | L | T | | | | | |
| 8. Vanguard 500 Index Fund Adm. (VFIAX) | A | Dividend | L | T | | | | | |
| 9. Account #3 (H) | | | | | | | | | |
| 10. Raymond James Sweep Account (cash) | A | Interest | O | T | Open | 07/12/21 | O | | |
| 11. Invesco Int'l Bond Fund (OIBYX) | B | Dividend | L | T | Buy (add'l) | 03/11/21 | J | | |
| 12. | | | | | Sold (part) | 04/14/21 | L | | |
| 13. | | | | | Buy (add'l) | 08/26/21 | J | | |
| 14. Invesco Developing Markets (ODVYX) | B | Dividend | K | T | Sold (part) | 03/11/21 | J | B | |
| 15. | | | | | Sold (part) | 04/14/21 | K | D | |
| 16. | | | | | Buy (add'l) | 08/26/21 | J | | |
| 17. Columbia Select Large Cap Growth Fund (UMLGX) | E | Dividend | L | T | Sold (part) | 03/10/21 | J | | |

1 Income Gain Codes:   A=$1,000 or less   B=$1,001 - $2,500   C=$2,501 - $5,000   D=$5,001 - $15,000   E=$15,001 - $50,000
(See Columns B1 and D4)   F=$50,001 - $100,000   G=$100,001 - $1,000,000   H1=$1,000,001 - $5,000,000   H2=More than $5,000,000
2 Value Codes   J=$15,000 or less   K=$15,001 - $50,000   L=$50,001 - $100,000   M=$100,001 - $250,000
(See Columns C1 and D3)   N=$250,001 - $500,000   O=$500,001 - $1,000,000   P1=$1,000,001 - $5,000,000   P2=$5,000,001 - $25,000,000
    P3=$25,000,001 - $50,000,000    P4=More than $50,000,000
3 Value Method Codes   Q=Appraisal   R=Cost (Real Estate Only)   S=Assessment   T=Cash Market
(See Column C2)   U=Book Value   V=Other   W=Estimated

*Exh. 43*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MACK WELLS

Plaintiff

CASE NO: 24-cv-23015

V.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure, Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Oct. 4th 2024 Judge Sheri Chappell review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC. Filings- U.S. BANK Florida Subsidiaries, these 5 Federal judges who have the same conflicts of Interest must Recuse themselves for the same reason that this Judge must Recuse herself Sheri Chappell Financial Interests & Property Disclosures). Exh. Z4

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V.Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3C (1) A Judge*

***shall disqualify herself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !***

Judge Sheri Chappell must Recuse Herself for an open obvious Conflict of Interest because She's doing business with US Bank and helping them to make money so that She can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof: **In her Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2022 it Says on Page 4 line 4 that she got $250,000 with Morgan Stanley, Exh. F. Which is U.S. Bancorp Exh.G and U.S. Bancorp is U.S. Bank Exh. H** Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of Interest that Judge Chappell has, which is why she Recused herself Exh. R, as did Vivianne Del Rio Exh. S and they along with Judge Schlesinger violated Fl. Rule 2.160 (H)-(J) and did not answer their Motion to Recuse Exh. U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reverted back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh. M. I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejudice Exh. X,Y and Z and the 2007-12407-CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same $ Conflicts of Interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of Interest with Wells Fargo which is US Bank Exh. Z3 in the amount of $315,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home

Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FBI as Sheri Chappell must do because she has the same conflict of Interest So she must recuse herself and vacate her Order. So Sheri Chappell you must Recuse YOUR SELF and not ORDER against us.

# FACTS

1. On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit. A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60. Plaintiff MACK. WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Oct.. 4th, 2024 Sheri Chappell review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct', Canon 3E(1) A Judge shall disqualify herself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Sheri Chappell must Recuse herself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof.

FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla: Rule 2.160.(A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify herself in the following circumstances.*

*(4)   He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings.*

*(d)(4)   "financial interest" means ownership of a legal or equitable interest, however small*

# CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Sheri Chappell was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Sheri Chappell has creditor loan history and business with Defendant U.S BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and Final Judgment Order. Judge Sheri Chappell has significant exposed investor financial interests in the subject matter in controversy and with Defendant U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Plaintiff "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK
HE RECUSED HERSELF BECAUSE HE HAD A MONEY CONFLICT OF INTEREST
IN 131 FEDERAL JUDGES JUST GOT FOUND GUILTY OF CONFLICTS OF
INTEREST GOOGLE NEW YORK TIMES ARTICLE BY ADAM LIPTAC.

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.

3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, R

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June 17, 2023 Final judgment Order [Exhibit.J. based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons state.

*Mack Wells*
MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 22nd day of Oct.,2024 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorney's of record for amounts due and owing on the same Mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the Promissory Note though they were asked by the Judge several times but never did bring forth, Exhibit I. A Judge cannot change another Judge's ORDER! And also on June 25, 2010, Judge Valerie Schurr Issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money    together. Defendant MACK WELLS has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC also does not own

X *Fannie Mitchell*
May 3, 2022

FANNIE MITCHELL
Notary Public · State of Florida
Commission # GG 360128
My Comm. Expires Jul 20, 2023
Bonded through National Notary Assn.

*Mack Wells*

MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

Document Prepared By:
Steve P. Galiano
ReconTrust Company
2675 W. Chandler Blvd.
Mail Stop: CHDLR-C-88
Chandler, AZ 85224
(800) 540-2684

CFN 2008R0642394
OR Bk 26512 Pg 2906 (1ps)
RECORDED 08/06/2008 14:02:40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

**Exh.A**

When recorded return to:
MARILYN MILIAN, JOHN SCHLESINGER
1226 Alfonso Ave
Coral Gables, FL 33146

DOCID#00030060584200EN

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: Mortgage Electronic Registration Systems, Inc. the owner and holder of a certain mortgage deed executed by
MARILYN MILIAN, JOHN SCHLESINGER
bearing date 08/29/2003, recorded on 09/05/2003 in Official Records Book 21606, Page 1301 , Instrument # 646932 in the office of the Clerk of the Circuit Court of MIAMI-DADE County State of Florida, securing a certain note in the principal sum of $1,000,000.00 Dollars, and certain promises and obligations set forth in said mortgage deed, upon the property situated in said State and County hereby acknowledge full payment and satisfaction of said note and mortgage deed, and surrenders the same as cancelled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.

IN WITNESS WHEREOF the said Corporation has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the 16 day of July, 2008.



ATTEST: _Stacey Marler_
Stacey Marler
Assistant Secretary

Mortgage Electronic Registration Systems, Inc.

Signed and delivered in the presence of:

_Kimberly Robertson_
Witness

By _Peter Lopez_
Peter Lopez
Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

On 07/16/2008, before me, Ilona T. Dawidowicz, Notary Public, personally appeared Peter Lopez personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_Ilona T. Dawidowicz_
Ilona T. Dawidowicz, Notary Public
Expires: 11/30/2008

OFFICIAL SEAL
ILONA T. DAWIDOWICZ
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires Nov. 30, 2008

15020

CFN 2012R0182835
OR Bk 28033 Pg 1695 (1pg)
RECORDED 03/13/2012 14:05:34
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Exh.B

# CORRECTIVE ASSIGNMENT OF MORTGAGE

MERS phone number: 1-888-679-6377
MIN: 100176000002123288

FOR VALUE RECEIVED, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES, ("Assignor") whose address is P.O. Box 2026, Flint, MI 48501, assigned, transferred and conveyed to: U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR EMC MORTGAGE, ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book 23632, at Page 2321, of the public records of MIAMI-DADE County, Florida, encumbering the following described real property:

    LOT 100, SENATOR GARDENS SECTION 7 PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/30/2010 at 08:43:11 in 2008R0862464, of the official records of Miami-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

    Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC is not a valid entity

MORTGAGOR(S): LINDY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on _____, 2012.

By: _____
Print Name: Jacqueline Keatley
Title: Vice President

STATE OF Pennsylvania
COUNTY OF Montgomery

The foregoing instrument was acknowledged before me this 14 day of Feb, 2012 by Jacqueline Keatley, Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me.

_____
Christina Mordue
Notary Public
My commission expires: 1/26/2015

Instrument requested by, prepared under the supervision of and return to:
Eric Fosler
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
FNMA 06-15-2012 HOMECOMINGS, LLC

[HKMKTXDOC "M000595.nf" KEMP_FONT]

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINA MORDUE, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 26, 2015

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office and that the same has been compared... HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk

F10051160

15020

CFN 2008R0941616
OR Bk 26657 Pg 3525 (1pg)
RECORDED 11/20/2008 09:41:11
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Exh.C

# ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY FAR BLND

FOR VALUE RECEIVED, on or before April 15, 2007, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC, ("Assignor") whose address

("Assignor") whose address is 1109 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005 and recorded July 29, 2005 in Official Records Book 23623 at Page 3231 of the public records of MIAMI-DADE County, Florida, encumbering the following described real property:

LOT 185, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

as the same may have been extended from time to time; together with the Note and indebtedness secured thereby.

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on _____ 2008.

Witness
Typed Name: Peggy Hong

Witness
Typed Name: Laurie Riley

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC

By: _____
Typed Name: SHIRLEY EADS
Title: Vice President

Attest: _____
Typed Name: Jeffrey Stephens
Title: Assistant Secretary

(Affix Corporate Seal)

STATE OF Pennsylvania
COUNTY OF Montgomery

BEFORE ME, the undersigned, personally appeared SHIRLEY EADS and Jeffrey Stephens as Vice President and Assistant Secretary respectively, and known to me to be the persons who executed the foregoing instrument, and acknowledged that they executed the foregoing as the duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC this 21st day of October, 2008.

Notary Public: _____
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dawn _____ Notary Public
Horsham Twp., Montgomery County
My Commission Expires Nov. 8, 2011
Member, Pennsylvania Association of Notaries

Recording requested by & prepared by and return to:
Ralph McGrath
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F07012148-GMAC MORTGAGE, LLC-7448153937

FILE NUMBER: F07012148

DOC_ID: M001100

\*F07012148\*

\*M001100\*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 6 | Chappell, Sheri P. | 04/13/2023 |

## VII. INVESTMENTS and TRUSTS

-- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 1. | Bank of America (Cash Checking) (Money Market Savings) | A | Interest | K | T | | | | | |
| 2. | Vanguard Institutional Index Fund | A | Int./Div. | K | T | | | | | |
| 3. | Bank of America - (IRA)(1) | A | Interest | K | T | | | | | |
| 4. | Morgan Stanley Institutional Fund Growth Portfolio | A | Int./Div. | M | T | | | | | |
| 5. | Florida Prepaid College Fund | | None | J | T | | | | | |
| 6. | Bank of America (IRA) (2) | A | Interest | J | T | | | | | |
| 7. | Cypress 401(K) Plan - Vanguard Wellington Adm | A | Int./Div. | J | T | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**Exh.G**

10:22 · LTE

🔒 mitchellmessenger.com

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

Exh.G pg.2

10:29

globallegalchronicle.com

principal amount of 3,200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner: Taylor Arabian – Davis Polk &

Exh.H



Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

Investment products and services are:

**Not a Deposit • Not FDIC Insured • May Lose Value •
Not Bank Guaranteed • Not Insured by any Federal
Government Agency**

For U.S. Bank:

Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information

**Exh.J pg.1**

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

MACK WELLS and
MAURICE SYMONETTE,

     Plaintiff,

v.                                                Case No.:  1:24-cv-23015-SC

U.S. BANK N.A. ET AL.,

     Defendants.

_____

### OPINION AND ORDER

Before the Court are two Motions to Dismiss. One is filed by Judges Spencer Eig and Vivianne Del Rio ("State Defendants"). (Doc. 4). A second is filed by Judges Jose E. Martinez and Eduardo Sanchez as well as Mary Ann Casale, and AUSA Jonathan Bailyn ("Federal Defendants"). (Doc. 7). Defendant U.S. Bank, N.A. (Doc. 10) and Defendant Juan Fernandez-Barquin (Doc. 19) join both Motions. Plaintiffs, proceeding pro se, have failed to respond to either Motion timely.

Plaintiffs' Complaint consists of mostly jumbled ramblings, so it is hard to pinpoint exactly what they are alleging occurred. But from what the Court can gather, this action is just another in a string of frivolous cases brought by Plaintiffs. In short, Plaintiffs wish to void a foreclosure sale of real property that took place almost a year ago. Plaintiffs first tried and failed at the state

**Exh.J pg.2**

court to accomplish this goal. When that failed, they concocted a narrative about how the state court judiciary and various other parties are in the pockets of U.S Bank, and that all those involved conspired to take Plaintiffs' property. Given this purported conspiracy, Plaintiffs brought an action in federal court against U.S. Bank and its "co-conspirators" in another attempt to void the foreclosure. *See Wells et al. v. U.S. Bank, N.A. et al.*, 1:23-cv-22640-JEM. They have been unsuccessful to date.[1] However, Plaintiffs are not ones to give up. In their view, the adverse rulings by U.S. District Judge Jose Martinez and U.S. Magistrate Judge Eduardo Sanchez meant only one thing: these judges must also be part of the conspiracy. So they now bring this case[2] seeking to void the foreclosure alleging fraud and conspiracy involving, among others, U.S. Bank, two federal judges, two state judges, a court reporter, the Miami-Dade County Clerk of Court, and an Assistant United States Attorney.

This is not a unique case for Plaintiffs. To the contrary, they are serial filers of frivolous lawsuits, and their *modus operandi* appears to be actions seeking to either prevent or reverse a foreclosure. *See Symonette et al. v. Auora*

---

[1] This case is still open, but it is stayed. Before the stay, the court denied Plaintiffs' Emergency Motion to Void Foreclosure Sale in Violation for Sanctions Against U.S. Bank for Violating Federal Stay and Willful Contempt in Violation of 28 U.S. Code SS 1446(d) and to Void Sale Because of Forgery and Fraud, Emergency Motion for to Void Sale for Violation of Notice of Removal Stay Using Forgery and Fraud, and Emergency Motion for to Void Sale for Violation of Notice of Removal Stay Using Forgery and Fraud. *See Wells et al. v. U.S. Bank, N.A. et al.*, 1:23-cv-22640-JEM, Docs. 55, 63.

[2] Plaintiffs originally filed in state court, but the Federal Defendants removed it here under 28 U.S.C. §§ 1442(a)(1) and (3).

2

# Exh.J pg.3

*Loan Services, LLC*, 1:12-cv-21980-MGC, Doc. 39 (S.D. Fla. Aug. 1, 2012) (dismissing case involving foreclosure proceeding for repeated failure to comply with court orders); *Symonette et al. v. Boss Grp. Ministries*, 1:13-cv-23017-UU, Doc. 4 (S.D. Fla. Aug. 26, 2013) (dismissing plaintiffs' shotgun pleading that "seems to entail the same transaction (foreclosure) at issue in an earlier-filed suit dismissed by this Court"); *Wells et al. v. Am. Hom. Mortg. Services, Inc. et al.* 1:13-cv-23240-WJZ (S.D. Fla. Nov. 20, 2013) (recommending dismissal of plaintiffs' attempt to prevent foreclosure of property on *Younger* abstention grounds); *Symonette et al. v. JP Morgan Chase Bank*, 0:13-cv-61554-JIC, Doc. 47 (S.D. Fla. Jan. 15, 2014) (dismissing case involving "a lengthy and oft-delayed foreclosure proceeding" on shotgun pleading grounds); *Symonette et al. v. JP Morgan Chase Bank*, 0:13-cv-60834-RNS, Docs. 5, 8 (S.D. Fla. February 21, 2014) (dismissing complaint seeking to halt an ongoing foreclosure process in state court under the *Younger* abstention and *Rooker-Feldman* doctrines); *Symonette et al. v. Aurora Loan Services, LLC*, 1:13-cv-24142-PCH, Doc. 25 (S.D. Fla. July 1, 2014) (dismissing case seeking to attack foreclosure judgment and observing "Plaintiffs' history of abusive litigation tactics" and "apparent lack of validity to any of Plaintiffs' claims"); *Symonette et al. v. Littlejohn*, 1:13-cv-23220-MGC, Doc. 22 (S.D. Fla. Sept. 30, 2014) (dismissing claims "related to a state court foreclosure judgment" under the *Rooker-Feldman* doctrine); *Symonette et al. v. Indy Mac Bank et al.*, 1:18-cv-23615-CMA, Doc. 9 (S.D. Fla.

