*DEC 16 2024*
*U.S. COURT OF APPEALS CLERK — ATLANTA, GA* (received stamp)

# THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

MACK WELLS and MAURICE SYMONETTE

PLAINTIFF

CASE# 24-13671 -D

V.

U.S. BANK NA. JOSE E. MARTINEZ, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT DFOR THE SOUTHERN DISTRICT OF FLORIDA, EDWARDO SANCHEZ Et. Al.

DEFENDANTS

**MOTION TO REMOVE AND SANCTION DEFENDANTS WHO ARE ACTING AS LAWYERS FOR ALL THE OTHER JUDGES WHO HAVE PARTICIPATED IN FRAUD AGAINST US TO TAKE THIS HOUSE AND ALL HAD A CONFLICT OF INTEREST.**

Comes now MACK WELLS and MAURICE SYMONETTE with this Motion to Remove and Object to judges Vivianne Del Rio, Judge Spencer Eig from this Case to stop them from acting as Lawyers for all the other Judges in this Fraud Conspiracy Replevin Case because they were the Judges on this Case Judge Vivianne del Rio knew that this case was dismissed with Prejudice by Judge Zabel

that happened in 2007 which is the same caser as 2010 as stated in the memorandum in the 2010-61928-Ca01 and in the 2007-12407-Ca01 these two cases are the same Case that was dismissed with Prejudice in the Memorandum of law from U.S. Bank's Case and when Judge Vivianne Del Rio saw that it was the same case and that she had a Conflict of Interest she Recused herself from the Case and the Case was transferred over to carlos Lopez who Recused himself because he has a 6 million-dollar Conflict of interest but he refused to answer the motion to Recuse and was automatically Recused because he only had 30 days to respond and he didn't Fl. Stat. 2.160 (H) (K). He had a Conflict of interest and was in Bankruptcy 28 U.S.C 1446 (d) and (b). and Judge Eig which was one of the Judges who was part of the conspiracy for this Case also did not Answer our Quo Warranto (Default) and Motion to Recuse so he had to Automatically Recuse himself.. And now he's trying to be the lawyer for all of the judges including himself on this Replevin Case in violation of Federal Rule 28 U.S.C. Code §455 which essentially states that you cannot be a Lawyer and a Judge Simultaneously of the Florida Rules of Court 2.420 (6) which says "Filer" means any person who files a document in court records, except, "filer" does not include the <u>Clerk of Court</u> or <u>designee of the Clerk</u>, a <u>Judge, Magistrate, Hearing Officer</u>, or <u>Designee of a Judge, Magistrate</u> or <u>Hearing Officer</u>. He's in total violation of this rule and all his motions filed are **Null** and **Void**.

*Mack Wells*

**MACK WELLS**
**15020 S. RIVER DR.**
**MIAMI FL. 33167**

**MAURICE SYMONETTE**
**15020 S. RIVER DR.**
**MIAMI FL. 33167**

