IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 24-13671-D
L.T. CASE NO. 1:24-cv-23015-SC

**Maurice Symonette, et al,**

      Appellants,

v.

**U.S. Bank, N.A., et al,**

      Appellees,

_____

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26.1, Appellees JUDGE SPENCER EIG and JUDGE VIVIANNE DEL RIO (hereinafter the "State Appellees"), by and through the undersigned counsel, file this Certificate of Interested Persons and Corporate Disclosure Statement. The following persons and/or parties have an interest in the outcome of this case:

Bailyn, Jonathan – Defendant/Appellee

Baker, Donelson, Bearman, Caldwell and Berkowitz, PC – law firm for U.S. Bank

Cann, Eve A. – counsel for U.S. Bank

Carbajales, Isabelle Marie – counsel for Fernandez-Barquin

Casal, Jose Angel – counsel for Fernandez-Barquin

Casale, Mary Ann – Defendant/Appellee

CASE NO. 24-13671-D
SYMONETTE, et al v. U.S. BANK, et al

Chappell, Hon. Sheri Polster – presiding U.S. District Court Judge in lower case

Del Rio, Hon. Vivianne – Defendant/Appellee

Davidson, H. Ron – Assistant U.S. Attorney, counsel for Martinez, Sanchez, Casale, Bailyn

Eig, Hon. Spencer – Defendant/ Appellee

Fernandez-Barquin, Juan – Defendant/Appellee

Florida Office of the Attorney General

Florida Office of State Court Administration

Gayles, Hon. Darrin P. – U.S. District Court Judge – previously assigned to lower case

Goodman, Hon. Jonathan – U.S. Magistrate Judge – previously assigned to lower case

Leach, Spencer Devin – counsel for U.S.Bank

Martinez, Hon. Jose E. – U.S. District Court Judge - Defendant/Appellee

Matzkin, Daniel – Assistant U.S. Attorney – counsel for U.S. Appellees

Miami-Dade County Clerk of Court

Ruiz, Hon. Rodolfo A. – U.S. District Court Judge – previously assigned to lower case

Sanchez, Hon. Eduardo I. – U.S. Magistrate Judge - Defendant/Appellee

Sutter, Christopher Michael – Asst. Attorney General, counsel for Eig and Del Rio

Symonette, Maurice - Plaintiff/Appellant

U.S. Bank N.A. (USB) – Defendant/Appellee

Wells, Mack – Plaintiff/Appellant

Williams, Hon. Kathleen – U.S. District Court Judge – previously assigned to lower case

State Appellees, through undersigned counsel, hereby certify that, to their knowledge, there are no known publicly traded companies other than U.S. Bank, N.A., as indicated with its ticker symbol above, that have an interest in the outcome of the case or appeal.

Respectfully submitted,

ASHLEY BROOKE MOODY
ATTORNEY GENERAL

/s/ Christopher Sutter
CHRISTOPHER SUTTER (FBN# 422215)
Senior Assistant Attorney General
Office of the Attorney General
South Florida Civil Litigation Bureau
110 SE 6th Street, 10th Floor
Ft. Lauderdale, Florida 33301
Tel. (954) 712-4600
Christopher.Sutter@myfloridalegal.com
Attorney for Judge Eig and Judge Del Rio

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed in the ECF system on January 3, 2025. Notice of this filing will be sent to the counsel of record through the Court's electronic filing system and sent via the manner indicated to the parties below:

Mack Wells
Maurice Symonette
15020 S. River Dr.
Miami, FL 33167
*Via U.S. Mail*

/s/ Christopher Sutter
CHRISTOPHER SUTTER
Senior Assistant Attorney General