# THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

MACK WELLS and MAURICE SYMONETTE

PLAINTIFF

CASE# 24-13671

V.

U.S. BANK NA. JOSE E. MARTINEZ, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT DFOR THE SOUTHERN DISTRICT OF FLORIDA, EDWARDO SANCHEZ Et. Al.

DEFENDANTS.

**MOTION TO REMOVE AND SANCTION DEFENDANTS WHO ARE ACTING AS LAWYERS FOR ALL THE OTHER JUDGES WHO HAVE PARTICIPATED IN FRAUD AGAINST US TO TAKE THIS HOUSE AND ALL HAD A CONFLICT OF INTEREST.**

Comes now MACK WELLS and MAURICE SYMONETTE with this Motion to Remove and Object to judges Vivianne Del Rio, Judge Spencer Eig from this Case to stop them from acting as Lawyers for all the other Judges in this Fraud Conspiracy Replevin Case because they were the Judges on this Case Judge Vivianne del Rio knew that this case was dismissed with Prejudice by Judge Zabel

that happened in 2007 which is the same caser as 2010 as stated in the memorandum in the 2010-61928-Ca01 and in the 2007-12407-Ca01 these two cases are the same Case that was dismissed with Prejudice in the Memorandum of llaw from U.S. Bank's Case and when Judge Vivianne Del Rio saw that it was the same case and that she had a Conflict of Interest she Recused herself from the Case and the Case was transferred over to carlos Lopez who Recused himself because he has a 6 million dollar Conflict of interest but he refused to answer the motion to Recuse and was automatically Recused because he only had 30 days to respond and he didn't Fl. Stat. 2.160 (H) (K). He had a Conflict of interest and was in Bankruptcy 28 U.S.C 1446 (d) and (b). and Judge Eig which was one of the Judges who was part of the conspiracy for this Case also did not Answer our Quo Warranto (Default) and Motion to Recuse so he had to Automatically Recuse himself.. And now he's trying to be the lawyer for all of the judges including himself on this Replevin Case in violation of Federal Rule 28 U.S.C. Code §455 which essentially states that you cannot be a Lawyer and a Judge Simultaneously of the Florida Rules of Court 2.420 (6) which says "Filer" means any person who files a document in court records, except, "filer" does not include the <u>Clerk of Court</u> or <u>designee of the Clerk</u>, a <u>Judge</u>, <u>Magistrate</u>, <u>Hearing Officer</u>, or <u>Designee of a Judge</u>, <u>Magistrate</u> or <u>Hearing Officer</u>. He's in total violation of this rule and all his motions filed are **Null** and **Void**.

*[Signature: Mack Wells]*
**MACK WELLS**
**15020 S. RIVER DR.**
**MIAMI FL. 33167**

*[Signature: Maurice Symonette]*
**MAURICE SYMONETTE**
**15020 S. RIVER DR.**
**MIAMI FL. 33167**

THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

MACK WELLS and MAURICE SYMONETTE

        Appellants,

v.

        Case No.: 24-13671

U.S. BANK NA. JOSE E. MARTINEZ, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, EDWARDO SANCHEZ

DEFENDANTS

        Appellees,

_____/

**CERTIFICATE OF INTERESTED PERSONS**

I MACK WELLS hereby disclose the following pursuant to this Court's Order on Interested Persons:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, related to a party:

**listed below. M e m b e r s  o f  The Appellant's Party are also listed below.**

according to 11th circuit Rule 26.1-1(b).

**DISCLOSURE OF JUDGES GENERAL PROVISIONS AND DISCOVERY PURSUANT TO RULE 26(a)(1)(A)1-5:**

Judge VALERIE MANNO SCHURR 73 W. Flagler st. Ste.1111 Miami, FL 33130. Changed Judge ZABEL'S Order of Dismissal with Prejudice Filed on April 6th 2010 to Dismissal Without Prejudice 3 months later in June 27th, 2010 on the Docket Case# 2007-12407-CA0.

She also has a Conflict of Interest shown on the Docket on Case#2021-10826-CA01 in our Motion to Recuse filed 01/24/2022 showing that she made $995,000 with U.S. Bank.

**No stock ticker, Nothing to be Affirmed.**

Judge JOHN SCHLESINGER Bar Number: 788716 Mail Address: 2700 Granada Blvd Coral Gables, FL 33134-5552 Office: **203-399-0029** Email: **jcs2564@icloud.com** filed a Final Judgement Order in Favor of U.S. Bank to Foreclose on us 12/19/2017 on Docket Case# 2021-61928-CA01 knowing that U.S. Bank has an Assignment that has the wrong Bank (Homecomings when it should be Axiom) on it and that they don't have the proper Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. He has a Conflict of Interest Totaling $28,834,751.25 shown on our Motion to Recuse filed Feb.13 2020 on the same Docket.