**Exh.J pg.4**

Sept. 28, 2018) (dismissing "quintessential shotgun pleading" that was "replete with conclusory and vague facts" and "a rambling incoherent grouping of claims against a state court judge, state court clerk of court, and several banks and financial institutions, regarding the foreclosure of Plaintiffs' property"); *Wells et al. v. U.S. Bank, N.A. et al.*, 1:23-cv-22640-JEM, Docs. 55, 63 (S.D. Fla. July 2, 2024) (rejecting plaintiffs' attempts to void the foreclosure sale); *Wells et al. v. U.S. Bank, N.A.*, 1:24-cv-22532-RAR, Doc. 6 (S.D. Fla. July 8, 2024) (dismissing complaint that alleges conspiracy involving the Governor and the Miami-Dade County Clerk of Court on shotgun pleading grounds and lack of jurisdiction).[3] Given Plaintiffs' extensive litigation history, one would expect they are now well-versed in the pleading standards. Not so.

Although the Motions to Dismiss raise multiple bases for dismissal, the Court focuses on one: shotgun pleading. Together, Rules 8 and 10 lay out the minimum pleading requirements. A complaint must have "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). And each "party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b). Violations of these rules sometimes create confusing

---

[3] To state the obvious, this list does not delve into the various state-court cases Plaintiffs have filed over the years.

**Exh.J pg.5**

complaints, known as "shotgun pleadings." *Weiland v. Palm Beach Cnty. Sheriff's Office*, 792 F.3d 1313, 1322-23 (11th Cir. 2015).

The Eleventh Circuit has identified four categories of shotgun pleadings: (1) a complaint "containing multiple counts where each count adopts the allegations of all preceding counts"; (2) a complaint that is "replete with conclusory, vague, and immaterial facts not obviously connected to any particular cause of action"; (3) a complaint that does not separate each cause of action or claim for relief into a different count; and (4) a pleading which asserts "multiple claims against multiple defendants without specifying which of the defendants are responsible for which acts or omissions, or which of the defendants the claim is brought against." *Id.* at 1321-23. Ultimately, the common theme of all shotgun pleadings is that "they fail in one degree or another, and in one way or another, to give the defendants adequate notice of the claims against them and the grounds upon which each claim rests." *Id.* at 1323. Such is the case here.

The Complaint is made up of incoherent, ambiguous, and unorganized ramblings about how various state and federal officials are being paid off by U.S. Bank (and several other banks that are not party to the case) simply to deprive Plaintiffs of their property. At other points, Plaintiffs go on unhinged tangents about unrelated matters, such as that Plaintiff Symonette is a prince because his grandfather was the first Black Prime Minister of the Bahamas;

**Exh.J pg.6**

that they have conducted fundraisers for Republican politicians on their four-story, eighty-foot yacht; that some Defendants are plotting to kill them; and that Wachovia Bank is a "slave master of black people." (Doc. 1-3 at 30, 31, 33, 34). The Complaint is not broken into separate paragraphs and largely consists of run-on sentences. And while there are buzzwords throughout, such as "conspiracy" and "fraud," there is no actual cause of action or claim asserted against any Defendant. Put simply, there is no way that the Defendants could be expected to formulate a response to such mumbo jumbo. *See Beckwith v. Bellsouth Telecommunications Inc.*, 146 F. App'x 368, 371 (11th Cir. 2005) ("The failure to identify claims with sufficient clarity to enable the defendant to frame a responsive pleading constitutes a 'shotgun pleading.'").

No doubt Plaintiffs' Complaint is a shotgun pleading. But the question remains whether the Court should grant them leave to amend. On the one hand, courts hold the pleadings of pro se litigants, like Plaintiffs, to a less stringent standard than pleadings drafted by attorneys. *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998). And courts normally grant leave to amend when there is a chance the pro se litigant can allege a plausible claim for relief. *See Bell v. Fla. Highway Patrol*, 325 F. App'x 758, 760 (11th Cir. 2009). But this leniency has its limits. For instance, "where a litigant has a history of bringing vexatious, or unmeritorious litigation, a court may consider that history in assessing whether a claim should be dismissed and

**Exh.J pg.7**

leave to amend should be granted." *Clervrain v. Lee*, No. 6:21-MC-108-WWB-LRH, 2022 WL 2306847, at *3 (M.D. Fla. Jan. 19, 2022), *report and recommendation adopted sub nom.* 2022 WL 2306725 (Mar. 29, 2022) (citing *Miller v. Donald*, 541 F.3d 1091, 1101 (11th Cir. 2008)). Such is the case here.

As discussed earlier, plaintiffs are no strangers to federal court or litigation. In fact, they file practically the same case repeatedly—to void a state foreclosure action based on fraud and conspiracy. Their cases have been frequently dismissed on shotgun pleading grounds. This one is no different. Given Plaintiffs' borderline vexatious-litigation history and their recurring inability to craft a coherent pleading, Plaintiffs' claims are dismissed with prejudice. *Cf. Smith v. DeSantis*, No. 4:22-CV-176-AW-MAF, 2022 WL 2806549, at *4 (N.D. Fla. June 9, 2022), *report and recommendation adopted as modified*, 2022 WL 2803654 (July 18, 2022); *Emrit v. Universal Music Grp.*, No. 8:19-CV-2562-T-33SPF, 2020 WL 4751446, at *7 (M.D. Fla. Aug. 17, 2020), *aff'd*, 833 F. App'x 333 (11th Cir. 2021).

Accordingly, it is now

**ORDERED:**

1.    Defendants Judge Spencer Eig and Judge Vivianne Del Rio's Motion to Dismiss (Doc. 4) is **GRANTED**.

**Exh. J pg.9**

2. Defendants Judge Jose E. Martinez, Judge Eduardo Sanchez, Mary Ann Casale, and AUSA Jonathan Bailyn's Motion to Dismiss (Doc. 7) is **GRANTED**.

3. Plaintiffs' Complaint is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Miami, Florida on October 4, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record





*Exhibit 'K.*

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CA
CASE NO: 2007-12407-c

April 1, 2010

US Bank, N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11, 2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11, 2008; (2) their was no record activity for the year preceeding
Service of the foregoing not ce; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March, 2010.

APR 06 2010          APR 06 2010

_____
CIRCUIT COURT JUDGE

VALERIE MANNO S
CIRCUIT COURT J

LIRR
XGE

CC-All patches

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy as
original on file in this office. _____ AD 20 _____
HARVEY RUVIN, CLERK, of Circuit and County Courts
Deputy Clerk _____



CFN 2004R0626859
OR BK 22516 Pg 2791 (1pg)
RECORDED 07/26/2004 12:26:01
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Ex'pt L[?]

RECORDING REQUESTED BY / RETURN TO:
Fiserv Management Corporation
P.O. Box 30014, Reno, NV 89520-9527

## Satisfaction Of Mortgage

WHEREAS the indebtedness secured by the mortgage described below has been fully paid and satisfied,
CHASE MANHATTAN MORTGAGE CORPORATION,
owner and holder of the debt, hereby declares that the lien of said mortgage is forever discharged and satisfied.

Original Mortgagee: CHEMICAL RESIDENTIAL MORTGAGE CORPORATION
Original Mortgagor: JOHN SCHLESINGER, MARILYN INDJAN
Recorded in Dade County, Florida on 10/16/95 as Inst. # 95-R202053 on Book 16952 on Page 3787
Tax ID: 0341190040810
Date of mortgage: 10/10/95  Amount of mortgage: $534000000
DATE OF SATISFACTION: 07/02/04

NOW THEREFORE, the recorder or clerk of said county is hereby instructed to record this instrument and to cancel, release, and discharge the mortgage in accordance with the regulations of said state and county.

DATED: 07/15/2004
CHASE MANHATTAN MORTGAGE CORPORATION
FKIA CHEMICAL RESIDENTIAL MORTGAGE CORPORATION

By: _____
Jennifer Willison
Vice President

Witness: Shawna Thompson
Witness: Judy McColley

State of Nevada
County of Washoe

On 7/15/2004, before me, the undersigned, a Notary Public for said County and State, personally appeared Jennifer Willison, personally known to me to be the Vice President of
CHASE MANHATTAN MORTGAGE CORPORATION,
acknowledged that she is the Vice President of
CHASE MANHATTAN MORTGAGE CORPORATION,
and that she executed the foregoing instrument, and that said execution was done as the free act and deed of its board of directors and pursuant to a resolution of
CHASE MANHATTAN MORTGAGE CORPORATION.

Notary Steven R Carson
My Commission Expires: 03-16-08

STEVEN R. CARSON
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. 04-87092 · Expires March 16, 2008

Prepared by: K. R. Harrison, Fiserv Management Corporation, 9690 Longley Lane, Suite #8, Reno, NV 89502

FINAL RECORD ... Cit: bvsF09 162 07/16/04 09:02:6 FL Dade 2628 162

6:46

## Quora

[ Open In App ]

# Are JP Morgan and Chase the same?

*Exhibit M*

### What are some simple steps I can take to protect my privacy online?

Many people believe that they can't do anything to protect their privacy online, but that's not true. There actually are simple...

Continue Reading

## 1 Answer

Dan Mahoney, Executive Director at JPMorgan Chase (██████-present)

The basic answer is yes. JPMorgan Chase is one big company. Different names are used for branding purposes. The JP Morgan name is used for higher end LOB and products like investment banking, the largest corporate relationships and private banking for the wealthy. Chase is used for lower end products retail branch banking, business banking (less than $20M in sales) and commercial banking (annual sales less than $500M).

6:47

Quora          Open In App          Sign In

## Are the roots of Morgan Stanley and JPMorgan Chase the same (i.e. JPMorgan & Co.)? What are their histories?

Ad by DuckDuckGo

**What are some simple steps I can take to protect my privacy online?**

Many people believe that they can't do anything to protect their privacy online, but that's not true. There actually are simple...

Continue Reading >

### 3 Answers

 Shreyans Malani, studied at London School of Economics and Political Science
· Answered Jul 7, 2015

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a commercial bank. However, in the 1990's it started to rebuild its investment banking operations. In 2000, it merged with the Chase Manhattan Bank,

Continue Reading ⌄

RELATED QUESTIONS (MORE ANSWERS BELOW)

What is the history of UP Morgan Chase as a merchant bank?
533 Views

Open in app          ✕

Document Prepared By:
Steve P. Galiano
ReconTrust Company
2575 W. Chandler Blvd.
Mail Stop: CHDLR-C-88
Chandler, AZ 85224
(800) 540-2684

CFN 2008R0642394
OR Bk 26512 Pg 2906; (1pg)
RECORDED 08/06/2008 14:02:40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Exhibit N

When recorded return to:
MARILYN MILIAN, JOHN SCHLESINGER
1225 Alfonso Ave
Coral Gables, FL 33146

## SATISFACTION OF MORTGAGE

DOCID#000386005842005N

KNOW ALL MEN BY THESE PRESENTS: Mortgage Electronic Registration Systems, Inc. the owner and holder of a certain mortgage deed executed by
MARILYN MILIAN, JOHN SCHLESINGER
bearing date 08/28/2003, recorded on 09/05/2003 in Official Records Book 21608, Page 1301, Instrument # 646932 in the office of the Clerk of the Circuit Court of MIAMI-DADE County State of Florida, securing a certain note in the principal sum of $1,000,000.00 Dollars, and certain promises and obligations set forth in said mortgage deed, upon the property situated in said State and County hereby acknowledge full payment and satisfaction of said note and mortgage deed, and surrenders the same as cancelled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.

IN WITNESS WHEREOF the said Corporation has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the 16 day of July, 2008.



ATTEST: _____
Stacey Yahn
Assistant Secretary

Mortgage Electronic Registration Systems, Inc.

Signed and delivered in the presence of:

_____
Kimberly Robertson
Witness

By _____
Peter Lopez
Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

On 07/16/2008, before me, Ilona T. Dawidowicz, Notary Public, personally appeared Peter Lopez personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_____
Ilona T. Dawidowicz, Notary Public
Expires: 11/30/2009

OFFICIAL SEAL
ILONA T. DAWIDOWICZ
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires Nov. 30, 2009

EXh. O

Complaint - Department of Justice

https://www.justice.gov/archive/opa/documents/complaint.pdf

1.

IN THE UNITED STATES DISTRICT COURT ... 555 4 th. Street, NW.
) Washington, DC 20530. ) ) THE STATE OF ALABAMA, ... Montgomery, AL 36130.
) ) THE STATE OF ALASKA,. ) 1031 W. 4 th. Avenue, Ste .... 420
Montgomery Street Front ... Virginia, and the District of Columbia by and through their
undersigned attorneys ...

*US ATTORNEYS FILED SAME COMPLAINT.*

Exhibit P

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 18-CV-22211-GAYLES

CARL ERICKSON

    Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.,

    Defendants.

_____/

**ORDER OF RECUSAL**

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

*Exhibit P.*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CARL ERICKSON,
      Plaintiff,

V.

Case No. 18-cv-22211-GAYLES

RALPH W. CONFREDA, JR.,
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A. LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC TRENT
TERRANCE W. ANDERSON et al.,
      Defendants,

FILED BY_____ D.C.

JUN 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 26th, 2016 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits Attached-JP Morgan Chase Special Situation Property Funds FRS Account Page 42, FRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures)

### FACTUAL BACKGROUND

1. On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulation violations and racketeering statutes.

2. The Complaint was based upon precedent USDC related filings accepted by non-biased professional jurists that contained *verbatim* (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought under Fed. R. Civ. P. 8.

3. On June 26th 2018, Judge Gayles issued and Dismissal Order a *sua sponte* review of the

*Exhibit Q*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO: 2019-030415-CA-01
SECTION: CA 20

JAMES BUCKMAN
    Plaintiff(s),
vs.
LANCASTER MORTGAGE CO
    Defendant(s).

REASSIGNED BY BLIND CA 02
FILING TO SECTION
PER ORDER OF ADM. JUDGE
THIS DATE: OCT 17 2019
[signature] B.G.
97429

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in

the premises, it is hereby:

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself from further
consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in
accordance with established procedures.

DONE AND ORDERED in chambers, at Miami, Dade County, Florida, this 17th day of

October, 2019.

[signature]

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List:
JAMES BUCKMAN, 1977 NE 119TH RD, MIAMI, FL 33181
MAURICE SYMONETTE, 4711 L J PARKWAY, UNIT 4208, SUGARLAND, TX 77479
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 A8 +

Exh.I

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2008
## FINANCIAL INTERESTS

**COMMISSION ON ETHICS**

| FOR OFFICE USE ONLY: | DATE RECEIVED |
|---|---|

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthosue Rm 1105
73 W Flagler St
Miami, FL 33130-1731

**PROCESSED**

DATE RECEIVED: JUN 2 6 2009

ID Code:

ID No: 210380

Conf. Code:

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of December 31, 2008 was $ 2,800,357.00.

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (Former Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle County Colorado | $ 300,000.00 |
| Bank Accounts / Stocks / Bonds / Pension Accounts | 600,000.00 |
| Mercedes Benz 320 mL | $ 35,000.00 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (Former Residence) P.O. Box 9001719 Louisville Ky. - | 91,438.00 |
| GMAC Mortgage (Residence) 1st & 2nd Mortgages P.O. Box 4622 Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) P.O. Box 650769 Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579 Columbus, Ohio 4328-2579 | 9,205.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |

CE FORM 6 - Eff. 1/2009                    (Continued on reverse side)                    PAGE 1

Exh.K

IN THE CIRCUIT COURT OF THE
11ᵗʰ JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2007-12407-ca1

April 1.2010

US Bank N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11.2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11.2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly.
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March, 2010.

APR 06 20            APR 06 2010

_____
CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC- All parties

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

HARVEY RUVIN

MONA BRUNO #79806

Exh.L

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

2009

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY:

JUN 5 3 2010

ll
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM
1105
MIAMI, FL 33130

**PROCESSED**

ID Code

ID No. 210380

Conf. Code

P. Reg. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH:

Please enter the value of your net worth as of December 31, 2009, or a more current date (Note Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of _December 31_, 20 09 was $ 3,351,452.00

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes, jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings; clothing; other household items; and vehicles for personal use. ▲

The aggregate value of my household goods and personal effects (described above) is $ _152,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**
DESCRIPTION OF ASSET (specific description is required - see instructions p.4)

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Residence in Miami-Dade County (interest) | 2,500,000.00 |
| Vail Colorado Condominium, Eagle County | 250,000.00 |
| Bank Accts, Leisure, Di Kerate Accounts, Bank of America, Florida | 654,000.00 |
| Stock, Disney River | 4,000.00 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**
NAME AND ADDRESS OF CREDITOR

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Gmac Credit Line / P.L. Box 4622 Waterla, I A | 418,000.00 |
| Neilstrong, P.C. Box/1C a: 150 7691, Dallas Tx | 138,000.10 |
| Chase Financial Group / P.C. box 78067, Phoenix AZ 85062 | 24,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**
NAME AND ADDRESS OF CREDITOR

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None - | |
| | |
| | |

CE FORM 6 - Eff. 1/2010 (Continued on reverse side) PAGE 1

**Exh.M**

IN THE CIRCUIT COURT OF THE
JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 12407-ca

April 1, 2009

U.S Bank, N.A.
Plaintiff

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that ... notice prescribed by rule 1.40 (e)
Was served on April 11,2008;(2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no order has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly.
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers ... Dade county, Florida this 30th day of
March, 2009.