**No stock ticker, Nothing to be Affirmed.**

Judge VIVIANNE DEL RIO 73 West Flagler St., Miami, FL 33130 **Phone:** (305) 349-7078, **Room:** DCC 525 Filed an Order Granting U.S. Banks Motion to Reset Foreclosure Sale on our Property on 02/22/2023 23 on the Docket on Case#2010-61928-CA01 knowing that they don't have the proper Assignment, Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. And has a Conflict of Interest with U.S. Bank in the amount of $943,141.00 shown

on our Motion to Recuse filed 02/21/23 on the same Docket.

**No stock ticker, Nothing to be Affirmed.**

Judge CARLOS LOPEZ 1351 N.W. 12th St., Miami, FL 33125 **Room:** REG 212 **Phone:** (305) 548-5761 **Email:** F012@jud11.flcourts.org he filed an Order denying our Motion to Stop the Foreclosure Sale on 10/11/2023 knowing that they don't have the proper Assignment, Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. He also has a Conflict of Interest in the amount of $2,077,949 with U.S. Bank shown on our Motion to Recuse filed 06/28/2023 on the Docket for Case#2010-61928-CA01.

**No stock ticker, Nothing to be Affirmed.**

Judge VERONICA DIAZ 175 N.W. 1st Ave., Miami, FL 33128 **Room:** CHC 2214 **Phone:** (305) 349-5723 Put in an Order Resetting Foreclosure Sale on Docket for Case# 2010-61928-CA01 on 02/06/2020 with no Consideration to the fact that U.S. Bank had no valid documents the proper Assignment, Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. She also made almost half a million dollars with U.S. Bank shown on our motion to Recuse on the same Docket.

**No stock ticker, Nothing to be Affirmed.**

Judge SAMANTHA RUIZ COHEN 175 N.W. 1st Ave., Miami, FL 33128 **Room:** CHC 2815 **Phone: (305) 349-5744 Email:** 11thFC28@jud11.flcourts.org made over $2million with U.S. Bank according to her form 6. Shown in our Motion to Recuse Filed on the Docket For Case# 2010-61928-CA01 on 05/04/2022.

**No stock ticker, Nothing to be Affirmed.**

**Judge SPENCER EIG 73 West Flagler St., Miami, FL 33130 Room: DCC 414 Phone: (305) 349-7131 he denied our Omnibus Emergency Motion to Vacate the Foreclosure on the Docket For Case#2010-61928-CA01 on 04/08/2024 Sale knowing that**

**U.S. Bank never brought in the proper Documents** Assignment, Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae **that they were supposed to bring in since 2007 when Judge Zabel Ruled on our Case.**

**No stock ticker, Nothing to be Affirmed.**

**Judge MIGUEL DE LA O 1351 N.W. 12th St., Miami, FL 33125 Room: REG 424 Phone: (305) 548-5771 Denied our Motion to Stop Sale on the Docket for case#2010-61928-CA01 on 01/17/2018 without Acknowledgment that U.S. Bank Never brought in the Necessary Valid Documents** Assignment, Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. He also has a Conflict of Interest with U.S. Bank in the amount of $300,000 shown on our Motion to Recuse filed on the Docket for Case#2010-61928-CA01 on 08/11/2020. **No stock ticker, Nothing to be Affirmed.**

Federal Judge JOSE MARTINEZ Wilkie D. Ferguson, Jr. United States Courthouse 400 North Miami Avenue Room 10-1 Miami, Florida 33128 **Chambers** (305) 523-5590 Committed Fraud by allowing his Signature to be Forged as shown in our Emergency to Void Sale in Violation for Sanctions against U.S. Bank for Violating Federal Stay and willfull contempt in Violation of 28 U.S. Code SS 1446 (d) and to Void Sale because of Forgery and Fraud on the Docket for Case#23-cv-22640-JEM on 05/28/2024 he also has a Conflict of Interest with U.S. Bank in the amount of $250,000 shown in our Motion to Recuse on the same Docket on 07/15/2024. **No stock ticker, Nothing to be Affirmed.**

Federal Magistrate Judge EDUARDO SANCHEZ C. Clyde Atkins U.S. Courthouse 301 North Miami Avenue 6th floor Miami, Florida 33128 **Chambers** (305) 523-5890 has a Conflict of Interest with U.S. Bank totaling $330,000 shown on our Motion For Recusal on the Docket for case#23-cv-22640-JEM on 06/11/2024. **No stock ticker, Nothing to be Affirmed.**

FEDERAL JUDGE DARRIN P. GAYLES Wilkie D. Ferguson, Jr. United States Courthouse 400 North Miami Avenue Room 11-1 Miami, Florida 33128 He has a Conflict of Interest with U.S. Bank in the amount of $250,000 shown in our Motion for Change of Venue from Dade County to Tampa Florida on the Docket for Case#24-cv-23015-SC Exh.75 P. pg.5

**No stock ticker, Nothing to be Affirmed.**

FEDERAL JUDGE SHERI POLSTER CHAPPELL UNITED STATES COURTHOUSE AND FEDERAL BUILDING 2110 First Street Fort Myers, Florida 33901 Chambers: 5-107 Chambers Phone: (239) 461-2060 Courtroom: 5D Dismissed our Writ of Replevin Complaint on Case#24-cv-23015-SC with prejudice when this can't be done unless U.S. Bank brings in Extrinsic Evidence that they own the Note in accordance with Fl. Stat. 78.055.