SARAH L. ZABEL
Circuit Court Judge

Copies furnished to:
Echaverria, Codilis & Stawiarski
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.

**Exh.N**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

           CASE NO.    2007-12407-CA
           DIVISION    32
vs.

SPACE FOR RECORDING ONLY

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
    Defendant(s).

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed;

3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER F07012148



Serial: 13666522
DOC_ID: M010502



**Exh.N pg.2**

4.    The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART I, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.    The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.    The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 – M010502
GMAC-CONV–bowen



Exhibit P1

Case 1:19-cv-22211-UU Document 8 Entered on FLSD Docket 07/01/2019 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CV-22211-GAYLES

CARL ERICKSON

Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.

Defendants.

**ORDER OF RECUSAL**

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is

assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 19th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

*Exhibit Q1*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.   2019-030415-CA-01
SECTION:  CA 20

JAMES BUCKMAN
    Plaintiff(s),

vs.

LANCASTER MORTGAGE  CO
    Defendant(s).

REASSIGNED BY BLIND
FILING TO SECTION  CA 02
PER ORDER OF ADM. JUDGE
TO DATE   OCT   17  2019
_____  D.C.
37479

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in

the premises, it is hereby

ORDERED AND ADJUDGED

1.  That the undersigned Circuit Court Judge hereby recuses himself from further
    consideration of this case.

2.  This case shall be reassigned to another section of the Circuit Civil Division in
    accordance with established procedures.

DONE AND ORDERED in chambers at Miami Dade County, Florida, this 17th day of

October, 2019.

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List:
JAMES BUCKMAN, 1977 NE 119TH  RD, MIAMI, FL 33181
MAURICE SYMONETTE  4711 L J PARKWAY, UNIT 4208, SUGARLAND, TX 77479
LANCASTER MORTGAGE  CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 A8 +

Filing # 142403620 E-Filed 01/21/2022 11:32:41 AM

*Exh R*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

vs.

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

## ORDER OF RECUSAL

**THIS CAUSE** came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM

Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: <u>2010-061928-CA-01</u>
SECTION: <u>CA05</u>
JUDGE: <u>Vivianne Del Rio</u>

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____ /

## ORDER OF RECUSAL

Docket Index Number: _____
Or
Efiling Number: _____ Date Filed: **05/11/2023**
Full Name of Motion: **Order of Recusal**

   **THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>11th day of May,</u> <u>2023</u>.



<u>2010-061928-CA-01 05-11-2023 10:49 AM</u>
Hon. Vivianne Del Rio

**CIRCUIT COURT JUDGE**
Electronically Signed

---

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

---

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica Faith Watts, jwatts@quinnlegal.com
Jessica Faith Watts, eservice@quinnlegal.com
Jessica Faith Watts, abliss@quinnlegal.com
Jessica Jo Fagen, lawfirmFL@rauschsturm.com
Jessica Jo Fagen, jfagen@rauschsturm.com
Jessica Jo Fagen, abcfleservice@abclegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Jossie Zuniga, jzuniga@jud11.flcourts.org
Julie Anthousis, FLeFileTeam@brockandscott.com

Julie Anthousis, FLCourtDocs@brockandscott.com
Julie Anthousis, CourtXpress@firmsolutions.us
Justin James Kelley, FLeFileTeam@brockandscott.com
Justin James Kelley, FLCourtDocs@brockandscott.com
Justin James Kelley, CourtXpress@firmsolutions.us
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com
Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Matthew Marks, FLeFileTeam@brockandscott.com
Matthew Marks, FLCourtDocs@brockandscott.com
Matthew Marks, ECCM-FL@provana.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nashid Sabir, nashidlaw@gmail.com
Nicole R Topper Esq, ntopper@blankrome.com
Shaib Y Rios, FLeFileTeam@brockandscott.com
Shaib Y Rios, FLCourtDocs@brockandscott.com
Shaib Y Rios, ECCM-FL@provana.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Stephen Christopher Wilson, Stephen@bpinjury.com
Stephen Christopher Wilson, Natasha@bpinjury.com
William Henry Stafford III, william.stafford@myfloridalegal.com
William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com
William Henry Stafford III, alisha.robinson@myfloridalegal.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us
maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com


**Physically Served:**

Exh. T
pg.1



APRIL 28 - MAY 4, 2022 | VOLUME 37 | NUMBER 7    MIAMINEWTIMES.COM | BROWARDPALMBEACH.COM | FREE

MIAMI

All 200+ books banned in Florida
and what Miami booksellers have to say about it.

THE
BOOKS
THEY
BANNED

BY ALEX DELUCA

pg.2



**SEE PROOF OF DISCRIMINATING JUDGES CAUGHT!!!**
JUDGE RECUSES OFF CASE, ADMITS GETTING $995,000 FROM BANK TO FORECLOSE ILLEGALLY ON CRIPPLE BLACK MAN'S HOUSE AFTER DISCOVERY! WE'RE HELPLESS IN COURT WITH THESE EVIL CONFLICTS OF INTEREST!!

SEE PROOF AT GAYVESUS.COM - BY MICHAEL THE BLACK MAN PR 7PM 8PM

# SEE PROOF OF DISCRIMINATING JUDGES CAUGHT!!

## JUDGE RECUSES OFF CASE, ADMITS GETTING $995,000 FROM BANK TO FORECLOSE ILLEGALLY ON CRIPPLE BLACK MAN'S HOUSE AFTER DISCOVERY! WE'RE HELPLESS IN COURT WITH THESE EVIL CONFLICTS OF INTEREST!!!

FOR $995,000 SHE CHANGES ORDER FROM DISMISSAL WITH PREJUDICE TO DISMISSAL WITHOUT PREJUDICE SO US BANK COULD CONTINUE TO FORECLOSE

GMAC GIVES $995,000

GMAC gives $400,000

Homecomings Financial- A GMAC Company | Better Business

HOMECOMINGS ASSIGNED MORTGAGE TO US BANK

ASSIGNMENT TO HOMECOMINGS ASSIGNMENT TO US BANK (GMAC)

GMAC Mortgage

JUDGE RECUSAL

GMAC IS US BANK SERVICER

## SEE PROOF AT SAYYESSS.COM – BY MICHAEL THE BLACK MAN 88.7FM 5PM

Exh.T pg.3

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION                    Exh.U

MAURICE SYMONETTE

  Plaintiff

                                      CASE NO: 2021-

                    10826-CA01

  v.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3, MERS, FRANKLYN
CREDIT MANAGEMENT CORP and
AXIOM FINANCIAL SERVICES

  Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 25' 2010 Valerie Manno Schurr Freview of the record and Final Judgement Order, Exhibit.J because it injured us. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Valerie Manno Shurr Financial Interests & Property Disclosures).

# *Florida·Rule 2.160 (H) Says A Judge must Vacate her orders for Conflict of Interest LIKE THE ORDERS JUDGE VALERIE*

### *MANNO SHURR DID IN THE ILLEGAL EXPARTE HEARING 06/25/2010 WHERE SHE CHANGED THE ORDER OF DISMISSAL WITH PREJUDICE TO DISMISSAL WITHOUT PREJUDICE AND RETURN THAT BACK TO DISMISSED WITH PREUDICE AND ALL HER OTHER ORDERS SHE DID IN THE NEW CASE 2022, Theodore R. Bundy V. Judge John A. Rudd, Fl. Rule 2.160 (D) (1), Fl. Code Jud. Conduct Canon 3E (1) A Judge shall disqualify herself where impartiality might reasonably be questioned Rule 2.160 (D) (1) and grounds to disqualify is a party fears that the Judge is Biased, Fl. Statue 112.312 (8) and Judge can't have a conflict of Interest!*

Judge Valerie Schurr must Recuse herself for an open obvious Conflict of Interest because she's and was doing business with US Bank, GMAC and OCWEN and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof.

## NOW I'M REPORTING JUDGE SHURR TO THE ADMINISTRATIVE JUDGE WHO APPOINTS JUDGES TO CASES, GOVERNOR DE SANTIS, THE JQC, THE BAR, THE US DOJ, THE FBI, THE FLORIDA STATE ATTONEY AND MEDIA FOR OBVIOUS RACIST MISCONDUCT, BY TOTALLY IGNORING FLORIDA STATUTES-RULES AND FOR CRAZY OBVIOUS CONFLICTS OF INTEREST

Because something strange has Happened out of nowhere! Judge Valerie

*Manno Schurr's SIGNATURE and NAME shows up on the DISMISSAL WITH*

*PREJUDICE that was done by Judge ZABEL's Order of Dismissal With*

PREJUDICE 04/07/2010 THE YEAR AFTER Judge Valerie Manno Shurr

BECOMES JUDGE RIGHT BEFORE SHE mistereouly dose another Dismissal with

Prejudice 04/07/2010 exactly one year after Judge Zabel*'s    /    /    Order*

of Dismissal With Prejudice to take over our case to save U.S. BANK FROM US

and save JUDGE ZABEL, THEIR LAWYERS FROM THE WRATH OF THEIR BOSS

*GMAC (US BANK)* WHO HAD ALREADY PAID THEM TO SAVE U.S. BANK

FROM US. JUDGE VALERIE MANNO SHURR *is who we're just now finding out*

that THE BANKS PAID HER TO TRICK US INTO BELIEVING THAT WE WERE SAFE

FROM US BANK WITH THE DISMISSAL WITH PREJUDICE AND THEN THREE

MONTHS LATER JUDGE VALERIE MANNO SHURR CHANGES IT TO DISMISSAL

WITHOUT PREJUDICE IN AN ILLEGAL EXPARTE HEARING WITHOUT US

KNOWING SO THAT US BANK COULD AND START THE SAME CASE OVER

WITHOUT NOTICE TO US! WHY DID *GMAC (US BANK)* PAY JUDGE

VALARIE MANNO SHURR TO AKE OVER OUR CASE WAS BECAUSE JUDGE ZABEL

*DISMISSED WITH PREJUDICE US BANK'S CASE    /    /2009* AS SEEN ON THE

DOCKET CASE NUMBER 2007-12407-CA-01 LINE 10, Exh. C. And FORD MOTOR

*CO. V. CALLOWAY SAYS A JUDGE CAN'T CHANGE ANOTHER JUDGE'S ORDER SO,*

JUDGE VALARIE MANNO SHURR FILED HER DUPLICATE DISMISSAL WITH

*PREJUDICE SAMPLE ZABEL'S ORDER FILED    /    /    AND SHURR'S*

DUPLICATE ORDER FILED 04/07/2010 AS SEEN ON THE DOCKET CASE NUMBER 2007-12407-CA-01 LINE 10 AND 11, Exh. C. ALL DONE SO THAT SHE COULD IN AN ILLEGAL EXPARTE HEARING IN VIOLATION OF FLORIDA STAT. 702.07 WITH THE PLAINTIFF US BANK CHANGE HER OWN ORDER TO DISMISSAL WITHOUT PREJUDICE, Exh. E. TO HELP **GMAC (US BANK). STEAL SO THEY CAN ALL MAKE MONEY OFF OF HELPLESS BLACKS. USING BIG BAD JUDGES AND LAWYERS!** The Proof that JUDGE VALARIE MANNO SHURR made MONEY to help them is on her Form 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST SWORN AFFIDAVIT OATH of 2008 that shows on Part C. Liabilities section that a1She has $995,000.00 and $91,498.00 from GMAC which is the Servicer and owner RESIDENTIAL FUNDING CORPORATION in their notice of transfer said they were controlling our payments as Servicer from at least 1/1/2007 on the Mortgage Payment Coupon at the bottom of the Transfer Letter, Exh.S. and $129,000,00 from Wells Fargo which is US BANK NATIONAL ASSOCIATION FOR RASC 2005 AHL3, Exh.(DD). And Judge Shurr has $129,000,00 from Wells Fargo which is US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005 AHL3, Exh.(DD ) then in 2009 form 6 it shows GMAC MORTGAGE of $410,000.00 and Credit line with GMAC, and $128,000 Wachovia which is Wells Fargo which is US BANK, Exh.(EE) and then she allows an Illegal Ex parte Hearing with US Bank National Attorneys to change her *order which is really Judge Zabel's Order from DISMISSED WITH PREJUDICE in* April 6th, 2010 Exh. (F3) to change the Dismissed with Prejudice 3 months later

in June 27th 2010 into DISMISSED WITHOUT PREJUDICE In this Ex Parte hearing Exh.(F). which is only supposed to be done with only the Defendants that are about to lose their home to the Foreclosure Sale and this must be done before the sale of the House according to Fl. Statute 107.07, (during the interim GMAC also had a Florida Default Letter as the Servicer) and after that wonderful gift Judgement to US Bank National Association and helping Judge Zabel out of the mess for doing a Judgment without a Docketed Complaint, Note, Allonge, Mortgage or an Assignment from the Records which was literally Criminal, Thievery of our house. Then suddenly In her 2010 Form 6 Disclosure of Financial Interest, Exh.(FF), it shows a $400,000.00 gift from GMAC and shows $1,000,000.00 from Wells Fargo which is US Bank, Exh. (EEE). All of this is pay to Play RICO Conspiracy to Steal Black Peoples Houses *which they're also doing to White European Gentiles!* US BANKS only lawful Remedy was to Appeal the Dismissal with Prejudice within 30 days according to Florida Appelate Rule 4 (a)(1)(A). But now a case that was Dismissed with Prejudice was given life again by *Judge Valerie Mannд Schurr's illegal Ex parte hearing and changing the Dismissal* with Prejudice to Dismissal without Prejudice which allowed US BANK to secretly file another Foreclosure Case against the House at 15020 South River Drive Miami Florida 33167 and US Bank did file another case which was a continuance of the same Case from 2007 which is called Case Number 2007-12407-CA01 that was Dismissed with Prejudice and Secretly changed to Dismissed without Prejudice and without any notice to us in 2010 called Case number 2010-61928-CA01 this 2010

was also done without the Original Mortgage, Assignment and Docs. Original of the

Note, Allonge to the Note, and the second Allonge from Fannie Mae or

indemnification info that indemnifies Fannie Mae and there must be the Loan

Number, Date and the printed name of the Signer as required by Federal Fannie Mae

Rules B8-3-04 for Fannie Mae of which none of this is on the copy of the Allonge

recorded on the Docket, Exh. LL. And JUDGE VALERIE MANNO SHURR has taken my

new Case again to finish what she started by Ruling in favor of US BANK and GMAC

*with worst Conflicts of Interests that she's trying to hide so that she can Rule in the*

*Bank's Favor to illegally. Because i*n her FORM 6 - 2019 and 2020 Financial

Disclosure Affidavit she has over 11,192,000.00 million, plus on line 5 she states that

she has a $400,000.00 Mortgage with City National Bank that is Royal Bank of

Canada which is Wells Fargo, Exh. SS. and Wells Fargo is US Bank the Bank Judge

Valerie Manno Shurr is helping to illegally Foreclose on us, Exh. TT. The other conflict

*is Shurr's $400,000.00 Mortgage Holder City National Bank that is Royal Bank of*

*Canada* Which is Morgan Stanly/ JP MORGAN, Exh. VVV, which is US BANCORP/ US

BANK, Exh. W. and Exh. X. all this is CITY NATIONAL BANK Exh. SS, Who Merged with

Wachovia Bank who admitted the were SLAVE MASTERS OF BLACK PEOPLE, Exh.UU.