**No stock ticker, Nothing to be Affirmed.**

Judge RODOLFO A. RUIZ Wilkie D. Ferguson, Jr. United States Courthouse 400 N. Miami Avenue Courtroom 11-2 Miami, FL 33128 has a Conflict of Interest with U.S. Bank in the amount of $250,000 shown on our Motion for change of venue from Dade County to Tampa Exh.68 on Docket for Case#24-012330-CA01 on 08/29/24.

**No stock ticker, Nothing to be Affirmed.**

Clerk of Courts JUAN FERNANDEZ BARQUIN pursuant to Rule 26(a)(1)(A) 1-5 located at W Flagler st RM.133 Miami Fl. 33130 phone:786-292-4845 has a Conflict of Interest with U.S. Bank in the amount of $635,000 shown in our Motion for Change of Venue from Dade County to Tampa Florida on the Docket for Case#24-cv-23015-SC on 09/09/2024.

U.S. BANK N.A.USB (US BANCORP) U.S. Bancorp Center 800 Nicollet Mall Minneapolis, MN 55402 Phone: 651-466-3000. Never brought in the proper documentation that Judge Zabel Ordered them to bring in back in 2007 as shown on the Docket for case#2007-12407-CA01 on 04/07/2009 They also failed to disclose PMI information.

Court Reporter MARY ANN CASALE 400 North Miami Avenue, #10-1, Miami, Florida 33128 Phone:305-523-5632 Email: MaryAnn_Casale@flsd.uscourts.gov.her Transcript was changed it excluded the Statement that Judge Martinez said which was I'm not doing that because you guys did not prove your case, you brought no evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis.

**No stock ticker, Nothing to be Affirmed.**


U.S. Attorney **Markenzy Lapointe** United States Attorney's Office

99 NE 4th St Miami, FL 33132-2131 Office: **305-961-9100** Email: **markenzy.lapointe@usdoj.gov**.

ISABELLE MARIE CARPBAJALES Holland & Knight LLP 701 Brickell Ave Ste

3300 Miami, FL 33131-2898 Office: **305-374-8500** Email: **isabelle.carbajales@hklaw.com**

**No stock ticker, Nothing to be Affirmed.**

JOSE ANGEL CASAL Holland & Knight LLP 701 Brickell Ave Ste 3300 Miami, FL 33131-2847

Office: **305-374-8500** Cell: **305-710-8371** – No Text Messages Fax: 305-789-7799. Email: **jose.casal@hklaw.com**

**No stock ticker, Nothing to be Affirmed.**


Atty. GENERAL ASHLEY MOODY FLORIDA ATTY. GENERAL SERVICE Office of the Attorney General

State of Florida PL-01, The Capitol Tallahassee, FL 32399-1050 phone: 1-866-966-7226.

**No stock ticker, Nothing to be Affirmed.**

Assistant U.S. ATTY. DANIEL MATZKIN 99 NE 4th St Miami, FL 33132-2131 Office: **305-961-9404**

Cell: **305-961-9404** Email: **daniel.matzkin@usdoj.gov**

**No stock ticker, Nothing to be Affirmed.**

# RELIEF SOUGHT

This case be dismissed with Prejudice based on lack of jurisdiction.

The following judgements are being claimed against you:

**Damages:**

Deprivation of rights under color of law (18 USC 242)……$800,000.00

Conspiracy against rights (18 USC 241)……………………$700,000.00

Fraud…………………………………………………………..$20,000,000.00

Compensatory Damages……………………………………..$4,000,000.00

Punitive Damages……………………………………………...$2,000,000.00

Miscellaneous expenses (mailing, paper, ink, travel etc)……$100,000.00

Special Appearances…………………………………………….$90,000.00

## AFFIDAVIT OF FACTS
## MACK WELLS

I __MACK WELLS__ AFFIRM that all of the following are true and correct to the best of my knowledge in accordance with 28 USC 1746:

## OATH AND AFFIRMATION

PURSUANT to 28 usc 1746 I - __MACK WELLS__ Affirm that I have read all facts stated herein and that all stated are true and correct to the best of my knowledge. Executed this __4th__ __day__ of February 2025.

Submitted,

*M L Wells*

**MACK WELLS**
**15020 S. RIVER DR.**
**MIAMI FL. 33167**

SHEALEANA VARELA
Notary Public
State of Florida
Comm# HH500309
Expires 6/30/2028

Feb 4, 2025