*to just take CRIPLE HELPLESS BLACK PEOPLE'S HOMES. I will investigat how this*

*Jud*g*e accumulated 11 million dollars on a JUDGE'S SALLARY , I Demand to see where*

all that money This is the BANK that was served my law suite by an official Servicer

acknowledge by US BANK which by Florida Statute they hod only 20 days to answer

but they never answered for six months while we trying to Default them the whole

time, yet JUDGE VALERIE MANNO SHURR with her millions of dollars of Conflicts of

interest helped US Bank by not ever Defaulting them no matter what the laws and

rules say I Really don't *stand a chance in this fight because the referee (JUDGE*

*SHURR) is being paid by my Opponents to Rule only in their (US BANK'S-GOLIATH'S)*

favor I AM Detroyed and CRUCIFIED by these Wicked Animals who break all the

Laws and kill BLACK PEOPLE and hold themselves not GUILTY by these CROOKED

EVIL JUDGES like JUDGE VALERIE MANNO SHURR and I know they are Plotting to

KILL me right now, K.J.V. BIBLE= ZECHARIAH 11:5!!!!! Axiom Financial

Services now refered to as (AFS) is the Bank the Note was done with and (AFS)

sold the Note with the MIN. Account number 100176105062733203{M at the

bottom of each page of the adjustable rate Note Exh.(NN) with the Cusip Number

315912873 to Fidelity Strategic Real Return Fund according to the CUSIP search

by CUSIPONE EXPERT CUSIP search service as stated by The Expert Witness

Affidavit of Fact Wesley Jarvis, Trustee for CUSIPONE Trust, Exh. (OO). The (AFS)

Note was sold by (AFS) 9/7/2005 three months after Leroy Williams signed the

(AFS) Note and is with Fidelity Strategic Real Return Fund until this day according

to The CUSIPOne Expert Witness Exh. (PP) So the (AFS) Note never went to US

BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005 AHL3 now referred

to as (USB). So (USB) cannot Foreclose on this (AFS) Note nor anyone of the above

stated Defendants because they don't own the Note and even Fidelity Strategic

Real Return Fund cannot Foreclose because (USB) in 2007 did a Publigation to

Foreclose on the (AFS) Note and Fidelity Strategic Real Return Fund did not Object

or Intervene within 30 days of the publication of the Foreclosure of 2008 of

Fidelity Strategic Real Return Fund standing to Foreclose  according to Fl. Stat. ( )

Exh. (pp) or any Interest in the Note and therefore they have no standing   And

according to the SEC - FASB GAAP  Rules once a Note is sold on the Market it must

be burned and Destroyed because a Note cannot exist at the same time that a stock,

bond or fund exist because that is Double Dipping using the Fund and the Note

ILLEGALLY. 6.Plaintiff has had exclusive, complete, actual, open, notorious, hostile,

and continuous possession of the Property adverse to defendants for more than 17

years. Plaintiff has made and paid for all repais and upkeep, on the property for the

past 17 years..

Judge Valerie Manno Schurr says that GMAC BANK on her form 6 full and public
disclosure of Financial interests is a Bank she's doing business with, because
she's doing business with GMAC/ U.S. BANK and helping them to make money
so that she can make money by foreclosing and taking our property proof: In her
Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF
FINANCIAL, form 6, Exh. A. Says on line 5 and 6: Judge Valerie Schurr is
Doing Business with GMAC with a Mortgage from GMAC for $91,438.00 and
$995,000.00, And GMAC BANK is U.S. BANK, Exh. E1. and E2. Because in her
FORM 6 - 2019 and 2020 Financial Disclosure Affidavit she has over
11,192,000.00 million, plus on line 5 she states that she has a
$400,000.00 Mortgage with City National Bank that is Royal Bank of
Canada which is Wells Fargo, Exh. SS. and Wells Fargo is US Bank the
Bank Judge Valerie Manno Shurr is helping to illegally Foreclose on us,
Exh. TT. The other conflict *is Shurr's $400,000.00 Mortgage Holder*
City National Bank that is Royal Bank of Canada Which is Morgan
Stanly/ JP MORGAN, Exh. VVV, which is US BANCORP/ US BANK, Exh.
W. and Exh. X. all this is CITY NATIONAL BANK Exh. SS, Who Merged
with Wachovia Bank who admitted the were SLAVE MASTERS OF

BLACK PEOPLE, Exh.UU. to All of this is a major Conflict of Interest. She and other Judges who have the same conflict of interest has ruled in favor of, U.S. Bank, EXH. C F. of these Conflict of Interest against us and there's more. I have found that our case was directed to her and other Judges in this Pool, So she must recuse herself and vacate her Order, Exh. F, So Valerie Schurr you must Recuse YOUR SELF VACTE ALL YOUR ORDERS NOW! AND I PRAY THAT YOU. DON'T SPACE FOR ANNOTHER JUDGE TO ORDER THA T YOUR ORDER TO DISMISS WITHOUT PREJUDICE IS ILLEGALLY BE UPHELD!

## FACTUAL BACKGROUND

1. Judge Zabel got very angry with U.S. Bank and decided to dismiss the case with Prejudice between 2007 and 2008 but Judge Valerie Manno Shurr some how ended up being the Judge who signed the Order On APRIL 6, 2010 Judge Valerie Schurr issued a final Judgment order Exhibit.A IN FAVOR of Leroy Williams to dismiss the Foreclosure case against him with Prejudice whose property is now Quitclaimed to Plaintiff Maurice Symonette in the former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. and then after three months and GMAC doing business (Payoff) Judge Valerie Manno Shurr ! on June. 25 2010, issued a Issued another Order that changed Zabel and Valerie Manno Schurr's Order from dismissed with Prejudice to suddenly dismissed without Prejudice in an illegal Ex Parte hearing with her and her Business Partner's U.S. Bank/GMAC and Judge Valerier Manno Schurr is now the same Judge with the same Conflicts of Interest rulling on the same case and property with the same business partners against Maurice Symonette concerning the same property this is wide open Crazy! And Sad! That this Court is Strong Arming,. Bullying and just taking our house like gangsters with the Full strength of the Police against the helpless these gangster ways has her now gone and went from a few Million Dollars to now over $20 million Dollars with the same business Partners as a quasi-defense attorney for U.S. BANK her

personal investment Partner to make money together. Plaintiff MAURICE SYMONETTE has now subsequently provided the United States Department of Justice (DOJ) on <u>specific newly discovered whistle blower information</u> and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC does not own the Note.

## MEMORANDUM OF LAW

The Defendants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Valerie Schurr Recusal based on exposed financial conflicts of interests <u>Fla. Stat.112.312 (8)(9).</u>

*Rule 2.160 (H) and FRCP Rule 60, relief from Judgment Or Order and to Vacate Order .*

*There is to be no conflict of interest with the Judge and the Plaintiff against DEFENDANTS. LIKE*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

3. Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an Opposing party

A Judge is expected to Recuse herself according to Fla. Code Jud. Conduct, Canon 3E (1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and pursuant to 28 U.S, C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which Judge's impartiality might reasonably be questioned." Under Fla. Code Jud. Conduct, Canon 3E (1)

and § 455(b), a judge is expected to disqualify herself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Section 455(b) he shall also disqualify himself in the following circumstances.

*(4)   He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)  "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by Vacating Order Judgments Florida Rule 2.160 (H)  and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Valerie Schurr was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case knowingly because nobody forgets how and why they get $995,000.00 at the time that we asked THE ACTUAL JUDGE, JUDGE ZABEL to Dismiss our case With Prejudice. So that JUDGE VALERIE MANNO SHURR was paid to and would change the Order to DISMISSAL WITHOUT PREJUDICE!!!

Judge Valerie Schurr has creditor loan history and business with Defendant U.S BANK MERS and GMAC that caused  THIS

preferential Quid *Pro Quo* treatment by her .sua'sponte review and
Final Judgment Order. Judge Valerie Shurr has significant exposed
investor financial interests in the subject matter in controversy and with
Defendants U.S. BANK that will be substantially negatively affected by
the outcome of that proceedings when the Plaintiff "ultimately prevails
and promotes in paid for adds in the media. Because people can't win
when the Judge is on the side of the Banksters to steal property and
money off their Prey!

Example of Judges who already recused themselves from U.S.
BANK

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.
3. JUDGE BARBARA ARECES Exhibit R.

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160
(A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure
Rule 60, Plaintiff requires Relief from the June 25, 2010 Final judgment
Order [Exhibit.J. based upon the stated facts, just terms, cited
misconduct, Rule 60 grounds and newly discovered banking real estate
fraud by court officers.

Said Reopening Relief would require the vacating of his order and
Recusal of Judge Valerie Schurr from this and any future related U.S.
BANK banking real estate cases in this District. The Dismissal Order
Relief also requires that all parties be reinstated to their prior positions
in this action (Dismissal with Prejudice) requiring Clerk issuance of
Summons upon the Defendants and allow the filing of a Motion to
dismiss the Final Judgment for cause, grounds and reasons stated herein
filed.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 5th day of Jan. 2020 a true and
correct copy of the foregoing was provided via this Court's electronic
filing system to the attorneys of record

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

Filing # 143079243 E-Filed 02/01/2022 03:42:18 PM

Exh. VVV

Royal Bank of Canada
is Morgan Stanley's
& JP Morgan

6:55

🔒 duckduckgo.com

https://www.sec.gov › Archives › edgar › data › 105350...
**HTML - SEC.gov | HOME**
ROYAL BANK OF CANADA ... and MORGAN STANLEY MUFG
LOAN PARTNERS, LLC . AS CO-DOCUMENTATION AGENTS.
Dated as of February 10, 2021 ... Barclays Bank PLC, Citibank,
N.A., JPMorgan Chase Bank, N.A. RBC Capital Markets and
Morgan Stanley MUFG Loan Partners, LLC (acting through
Morgan Stanley Senior Funding, Inc. and MUFG Bank, Ltd.)

https://finance.yahoo.com › news › royal-bank-canada-...
**Royal Bank of Canada announces NVCC
subordinated debenture** ...
Royal Bank of Canada (TSX: RY) (NYSE: RY) today announced
an offering of $1 billion of non-viability contingent capital
(NVCC) subordinated debentures ("the Notes") through its
Canadian Medium ...

https://stltoday.com › ... › morgan-stanley-nyse-...
**Morgan Stanley (NYSE:MS) Shares Sold by
Ausdal Financial** ...
Finally, Royal Bank of Canada downgraded Morgan Stanley
from an "outperform" rating to a "sector perform" rating and
set a $9100 target price on the stock. In a research report on
Friday ...

https://www.reuters.com › article › us-rbc-canada-/US/...
**Canada's RBC turns heads in U.S. with wealth
management** ...
That combined with a 5% increase at Bank of America's profit
wealth unit to $2.5 trillion and a 3.5% jump at Morgan Stanley
to $2.7 trillion, the firms with the biggest wealth management
units.

Try the DuckDuckGo ...
Brazil w...                                    Royal

Exh. F2

4. The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby directed to record this Order to reflect same.

5. The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set aside and shall be of no further force or effect.

6. The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of _____,2010.

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 – M010502
GMAC-CONV--abiven



# FORM 6    FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS    2008

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY:

JUN 2 6 2009

AUTO*3-DIGIT 331 T2  P2        8
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthosue Rm 1105
73 W Flagler St
Miami, FL  33130-1731

PROCESSED

ID Code

ID No.        210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of __December 31__, 20 08 was $ __2,800,357.00.__

## PART B - ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ __150,000.00__

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000: DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (Former Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium (Eagle Cnty, Colorado) | $ 300,000.00 |
| Bank Accounts, Stocks Bonds/ Pension Accounts | $ 600,000.00 |
| Mercedes Benz 350 ML | $ 25,000.00 |

## PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (Former Residence) P.O. Box 900 719 Louisville, Ky. | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mortgages) P.O. Box 4622, Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) P.O. Box 650769, Dallas, Tx | 120,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579 Columbus, Ohio 43218-2579 | 9,205.00 |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |

CE FORM 6 - Eff. 1/2009

(Continued on reverse side)

PAGE 1

Exh. EE

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2009
## FINANCIAL INTERESTS

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY:    JUN 2 5 2010

PROCESSED

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL  33130

ID Code

ID No.    210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date.  [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of  DECEMBER 31, 2009 was $ 3,351,652.00

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $  150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | | VALUE OF ASSET |
|---|---|---|
| Residence in Miami - Dade County | (Pinecrest) | 2,800,000.00 |
| Vail Colorado Condominium / Eagle County | | 250,000.00 |
| Bank Accts, Pension, Brokerage Accnts / Wachovia, Bank of America | Fidelity | 1,050,000.00 |
| Salt River / River | | 64,000.00 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Gmac Credit Line / P.O. Box 4622 Waterloo, IA | 410,000.00 |
| Wells Fargo P.O. Box / P.O. Box 650769, Dallas Tx | 128,000.00 |
| Chase Financial Group / P.O. Box 78067, Phoenix Az 85062 | 54,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None - | |
| | |
| | |

CE FORM 6 - Eff 1/2010    (Continued on reverse side)    PAGE 1

EXHEE

9:02    🔒 en.m.wikipedia.org

American ███████████ based in
████████, ███████, and incorporated in
███████. It is the parent company of **U.S. Bank** National Association, which is the 5th
███████████████. The
company provides banking, investment,
mortgage, trust, and payment services
products to individuals, businesses,
governmental entities, and other financial
institutions. It has 3,106 ███████ and 4,842
█████, primarily in the Midwestern █████
█████, and has approximately 72,400
employees. The company also owns ███████,
a processor of credit card transactions. U.S.
Bancorp operates under the second-oldest
continuous national charter, originally Charter
#24, granted in 1863 following the passage of
the ████████. Earlier charters have
expired as banks were closed or acquired,
raising U.S. Bank's charter number from #24 to
#2. The oldest national charter, originally
granted to the ███████████████
██████, is held by ██████, which it
obtained upon its merger with ████████.

**U.S. Bancorp**



U.S. Bank

Exh. F

3
ORDR

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

               CASE NO.   2007-12407-CA
vs.             DIVISION    32

SPACE FOR RECORDING ONLY F.S. §625.28

2010 JUN 25 PM 3:

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
        Defendant(s).

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI; are hereby dismissed.

3.    Any scheduled foreclosure sale is canceled.

FILE NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502



Exh. F3

IN THE CIRCUIT COURT OF THE
11ᵀᴴ JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

April 1,2010

US Bank ,N.A.
    Plaintiff(s)

Vs.

Leroy Williams
    Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 201.       APR 06 2010

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC- All parches

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office          AD 20 2/
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk

MONA BRUNO #79806

Loan No: ████████████

Mortgagee: LEROY WILLIAMS

Address: 15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

Loan Amount: $ 446,000.00

# ALLONGE TO NOTE

PAY TO THE ORDER OF:

## RESIDENTIAL FUNDING CORPORATION

WITHOUT RECOURSE

Assistant Secretary
Axiom Financial Services

PAY TO THE ORDER OF
U.S. Bank National Association as Trustee
WITHOUT RECOURSE
Residential Funding Corporation

Judy Faben, Vice President

MIN # 100176105062733202

WILLIAMS
Page 3 of 3

Exh. N

10:34

5G

🔒 bing.com

Homecomings Financial is owned by **GMAC-RFC**, an international financial services corporation which earns major profits each year, such as $2.9 billion in 2004. Register your Homecomings Financial Network Complaint

## Homecomings Financial Network - Big...
www.bigclassaction.com/lawsuit/homecomings_fin...

Feedback

### PEOPLE ALSO ASK

Where is the homecomings financial mortgage company located?  ⌄

When did homecomings financial go out of business?  ⌄

Is there a GMAC Bank that accepts mortgages?  ⌄

## Attestation Report - GMAC Mortgage, LLC and Homecomings ...
https://www.sec.gov/Archives/edgar/data/138332...

We have examined GMAC Mortgage, LLC (the "Company"), for itself and its affiliated servicing participant Homecomings Financial, LLC (both subsidiaries of Residential Capital, LLC), compliance with the servicing criteria set forth in Item 1122(d) ...

Homecoming is GMAC

HOMECOMINGS FINANCIAL, LLC, a



Exh 00
pg2

# AFFIDAVIT OF FACT

**STATE: OHIO**
**COUNTY: FAIRFIELD**

The undersigned, Wesley Jarvis, Trustee for CUSIPONE Trust, hereby states and confirms that he is of legal age and competent to state on belief and personal knowledge that the facts set forth herein, as duly noted below are true, correct, complete and presented in good faith, establish that:

1. The CUSIP numbers attached for LEROY WILLIAMS, for an account bearing number *10017610506273320Z*, were searched through independent databases, confirmed with trading desks, and at least one interest was confirmed as per the reports issued and attached as a result.

2. The Fund Manager, or other custodian(s) of the accounts of the fund(s) may have access to internal records indicating detailed data about the percentage of interest as held for the account of LEROY WILLIAMS.

3. More than one fund may have an interest in the accounts of LEROY WILLIAMS.

FURTHER AFFIANT SAYETH NOT.

Signed and sealed this ___3rd___ day of ___January___, in the Year of our Lord, two thousand twenty-two (2022).

All Rights Reserved.

For WESLEY JARVIS
T:

Wesley J. Jarvis, Trustee

Page 1 of 2

Exh OC
Pg 2

## JURAT

State of _Ohio_    )

Subscribed and Affirmed    )

County of _Tarrant_    )


On _January 3_, 2022 before me, _Nia Tarrance_ (notary public) personally appeared **Wesley J. Jarvis** [ ] personally known to me or [ ] proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to above and acknowledged to me that he executed the same in his authorized capacity.

I now affix my signature and official seal to these affirmations.

_____ (Signature)

Notary Public State of _Ohio_       Seal:

My Commission Expires: _5/16/24_



## Your CUSIP Results are as follows:

**LEROY WILLIAMS (ACCT 100176105062733202 [MIN])**
**Fidelity Advisor Strategic Real Return Fund**
Symbol:                        FSRAX
CUSIP:                         315912873

Inception Date:                9/7/2005
Net Assets:                    $462,624,000.00 as of
                               12/3/2021
Portfolio Assets:              $462,624,000.00 as of
                               12/3/2021

## A little about the Fund:

Fidelity Strategic Real Return Fund seeks real return consistent with reasonable
investment risk by investing in domestic and foreign issuers using a neutral mix of
approximately 30% of inflation-protected debt securities, 25% floating-rate loans and
20% REITs and other real estate related investments.



verification. Upon your written request within thirty (30) days after the receipt of this ㅡㅡㅡㅡ we will provide you with the name and address of the original creditor, if the original creditor is ㅡㅡㅡ from the current creditor.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Franklin Credit Management Corporation.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and similar state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Franklin Credit Management Corporation immediately. When contacting Franklin Credit Management Corporation as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact David Behler toll-free at 201-604-4503 if you have questions about your rights under SCRA.

For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

Sincerely,

Franklin Credit Management Corporation
101 HUDSON STREET, 24TH FLOOR
JERSEY CITY, NJ 07302
1-800-650-7162

Wiring Instructions: PNC Bank, N.A 249 Fifth Ave. Pittsburgh, PA 15222 ABA: 031 207 607 Bank Swift Code: PNCCUS33 -required for International payments- Account number: 802 636 1855 Franklin Credit Management Corp.- General Depository 101 Hudson Street, 24TH FLOOR/Suite 2500 Jersey City, NJ 07302

CFN 2005R1193500
OR BK 23966 Pgs 3465 - 64827; (18pgs)
RECORDED 11/16/2005 16:44:30
DEED DOC TAX 5,250.00
INTANG TAX 3,000.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

**Exh. RR pg.1**

This Instrument Prepared By:

After Recording Return To:
LANCASTER MORTGAGE BANKERS
20 INDEPENDENCE BLVD
WARREN, NEW JERSEY 07059
Loan Number: 150008387

[Space Above This Line For Recording Data]

## MORTGAGE

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated OCTOBER 20, 2005 , together with all riders to this document.
(B) "Borrower" is LEROY WILLIAMS, AN UNMARRIED MAN

Borrower is the mortgagor under this Security Instrument.
(C) "Lender" is LANCASTER MORTGAGE BANKERS

Lender is a LIMITED LIABILITY COMPANY                                          organized
and existing under the laws of NEW JERSEY
Lender's address is 20 INDEPENDENCE BLVD, WARREN, NEW JERSEY 07059

Lender is the mortgagee under this Security Instrument.
(D) "Note" means the promissory note signed by Borrower and dated OCTOBER 20, 2005
The Note states that Borrower owes Lender ONE MILLION FIVE HUNDRED THOUSAND AND
00/100                                          Dollars (U.S. $1,500,000.00 )
plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than NOVEMBER 1, 2035 .
(E) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(F) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

FLORIDA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3010 1/01                               Page 1 of 18                    DocMagic



**Exh. RR pg.2**

(G) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider    ☐ Condominium Rider

☐ Balloon Rider    ☐ Planned Unit Development Rider

☐ 1-4 Family Rider    ☐ Biweekly Payment Rider

(H) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(I) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(J) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(K) "Escrow Items" means those items that are described in Section 3.

(L) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(M) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(N) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(O) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(P) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

## TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender the following described property located in the

       COUNTY        of

       [Type of Recording Jurisdiction]

FLORIDA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3010 1/01      Page 2 of 16

Book23966/Page3466    CFN#20051193500    Page 2 of 18



**Exh. RR pg.3**

A.P.N. #: 0622280113400

which currently has the address of 1977 NE 119TH ROAD

MIAMI A/K/A NORTH MIAMI , Florida 33181 ("Property Address")
(City) (Zip Code)

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

**UNIFORM COVENANTS.** Borrower and Lender covenant and agree as follows:

1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges. Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds

FLORIDA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3010 1/01 Page 3 of 18



Exh. RR pg.4

until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

2. Application of Payments or Proceeds. Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

3. Funds for Escrow Items. Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA.

FLORIDA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3010 1/01
Page 4 of 15

DocMagic EFORMS 800-649-1362
www.docmagic.com



**Exh. RR pg.5**

Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

4. Charges; Liens. Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

5. Property Insurance. Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of

FLORIDA–Single Family–Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3010 1/01                                                    Page 5 of 15



Book23966/Page3469    CFN#20051193500

**Exh. RR pg.6**

any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claims and related matters. If Borrower does not respond within 30 day to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

6. Occupancy. Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which

FLORIDA–Single Family–Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3010 1/01     Page 6 of 15      DocMagic eForms 800-649-1362
www.docmagic.com



consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

7. Preservation, Maintenance and Protection of the Property; Inspections. Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property. Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

8. Borrower's Loan Application. Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

9. Protection of Lender's Interest in the Property and Rights Under this Security Instrument. If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities, turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

10. Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such

DocMagic 800-649-1362
www.docmagic.com



insurance, and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

(a) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.

(b) Any such agreements will not affect the rights Borrower has - if any - with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.

11. Assignment of Miscellaneous Proceeds; Forfeiture. All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement

FLORIDA–Single Family–Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3010 1/01 Page 8 of 15

DocMagic 800-649-1352
www.docmagic.com

**Exh. RR pg.10**

13. **Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

14. **Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

15. **Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

16. **Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security



**Exh. RR pg.11**

Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

17. **Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

18. **Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

19. **Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

20. **Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations

FLORIDA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3010  1/01                                     Page 11 of 15

DocMagic €Farms 800-649-1362
www.docmagic.com



**Exh. RR pg.12**

to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

21. **Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

**NON-UNIFORM COVENANTS.** Borrower and Lender further covenant and agree as follows:

22. **Acceleration; Remedies.** Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial

FLORIDA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3010 1/01
Page 12 of 15

DocMagic *
www.docmagic.com



proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

23. Release. Upon payment of all sums secured by this Security Instrument, Lender shall release this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

24. Attorneys' Fees. As used in this Security Instrument and the Note, attorneys' fees shall include those awarded by an appellate court and any attorneys' fees incurred in a bankruptcy proceeding.

25. Jury Trial Waiver. The Borrower hereby waives any right to a trial by jury in any action, proceeding, claim, or counterclaim, whether in contract or tort, at law or in equity, arising out of or in any way related to this Security Instrument or the Note.



**Exh. RR pg.14**

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

_____ (Seal)
LEROY WILLIAMS                -Borrower
1977 NE 119TH ROAD, NORTH
MIAMI, FLORIDA 33181

_____ (Seal)
                              -Borrower

_____ (Seal)
                              -Borrower

_____ (Seal)
                              -Borrower

_____ (Seal)
                              -Borrower

_____ (Seal)
                              -Borrower

Signed, sealed and delivered in the presence of:

Michelle Baldwin-Williams     Peggy O'Brien

FLORIDA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3010 1/01                Page 14 of 15

DocMagic *eFormss* 800-649-1362
www.docmagic.com

**Exh. RR pg.15**

[Space Below This Line For Acknowledgment]

STATE OF FLORIDA
COUNTY OF Broward

The foregoing instrument was acknowledged before me this 20 day of October, 2005
by LEROY WILLIAMS, a single

who is personally known to me or who has produced valid D/L
as identification.                                    (Type of Identification)

Michelle Austin-Wehr
Commission #...
Expires Dec...
Bonded...
Atlantic...

Signature _____

Name of Notary _____

(Seal)                    Title. _____

Serial Number, if any _____

FLORIDA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3010 1/01                      Page 15 of 16                      DocMagic eForms 800.649.1362
                                                                       www.docmagic.com

Exh. RR pg.16

# Exhibit A

LOT 103, BLOCK 14, SANS SOUCI ESTATES, according to the Plat threof as recorded in Plat Book 50, Page 86 of the Public Records of Mami-Dade County, Florida

Parcel Identification Number: 0622280113400

File Number: 05a-135

DoubleTime®

Book23966/Page3480    CFN#20051193500

Page 16 of 18



**Exh. RR pg.17**

## PREPAYMENT RIDER

Loan Number: 150008387

Date: OCTOBER 20, 2005

Borrower(s): LEROY WILLIAMS

THIS PREPAYMENT RIDER (the "Rider") is made this 20th day of OCTOBER 2005, and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust or Security Deed (the "Security Instrument") of the same date given by the undersigned ("Borrower") to secure repayment of Borrower's promissory note (the "Note") in favor of LANCASTER MORTGAGE BANKERS, A LIMITED LIABILITY COMPANY

("Lender"). The Security Instrument encumbers the Property more specifically described in the Security Instrument and located at

1977 NE 119TH ROAD, MIAMA A/K/A NORTH MIAMI, FLORIDA 33181
[Property Address]

ADDITIONAL COVENANTS. In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

### A.    PREPAYMENT CHARGE
The Note provides for the payment of a prepayment charge as follows:

4    BORROWER'S RIGHT TO PREPAY; PREPAYMENT CHARGE
I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under the Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payment unless the Note Holder agrees in writing to those changes.

If the Note contains provisions for a variable interest rate, my partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase. If this Note provides for a variable interest rate or finance charge, and the interest rate or finance charge at any time exceeds the legal limit under which a Prepayment penalty is allowed, then the Note Holder's right to assess a Prepayment penalty will be determined under applicable law.

MULTISTATE PREPAYMENT RIDER - SPP    Page 1 of 2    DocMagic ☎ 800-649-1362
6/02    www.docmagic.com



Book23966/Page3481    CFN#20051193500

OR BK 23966 PG 3482
LAST PAGE

**Exh: RR pg.18**

If within TWELVE ( 12 ) months from the date this Security Instrument is executed I make a full Prepayment or one or more partial Prepayments, and the total of all such Prepayments in any 12-month period exceeds twenty percent (20%) of the original Principal amount of the loan, I will pay a Prepayment charge in an amount equal to SIX ( 6 ) months' advance interest on the amount by which the total of my Prepayments within any 12-month period exceeds twenty percent (20%) of the original Principal amount of the loan.

Notwithstanding the foregoing provisions, I may make a full Prepayment without paying a Prepayment charge in connection with a bona fide and arms-length sale of all or any part of, or any legal or beneficial interest in, the Property within the first 12 months of the term of the Note. The phrase "bona fide and arms-length sale" means a sale in which all of the parties involved in the transaction, including without limitation, the buyer, seller, lender, real estate agent or broker, are independent of one another and unrelated by familial or financial interests. I agree to provide the Note Holder with any and all evidence reasonably requested by the Note Holder to substantiate that the sale of the Property is bona fide and arms-length.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and provisions contained in this

Rider

_____ (Seal)      _____ (Seal)
LEROY WILLIAMS      -Borrower                    -Borrower

_____ (Seal)      _____ (Seal)
                    -Borrower                    -Borrower

_____ (Seal)      _____ (Seal)
                    -Borrower                    -Borrower

MULTISTATE PREPAYMENT RIDER - SPP
6/03             Page 2 of 2          Docмагic eForms 800-649-1362
                                            www.docmagic.com

Book23966/Page3482    CFN#20051193500          Page 18 of 18

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office November 18   AD 20 21
HARVEY RUVIN, CLERK of Circuit and County Courts.

Deputy Clerk             Harvey Ruvin, Clerk



28465727

**Exh. VV Pg4**



FRANKLIN CREDIT
MANAGEMENT CORPORATION

## Loss Mitigation Options and Eligibility Requirements

As your mortgage loan servicer, we understand that you may be experiencing financial difficulty with making your mortgage payments and would like to discuss your options to make your mortgage payment affordable. We will determine if you qualify based on your financial situation. Please see the workout options and eligibility requirements below for the loan that is the subject of this Notice or filing.

**Know your options:**

**Repayment Plan** – A temporary agreement, which allows for repayment of the unpaid past-due debt along with continued regular mortgage payments. The unpaid past due debt may include principal, interest, fees, and/or or costs incurred by the lender.

Eligibility Requirements for this option require a portion of the unpaid past due debt as a down payment, with the remainder of the unpaid debt being spread out over a period of months. You will make the additional payment along with your regular monthly mortgage payment. In order to qualify for this option, you must be able to make the required payments as outlined in the plan.

**Deferment Plan** – A temporary agreement which allows some payments to be suspended until a future date, at which time those payments must be repaid, or arrangements made to repay them over an agreed upon period (usually 3-6 months).

Eligibility Requirements for this option are determined by the ability to pay, the current value of the home and the hardship suffered. This option is only available for mortgage loans where the property is the borrower's primary residence.

**Loan Reinstatement** – If you have the financial ability to bring your loan current, your lender/servicer will accept the funds needed to bring the loan current until the day of your foreclosure sale. In addition to the monthly mortgage payment, late charges and other amounts due on your loan obligation you may be required to pay all outstanding attorney's fees and costs of collection.

**Loan Modification** – A loan modification allows you the option to repay the loan on newly agreed upon terms, which may include lowering the interest rate, placing amounts past due at the end of the loan, and/or extending the term of the loan.

Eligibility Requirements for a loan modification are determined by the ability to pay (which may require a down payment towards the unpaid past due debt and completion of a trial period plan), the current value of the home and hardship suffered.

1 | Page



2365265545

**Exh.V V Page 5**



FRANKLINCREDIT
MANAGEMENT CORPORATION

If you have explored all of the options above and are still unable to continue making your monthly mortgage payment, here are some options to assist you in avoiding foreclosure:

• **Deed-In-Lieu** – An option that allows you to voluntarily deed your property to the owner of your mortgage in order to avoid foreclosure. In return, you agree to vacate the property on an agreed upon date leaving the property in "broom swept" condition. You must allow the lender/servicer access to inspect your property (which may include the interior of the home) should such a request be made.

Eligibility Requirements include your inability to pay the debt. Your lender may ask you to complete a financial questionnaire (which may require a hardship letter). In addition, there can be no other liens or judgments against the property other than your mortgage obligation that is currently in default. In other words, title must be "clear and marketable". In some circumstances, your lender may want you to prove that your taxes, insurance, and utilities are current.

• **Short Sale** – This option allows you to avoid foreclosure by selling your property for less than the total amount owed on the account (subject to agreement by your servicer/lender). While the Short Sale releases the lien on the property, it does not necessarily absolve the borrower of any remaining debt. For both senior and junior liens. Franklin Credit Management Corporation reserves the right to pursue the deficiency balance on behalf of its client, where state law allows.

In order to be eligible you must no longer be able to maintain the mortgage payments, and you must demonstrate that the current property value is below your current indebtedness. The lender may ask you to complete a financial questionnaire (which may require a hardship letter) in order to evaluate your ability to pay the debt. The property must have been listed with a real estate agent. You must also have a buyer willing to purchase the property for the current fair market value. You must provide a Real Estate Purchase Agreement (with no contingencies), Estimated Settlement Statement and Listing Agreement to the servicer for review. If requested, you must allow the lender/servicer access to appraise/value your property.

• **Settlement** - This option allows you to avoid foreclosure by settling the debt for less than the total amount owed on the account (subject to agreement by your servicer/lender), and also resulting in the release of the servicer/lender's lien on your home.

Eligibility Requirements include your inability to pay the debt. You may be required to complete a financial questionnaire (which may require a hardship letter), provide proof of income, a copy of your financials, a payoff letter from the any other mortgages on the property, and may need to provide other documents required to establish your eligibility. All settlement agreements are also subject to client approval.

**You must take the first step by contacting us, at 1-800-650-7162, Monday through Friday, 8:00am – 5:00pm ET. You may also write to us at 101 Hudson Street, 24th Floor, Jersey City, NJ 07302 or email us at documents@franklincredit.com . Be sure to include your name and loan number in your correspondence.**

Please be advised that this letter does not constitute a commitment to approve any workout plan.

2 | Page

**FRANKLIN**CREDIT
MANAGEMENT CORPORATION

**Exh. VV Page 1**

Sent Via First-Class Mail

11/17/2021

LEROY A WILLIAMS
15020 S RIVER DR
MIAMI, FL 33167-1035

Loan Number:       0001920274
Property Address:   15020 S RIVER DR
                    MIAMI, FL 33167-1935

Dear LEROY A WILLIAMS,

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

This is a legally required notice. We are sending this notice to you because you are behind on your mortgage payment. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

Your payment to Franklin Credit Management Corporation, the Servicer of the above-referenced loan acting on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1, is currently delinquent. If you are unable to bring your account current, Franklin Credit Management Corporation offers loss mitigation programs designed to help resolve delinquencies and avoid foreclosure. These services are provided without cost to our customers.

Call us today to learn more about your options and instructions for how to apply.

David Behler
101 HUDSON STREET, 24TH FLOOR
JERSEY CITY, NJ 07302
201-604-4503
Monday through Friday 8:00 AM - 5:00 PM ET

For more information, visit www.franklincredit.com or email us at Documents@franklincredit.com.

If you need help, enclosed are application instructions and a list of loss mitigation programs for which you may be eligible (most are subject to lender approval).

**Franklin Credit Management Corporation is a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or**



Exh. SS

City National
is Wells Fargo

6:14 ⚫ 🔋

🔒 duckduckgo.com

https://www.thestar.com › business › opinion › 2022 › 6 ›
**Banking: BMO vs. Wells Fargo**
Jan 1, 2022 - The acquisition will add nearly 1.8 million customers and 514 branches to BMO's portfolio, and puts it head-to-head with Wells Fargo and RBC-owned City National, which are both domiciled in ...

https://www.bankrate.com › ...
**Wells Fargo Bank NATIONAL CITY - HIGHLAND BRANCH, National ...**
All Locations | Locations by State/City | Zip Code Search.
Wells Fargo Bank NATIONAL CITY - HIGHLAND BRANCH.
Branch Address: 1100 Highland Avenue, National City, CA, 91950. NATIONAL CITY - HIGHLAND BRANCH (FDIC #26442) is one of domestic offices of Wells Fargo Bank in National City. It was established in 1865-01-01, serving as a Full Service Brick and Mortar Office, locates at 1100 Highland ...

https://www.bankrad.com › nevada › las-vegas-banks ›
**Wells Fargo National Bank West Locations By State City**
This page provides information about Locations By State City
Wells Fargo National Bank West Locations By State City or
Wells Fargo National Bank West Locations By State City or
Wells Fargo National Bank West Wells Fargo National Bank
West Locations By State City Email: admin@bankradcom
Top Search Center: Bank Of America

🌐 https://www.wellsfargo.com
**Wells Fargo - Banking, Credit Cards, Loans, Mortgages & More**
Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate ...

3/7/2014

Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information

*DOCKET #1*    *EXHIBIT*    *C*



🛒 0 Item(s) in Basket

Home    Online Services    About us    Contact us

# HARVEY RUVIN
## CLERK of the COURTS
### MIAMI-DADE COUNTY, FLORIDA

## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS

**ALL PARTIES**
**US BANK (NA) vs WILLIAMS, LEROY**
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

START A NEW SEARCH

Case Number (LOCAL): 2007-12407-CA-01       Dockets Retrieved: 48       Filing Date: 04/26/2007
Case Number (STATE): 13-2007-CA-012407-0000-01       Judicial Section: 32

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 04/07/2011 | | LETTER OF CORRESPONDENCE | FROM MACK L WELLS |
| 11/04/2010 | | NO FURTHER JUDICIAL ACTION | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |
| 10/14/2010 | | MOTION: | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | MOTION TO VACATE DISMISSAL | |
| 08/06/2010 | | TEXT | RETD ORIGINAL NOTE AND MORTGAGE |
| 06/25/2010 | 27343 / 949 Pages 3 | COURT ORDER | BK:27343 PG:0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC.. |
| 06/20/2010 | | MOTION: | ATY:00071675 R: 5058 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | FINAL DISPOSITION DOCUMENT | |
| 04/07/2010 | 27244 / 4193 Pages 1 | COURT ORDER | BK:27244 PG:4193 OF DISMISSAL |
| 04/07/2009 | *Judge Zabel* | TEXT *Dismissal with Prejudice* | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE  *Judge Zabel* |
| 09/09/2008 | | OBJECTION: | TO WRITTEN DISCOVERY,MTN TO STRIKE OR...ETC |
| 09/09/2008 | | NOTICE: | THAT PLTFF HAS RESPONDED TO DEFENDANT...ETC |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944 / 542 Pages 2 | COURT ORDER | BK:25944 PG:0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE : . |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE :08/31/2007 |
| 09/12/2007 | | MOTION: | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | MOTION: | ATY:88888888 R: 145184 SET ASIDE FJUD AND RECONSIDER STAY |

1/2

Exh. C2

3/7/2014

Miami-Dade County Clerk- Civil / Probate Justice System - Docket Information

| Date | Book/Page | Type | Description |
|---|---|---|---|
| 09/10/2007 | | TEXT | $50 FEE PD/RCPT 145184 |
| 08/30/2007 | | NOTICE OF SALE | |
| 08/24/2007 | | TEXT | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | CERTIFICATE OF MAILING FINAL JUDGMENT | |
| 08/13/2007 | | NOTICE OF FILING: | |
| 08/13/2007 | | NOTICE OF FILING: | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | TEXT | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | TEXT | FINAL DISPOSITION FORM |
| 08/09/2007 | 25872 / 4163 Pages 6 | FINAL JUDGMENT | SALE DATE 09-14-2007 |
| 07/26/2007 | | DEFAULT | J $ 491500.11 BK:25872 PG:4163 DN01 DN02 DN03 DN04 |
| 07/26/2007 | | NOTICE OF DEFAULT NOT ENTERED | DN03 |
| 07/19/2007 | | NOTICE OF HEARING- | DN01 DN02 E |
| 07/19/2007 | | MOTION FOR DEFAULT | MOTIONS 08/09/2007 10:00 AM |
| 07/19/2007 | | MOTION FOR SUMMARY JUDGMENT | |
| 07/19/2007 | | NON-MILITARY AFFIDAVIT | |
| 06/12/2007 | | SERVICE RETURNED | |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/23/2007 DN02 |
| 06/12/2007 | | TEXT | BADGE # 1552 P 05/12/2007 DN01 |
| 06/12/2007 | | SERVICE RETURNED | SUMMONS RTD NON-SERVED UNK SPOUSE OF WILLIAMS |
| 06/12/2007 | | TEXT | BADGE # 118 P 05/02/2007 DN03 |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | SERVICE RETURNED | SERVICE RTD SERVED TENANT |
| 06/06/2007 | | TEXT | BADGE # 1300 P 05/01/2007 DN04 |
| 06/06/2007 | | TEXT | OPPOS.TO PLNFS MORT.FORECLOSURE COMPLT ETC. |
| 05/23/2007 | | ANSWER | WRITTEN REQU.FORMAL PROTEST,&DISPUTE ETC. ATTORNEY:00314021 DN04 |
| 04/30/2007 | 25576 / 1873 Pages 1 | LIS PENDENS | BK:25576 PG:1873 |
| 04/26/2007 | | COMPLAINT | |
| 04/26/2007 | | CIVIL COVER | |
| 04/26/2007 | | SUMMONS ISSUED | DN01 DN02 DN03 DN04 |

BACK TO SEARCH RESULTS

ALL PARTIES

START A NEW SEARCH

Civil Search Home | Civil Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.



S0142977

http://www2.miami-dadeclerk.com/civil/Search.aspx

*Ex. II*

ndow   Help

en.m.wikipedia.org

**WIKIPEDIA**    Search Wikipedia

# U.S. Bancorp

Article  Talk

文A Language

☆ Watch    ✏ Edit

*'US Bank' redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of U.S. Bank National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] It is ranked 117th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

*U.S. BANK is US BANCORP*
*which is Wells Fargo and is*
*Wachovia*

**U.S. Bancorp**

**US bancorp**

☰ Contents

⌃ **History**

The U.S. Bank name first appeared as **United States National Bank of Portland**, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929, that bank merged with First National Bank of St. Paul (also formed in 1864) and several smaller Upper Midwest banks to form the First Bank

Exh. VV



6:59

🔒 nbcnews.com

**NEWS**

## Wachovia apologizes to black Americans

Two predecessor banks of Wachovia Corp. owned slaves before the Civil War, the nation's fourth largest bank said Wednesday as it made an apology to black Americans.

"We are deeply saddened by these findings," Wachovia chairman Ken Thompson said in a statement. The Charlotte-based company said it contracted earlier this year with The History Factory, a historical research firm, to investigate the pred...

Exh VVV

Royal Bank of Canada
is Morgan Stanley
& JP Morgan

6:55

🔒 duckduckgo.com

https://www.sec.gov › Archives › edgar › data › 1035...
HTML - SEC gov | HOME
ROYAL BANK OF CANADA . and MORGAN STANLEY MUFG
LOAN PARTNERS, LLC . AS CO-DOCUMENTATION AGENTS .
Dated as of February 10, 2021 ... Barclays Bank PLC, Citibank,
N.A., JPMorgan Chase Bank, N.A., RBC Capital Markets and
Morgan Stanley MUFG Loan Partners, LLC (acting through
Morgan Stanley Senior Funding, Inc. and MUFG Bank, Ltd.) ...

https://finance.yahoo.com › news › royal-bank-canada...
Royal Bank of Canada announces NVCC
subordinated debenture ...
Royal Bank of Canada (TSX: RY) (NYSE: RY) today announced
an offering of $1 billion of non-viability contingent capital
(NVCC) subordinated debentures ("the Notes") through its
Canadian Medium ...

https://www.dailyherald.com › news › morgan-stanley-nyse...
Morgan Stanley (NYSE:MS) Shares Sold by
Ausdal Financial ...
Finally, Royal Bank of Canada downgraded Morgan Stanley
from an "outperform" rating to a "sector perform" rating and
set a $97.00 target price on the stock, in a research report on
Friday ...

https://www.reuters.com › article › us-rbc-results-idUSK...
Canada's RBC turns heads in U.S. with wealth
management ...
That combined with a 5% increase at Bank of America Corp's
wealth unit to $2.5 billion and a 3.5% jump at Morgan Stanley
to $2.7 billion, the three with the biggest wealth management
units ...

Try the DuckDuckGo app
Brazil v...                                    Royal

Exh. W

JP Morgan
13  US BANCORP

6:39    duckduckgo.com

W https://en.wikipedia.org › wiki › List_of_bank_mergers...
**List of bank mergers in the United States -**
**Wikipedia**

Chemical Bank: JPMorgan Chase: 1993 First Bank System, Inc. Colorado National Bank First Bank System Inc. CNB remained unchanged until after merger with U.S. Bancorp. U.S. Bancorp. 1993 Banc One Corp. Valley National Bank of Arizona Banc One Corp. JPMorgan Chase: 1993 Bank of Boston Corp. South Shore Bank, Mechanics Bank, First National Bank...

J https://www.jpmorgan.com › commercial-banking › eco...
**Economic Trends to Watch in 2022 |**
**JPMorgan Chase**

Strong household balance sheets, deferred inventories and federal infrastructure spending are poised to drive economic demand in 2022. Personal consumption expenditures have risen since 2020, and the ratio of disposable income to household net worth is nearing a record high. Government stimulus, along with the booming equities and real...

₩ https://www.firstam.com › title › commercial
**Commercial Title Insurance | First American**

A partner committed to your success. When you work with First American Title, you're backed by a team of commercial experts poised to get your deal across the finish line. We have the industry-leading products, services and expertise you need to close your transactions efficiently — regardless of size, scope or complexity.

f https://www.firstambank.com › en-US › Wealth › Explain
**IL WI FL Bank Experts - First American Bank |**
**IL Bank | FL ...**

Matthew joined First American Bank in 2009 and brings over 15 years of financial service industry experience. Prior to working at First American Bank, Matthew worked for the First National Bank ... Trust Company.

Filing # 161312379 E-Filed 11/16/2022 07:00:53 AM

Exh.W

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MACK WELLS

Plaintiff

Case No. 2010-61928-CA01

v.

U. S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

Defendants,

_____

FILED FOR RECORD
2022 FEB 13 PM 3:32

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Dec. 19 2017 Judge John Schlesinger review of the record and Final Judgement Order, Exhibit. J. based on the following facts, new Information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)  Attached-U.S. Bank N.A. Special Situation Property Funds  Account Page 42, IFRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Judge Schlesinger  Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) FL Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Schlesinger must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof. US BANK is US BANCORP, Exhibit.A. And US BANCORP is Morgan Stanley, Exhibit B1 and B2, and Morgan Stanley is Morgan Stanley Brokerage, Exhibit H. Judge John Schlesinger is doing business with US Bank (Morgan

Stanley) as seen in his FORM 6 page, 3.line,6. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL Exhibit, C. Which is a major Conflict of Interest. Judge John Schlesinger is worth 5.8 Million (Investigated) with Zero debt. Schlesinger has done business with MERS Exhibit, N. as seen on the public record Exhibit, F. Who is the Entity that is the entity who assigned our Mortgage to US BANK, Exhibit, G. Judge Schlesinger has ruled in favor of US Bank And That is a major Conflict of Interest as I said Judge Schlesinger is also doing business with Morgan Stanley, Exhibit, L and B. Who is the same as JP MORGAN Exhibit, D. Who is doing business and is apart of Chase Manhattan Bank, Exhibit.M. that Judge Schlesinger was doing business with and got his properties from, Exhibit.L. Judge Schlesinger is doing business with all of the entities that he's Judging on against us and there's more. I have found that our case was directed to him in this Pool who all do business with US Bank MERS and others.

## FACTUAL BACKGROUND

1. On Dec. 19, 2017, Defendant Judge John Schlesinger issued a final Judgment order <u>Exhibit.A</u> against Plaintiff Mack Wells for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. Bank could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, <u>Exhibit. I. A judge cannot change another Judge's ORDER!</u>

2. And also on Dec.19, 2017, Judge John Schlesinger issued the final order Judgement order acting as a quasi-defense attorney for US Bank his personal investment Partner to make money together.

3. Plaintiff Mack Wells has now subsequently provided the United States Department of Justice (DOJ) on <u>specific newly discovered whistle blower information</u> and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. Bank, Clerks and Court officers in this action. Exhibit, O.

## MEMORANDUM OF LAW

The Defedants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Judge Schlesinger's Recusal based on exposed financial conflicts of interests <u>Fla. Stat.112.312 (8)(9).</u>

*Rule 2.160 (H).and FRCP Rule 60, relief ftom .Judgment Or Order. and to vacate Order .*

*Their is to be no conflict of interest with the Judge and the Plaintiff against DEFENDANTS. LIKE*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*3. Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an Opposing party*

A Judge is expected to Recuse himself pursuant to 28 U.S, C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Schlesinger was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Schlesinger has creditor loan history and business with Defendant U.S. Bank N.A.

MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by his sua sponte review and Final Judgment Order. Judge Schlesinger has significant exposed investor financial interests in the subject matter In controversy and with Defendants U S. Bank N.A. that will be substantially negatively affected by the outcome of that proceedings when the Plaintiff "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from US Bank

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.

## REQUIRED RELIEF

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the Dec.19, 2017 Final judgment Order [Exhibit.J. based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Schlesinger from this and any future related U.S. Bank N.A.banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons stated herein filed

*MACK WELLS*
MACK WELLS
15020 S. RIVER DR.
MIAMI, FLA. 33167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

*Mack Wells*
MACK WELLS
15020 SOUTH RIVER DR.
MIAMI, FLA. 332167

## **AFFIDAVIT**

I MACK WELLS SWEAR THAT THIS IS A MOTION AND
AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS
AND MEMORANDUM OF LAW AND I AM A WITNESS THESE
EXHIBITS A, B1, B2, C, D, F, G, H, J, K, L, M, N, O, P, Q, ARE ALL
TRUE COPYS OF EXHIBITS   AND YOUR MOTION FOR
RECUSAL OF JUDGE JOHN SCHLESINGER

SIGNED, *Mack Wells*

MACK WELLS
15020 S. RIVER DR.
MIAMI, FL. 33167

I Rhonda R Starling Hall notarized this
letter on behalf of Mack Wells Jr who sign
before me on this 13th day of Feburary 2020
Which produced Florida Driver License Exp
6/25/2020.





*Exh. A.*

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

Investment products and services are:

**Not a Deposit • Not FDIC Insured • May Lose Value • Not Bank Guaranteed • Not Insured by any Federal Government Agency**

For U.S. Bank:

Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information

10:22

mitchellmessenger.com

*Ex h. B 1*

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

10:29        globallegalchronicle.com

Exh/B 2

principal amount of 3,200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk &
Wardwell, Ali DeGolia – Davis Polk & Wardwell, Alan

Exhibit C.

200123

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2016**

Please print or type your name, mailing address, agency name, and position below:

| FOR OFFICE USE ONLY: |
| --- |

LAST NAME — FIRST NAME — MIDDLE NAME:

SCHLESINGER    JOHN    CHARLES

MAILING ADDRESS:

73 WEST FLAGLER STREET

ROOM 1202

| CITY : | ZIP : | COUNTY : |
| --- | --- | --- |
| MIAMI | FL | 33130 |

NAME OF AGENCY :

STATE OF FLORIDA — 11TH CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT :

CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**FLORIDA COMMISSION ON ETHICS**

**JUL 03 2017**

**RECEIVED**

**PROCESSED**

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___June 20,___ , 20 _17_ was $ _28,834,751.25_

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _250,000.00_

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
| --- | --- |
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000.00 |
| 323 Tollgate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| NONE -0- | -0- |
|  |  |
|  |  |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| NONE | -0- |

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2017 federal income tax return and all W2s, schedules, and attachments.
[If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $160,688.00 |
| Santander, LLC (rents) | 216-218 Santander Ave | $65,000.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Property Rental | P.O. Box850 McAree, NJ | Property Rental |
| Four Hearts | Property rental | P.O. Box850 McAree, NJ | Property Rental |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander, LLC | Quail Heights, LLC | Fore Hearts, LLC |
| ADDRESS OF BUSINESS ENTITY | 216 Santander Ave, Coral | P.O. Box850 McAree, NJ | P.O. Box850 McAree, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rental | Property Rental | Property Rental |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | no |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 3.33% | 33.33% |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐   I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF   MIAMI - DADE

Sworn to (or affirmed) and subscribed before me this 25TH day of
JULY   20 18 by ILEANA PEREZ

_____
(Signature of Notary Public—State of Florida)

Ileana Perez
(Print, Type, or Stamp Commissioned Name of Notary Public)

Notary Public State of Florida
Ileana Perez
My Commission FF 183987
Expires 12/16/2018

Personally Known ✔   OR   Produced Identification: _____

Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____     _____
Signature                                Date

Preparation of this form by a CPA or attorney does not relieve the ler of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

**PART B Continued**
**ASSETS**

| DISCRIPTION OF ASSET | AMOUNT OF ASSET |
|---|---|
| TOTAL FROM PREVIOUS PAGE | $6,500,000.00 |
| Quail Heights, Part Owner in Apartment Buildings 240-260 Hackensack, NJ | 2,000,000.00 |
| Trent Boyett, LLC, Part Owner in Apartment Building 350 Prospect Avenue, Hackensack, NJ | 300,000.00 |
| Fore Hearts, Part Owner in three commercial Properties; 2650 Rt. 516 Old Bridge, NJ; 735 E. Hazelwood Avenue, Rahway, NJ; 220 Rt 17, Hasbrouck Heights, NJ | 800,000.00 |
| Santander LLC | 750,000.00 |
| First Citizens Bank | 624,000.00 |
| Morgan Stanley Brokerage Account | $5,236,472.00 |
| State of Florida Deferred Compensation | 286,148.68 |
| Federal Thrift Savings Account | 523,843.91 |
| Evensky and Katz Brokerage Account | 11,019,286.66 |
| Ferrari 360 | 100,000.00 |
| 2014 Prosche 911 Turbo Cariolet | 120,000.00 |
| 2013 Mercedes Benz GL550 | 45,000.00 |
| 2011 Honda Odyssey Van | 7,500.00 |
| 2000 Honda Odyssey Van | 2,500.00 |
| 2008 Boston Whaler | 20,000.00 |
| 2015 Boston Whaler | 120,000.00 |
| 2015 Audi S3 | 40,000.00 |
| 2017 Mercedes 350 SL | 90,000.00 |
| TOTAL ASSETS: | $28,834,751.25 |

2008 Boston Whaler                          $38,000.00

2015 Boston Whaler                          $70,000.00

TOTAL ASSETS:                               $29,881,734.10

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2016 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐    I elect to file a copy of my 2016 federal income tax return and all W2's, schedules, and attachments.
     (If you check this box and attach a copy of your 2016 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See Instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $146,080.00 |
| Santander | 216-218 Santander Avenue, Coral Gables, FL | 72,000.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Quail Property Rentals | PO Box 850 McAfee, NJ | Property Rentals |
| Force Hearts | Fore Hearts Property Rentals | P.O. Box 850, McAfee, NJ | Property Rentals |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander, LLC | Fore Hearts, LLC | Quail Heights |
| ADDRESS OF BUSINESS ENTITY | 216-218 Santander Ave., Coral Gables, FL | P.O. Box 850 McAfee, NJ | P.O. Box 850 McAfee, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rentals | Property Rentals | Property Rentals |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | Yes |
| NATURE OF MY OWNERSHIP INTEREST | 60% | 33.33% | 33.33% |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐    **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

# OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

John Schlesinger
Circuit Court Judge

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF    MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this    29    day of
June    , 20 17    by    John Shlesinger

(Signature of Notary Public-State of Florida)

Mercy Londono
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known  ✓    OR    Produced Identification _____

Type of Identification Produced _____

MERCY LONDONO
MY COMMISSION # FF 084055
EXPIRES: July 30, 2017
Bonded Thru Budget Notary Services

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐**

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

200123

PROCESSED

**FLORIDA COMMISSION ON ETHICS**

RECEIVED

AUG 01 2018

Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

*Name: John Charles Schlesinger    Work Address: 1351 NW 12 Street #415 Miami FL 33125

Work Telephone: 305 548-5718    Judicial Office Held: Circuit Judge

1.    Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
|      | NONE | NONE |        |
|      |             |        |        |
|      |             |        |        |

□ Check here if continued on separate sheet ▪

2.    Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|------|------------------------------------------------------------------------------|--------|
|      | NONE |        |
|      |             |        |
|      |             |        |

□ Check here if continued on separate sheet

**OATH**
State of Florida
County of MIAMI-DADE
I, JOHN CHARLES SCHLESINGER, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

Jeane Perez
(Signature of Officer Authorized to Administer Oaths)

My Commission expires 12/16/2018
Sworn to and subscribed before me this
30th day of July, 20 18

Notary Public State of Florida
Ileana Perez
My Commission FF 183957
Expires 12/16/2018

3/18 (As prescribed in Canon 6).

Part E Interests in Specific Businesses

| | Business Entity #1 | Business Entity #2 | Business Entity #3 |
|---|---|---|---|
| Name of Business Entity | Patsy 3 Leasing/Trent Boyett | | |
| Address | Prospect Ave Hackensack, NJ | | |
| Principal Business | Property rental | | |
| Position Held | Partner | | |
| I own more than 5% interest | yes | | |
| Nature of my interest | Trent Boyett is a partner owning 33% of Patsy 3, I own 100% of Trent Boyett | | |

200123

**PROCESSED**

FLORIDA
COMMISSION ON ETHICS

JUL 03 2017

RECEIVED

## JUDICIAL QUALIFICATIONS COMMISSION FORM 6A

### GIFT DISCLOSURE

All judicial officers must file with the Florida Commission on Ethics a list of all gifts received during the preceding calendar year of a value in excess of $100.00 as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

Name of Judge: JUDGE JOHN CHARLES SHLESINGER    Telephone: 305-349-7078

Address: 73 WEST FLAGLER STREET, ROOM 1202, MIAMI, FL  Position: CIRCUIT JUDGE

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Gift/ Source of Gift | Value |
|---|---|
| NONE -0- | |
| | |
| | |
| | |
| | |

### OATH

State of Florida, County of M̲i̲a̲m̲i̲-̲D̲a̲d̲e̲

I, ___John Schlesinger___ the public official filing this disclosure statement, being first duly sworn, do depose an oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____    John Schlesinger          (NOTARY SEAL)
(Signature of Reporting Official)     Circuit Court Judge

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires ___July 30, 2017___

MERCY LONDONO
MY COMMISSION # FF 034615
EXPIRES: July 30, 2017
Bonded Thru Budget Notary Services

Sworn to and subscribed before me this 29 day of ___July___, 20 17

(*ORIGINAL* OF THIS FORM FILED WITH COMMISSION ON ETHICS; *COPY* FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

3/17

6:45

Exhibit D

## What's the relationship between JP Morgan and Morgan ...

https://www.quora.com/Whats-the-relationship-...

Apr 12, 2015 · Morgan Stanley was formed by JP Morgan's family due to a regulation that required Corp and Investment banks to be separated. JP Morgan still owns part of Morgan Stanley, though they are not major share holders. Bonus answer ...

Citigroup vs JP Morgan, whos bigger and bett...
Jun 14, 2019

Are JP Morgan and Chase the same?
May 28, 2019

Are the roots of Morgan Stanley and JPMorga...
Jul 06, 2015  I

Are JP Morgan, Morgan Stanley and Chase Bank ...

## Morgan Stanley
www.morganstanley.com

Explore Morgan Stanley's Sustainable Investing Summit, which gathered industry leaders to share ideas and insights about innovations in sustainable finance. Institute for Sustainable Investing Entrepreneurs and the Race for Plastic Waste ...



Q ⬤ chase Manhatan is Jp morgan

EXₕ D

Showing results for chase *Manhattan* is Jp morgan
Search instead for chase Manhatan is Jp morgan



**The** current company was originally known as Chemical **Bank**, which acquired **Chase Manhattan** and assumed that company's name. **The** present name of company was formed in 2000, when **Chase Manhattan** Corporation merged with **J.P. Morgan** & Co.

JPMorgan Chase - Wikipedia
https://en.m.wikipedia.org › wiki › JPMo...

JPMorgan Chase - Wikipedia
https://en.m.wikipedia.org › wiki › JPMo...

The current company was originally known as Chemical Bank, which acquired Chase Manhattan and assumed that company's name. The present name of company was formed in 2000, when Chase Manhattan Corporation merged with J.P. Morgan & Co.
History · Financial data · Structure · Controversies

Headquarters: New York City, New York, United States
Total assets: US$2.765 trillion (2019)
Number of employees: 257 444 (2019)

Document Prepared By:
Steve P. Galiano
ReconTrust Company
2675 W. Chandler Blvd.
Mail Stop: CHDLR-C-88
Chandler, AZ 85224
(800) 540-2684



CFN 2008R0642394
OR Bk 26512 Pg 2906-1 (1pg)
RECORDED 08/06/2008 14:02:40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

When recorded return to:
MARILYN MILIAN, JOHN SCHLESINGER
1226 Alfonso Ave
Coral Gables, FL 33146

## SATISFACTION OF MORTGAGE

DOCID#0003265608642005N

KNOW ALL MEN BY THESE PRESENTS: Mortgage Electronic Registration Systems, Inc. the owner and holder of a certain mortgage deed executed by
MARILYN MILIAN, JOHN SCHLESINGER
bearing date 05/29/2003, recorded on 06/09/2003 in Official Records Book 21606, Page 1301 , Instrument # 646932  in the office of the Clerk of the Circuit Court of MIAMI-DADE County State of Florida, securing a certain note in the principal sum of $1,000,000.00 Dollars, and certain promises and obligations set forth in said mortgage deed, upon the property situated in said State and County hereby acknowledge full payment and satisfaction of said note and mortgage deed, and surrenders the same as cancelled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.

IN WITNESS WHEREOF the said Corporation has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the 16 day of July, 2008.



ATTEST: _____     Mortgage Electronic Registration Systems, Inc.
Stacey Throw
Assistant Secretary

Signed and delivered in the presence of:



Kimberly Robertson                    By _____
Witness                               Peter Lopez
                                      Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

On 07/16/2008, before me, Ilona T. Dawidowicz, Notary Public, personally appeared Peter Lopez personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

OFFICIAL SEAL
ILONA T. DAWIDOWICZ
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires Nov 30, 2009

Ilona T. Dawidowicz, Notary Public
Expires: 11/30/2009

Book26512/Page2906 · CFN#20080642394          Page 1 of 1

15020

Exhibit B
Exb. [illegible]

# CORRECTIVE ASSIGNMENT OF MORTGAGE

[illegible]

MERS phone number: 1-888-679-6377
MIN: [illegible]

FOR VALUE RECEIVED, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES, ("Assignor") whose address is P.O. Box 2026, Flint, MI 48501, assigned, transferred and conveyed to: U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC [illegible], ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June [illegible], 2005, and recorded July [illegible], 2005, in Official Records Book [illegible], at Page [illegible], of the public records of MIAMI-DADE County, Florida, encumbering the following described real property:

LOT [illegible], [illegible] GARDENS SECTION [illegible] PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on [illegible] at [illegible] in [illegible], of the official records of Miami-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

* Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR [illegible] FINANCIAL LLC is not a valid entity

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on Feb 14, 2012.

By: [signature]
Name: Jacqueline K. Kelley
Title: Vice President

STATE OF Pennsylvania
COUNTY OF Montgomery

The foregoing instrument was acknowledged before me this 14 day of Feb 2012 by Jacqueline K. Kelley for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me.

[signature] Christine Morales
Notary Public
My commission expires: 1/26/2015

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 26, 2015

Recording requested by, prepared under the supervision of and return to:
[illegible]
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
[illegible] MORTGAGE, LLC

[illegible]

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office. [illegible]
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk [signature]

#1998207

F1005116O

15020



Exhibit 6.

CFN 2008R0941616
OR Bk: 26657 Pg 3525; (1pg)
RECORDED 11/20/2008 09:43:11
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

## ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY PURPOSE

FOR VALUE RECEIVED, on or before April 15, 2007, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC, ("Assignor") whose address is _____ assigned, transferred and conveyed to: U.S. BANK N.A. ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005 and recorded July 29, 2005 in Official Records Book 23623 at Page 3231 of the public records of MIAMI-DADE County, Florida, encumbering the following described real property:

LOT 165, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

as the same may have been amended from time to time; together with the Note and indebtedness secured thereby.

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on _____, 2008.

Witness
Typed Name: CRISSY HONG

Witness
Typed Name: LAURIE KILLOY

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC
By: _____
Typed Name: SHIRLEY EADS
Title: VICE PRESIDENT

Attest: _____
Typed Name: Jeffrey Stephan
Title: Assistant Secretary

(Affix Corporate Seal)

STATE OF Pennsylvania
COUNTY OF Montgomery

BEFORE ME, the undersigned, personally appeared SHIRLEY EADS and Jeffrey Stephan as _____ Vice President and Assistant Secretary respectively, and known to me to be the person who executed the foregoing instrument, and acknowledged that they executed this foregoing as the duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC this 21ST day of October, 2008.

Notary Public
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan Turner, Notary Public
Hatboro Twp., Montgomery County
My Commission Expires Nov. 8, 2011
Member, Pennsylvania Association of Notaries

Recording requested by, prepared by and return to:
Ralph McGrath
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F07012148-GMAC MORTGAGE, LLC-744912837

FILE NUMBER: F07012148

DOC_ID: M001100

**\*F07012148\***

**\*M001100\***

*Exhibit H*

1:33

www.bing.com/search?q=mor...

morgan stanley brokerage account is m

**ALL**    NEWS    IMAGES    VIDEOS    SHOPPING



**Morgan Stanley** is both a registered **broker**-dealer and investment adviser. Your **Morgan Stanley** Access Investing ("MSAI") **account** is a discretionary investment advisory **account**. **Morgan Stanley** is responsible for implementing the model portfolios in your MSAI **account**, as well as any reasonable restrictions you may impose.

Access Investing | Morgan Stanley
www.morganstanley.com/what-we-do/wealth-m...

Feedback

PEOPLE ALSO ASK



CFN: 20170717807 BOOK 30802 PAGE 2059
DATE:12/22/2017 11:30:24 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**FJUD**

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,
vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01

FILED FOR RECORD
2017 DEC 19  AM 11: 37

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court on Plaintiff's Final Judgment on November 29, 2017 on. On the evidence presented, IT IS ORDERED AND ADJUDGED that Plaintiff's Final Judgment is GRANTED against all Defendants listed by name: Leroy Williams; Unknown Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams; Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.      **Amounts Due and Owing.** Plaintiff is due:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $448,000.00 |
| Interest good thru 11/29/17 | $307,333.74 |
| Late Charges | $137.20 |

Case No. 2010-61928-CA-01

File # 13-F02968

CFN: 20170717807 BOOK 30602 PAGE 2000

| | |
|---|---|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.04 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood Insurance 2015 | $6,085.68 |
| Flood Insurance 2016 | $6,023.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $6,352.83 |
| Hazard Insurance 2015 | $6,146.00 |
| Hazard Insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,197.36 |
| | |
| Attorney's Fees Total | $4,689.00 |
| | |
| Court Costs, New Trust: | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,935.00 |
| Publication, Notice of Action | $230.00 |
| Additional Costs: | |
| BPO | $1,362.00 |
| Property Inspection | $1,172.25 |
| Maintenance | $340.00 |
| **GRAND TOTAL** | **$991,297.33** |

2.      Interest. The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statues.

3.      Lien on Property. Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property address: 15020 South River Drive, Miami, FL 33167

4.      Sale of property. If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on JAN 2 6 2018 , 201_, at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031,

Case No. 2010-61928-CA-01                    2                    File # 15-F02868

CFN: 30170717007 BOOK 30602 PAGE 2093

Florida Statutes. The subject property shall be sold by electronic sale at: www.miamidade.realforeclose.com.

5. **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6. **Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7. **Right of Possession.** Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8. **Jurisdiction.** The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9. **Attorney Fees.** The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 19.8 hours and a $2,380.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,380.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla. 1985).

10. The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida, is incorrect. Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11. The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Littlejohn AKA James L. John, Hoke Williams, Mack Wells, Curtis McNeil, Symonette Limited Partnership's interest in the subject property, superior to the interest of the Defendants,

CFN: 20170717907 BOOK 30802 PAGE 2992

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami Dade County, Florida, this _____ day of _____, 2017?

DEC 19 2017

_____
Circuit Judge

John Schlesinger
Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address

## Service List

William LaCroix, Esq,
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49ᵗʰ Street, Suite 200
Fort Lauderdale, FL 33309

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER          82

THE COURT DISPOSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
(OR PREVIOUS ORDER(S)). THIS CASE IS CLOSED
AS TO ALL PARTIES.
                              John Schlesinger
                              Judge

Miami-Dade County, Florida
c/o Altanese Phenelus, Esq.
111 NW 1st Street
Miami, FL 33128
yvaldes@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 N.E 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
L/K/A 15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01

File # 13-F02868

CFN: 20170717807 BOOK 30602 PAGE 2003

Unifund CCR Partners, G.P.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series I
c/o Legal Department
1761 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Hoke Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. Jolin
8152 NW 15th Manor, Apt PC2R
Plantation, FL 33322

Littlejohn a/k/a James L. Jolin, James
L/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Alisha Smith, R.A.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

State of Florida, Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
process
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. PC2R
Plantation, FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01                    2                    File # 13-F02868

CFN: 20170717807 BOOK 30602 PAGE 2094

The Unknown Spouse of Leroy Williams
L/K/A 15020 South River Drive
Miami, FL 33167

The Unknown Spouse of Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Mack Wells
L/K/A 15020 South River Drive
Miami, FL 33167

Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Synonette Limited Partnership
L/K/A 15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01

3

File # 13-F02868

interests *I"Rt"P Rule 6.1   Relief fiom  Judgment .

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*3) Fraud whether previously called intrinsic or extrinsic),misrepresentation, or misconduct by*

*An opposing party*

*(c) Timing and Effect of the Motion.*

*(1) A motion under rule 60 (b) must be made within a reasonable time and for reasons (1) (2) (3) No more than a year after the entry of the Judgement or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter,* Accepted as true, "to state a claim to relief that is plausible on its face ."

Judge is expected to recuse himself pursuant to 28 U.S. C. § 455 Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)  "financial interest" means ownership of a legal or equitable interest, however small*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93–512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95–598, title II, § 214(a),(b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100–702, title X, § 1007, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101–650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117)*

## CONCLUSIONS

This Motion for Relief and Recusal is based on wholly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with

Exhibit 'K.

IN THE CIRCUIT COURT OF THE
11ᵀᴴ JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-c1

US Bank ,N.A.
Plaintiff(s)

April 1,2010

Vs.

Leroy Williams
Defendant(s)

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution.
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing not oe; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 2010          APR 06 2010

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC-Allpaches

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office, this _____ AD 20 __
HARVEY RUVIN, CLERK, of Circuit and County Courts
Deputy Clerk_____



CFN  2004R0626859
OR Bk 22514 Pg 2791; (1pg)
RECORDED 07/26/2004 12:36:01
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

*Exhibit Lead*

RECORDING REQUESTED BY / RETURN TO:
Fiserv Management Corporation
P.O. Box 30014, Reno, NV 89520-9627

## Satisfaction Of Mortgage

WHEREAS the indebtedness secured by the mortgage described below has been fully paid and satisfied,
CHASE MANHATTAN MORTGAGE CORPORATION,
owner and holder of the debt, hereby declares that the lien of said mortgage is forever discharged and satisfied.
Original Mortgagee: CHEMICAL RESIDENTIAL MORTGAGE CORPORATION
Original Mortgagor: JOHN SCHLESINGER, MARILYN MILIAN
Recorded in Dade County, Florida, on 10/18/95 as Inst. # 95-420253 on Book 16952 on Page 3797
Tax ID: 0341180040110
Date of mortgage: 10/13/95 Amount of mortgage: $334000.00
DATE OF SATISFACTION: 07/02/04

NOW THEREFORE, the recorder or clerk of said county is hereby instructed to record this instrument and to
cancel, release, and discharge the mortgage in accordance with the regulations of said state and county.
DATED: 07/15/2004
CHASE MANHATTAN MORTGAGE CORPORATION
F/K/A CHEMICAL RESIDENTIAL MORTGAGE CORPORATION

By _____       _____
   Jennifer Wallace                 Witness: Shawna Thompson
   Vice President

                                    _____
                                    Witness: Judy McColley

State of Nevada
County of Washoe
On 07/15/2004, before me, the undersigned, a Notary Public for said County and State, personally appeared
Jennifer Wallace, personally known to me to be the person that executed the foregoing instrument, and
acknowledged that she is Vice President of
CHASE MANHATTAN MORTGAGE CORPORATION,
and that she executed the foregoing instrument pursuant to a resolution of
its board of directors and that such execution was done as the free act and deed of
CHASE MANHATTAN MORTGAGE CORPORATION.

_____
Notary Steven R Carson
My Commission Expires: 03-15-08

STEVEN R. CARSON
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. 04-87509-2 - Expires March 15, 2008

Prepared by: E. N. Harrison, Fiserv Management Corporation, 4690 Longley Lane, Suite #8, Reno, NV 89502
LN# _____ Investor LN# _____ P.I.F.: _____
FINAL RECON.n _____ Clt: Inv#T09 id2 07/15/04 05-026 FL Dade 292:9 192

6:46



# Are JP Morgan and Chase the same?

*Exhibit M.*

## What are some simple steps I can take to protect my privacy online?

Many people believe that they can't do anything to protect their privacy online, but that's not true. There actually are simple...

Continue Reading

## 1 Answer

Dan Mahoney, Executive Director at JPMorgan Chase (███-present)

The basic answer is yes. JPMorgan Chase is one big company. Different names are used for branding purposes. The JP Morgan name is used for higher end LOB and products like investment banking, the largest corporate relationships and private banking for the wealthy. Chase is used for lower end products retail branch banking, business banking (less than $20M in sales) and commercial banking (annual sales less than $500M).

6:47

Quora     Open in App    Sign In

## Are the roots of Morgan Stanley and JPMorgan Chase the same (i.e. JPMorgan & Co.)? What are their histories?

Ad by DuckDuckGo

**What are some simple steps I can take to protect my privacy online?**

Many people believe that they can't do anything to protect their privacy online, but that's not true. There actually are simple...

Continue Reading    >

**3 Answers**



Shreyans Malani, studied at London School of Economics and Political Science
Answered Jul 7, 2016

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a commercial bank. However, in the 1990's it started to rebuild its investment banking operations. In 2000, it merged with the Chase Manhattan Bank,

Continue Reading ∨

RELATED QUESTIONS (MORE ANSWERS BELOW)

What is the history of JP Morgan Chase as a merchant bank?
533 Views

Open in app    ✕

Document Prepared By:
Steve P. Galiano
ReconTrust Company
2575 W. Chandler Blvd.
Mail Stop: CHDLR-C-88
Chandler, AZ 85224
(800) 540-2684

CFN 2008R0642394
OR Bk 26512 Pg 2906; (1pg)
RECORDED 08/06/2008 14:02:40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Exhibit N

When recorded return to:
MARILYN MILIAN, JOHN SCHLESINGER
1228 Alfonso Ave
Coral Gables, FL 33146

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: Mortgage Electronic Registration Systems, Inc. the owner and holder of a certain mortgage deed executed by
MARILYN MILIAN, JOHN SCHLESINGER
bearing date 08/29/2003, recorded on 09/05/2003 in Official Records Book 21608, Page 1301 , Instrument # 648932 in the office of the Clerk of the Circuit Court of MIAMI-DADE County State of Florida, securing a certain note in the principal sum of $1,000,000.00 Dollars, and certain promises and obligations set forth in said mortgage deed, upon the property situated in said State and County hereby acknowledge full payment and satisfaction of said note and mortgage deed, and surrenders the same as cancelled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.

IN WITNESS WHEREOF the said Corporation has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the 16 day of July, 2008.



ATTEST: _____    Mortgage Electronic Registration Systems, Inc.
Stacey Yancy
Assistant Secretary

Signed and delivered in the presence of:

_____    By _____
Kimberly Robertson         Peter Lopez
Witness                    Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

On 07/16/2008, before me, Ilona T. Dawidowicz, Notary Public, personally appeared Peter Lopez personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_____
Ilona T. Dawidowicz, Notary Public
Expires: 11/30/2009

EXh. O

Case 1:18-cv-22211-DPG   Document 5   Entered on FLSD Docket 06/24/2019   Page 8 of 8

Complaint - Department of Justice

https://www.justice.gov/archive/opa/documents/complaint.pdf

1.

IN THE UNITED STATES DISTRICT COURT ... 555 4 th. Street, NW.
) Washington, DC 20530. ) ) THE STATE OF ALABAMA, ... Montgomery, AL 36130.
) ) THE STATE OF ALASKA,. ) 1031 W. 4 th. Avenue, Ste .... 420
Montgomery Street Front ... Virginia, and the District of Columbia by and through their
undersigned attorneys ...

4 8 US ATTORNEYS FILED SAME COMPLAINT.

Exhibit P

Case 1:18-cv-22211-UU   Document 8   Entered on FLSD Docket 07/01/2019   Page 1 of 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-CV-22211-GAYLES

CARL ERICKSON

    Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.,

    Defendants.

_____/

## ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Exhibit P.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CARL ERICKSON,
                    Plaintiff,

v.

RALPH W. CONFREDA, JR.,
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A. LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC TRENT
TERRANCE W. ANDERSON et al.,
                    Defendants,

Case No. 18-cv-22211-GAYLES

FILED BY _____ D.C.

JUN 24 2019

ANGELA E NOBLE
CLERK U.S. DIST CT.
S. D. OF FLA. - MIAMI

### MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 26th, 2016 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits Attached-JP Morgan Chase Special Situation Property Funds FRS Account Page 42, FRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures)

### FACTUAL BACKGROUND

1. On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulation violations and racketeering statutes.

2. The Complaint was based upon precedent USDC related filings accepted by non-biased professional jurists that contained *verbatim* (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought under Fed. R. Civ. P. 8.

3. On June 26th 2018, Judge Gayles issued and Dismissal Order a *sua sponte* review of the

[1]

*Exhibit Q*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.   2019-030415-CA-01
SECTION: CA 20

JAMES BUCKMAN
    Plaintiff(s),
vs.
LANCASTER MORTGAGE CO
    Defendant(s).

REASSIGNED BY BLIND CA 02
FILING TO SECTION _____
PER ORDER OF ADM. JUDGE
THIS DATE    OCT 17 2019

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in

the premises, it is hereby:

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself from further
consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in
accordance with established procedures.

DONE AND ORDERED in chambers, at Miami, Dade County, Florida, this 17th day of

October, 2019.

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List:
JAMES BUCKMAN, 1977 NE 119TH RD, MIAMI, FL 33181
MAURICE SYMONETTE, 4711 L J PARKWAY, UNIT 4208, SUGARLAND, TX 77479
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 A8 +

Exh.X

## AFFIDAVIT

I MAURICE Symmonette was There in The Dade County Courthouse on Flagler Street in Downtown Miami And witnessed Judge Zabel Sign The Document To Dismiss With Prejudice on 04/06/2009 That was For The Case 2007-12407-0701, And I Also witness That I saw it on The docket Sign Judge Zabel

MAURICE Symmonette
15620 S. River Dr
Miami, Fla. 33167

X _____ Mitchell
Feb 9, 2022



ANNE MITCHELL
Notary Public State of Florida
Commission # GG 360688
My Comm. Expires Jul 29, 2023
Bonded Through National Notary Assn.

Exh.Y

## AFFIDAVIT

I James Buckman was there in The Miami Dade Court House on Flagler street in downtown Miami and I witness Judge Zabel sign The Document + dismiss with Prejudice on 04/06/2011 That was for the case no. 2007-12407-CA01, And I'm also witness That I saw it on the docket Signed by Judge ZABEL

James Buckman Jr
James Buckman Jr
15120 S. Riverside
Miami FL 33167

X Fannie Whitchell
Feb 9, 2022



ANNIE MITCHELL
Notary Public State of Florida
Commission # GG 160128
My Comm. Expires Jul 29, 2021
Bonded through National Notary Assn.

Exh.Z

# AFFIDAVIT

I Mack Wells was there in The Miami Dade County Court house on Flagler Street in Downtown Miami And I witness Judge Zabel Sign The Document To Dismiss With Prejudice on 04/06/2009 That was For The Case Number 2007-13407-0401 And I'm Also A witness That I saw it on the Docket Signed by Judge Zabel

Mack Wells
MACK Wells
1502 CS River dr.
Miami Fla 33167

x Fannie Mitchell
Feb 1, 2022

Exh.Z1

**MIAMI-DADE COUNTY CLERK OF THE COURTS**
**HARVEY RUVIN**

Contact Us    My Account    

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

US BANK (NA) VS WILLIAMS, LEROY

| | |
|---|---|
| **Local Case Number:** | 2007-012407-CA-01 |
| **State Case Number:** | 132007CA012407000001 |
| **Consolidated Case No.:** | N/A |
| **Case Status:** | CLOSED |

| | |
|---|---|
| **Filing Date:** | 04/25/2007 |
| **Judicial Section:** | CA32 |
| **Case Type:** | Z DO NOT USE - Legacy Mortgage Foreclosure |

**Parties**                                                      Total Of Parties: 5

**Hearing Details**                                          Total Of Hearings: 0

**Dockets**                                                       Total Of Dockets: 52

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 02/04/2022 | | Receipt: | Event | RECEIPT#:2410006 AMT PAID:$6.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 4 $1.00 $4.00 3121-CERTIFIED 1 $2.00 $2.00 TENDER TYPE:CASH TENDER AMT:$10.00 TENDER TYPE:CHANGE TENDER AMT:($4.00) RECEIPT DATE:02/04/2022 REGISTER#:241 CASHIER:DINGUIB |
| | 01/23/2015 | | Copy of: | Event | OF ORDER OF DISMISSAL |
| | 04/04/2014 | | Text | Event | FINAL JUDGMENT OF FORECLOSURE |
| | 04/07/2011 | | Letter of Correspondence | Event | FROM MACK L WELLS |
| | 11/04/2010 | | No Further Judicial Action | Event | ORDER FILED IN CASE #.00-8186/CA01 AND IN SHARE DRIVE |

Page

OCS Search

| | | | | |
|---|---|---|---|---|
| 10/14/2010 | | Motion: | Event | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | Motion to Vacate Dismissal | Event | |
| 08/06/2010 | | Text | Event | RETD ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343:0949 | Court Order (Recordable) | Event | B: 27343 P: 0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC.. |
| 06/20/2010 | | Motion: | Event | ATY:00071676 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | Final Disposition Document | Event | |
| 04/07/2010 | 27244:4193 | Court Order (Recordable) | Event | B: 27244 P: 4193 OF DISMISSAL |
| 04/07/2009 | | Text | Event | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | Objection: | Event | TO WRITTEN DISCOVERY,MTN TO STRIKE OR,..ETC |
| 09/09/2008 | | Notice: | Event | THAT PLTFF HAS RESPONDED TO DEFENDANT,..ETC |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944:0542 | Court Order (Recordable) | Event | B: 25944 P: 0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE :08/31/2007 |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE : |
| 09/12/2007 | | Motion: | Event | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | Motion: | Event | ATY:88888888 SET ASIDE FJUD AND RECONSIDER STAY |
| 09/10/2007 | | Text | Event | $50 FEE PD/RCPT 145184 |
| 08/30/2007 | | Notice of Sale | Event | |
| 08/24/2007 | | Text | Event | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | Certificate Of Mailing Final Judgment | Event | |
| 08/13/2007 | | Notice of Filing: | Event | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | Notice of Filing: | Event | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | Text | Event | FINAL DISPOSITION FORM |

*[handwritten note with arrow: Dismissed with Prejudice]*

Exh.Z3

9:02                LTE

🔒 en.m.wikipedia.org

American                    based in
                    , and incorporated in
          . It is the parent company of **U.S. Bank** National Association, which is the 5th
largest bank in the United States. The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 ATMs, primarily in the Midwestern United States, and has approximately 72,400 employees. The company also owns Elavon, a processor of credit card transactions. U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which it obtained upon its merger with Wachovia.

**U.S. Bancorp**



JAMES BUCKMAN
(786) 344-0499
15020 SOUTH RIVER DR
MIAMI FL 33167

8 LBS        1 OF 1
SHP WT: 8 LBS
DATE: 03 DEC 2024

SHIP FOR THE ELEVENTH CIRCUIT
TO: THE UNITED STATES COURT OF APPEALS
    56 FORSYTH ST NW

ATLANTA GA 30303-2218

GA 303 9-02

UPS GROUND
TRACKING #: 1Z 6AT 840 03 0294 1887

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT

REF #2: 5800

REF #1: 12-03-2024 FH

ISH 13.00F Z2D230 EP 46.5V 11/2024